E-FILED
Monday, 11 July, 2005  02:55:57 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Personnel Action Form (Decentralized Actions)**

Name: _Rick S. Lind_    SSN: _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_

Position Title: _Correctional Officer_    Position #: _09625-29-91-310-12-01_

Division/Bureau: _Operations IDOC_    Facility: _East Moline Corr. Ctr._

Location (County): _Rock Island_    Paycode: _29-163_    PIN# _____

Bargaining Unit #/MC: _RC-006_    Effective Date: _07-24-03_

Creditable Service Date changes as a result of the following action: ☐ No  ☒ Yes, From _____ To _____

---

Complete appropriate information below.

**Action:**

☐ Merit Compensation Review:    (BA_____)    $_____    To $_____

☐ Superior Performance Increase:    $_____    To $_____

☐ Appropriation # Change:    From _____ . To _____

☐ Full Time/Part Time Change

☐ Job Assignment in accordance with AFSCME contract    (BA _100_)

☒ Leave of Absence (type of leave: _Non-Serv. Con. Disability_)    (BA _066_)

☐ Leave Return/Expired (change creditable service date above): Leave From: _____ To: _____    (BA _____)

☐ Separation (reason:_____)    (BA _____)

---

**Discipline:**

☐ Suspension of 30 Days or Less (Specify Number of Days): _____

☐ Suspension Pending Discharge

☐ Return from Suspension (change creditable service date above) Suspended From: _____ To: _____

---

**Remarks:** (Provide information required in the CMS Personnel Transactions Manual, such as number of days on leave, etc. Attach an additional sheet if necessary.)

---

Note:  Ensure all required documentation is attached prior to mailing to Central Personnel Office.

**Approvals and Signatures**

1. Employee: _____    2. Originating Supervisor: _____

3. Chief Administrative Officer: _____    4. Chief or Deputy Director: _____

5. Associate Director (if applicable): _____    6. Director: _____

**Central Personnel Office** staff initials when entered in system: _____

Distribution:  White-Central Personnel File; Canary-Facility; Pink-Payroll                                2002)
                                                                                                        DC 2)
Printed on Recycled Paper


EXHIBIT
1