UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS, through its ) | |
| Agency THE ILLINOIS ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

NOW COMES the Defendant, STATE OF ILLINOIS, through its Agency THE ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file its Motion to Dismiss pursuant to Rule 12(b)(6). In support thereof, Defendant states as follows:

1. On July 11, 2005, Plaintiff filed a one count complaint claiming that his employer "unlawfully interfered, restrained and denied the exercise or attempt to exercise plaintiff's rights to FMLA leave in violation of 29 U.S.C. § 2615(a)." (Complaint at par. 7).

2. Plaintiff's Complaint should be dismissed as Plainitiff's Complaint and exhibits reveal that Plaintiff was not eligible for FMLA leave as he failed to provide the required notice.

3. Plaintiff's Complaint should also be dismissed on the basis that the Complaint and attached exhibits reveal that Plaintiff has no injury for which relief can be granted.

4.  Attached hereto is Defendant's Memorandum of Law in support of its Motion for Summary Judgment.

WHEREFORE, Defendant respectfully requests this Court dismiss Plaintiff's Complaint with prejudice.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General
    State of Illinois,

        Attorney for Defendant,

By:   /s Stephanie L. Shallenberger
      Stephanie L. Shallenberger, #6279773
      Assistant Attorney General
      500 South Second Street
      Springfield, IL 62706
      Telephone: (217) 782-9014
      Facsimile:  (217) 524-5091
      E-Mail: sshallenberger@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | )  No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed **Defendant's Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on September 12, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
s/ Stephanie L. Shallenberger
Stephanie L. Shallenberger, #6279773
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Fax:   (217) 524-5091
E-Mail: sshallenberger@atg.state.il.us