**E-FILED**
Wednesday, 21 September, 2005  03:04:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS, through its | ) | |
| Agency THE ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF RICK LIND

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF ROCK ISLAND | ) |

I, Rick Lind, state as follows for my Affidavit:

1.  I am the plaintiff in the above-captioned matter, have personal knowledge of the facts in this Affidavit and can testify competently to those facts if called on at trial.

2.  On January 21, 2005, the Illinois Civil Service Commission adopted the decision of the Administrative Law Judge of January 7, 2005 finding that the written charges for discharge had not been proven and did not warrant my discharge, and reinstating me to my position as a Correctional Officer at the Department of Corrections.

3.  However, as part of the reinstatement, to date I have only received back pay for the period from July 1, 2004 through January 31, 2005.

EXHIBIT

1

2

4.  I did <u>not</u> receive any back pay for the period I was off work from July 24, 2003 through June 30, 2004, despite the determination of the Commission that I was to be reinstated as an employee.

5.  Additionally, I did not recover any other damages as part of the decision by the Illinois Civil Service Commission.  Specifically, I did not recover any attorneys' fees or liquidated damages.

6.  I have incurred attorneys' fees for appearing before and successfully appealing my dismissal before the Illinois Civil Service Commission.

7.  I received no liquidated damages, including any FMLA liquidated damages equal to my back pay award.

Further affiant sayeth naught.

_____
Rick Lind

Subscribed and sworn to before me, a Notary Public, this 31 day of
Sept. , 2005.

_____
Notary Public

OFFICIAL SEAL
THERESA M. NELSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-31-2009