E-FILED
Tuesday, 04 April, 2006  03:08:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO CONDUCT DISCOVERY

Plaintiff Rick Lind, by his attorneys, Katz, Huntoon & Fieweger, P.C., states as follows for his leave to commence and conduct discovery in this case:

1. Plaintiff's Complaint in this matter was filed July 11, 2005, defendant filed a Motion to Dismiss on September 12, 2005, to which plaintiff responded on September 21, 2005.

2. Defendant's Motion to Dismiss has been under advisement since September 21, 2005.

3. Under Federal Rule of Civil Procedure 16(b), the Scheduling Order herein was to have been entered "… in any event within 90 days after the appearance of a defendant and within 120 days after the Complaint has been served on a defendant." Nearly 250 days have passed since plaintiff returned the executed waiver of service on July 29, 2005.

4. In light of the fact this matter has been under advisement for more than six months, plaintiff respectfully moves this court for leave to conduct discovery.

2

WHEREFORE, plaintiff Rick Lind moves this court for leave to commence and conduct discovery in this matter.

        Respectfully submitted,

        RICK LIND, Plaintiff

        By: /s/ Stephen T. Fieweger

3

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone:  309-797-3000
Fax:  309-797-2167
Email:  sfieweger@katzlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2006, I electronically filed **Plaintiff's Motion for Leave to Conduct Discovery** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

> Stephanie L. Shallenberger
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62706
> Fax:  217-524-5091

and I hereby certify that on April 4, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s).:  None.

RICK LIND, Plaintiff

By: /s/ Stephen T. Fieweger

s:\wp\worddoc\11260001.14M