UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**SCHEDULING ORDER AND DISCOVERY PLAN**

The counsel of record and any unrepresented party have met pursuant to Federal Rules of Civil Procedure 16 and 26(f) and C.D.I.L. Local Rule 16.2, have included the following topics in their discussion, agreed on the following deadlines and arrived at the following discovery plan:

1.  SCHEDULING DEADLINES:  As a general rule, the scheduling deadline should progress in the following sequence:  motions for adding parties, motions to amend pleadings, disclosure of expert witness, the close of discovery and, finally, dispositive motions.

    A.  PLEADINGS:

        i.  The deadlines for adding parties under Federal Rule of Civil Procedure 13, 14 and 19-20 will be June 1, 2006.

        ii.  The deadline for motions to amend under Federal Rules of Civil Procedure 15 will be September 1, 2006.

    B.  EXPERT WITNESSES:  If expert witnesses will be used at trial, the experts will be designated by:

        Plaintiff's experts:  June 15, 2006.

2

Defendant's expert: August 30, 2006.

C. DISCOVERY: The parties agree that all discovery shall be completed (not propounded) by October 1, 2006.

D. DUTY TO SUPPLEMENT: Rule 26(E) imposes a continuing duty to supplement discovery responses as soon as practicable - but by this order in no event later than sixty (60) days prior to the close of discovery.

E. DISPOSITIVE MOTIONS: The deadline for filing dispositive motions must be at least ninety (90) days prior to the ready for trial date. The deadline for filing dispositive motions shall be November 15, 2006.

F. TRIAL READINESS: This case will be ready for trial on February 1, 2007.

G. PRE-TRIAL DISCLOSURES: The pre-trial disclosures required by Federal Rule of Civil Procedure 26(A)(3) (witness and exhibit list) shall be completed at least thirty (30) days prior to the final pre-trial conference.

2. RULE 26(F) DISCOVERY PLAN:

A. The parties certify that pursuant to Federal Rule of Civil Procedure, we met on April10, 2006, and discussed the following:

    i. The nature and the basis of the parties' claims and defenses;

    ii. The possibility for a prompt settlement or resolution of the case; and

    iii. To develop the following discovery plan.

B. Discovery will be needed on the following subjects: Liability and Damages

C. Discovery should be:

    i. Conducted in phases: _____ __X____
                                            Yes        No

    ii. Limited to or focused on a particular issues:

3

```
             _____    ___X___
               Yes          No
```

If yes to (1) or (2), then discovery shall proceed as follows (include discussion of phases or limitations to particular issues and dates for completion of discovery):

   D. Do the parties desire to make changes in the limitations on discovery imposed by the Federal Rules of Civil Procedure or Local Rules?

```
             _____    __X_____
               Yes          No
```

If yes, include what changes the parties agree to make.

3. <u>OTHER MATTERS</u>:

   A. CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a jury or court trial, with direct appeal to the U.S. Court of Appeals for the Seventh Circuit:

___ Yes __X_ No. You may consent at any time; however, an early consent is encouraged. Cases on the Magistrate Judges' dockets will be set for trial on a <u>date certain</u> instead of a trailing docket, where criminal or other civil cases may need to be tried before another civil case may begin.

   B. ALTERNATIVE DISPUTE RESOLUTION: We have considered the following alternative dispute resolution techniques and request the court to explore these options further with us at an early opportunity:

      i. Court sponsored settlement conference;      __X___     _____
                                                                        Yes        No

4

    ii. Private mediation;  ____ Yes  __X__ No

    iii. Private arbitration;  ____ Yes  __X__ No

    iv. Summary jury trial;  ____ Yes  __X__ No

    v. Summary bench trial;  ____ Yes  __X__ No

    vi. Other.  ____ Yes  __X__ No

C. JURY DEMAND: A jury has been demanded  __X__ Yes  ____ No

D. ESTIMATED LENGTH OF TRIAL: The parties estimate that this litigation will take 3 trial days, including opening statements, closing arguments and instructions. In order to properly schedule trials, an accurate trial length is imperative. If circumstances change, the parties shall notify the court no later than the trial readiness deadline as to their new estimated length of trial.

E. PROTECTIVE ORDERS: The parties agree that discovery in this case shall be governed by a protective order:

____ Yes  __X__ No

If yes, the parties shall submit a proposed protective order in the course of discovery.

**JUDGE'S REVISIONS**

5

The deadline in paragraph _____ is changed to _____ .

The deadline in paragraph _____ is changed to _____ .

The deadline in paragraph _____ is changed to _____ .

It is ordered that the above Rule 16(b) Scheduling Order and Rule 26(F) Discovery Plan is adopted and approved. by this court.

Dated this _____ day of _____, 2006.

_____
United States Magistrate Judge

6

## ORDER OF PREFERENCE

IT IS HEREBY ORDERED that the case is referred to U.S. Magistrate Judge _____ for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

Dated this \_\_\_ day of _____, 2006.

_____
United States Magistrate Judge

APPROVED:

  /s/ Stephen T. Fieweger

Stephen T. Fieweger
Attorney for Plaintiff

APPROVED:

   /s/ Stephanie L. Schallenberger

Stephanie L. Shallenberger
Attorney for Defendant

s:\wp\worddoc\11260001.15SchedulingOrder