UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| - vs- | ) No. 05-4059 |
|  | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS | ) |
|  | ) |
| Defendant. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, STATE OF ILLINOIS, through its Agency THE ILLINOIS DEPARTMENT OF CORRECTIONS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file its Answer and Affirmative Defenses to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Defendant denies the allegations contained within paragraph 1 of Plaintiff's Complaint.

2. Defendant admits that Plaintiff is a resident of Erie, Illinois. Defendant denies the remaining allegation contained within paragraph 2 of Plaintiff's Complaint.

3. Defendant denies the allegations contained within paragraph 3 of Plaintiff's Complaint.

4. Defendant admits paragraph 4 of Plaintiff's Complaint.

5. Defendant admits that as of July 24, 2003, Mr. Lind had worked more than 1, 250 hours of service for DOC during the previous 12 month period and had worked for

DOC for more than 12 months since the commencement of his employment on November 12, 1984.  Defendant denies the remaining allegations contained within paragraph 5 of Plaintiff's Complaint.

6.      Defendant denies the allegations contained within paragraph 6 of Plaintiff's Complaint.

7.      Defendant denies the allegations contained within paragraph 7, including all subparagraphs.

8.      Defendant denies the allegations contained within paragraph 8 of Plaintiff's Complaint.

9.      Defendant admits that Plaintiff sought reinstatement to his employment through an appeal of his dismissal to the Illinois Civil Service Commission.   Defendant admits that Exhibit 5 is a true and accurate copy of the Civil Service Commission findings and conclusions of law and the document speaks for itself as to the Commission's ruling. Defendant denies all remaining allegations contained within paragraph 9 of Plaintiff's Complaint.

10.     Defendant denies the allegations contained within paragraph 10 of Plaintiff's Complaint.  Answering further that Family Medical Leave is unpaid leave.

11.     Defendant admits that 29 U.S.C. § 2617(a)(3) is a provision under the Family Medical Leave Act and speaks for itself.

WHEREFORE, Defendant prays that judgment be entered in its favor and against Plaintiff together with its costs of suit.

## **AFFIRMATIVE DEFENSES**

NOW COMES the defendant, Illinois Department of Corrections, and for its Affirmative Defenses to Plaintiff's Complaint states as follows:

1. Plaintiff's Complaint for money damages is barred by the Eleventh Amendment.

2. Plaintiff failed to comply with the requirements under the FMLA to qualify or be entitled to FMLA leave; and

3. Plaintiff failed to timely give notice or as soon as practicable to qualify or be entitled to FMLA leave; and

4. Plaintiff failed to give the employer the requisite notice and/or medical documentation that he suffered from a "serious health condition" to be qualify or be entitled to FMLA leave.

5. Plaintiff failed to mitigate damages.

WHEREFORE, Defendant prays that judgment be entered in its favor and against Plaintiff together with its costs of suit.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS,
>
>>Defendant,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendant,
>
>By:   /s Stephanie L. Shallenberger
>>Stephanie L. Shallenberger, #6279773
>>Assistant Attorney General
>>500 South Second Street
>>Springfield, IL 62706
>>Telephone: (217) 782-9014
>>Facsimile:   (217) 524-5091
>>E-Mail: sshallenberger@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed **Defendant's Answer and Affirmative Defenses** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on May 30, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
s/ Stephanie L. Shallenberger
Stephanie L. Shallenberger, #6279773
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Fax:   (217) 524-5091
E-Mail: sshallenberger@atg.state.il.us