**E-FILED**
Thursday, 15 June, 2006  03:56:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS, through its | ) | |
| Agency THE ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES the Defendant, STATE OF ILLINOIS, through its Agency THE ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Substitute Counsel, states as follows:

1.     Assistant Attorney General Stephanie Shallenberger is leaving the employ of the Office of the Illinois Attorney General.

2.     Assistant Attorney General William Jarvis is now assigned to represent the Defendant in this matter.

3.     It is requested that Assistant Attorney General Stephanie Shallenberger be removed as counsel for Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Court to allow the substitution of Assistant Attorney General William Jarvis for former Assistant Attorney General Stephanie Shallenberger, and that former Assistant

Attorney General Stephanie Shallenberger be removed as counsel for Defendant in this

matter.

                                    Respectfully submitted,

                                    ILLINOIS DEPARTMENT OF CORRECTIONS,

                                         Defendant,

                                    LISA MADIGAN, Attorney General
                                    State of Illinois,

                                         Attorney for Defendant,

                        By:    s/ William E. Jarvis
                               William E. Jarvis, #6207097
                               Assistant Attorney General
                               500 South Second Street
                               Springfield, IL 62706
                               Telephone: (217) 785-4555
                               Facsimile:   (217) 524-5091
                               E-Mail: wjarvis@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com


and I hereby certify that on June 15, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None


Respectfully Submitted,

 s/ William E. Jarvis
William E. Jarvis, #6207097
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  wjarvis@atg.state.il.us