UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| Plaintiff, | ) ) ) |
| - vs- | ) No. 05-4059 |
| STATE OF ILLINOIS, through its Agency THE ILLINOIS DEPARTMENT OF CORRECTIONS | ) ) ) ) ) |
| Defendant. | ) |

## MOTION FOR ENLARGEMENT OF TIME

  NOW COMES the Defendant, STATE OF ILLINOIS, through its Agency THE ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby moves for an enlargement of time to file responses to Plaintiff's Request for Admission of Facts. In support thereof, Defendants state as follows:

  1. Plaintiff served a Request for Admission of Facts on Defendant on or about May 19, 2006.

  2. Defendant's response to Plaintiff's Request for Admission of Facts is due on or about June 19, 2006.

  3. Stephanie Shallenberger, the Assistant Attorney General assigned to this case, left the employ of the Attorney General's Office on June 15, 2006.

  4. This case has been reassigned to the undersigned Assistant Attorney General.

5. In order for the undersigned to have sufficient time to prepare responses to Plaintiff's Request for Admission of Facts, he requests an extension of seven (7) business days.

6. The Attorney General's Office contacted Plaintiff's counsel and he has no objection to this short extension of time.

7. This motion is not made for purposes of undue delay.

8. It is in the interest of justice to allow the Defendant until June 28, 2006, to respond to Plaintiff's Request for Admission of Facts.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order allowing it an additional seven (7) business days, up to and including June 28, 2006, in which to respond to Plaintiff's Request for Admission of Facts.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant,

    LISA MADIGAN, Attorney General
    State of Illinois,

    Attorney for Defendant,

By:   s/ William E. Jarvis
    William E. Jarvis, #6207097
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 785-4555
    Facsimile: (217) 524-5091
    E-Mail: wjarvis@atg.state.il.us

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

>Stephen T. Fieweger
>Katz, Huntoon & Fieweger
>200 Plaza Office Building
>1705 Second Avenue
>Rock Island, Illinois 61204-3250
>sfieweger@katzlawfirm.com

and I hereby certify that on June 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

>None

>Respectfully Submitted,
> s/ William E. Jarvis
>William E. Jarvis, #6207097
>Assistant Attorney General
>Attorney for the Defendants
>500 South Second Street
>Springfield, Illinois  62706
>Phone:  (217) 785-4555
>Fax:     (217) 524-5091
>E-Mail:  wjarvis@atg.state.il.us