UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| Plaintiff, | ) |
| - vs- | ) No. 05-4059 |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Substitute Counsel, states as follows:

1.   Assistant Attorney General William Jarvis is no longer assigned to represent the Defendant in this matter.

2.   Assistant Attorney General Sarah R. Kerley is now assigned to represent the defendants in this matter.

3.   It is requested that Assistant Attorney General William Jarvis be removed as counsel for Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant Illinois Department of Corrections respectfully requests this Court to allow the substitution of Assistant Attorney General Sarah R. Kerley for Assistant Attorney General William

Jarvis, and that Assistant Attorney General William Jarvis be removed as counsel for Defendant in this matter.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF
        CORRECTIONS,

           Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Sarah R. Kerley
     Sarah R. Kerley, #6283449
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |  |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on June 28, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  skerley@atg.state.il.us