UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) No. 05-4059 ) |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
|     Defendant. | ) |

## **MOTION TO COMPEL**

Pursuant to Federal Rule of Civil Procedure 37, plaintiff, Rick Lind, hereby moves to compel the defendant, State of Illinois Department of Corrections, to compel Answers to Interrogatories and Response to Request for Production and in support thereof states as follows:

1. That on May 19, 2006, plaintiff propounded to the defendant, State of Illinois Department of Corrections, by and through its attorney, Assistant Attorney General Stephanie Shallenberger, a Request for Admission of Facts, Request for Production of Documents and Interrogatories. Exhibit 1, a true and correct copy of the Interrogatories an Exhibit 2, a true and correct copy of the Request for Production, are attached hereto and made a party of this Motion.

2. That More than 30 days have passed since the service of these discovery requests to the defendant and defendant has wholly failed to respond to the same.

2

    3. That the undersigned counsel has attempted to obtain compliance of the defendant's failure to answer discovery but to no avail. Specifically, the undersigned counsel spoke with Assistant Attorney General Sarah Kerley on or about July 18, 2006, at which time Ms. Kerley asked for, and was granted, until July 31, 2006 to respond to the discovery requests.

    4. On August 2, 2006, the undersigned attorney notified Ms. Kerley that the Interrogatories and Response to Request for Production were still outstanding and requested that a response be forthcoming. Exhibit 3, a true and correct copy of Attorney Stephen T. Fieweger's August 2, 2006 letter to Assistant Attorney General Sarah Kerley, is attached hereto and made a part of this Motion.

    5. That to date, defendant has refused to respond to the requested discovery and this case now has a discovery deadline of October 1, 2006. Because of this, plaintiff hereby requests that the court enter an order compelling the defendant to fully respond to the outstanding discovery requests or provide for the appropriate sanctions available under Federal Rule of Civil Procedure 37(d) and (b)(2)(A)(B) and (C).

    WHEREFORE, for the reasons stated herein, plaintiff requests that this court enter an order compelling the defendant to respond to the Request for Production of Documents and Interrogatories within a time certain and further grant such affirmative relief available under Federal Rules of Civil Procedure 37 in the event of defendant's

3

failure to comply with said order and grant such other and further relief the court deems necessary and appropriate.

                                            RICK LIND, Plaintiff

                                            By:  /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL  61266-0950
Telephone:  309-797-3000
Fax:  309-797-3330

## **CERTIFICATE**

      Now comes Stephen T. Fieweger, attorney for Rick Lind, and hereby certifies to this court that he has attempted to obtain compliance from the defendant receipt of responses to outstanding discovery requests made by the plaintiff to defendant, have conferred with Assistant Attorney General Sarah Kerley directly to obtain compliance with the answering of discovery and have in writing asked Ms. Kerley to have her client comply without the need for court action.

                                            /s/ Stephen T. Fieweger

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 1, 2006, I electronically filed this Motion to Compel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Sarah R. Kerley
  Assistant Attorney General
  500 South Second Street
  Springfield, IL  62706

                /s/ Stephen T. Fieweger

s:\wp\worddoc\11260001.01M