E-FILED
Tuesday, 05 September, 2006  04:16:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

RICK LIND,                              )
                                        )
    Plaintiff,                          )
                                        )
vs.                                     ) No. 05-4059
                                        )
STATE OF ILLINOIS, through its          )
Agency THE ILLINOIS                     )
DEPARTMENT OF CORRECTIONS,              )
                                        )
    Defendant.                          )

**INTERROGATORIES PROPOUNDED TO DEFENDANT**

TO:    State of Illinois
        c/o Stephanie Shallenberger
        Assistant Attorney General
        500 South Second Street
        Springfield, IL  62706

The undersigned party demands that the following interrogatories, directed to the knowledge of the above-named defendant, as well as to the knowledge of the agents or attorneys of defendant, be answered by each defendant, separately and personally, under oath, and that the answers be served upon the undersigned attorneys not later than thirty (30) days from the date these interrogatories are served, all in accordance with Federal Rules of Civil Procedure 26 and 33.

    1. Please state the name, address and telephone number of each person who has knowledge of the facts in response to these interrogatories.

ANSWER:


EXHIBIT 1

2

2. Please state the name, address, telephone number and position with the defendant of each person who has personal knowledge of facts which support a denial of any of the requests for admission of facts and for each denial please identify the person who has knowledge of facts which support the denial to the particular request for admission of facts.

ANSWER:

3. State the name, address, telephone number and position with defendant, if applicable, of each person who is expected to testify as a witness at trial and the subject matter of their testimony.

ANSWER:

4. Pursuant to Federal Rule of Civil Procedure 26, please state whether the defendant has retained expert witnesses and for each expert witness stated:

    (a) The subject matter on which the witness will testify;

    (b) The conclusions and opinions of the witness and the bases therefore;

    (c) The qualifications of the witness; and

    (d) Any reports prepared by the witness about the case.

ANSWER:

3

5. Please state the name, address and telephone number of each person who has personal knowledge of facts which would indicate that Rick Lind was not suffering from a serious health condition as of July 24, 2003 through August 6, 2003.

ANSWER:

6. Please state the name, address, and title or position of each employee with the defendant who notified Rick Lind in writing that his request for disability leave for the period of July 24, 2003 through August 6, 2003 submitted to the defendant on July 30, 2003 was being denied.

ANSWER:

7. Please state the earnings that Rick Lind would have received on base pay, shift differential, value of fringe benefits including contributions to health insurance premiums, contributions to the State Retirement System Pension, and contribution to the State Retirement Plan that the defendant would have made for the period of July 24, 2003 through January 31, 2005.

ANSWER:

4

8. Please state why the defendant, when ordered to return the plaintiff to work by the Illinois Civil Service Commission did not place him in the same health insurance plan that he was covered by prior to his termination on November 10, 2003.

ANSWER:

9. Has the defendant had plaintiff evaluated or questioned by mental health professionals since July 24, 2003? If the answer is in the affirmative, please state for each such persons:

    (a) The name, address, and telephone number of the person who conducted such evaluation or question;

    (b) The date(s) of the occurrence;

    (c) The location where the evaluation or questioning occurred;

5

(d)   The name, address and title or position with defendant of the persons who requested the evaluation or questioning of plaintiff.

ANSWER:

                              RICK LIND, Plaintiff

                              By _____

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167
Email: sfieweger@katzlawfirm.com

s:\wp\word\doc\11260001.201

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 19, 20 06
By: ☒ U.S. Mail     ☐ FAX
    ☐ Hand Delivered  ☐ UPS Next Day
    ☐ Fed Ex         ☐ Other
Signature: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34, plaintiff hereby requests that defendant and its attorney of record produce for inspection, copying, reproduction and photographing the following documents and materials. The word "documents" includes, but is not limited to, papers, photographs, films, recordings, memoranda, books, records, accounts, communications and all retrievable information in computer storage.

1. Each and every exhibit defendant intends to use as an exhibit at trial.

2. All documents showing that defendant advised Rick Lind of his rights to seek a leave of absence under the Family and Medical Leave Act.

3. All documents showing that the defendant provided documentation to Rick Lind concerning his rights under the Family and Medical Leave Act.

4. All correspondence and communications with Rick Lind concerning his suspension and termination from the Department of Corrections.

EXHIBIT 2

2

5. All documents showing earnings that Rick Lind had from the period of July 24, 2003 through January 31, 2005 including shift differential earnings if he had not been terminated by the Illinois Department of Corrections.

6. All documents evidencing the value of contributions to pension benefits with the State Retirement System for a correctional officer in the position held by Rick Lind for the period of November 2003 through January 31, 2005.

7. Documents showing the value of all employer contributions to the State Retirement Plan for correctional officers in the position held by Rick Lind for the period of November 1, 2003 through January 31, 2005.

8. Copies of any and all witness statements.

9. Copies of all documents which support the defendant's claim that Rick Lind was the person who did not suffer from a serious medical condition for the period of July 24, 2003 through August 6, 2003.

10. All documents that the defendant provided to employees seeking Family and Medical Leave Act leave for the period of January 1, 2003 through the present date, including leave request forms and notification of rights documents.

11. All documents showing psychiatric or psychological evaluations of Rick Lind requested by or done by the Illinois Department of Corrections from July 24, 2003 through the present date including all documents showing sign-in of psychiatrists and psychologists at the East Moline Correctional Center to evaluate plaintiff's mental health condition.

3

It is further requested that defendant further furnish at said time an affidavit stating whether the production is complete in accordance with the request made herein.

RICK LIND, Plaintiff

By_____

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167
Email: sfieweger@katzlawfirm.com

s:\wp\worddoc\11260001.21R

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  May 19  20 06
By: ☒ U.S. Mail        ☐ FAX
    ☐ Hand Delivered  ☐ UPS Next Day
    ☐ Fed Ex          ☐ Other
Signature: _____

THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

MARTIN H. KATZ
H. KARL HUNTOON*
DALE G. HAAKE*
FRANK L. NOWINSKI*
STEPHEN T. FIEWEGER*
JOHN F. DOAK*
THOMAS E. CADY*
CHRISTINE A. GEUTHER*
MATTHEW P. SCHUTTE*
ERIE D. JOHNSON

1000 - 36TH AVENUE
P.O. Box 950
MOLINE, IL 61266-0950

309-797-3000: VOICE
309-797-3330: FAX

OF COUNSEL
PETER C. FIEWEGER*
FRANK R. EDWARDS

*ALSO LICENSED IN IOWA

August 2, 2006

OUR FILE: 11260-1

Ms. Sarah Kerley
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

    Re:    Rick Lind v. IDOC

Dear Sarah:

I am still awaiting your client's answers to Interrogatories and response to Request for Production. These were due no later than July 31, 2006. Please advise when I will be receiving the same.

           Very truly yours,

           KATZ, HUNTOON & FIEWEGER, P.C.

           Stephen T. Fieweger

STF/pv

EXHIBIT 3