UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, )<br>)<br>  Plaintiff, )<br>)<br>- vs- )<br>)<br>STATE OF ILLINOIS DEPARTMENT )<br>OF CORRECTIONS, )<br>)<br>  Defendant. ) | No. 05-4059 |

### DEFENDANT'S RESPONSE TO MOTION TO COMPEL

NOW COMES Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for its Response to Motion to Compel, states as follows:

1. Plaintiff propounded discovery to Defendant Illinois Department of Corrections on May 19, 2006.

2. At the time of Plaintiff's discovery request, the Defendant was represented by AAG Stephanie L. Shallenberger.

3. As of June 15, 2006, Ms. Shallenberger was no longer employed by the Illinois Attorney General's office.

4. As of that date, handling of the case was assigned to AAG William E. Jarvis.

5. The undersigned counsel entered her appearance on June 28, 2006, for the purpose of filing Defendant's Responses to Requests for Admission of Facts.

6. The undersigned counsel did not receive the file until mid-July.

7. Shortly after receiving the file, counsel first became aware that discovery

responses were outstanding.

8. Upon making this discovery, counsel for Defendant contacted Plaintiff's counsel indicating her intent to respond to discovery, and that every effort would be made to respond by August 1, 2006.

9. Due to vacations of individuals necessary for a completed response, counsel was unable to respond by August 1, 2006.

10. Following counsel for Plaintiff's August 2, 2006 letter, the undersigned counsel again indicated her continued efforts to complete discovery responses and informed Mr. Fieweger of an upcoming federal jury trial which was also taking up significant time, as well as other discovery responses due to Mr. Fieweger in another matter.

11. At no time did Mr. Fieweger indicate that he needed the discovery responses by a certain date.

12. At no time did the undersigned counsel indicate her unwillingness to respond to discovery.

13. As of today's date, Defendant Illinois Department of Corrections has fully complied with all discovery requests propounded by Plaintiff, which is prior to the discovery deadline.

14. Further, the parties, by way of a separate pleading, are seeking to extend the discovery deadline in order to accommodate counsels' schedules for the taking of depositions.

15. As such, there is no need to compel the discovery.

WHEREFORE, Defendant, Illinois Department of Corrections respectfully requests that Plaintiff Motion to Compel be denied.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS,
>
>>Defendant,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendant,
>
>By:   s/ Sarah R. Kerley
>>Sarah R. Kerley, #6283449
>>Assistant Attorney General
>>Attorney for the Defendant
>>500 South Second Street
>>Springfield, Illinois  62706
>>Phone:  (217) 785-4555
>>Fax:      (217) 524-5091
>>E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed **Defendant's Response to Motion to Compel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on September 13, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us