UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| Plaintiff, | ) ) ) |
| - vs- | ) No. 05-4059 |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) |

**JOINT AGREED MOTION FOR ENLARGEMENT OF THE
DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

NOW COME the parties, Plaintiff, Rick Lind, by and through his attorneys, Katz, Huntoon & Fieweger, and Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Joint Motion for Enlargement of the Discovery and Dispositive Motion Deadlines, state as follows:

1.  Plaintiff filed this action against the Illinois Department of Corrections on July 11, 2005.

2.  On May 17, 2006, the Honorable John A. Gorman, adopted the discovery plan of the parties, which included a discovery deadline of October 1, 2006.

3.  Since the entry of the discovery plan, two counsel for Defendant, Illinois Department of Corrections, have left employment with the Attorney General's office.

4.  Counsel for Defendant, Assistant Attorney General Sarah R. Kerley entered her appearance on June 28, 2006, but did not receive the file until weeks later.

5. The parties have indicated interest in deposing at least three individuals in this matter.

6. Due to an unusually busy trial calendar for counsel for the parties during the summer months, finding time for completion of discovery has been difficult.

7. The parties have tentatively agreed on October 26 and 27, 2006, to take the depositions in this case.

8. In order to allow counsel the opportunity to take the three depositions identified, as well and any additional that may become necessary, counsel for the parties now seek an enlargement from October 1, 2006 up to and including December 1, 2006 in which to complete discovery.

9. Enlargement of the discovery deadline would be in the interest of judicial economy and is not made for the purpose of undue delay.

10. Because the current dispositive motion deadline is November 15, 2006, the parties also seek the enlargement of the dispositive motion deadline up to and including January 15, 2007.

WHEREFORE, the parties respectfully request this honorable Court grant its Motion for Enlargement of the Discovery and Dispositive Motion Deadlines.

Respectfully submitted,

| RICK LIND, | ILLINOIS DEPARTMENT OF CORRECTIONS, |
|---|---|
| Plaintiff, | Defendant, |
| | LISA MADIGAN, Attorney General<br>State of Illinois, |
| | Attorney for Defendant, |
| By: /s/ Stephen T. Fieweger (with consent)<br>Stephen T. Fieweger<br>Katz, Huntoon & Fieweger<br>1000 36th Avenue<br>P.O. Box 950<br>Moline, Illinois 61266<br>Phone: (309) 797-3000<br>Fax: (309) 797-3330<br>Email: sfieweger@katzlawfirm.com | By:   s/ Sarah R. Kerley<br>Sarah R. Kerley, #6283449<br>Assistant Attorney General<br>Attorney for the Defendant<br>500 South Second Street<br>Springfield, Illinois 62706<br>Phone: (217) 785-4555<br>Fax:    (217) 524-5091<br>E-Mail: skerley@atg.state.il.us |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|  - vs- | )    No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
|    Defendant. | ) |

**CERTIFICATE OF SERVICE**

___I hereby certify that on September 13, 2006, I electronically filed **Joint Motion to Enlarge the Discovery and Dispositive Motion Deadlines** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on September 13, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us