**EXHIBITS IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

Exhibit 1 –   Personnel Action Form provided to Rick Lind on July 24, 2003

Exhibit 2 –   Dr. Freebern's Physician Statement dated July 30, 2003

Exhibit 3 -   Findings and Decision of the Illinois Civil Service Commission; case styled <u>Illinois Department of Corrections, Petitioner</u> v. <u>Rick Lind, Respondent</u>, case No. DA 7104

Exhibit 4 –   Section 9: Family Responsibility Leave under the agreement between the State of Illinois AFSCME AFL/CIO in effect for the period of July 1, 2000 through June 30, 2004.

Exhibit 5 –   Transcript of proceedings before the Illinois Civil Service Commission dated February 27, 2004

Exhibit 6 –   A.D. 03.01.301 Affirmation Attendance Policy

Exhibit 7 –   Physician Statement signed by Dr. Kevin Freebern, D.C. on August 14, 2003

Exhibit 8 –   Release from work signed by Dr. Kevin Freebern 8-04-03

Exhibit 9 –   Notification of Absence forms for the period of July 24 through August 6, 2003.

Exhibit 10 –  Defendant's Responses to Requests to Admit

Exhibit 11 –  Complaint and Answer

Exhibit 12 –  Excerpts from deposition of Pam Verstrate

Exhibit 13 –  Excerpts from deposition of Warden Gene Jungwirth

Exhibit 14 –  Affidavit of Kevin Freebern, D.C.

Exhibit 15 –  Excerpts from deposition of Rick Lind

Exhibit 16 –  Employee Handbook