E-FILED
Tuesday, 20 February, 2007  04:05:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for its Motion for Enlargement of the Time to Respond to Plaintiff's Motion for Summary Judgment, states as follows:

1. Plaintiff filed a dispositive motion on February 2, 2007.

2. Defendant's response is due on or before February 23, 2007.

3. Counsel for Defendant has been out of state for nine of the days allowed for response and suffered an illness before leaving Illinois.

4. Upon counsel's return to the state, she learned that her presence would be required out of the office on Thursday, February 22, 2007, to close a real estate transaction.

5. Due to these time complications, counsel is uncertain whether she will be able to complete the response by February 23, 2007, and now seeks a five (5) business day enlargement from February 23, 2007 up to and including March 2, 2007 in which to file its response.

6. The under-signed counsel was unsuccessful in her attempts to contact Plaintiff's counsel to determine whether he has an objection to the current motion.

7. The motion is not made for the purpose of undue delay, nor would the motion prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests this honorable Court grant its Motion for Enlargement of Time in which to file its Response to the Motion for Summary Judgment.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS,

           Defendant,

        LISA MADIGAN, Attorney General
        State of Illinois,

           Attorney for Defendant,

By:   s/ Sarah R. Kerley
       Sarah R. Kerley, #6283449
       Assistant Attorney General
       Attorney for the Defendant
       500 South Second Street
       Springfield, Illinois 62706
       Phone: (217) 785-4555
       Fax:   (217) 524-5091
       E-Mail: skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

_____I hereby certify that on February 20, 2007, I electronically filed **Motion for Enlargement of Time to Respond to Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on February 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us

3