**E-FILED**
Friday, 02 March, 2007  04:30:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

RICK LIND,                            )
                                      )
            Plaintiff,                )
                                      )
      - vs-                           )            No. 05-4059
                                      )
STATE OF ILLINOIS DEPARTMENT          )
OF CORRECTIONS,                       )
                                      )
            Defendant.                )

### MOTION TO STRIKE

NOW COMES Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Strike, pursuant to Rules 26 and 37(c) of the Federal Rules of Civil Procedure, states as follows:

1.     On February 5, 2007, Plaintiff filed a Motion for Summary Judgment, in which Plaintiff relied on an affidavit from Kevin Freebern, D.C.

2.     Because Plaintiff failed to produce through discovery information relating to examinations on July 24, 2003 and August 6, 2003, the affidavit should be stricken pursuant to Rule 37(c).  Fed. R. Civ. P. 37(c).

3.     Further, because Dr. Freebern's affidavit is in conflict with Freebern Chiropractic's documents provided by Plaintiff though discovery, it should not be considered by the Court.

4.     A memorandum in support of the present motion is attached hereto and incorporated as if fully restated herein.

-1-

WHEREFORE, Defendant respectfully requests this honorable Court grant its Motion and strike Dr. Freebern's affidavit.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General, State of Illinois

By:  s/ Sarah R. Kerley
    Sarah R. Kerley, #6283449
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 2, 2007, I electronically filed Motion to Strike with the

Clerk of the Court using the CM/ECF system which will send notification of such filing(s)

to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on March 2, 2007, I mailed by United States Postal Service, the

document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  skerley@atg.state.il.us