UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF KEVIN FREEBERN, D.C.

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF ROCK ISLAND | ) |

I, Kevin Freebern, D.C., being first duly sworn upon oath, states as follows:

1. I am of legal age, am competent and have personal knowledge of the facts set forth in this Affidavit.

2. That I am a chiropractic physician licensed by the State of Illinois to practice chiropractic medicine in all of its fields and have a professional practice located at 918 16th Avenue, East Moline, Illinois 61244, as of July 24, 2003.

3. That I am familiar with Rick Lind. Mr. Lind has been a longtime patient of mine and I have provided him with chiropractic adjustments and treatment for his back.

4. That commencing on July 24, 2003, Rick Lind presented to me for treatment of his low back pain. At that time, I diagnosed Mr. Lind with cervical subluxation, headaches, thoracic subluxation, muscle spasms, lumbar subluxation and pelvic subluxation. I found in my




2

examination, care and treatment of Mr. Lind that his cervical pain, headaches, stiffness and pain in his mid and low back were the result of those above conditions. I prescribed a course of treatment of chiropractic adjustments, home care, ice therapy and rest. I referred him back to his physician, Randall Mullin, M.D., for prescription medication to alleviate pain.

5. That on July 30, 2003, I completed a Physician's Statement at the request of Mr. Lind setting forth my findings and diagnosis and course of treatment and signed the document and provided it to Mr. Lind on July 30, 2003. Exhibit A, a true and correct copy of the Physician's Statement that I provided to Mr. Lind on July 30, 2003, is attached hereto and made a part of this Affidavit.

6. That in addition, I completed a second Physician's Statement based on my examination of Mr. Lind on August 6, 2003 setting forth my findings, diagnosis and prescribed course of treatment. Attached hereto as Exhibit B is a true and correct copy of the August 14, 2003 Physician's Statement that I completed at the request of and on behalf of Mr. Lind. I found that Mr. Lind was unable to work at that point and would not be able to resume work until August 7, 2003. I signed the document on August 14, 2003 and provided the same to Mr. Lind on that same day.

7. In addition, I completed a temporary release from work document on my own office form on August 4, 2003 in which I released Mr. Lind from work for the period of July 24, 2003 to August 7, 2003. Exhibit C, a true and correct copy of my August 4, 2003 release from work statement, is attached hereto and made a part of this Affidavit. I provided Exhibit C to Mr. Lind on August 4, 2003.

3

8. It is my opinion, within a reasonable degree of chiropractic medicine certainty, that Mr. Lind did suffer, beginning on July 24, 2003 and continuing through August 6, 2003, from cervical subluxation, headaches, thoracic subluxation, muscle spasms, lumbar subluxation and pelvic subluxations. It is my opinion, within a reasonable degree of chiropractic medicine certainty, that those conditions of ill-being produced headaches, poor cervical range of motion with inflammation, tense and tender cervical and thoracic muscles, stiffness and soreness of the mid and low back, prevented my patient, Mr. Lind, from being able to sleep, and interfered with his concentration, all to the effect that Mr. Lind was unable to work at his position as a correctional officer at the East Moline Correctional Center for the period of July 24, 2003 through August 6, 2003.

Further affiant sayeth naught.

_Kevin Freebern, D.C._

Subscribed and sworn to before me, a Notary Public, this 1st day of February, 2007.

_Notary Public_

OFFICIAL SEAL
STEPHEN T. RIEWEGER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-24-2008

s:\wp\worddoc\11260001.26A

## CENTRAL MANAGEMENT SERVICES — PHYSICIAN'S STATEMENT
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Rick Lind__   Date of Birth: __9-19-53__   Soc. Sec. Number: __360488440__

Present Address—Street or Rural Route: __401 Main Street__

City: __Erie__   State: __Illinois__   Zip Code: __61252__

Employed by State of Illinois: _____  (Agency, Board, Commission, Department)

Facility: _____   Address: _____

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

**DIAGNOSIS (including any complications):**

(a) Date of last examination: Month: __7__ Day: __30__ Yr. __2003__

(b) Diagnosis including any complications: __Cervical subluxation, headaches, thoracic subluxation, muscle spasms, lumbar subluxation and pelvic sub. His headache complaint is aggravated by stress, cold weather. These problems date back to a major auto accident in 1980.__

(c) Subjective symptoms: __Patient complains of severe cervical pain with movement, severe headaches, stiff and sore in mid and low back. Not able to sleep, poor concentration and just feels terrible__

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): __Poor cervical range of motion with inflamation and very tense and tender. Cervical and thoracic muscles. Patient appears very fatigued and down. Decreased lumbo pelvic range of motion with mild inflamation.__

**DATES OF TREATMENT:**

Date of first visit: Month: __7__ Day: __30__ 19 __2003__
Date of last visit: Month: _____ Day: _____ 19 __still treating.__
Frequency: Weekly [X]   Monthly [ ]   Other [ ] — (Please specify): _____

**TREATMENT:**

Please describe treatment including any surgery and/or medication prescribed: __Chiropractic adjustments, home care, ice theraphy, rest, active care, MD treatment.__

Will treatment substantially improve function and employability? Yes [X] No [ ]  If yes, specify: __His spinal function has improved some and his headaches have improved some__

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

9/82)  IL401-0784


EXHIBIT A

PROGRESS: (Please check appropriate box provided below):
a) The patient has:   Recovered ☐   Improved ☐   Remained unchanged ☐   Retrogressed ☐
b) The patient is:    Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
If yes, give name and address of hospital: _____

Confined from:  Month _____  Day _____ 19 _____  through  Month _____ Day _____ 19 _____

*[Stamp: OCT 2003 E.M.C.C. WARDEN OFFICE]*

LIMITATION: (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☒ (Please specify): Looking down, stress, cold weather

PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):
CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
CLASS 2 — Medium manual activity* (15-30%)
CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
REMARKS  Severe headaches - impaired judgement and reaction to situations.

EXTENT OF DISABILITY:

|  | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| In your opinion is patient now temporarily totally disabled? | Yes ☒  No ☐ | Yes ☒  No ☐ |
| If no, when was patient able to go to work? | MONTH DAY YEAR 19 | MONTH DAY YEAR 19 |
| If yes, when do you think patient will be able to resume any work? | 8   7   2003 (Approximate Date) | 19  Indefinite ☐  Never ☐ |
| In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | Yes ☐  No ☒ |

If answer to (d) is "yes", please explain.
_____
_____
_____
_____

REMARKS:
This episode is a severe irritation of tissue damaged in a major auto accident in 1980. He sustained a severe concussion and a T12 compression fracture, scar tissue is susceptible to episodes of flare up from activities of daily living and stress, and exposure to the cold.

Physician's Signature: _____  Degree: D.C.  Date: 7/30/03
TYPE OR PRINT THE FOLLOWING INFORMATION:
Physician's Name: Kevin L. Freebern, D.C.
Office Street Address: 918 - 16th Avenue
City: East Moline   State: Illinois   Zip Code: 61244   Phone Number: 309-752-0750

NOTES: You are responsible for having this form completed and returned to the appropriate person within your agency within its established by your agency. Your failure to comply may result in termination of your disability leave.

## CENTRAL MANAGEMENT SERVICES — PHYSICIAN'S STATEMENT
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S Lind   Date of Birth: 9/19/64   Soc. Sec. Number: 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

Present Address—Street or Rural Route: 401 Main Street

City: Erie   State: Illinois   Zip Code: 61250

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____   Address: _____

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

**DIAGNOSIS (including any complications):**
(a) Date of last examination: Month: 8  Day: 4  2003
(b) Diagnosis including any complications: Cervical Subluxation, Headaches, Thoracic Subluxation, Muscle Spasms, Lumbar Subluxation, Pelvic Subluxation.

His headache complaint is aggrivated by stress, A/C.
These problems date back to a major auto accident in 1980.

(c) Subjective symptoms: Patient complains of severe cervical pain with movement, severe headaches, stiff and sore in mid and low back. Not able to sleep, poor concentration, just feels terrible.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
Poor cervical range of motion with inflamation and very tense and tender. Cervical and thoracic muscles. Decreased lumbo plevic range of motion with mild inflamation. Patient appears very fatiqued and down.

**DATES OF TREATMENT:**
(a) Date of first visit: Month: 7  Day: 24  2003
(b) Date of last visit: Month: 8  Day: 6  2003
(c) Frequency: Weekly ☐  Monthly ☐  Other ☐ — (Please specify): _____

**TREATMENT:**
(a) Please describe treatment including any surgery and/or medication prescribed: Chiropractic adj-home care, Ice theraphy, rest, active care, md treatment.
(b) Will treatment substantially improve function and employability? Yes ☒  No ☐. If yes, specify: His spinal function has improved drastically, and his headaches have really resolved.

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

S-95 (9/82)   IL401-0784

EXHIBIT

**PROGRESS:** (Please check appropriate box provided below):
(a) The patient has:   Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐
(b) The patient is:   Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
If yes, give name and address of hospital: _____
Confined from: Month _____ Day _____ 19 _____ through Month _____ Day _____ 19 _____

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 — No limitation of functional capacity; capable of heavy work*   No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

**EXTENT OF DISABILITY:**

(a) In your opinion is patient now temporarily totally disabled? YES
(b) If no, when was patient able to go to work?
(c) If yes, when do you think patient will be able to resume any work?   8 / 6 / 2003 (Approximate Date)
(d) In your opinion is patient permanently and totally disabled for employment?   NO
(e) If answer to (d) is "yes", please explain.

From Any Occupation: Yes ☐   No ☐
From Patient's Regular Occupation: Yes ☐   No ☐
Indefinite ☐   Never ☐
Yes ☐   No ☒   Yes ☐   No ☐

**REMARKS:**
This episode is a severe irritation of tissue damaged in a major auto accident in 1980. He sustained a severe concussion and a T12 compression fracture, scar tissue is susceptible to episodes of flare up from activities of daily living and stress, and exposre to the cold.

Attending Physician's Signature: Kevin L. Freebern D.C.   Degree: _____   Date: 8/14/03
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: Kevin L. Freebern, D.C.
Physician's Office Street Address: 918 110th Ave
City: East Moline   State: Illinois   Zip Code: 61244   Phone Number: 309-752-0750

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within

**Freebern Chiropractic**
Kevin Freebern, DC
918 16th Avenue
East Moline, IL 61244
(309) 752-0750 – office
(309) 752-0755 – fax

:  8/4/03

ne of Employee  Rick Lind

above employee is temporarily unable to work from  7/24/03  to  8/7/03 .

ere are questions regarding this patient please contact the above telephone number.

Kevin L. Freebern, DC

