E-FILED
Friday, 02 March, 2007 04:35:36 PM
Clerk, U.S. District Court, ILCD

DEFENDANT'S EXHIBIT 2

FREEBERN CHIROPRACT

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: ________ Total Time Spent ________ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ____

Muscle spasm or splintering Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) ____

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ____

DATE: ________ Total Time Spent ________ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents –

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ____

Muscle spasm or splintering Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ____ Thoracic ____ Lumbar ____ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) ____

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ____

# PROGRESS REPORT

Name [handwritten, illegible]
Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

E: 6-20-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK [handwritten] LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents Fell [illegible] from [illegible]. Lower Back Friday Feet came out from [illegible]. Neck, mid back are sore. But [illegible] hips are real tender. Neck, mid back [illegible] moving very slow. Elbows need work [illegible] not hit his head.

O- Objectives: Prob-Focused X Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) poor C+LP Rom [illegible]
Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓
VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C, LP, [illegible] flared up

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ____ Worse ✓
Lumbo-pelvic Better ____ Same ____ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L    Disctraction

This Week 1X 2X 3X Daily    Next Seen W    RTW W
Next Week 1X 2X 3X Daily
Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____
Home Care / Additonal comments ice, home care

E: 6-23-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - LB + hips are sore. No sleep lately. Some headaches. pat doing much better than it was. Feeling sore all over. Not sleeping at all.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) ↓ C+LP Rom [illegible] - F/E
Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓
VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) home + active care are helping

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ____ Same ✓ Worse ____
Lumbo-pelvic Better ____ Same ✓ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L    Disctraction

This Week 1X 2X 3X Daily    Next Seen ____    RTW ____
Next Week 1X 2X 3X Daily
Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____
Home Care / Additonal comments Lands, support

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 6-8-06 Total Time Spent ____ Dr.'s Initials ____ OFF WORK M-F LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents has gout in the knees and ankles. Sleep is not at all. Shoulders are terrible. Just hurt all over - gout pain - headaches get severe

O- Objectives: Prob-Focused \ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) poor C ROM w/ inflam T+T - F/S

Muscle spasm or splintering Cervical \ Thoracic \ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical \ Thoracic \ Lumbar ↑ Pelvic ↑ Extremity ____

Abnormal Passive Range of Motion Cervical \ Thoracic \ Lumbar \ Pelvic ↓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) badly flared up from stress + gout - going for help w/ psych

Cervical Better ____ Same ____ Worse ↗ /Thoracic ____ Better ____ Same ____ Worse \

Lumbo-pelvic Better ____ Same ____ Worse ↓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PSRP | ASL | BR | | | | | | | | | | | | | / | | \| | | | | | | \| | PR | | |

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments omega 3, diet, exercise, rest

DATE: 6-10-06 Total Time Spent ____ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - not as much pain with the gout. Shoulder are just a little sore with some pain. Sleep is better.

O- Objectives: Prob-Focused \ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C + LP ROM decr T pt ff

Muscle spasm or splintering Cervical ↓ Thoracic ↓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ↑ Thoracic \ Lumbar ↑ Pelvic ↑ Extremity ____

Abnormal Passive Range of Motion Cervical ↓ Thoracic \ Lumbar ↓ Pelvic ↓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) good t p ff

Cervical Better ↑ Same ____ Worse ____ /Thoracic ____ Better ↑ Same ____ Worse ____

Lumbo-pelvic Better ↓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PSRP | ASL | BR | | | | | | | | | | | | | / | | \| | | | | | | \| | PR | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments home care

FREEBERN CHIROPRA[illegible]

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 5-20-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents neck is a little tender, but nothing like it was. Headaches come & go, not constant like they were, as well as less severe. Mid back is doing good. Still can't sleep. Dozes off, then wakes up ... getting up nights ... [illegible]

O- Objectives: Prob-Focused ____ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ↓ Thoracic ↓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ↓ Thoracic ↓ Lumbar ↓ Pelvic ↓ Extremity ____

Abnormal Passive Range of Motion Cervical ____ Thoracic ____ Lumbar ↓ Pelvic ↑ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) slow c progress — better T&LS progress

Cervical Better ↘ Same ____ Worse ____ /Thoracic ↘ Better ____ Same ____ Worse ____

Lumbo-pelvic Better ↘ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L  Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____ RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments home care

DATE: 5-23-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - Low Back is tender. Head ackes is not as Bad. In a Better mood. Wants to go Back to work

O- Objectives: Prob-Focused ↘ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C+LP Rm mild after T&T Ce [illegible]

Muscle spasm or splintering Cervical ____ Thoracic traps Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ↓ Thoracic ↓ Lumbar ↓ Pelvic ↓ Extremity ____

Abnormal Passive Range of Motion Cervical ____ Thoracic ____ Lumbar ↓ Pelvic ↑ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) decent progress

Cervical Better ↘ Same ____ Worse ____ /Thoracic ↘ Better ____ Same ____ Worse ____

Lumbo-pelvic Better ↘ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L  Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____ RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments stress management, active care

FREEBERN CHIROPRAC...

# PROGRESS REPORT

Name [handwritten signature]

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 5-12-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK T, W, LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents middle of back has sharp stabbing pains, constant pains. Can't sleep. Neck at base of skull feels like someone has [illegible]. Having headaches. Have been off work since tuesday because of pain. Been taking pain med.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____ T+T - P/S

(Location, tests and findings) ↓ C+LP Rom [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C+T sub getting [illegible]

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ____ Worse ✓

Lumbo-pelvic Better ____ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

[handwritten entries: Occ. PS/RS, AT. P/S, AX. B/R, markings at T1–T9, T10, L5, Pel P/R]

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Sat M

RTW F

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments moist heat (T) posture care

DATE: 5-16-05 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK M+T LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - Neck is killing him. Been having bad headaches. The middle of the back is doing alot better. Can't sleep still. When he left here. Felt great. His med where change.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C+LP Rom C [illegible] T+T. C+T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C sub [illegible]

Cervical Better ____ Same ✓ Worse ✓ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

~~P- Plan Straight Forward~~ ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

[handwritten entries: Occ. PS/RP, AT. A/S/L, AX. K/R, markings at T6–T8, T11, L5, Pel P/R]

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W sched

RTW W

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments posture c home care, support

FREEBERN CHIROPRAC

# PROGRESS REPORT

Name Rick Lund

Self Pay ____

Type of Case P.I. ____ W/C ____ Major Med. ____

DATE: 4-25-05 Total Time Spent ____ Dr.'s Initials ____ OFF WORK F-M LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents lower back has a pain level of 8-9, To Bend over to get dress or put on his shoes will cause pain. No Febrile. Both legs go numb down the back and.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) poor L-P Rom w/ pain ... LC Rom ... VTG T+L

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) L-P w/ pretty flared up - slept on floor

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ✓ Worse ____

Lumbo-pelvic Better ____ Same ____ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESRP | ASL | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L

Discraction X

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W

RTW T

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments ice, home care, support

DATE: 4-27-05 Total Time Spent ____ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents just sore in lower back. No pains just soreness.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) LC + LP Rom w/ pain ... VET-T+LP

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) good c progress - slower LP progress

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

~~P- Plan Straight Forward~~ ____ Low Complexity ____ ~~Moderate Complexity~~ ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ESLP | BR | | | | | | | | | | | | | | | | | | | | | | | | PIR | | |

Derifield (R) L

Discraction ____

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Sa M as needed

RTW Th

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments moist heat (P), ice (SI)

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 4-5-04 Total Time Spent _______ Dr.'s Initials KM OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents headaches constant, little lower back pain, no sharp pains, swelling in foot went down, neck is a little sore but not bad, not feeling too bad overall

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) mild setback in care

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen 7-10 days RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] active care, body mechanics,

DATE: 4-15-05 Total Time Spent _______ Dr.'s Initials KM OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - Neck is real tight. Been having head aches. Lower Back is stiff and sore. Both leg are [illegible] going numb.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ✓ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) (1) C [illegible] (2) headache (3) [illegible] (4) [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] home care, [illegible]

# PROGRESS REPORT

Name Rick Dena

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 3-18-04 Total Time Spent ____ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents very stressed out. Other than that not too bad, little headaches, eyes are light sensitive, mid-lowerback has a dull ache, neck is a little sore, left knee+foot is swollen + throbbing only a little bit.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) much better overall function, muscles are tense from stress

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen 1 wk

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments pt is released to try full time work

DATE: 3-26-04 Total Time Spent ____ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - stiff + sore all over, stressed, headaches constantly, some swelling in left foot - only hurts in the morning, still taking anti-inflammatory, neck is sore, lower back especially sore

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) starting to lose ground

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen 7-10 day

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments [illegible]

# PROGRESS REPORT

Name Rick Dinel

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 2-23-04 Total Time Spent ______ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents better no stabbing pain, some discomfort in back mostly neck pain, constant minor headaches, Ø numbness, headaches in back of head & tingling feeling today

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) ↓C & L Rom T & T C & T

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) stressed w/ work + disability — C starting to flare up

Cervical Better ✓ Same ✓ Worse ____ /Thoracic ____ Better ____ Same ____ Worse ____
Lumbo-pelvic Better ____ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L — Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen ____ RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments Routine care, body mechanics

DATE: 3-10-04 Total Time Spent ______ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents - hurts everywhere, headaches constant, eyes very light sensitive, sharp pains in mid-lower back, no numbness, swelling in left knee & foot - hard to get shoe on, too sensitive to touch, neck aches

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) ↓C & L & P Rom T & T - F/S

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) ↑ P & T and ankles flared up from swollen ankle from meds reaction

Cervical Better ____ Same ✓ Worse ____ /Thoracic ____ Better ____ Same ____ Worse ✓
Lumbo-pelvic Better ____ Same ____ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L — Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen 1wk RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments home care / rest

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 2/16/04 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents - lower back starts at mid back goes down constant throb, sit + standing both uncomfortable alot of pain - headache back of head & neck

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) ↓ L + C Rom T T T - F/S

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible], L-P + T setback

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ✓
Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. Occ. AT. AX. 3 4 5 6 7 1 2 3 4 5 6 7 8 9 10 11 12 1 2 3 4 5 Pel Sac Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen W

RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments L stretch - active care

DATE: 2-16-04 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - stabbing pain in lower back, constant, its more on the left side than the right some tinkling, minor headaches, most of pain is lower back pain at an 8

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) ↓ C + L Rom T T T - F/S

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] - [illegible] - [illegible] - [illegible]

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ✓ Worse ___
Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. Occ. AT. AX. 3 4 5 6 7 1 2 3 4 5 6 7 8 9 10 11 12 1 2 3 4 5 Pel Sac Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen F

RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments Pt active care, C + L [illegible]

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 1/21/04 Total Time Spent ________ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents neck is sore again been having some headaches dizziness sensitive to light Mid-low back is about the same still some pains right always aches

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C e L Rom C [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0________________100 extreme pain

A- Assessment (Stage of Care & Present condition) slow progress, C [illegible] is major factor — stressed w/ disability situation

Cervical Better ✓ Same ✓ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | B R | | | | | | | | | | | | — | — | ↑ | \| | | | | | | | \| | / | / / |

Derifield R L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M    RTW ____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ↑ active care, C [illegible] management

DATE: 1-29-04 Total Time Spent ________ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents – job stress has his guts in a bad way, meds got changed to something stronger, having headaches + mid-lower back aches + neck aches, no dizziness, shooting pain down left leg, sensitive to light ~ [illegible] ~ stress

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C e L Rom TeT C e T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0________________100 extreme pain

A- Assessment (Stage of Care & Present condition) high stress ~ setback

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ____ Worse ✓

Lumbo-pelvic Better ____ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | B R | | | | | | | | | | | | — | — | ↑ | \| | | | | | | \| | / | / | / / |

Derifield R L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M ✓    RTW ____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments moist heat active care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 1-12-04 Total Time Spent ______ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents much better not to many headaches and neck is doing better. LW and Back scar tissue and arthritis much better. achy site.

O- Objectives: Prob-Focused X Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C + L Rom T+T - C+T (mild)

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) pt is making good progress

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F

RTW ______

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments ↑ active care, stress management

DATE: 1/16/04 Total Time Spent ______ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents - neck is flared up again with some headaches. Doing pretty good. once in a while dizzy but having no PRB - LW Back is fair always has pain from bulging

O- Objectives: Prob-Focused X Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C + L Rom Cuple ↑ T+T - C+T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) setback in care - high stress

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ____ Worse ✓

Lumbo-pelvic Better ____ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW ______

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments home & active care, stress management

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 1/8/04 Total Time Spent ________ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents headaches are constant since Tuesday/Monday, not too bad everywhere else,

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ✓ Detailed ___ Comprehensive ___
(Location, tests and findings) ↓C Rom [illegible] ∇ + T - C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C + T setback — high stress

Cervical Better___ Same___ Worse ✓ /Thoracic___ Better___ Same___ Worse ✓
Lumbo-pelvic Better ✓ Same ✓ Worse___ /Extremity___ Better___ Same___ Worse___

P- Plan Straight Forward______ Low Complexity______ Moderate Complexity______ High Complexity______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen Wed RTW ______

Therapy needed Heat___ Cold___ Ultrasound___ Interferential___ Biofreeze ___ Traction___

Home Care / Additonal comments moist heat (T), active care

---

DATE: 1-7-04 Total Time Spent ________ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents — headaches + neck pain constant, but its the best he's been in awhile, nowhere else is bothering him... little mid back pain;

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus___ Detailed___ Comprehensive ___
(Location, tests and findings) ↓C + L Rom, mild C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) much better for all areas

Cervical Better ✓ Same___ Worse___ /Thoracic___ Better ✓ Same___ Worse___
Lumbo-pelvic Better ✓ Same___ Worse___ /Extremity___ Better___ Same___ Worse___

P- Plan Straight Forward______ Low Complexity______ Moderate Complexity______ High Complexity______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen Mon W RTW ______

Therapy needed Heat___ Cold___ Ultrasound___ Interferential___ Biofreeze___ Traction___

Home Care / Additonal comments ↑ active care, moist heat (T)

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 12-22-03 Total Time Spent _______ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - Still Has Neck pains and Headaches are not so severe. Sleeping Better a little dizziness mainly when he goes to stand up eyes [illegible] real sensitive to light

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) decent progress all areas

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Discraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments home extreme care, stress [illegible]

ATE: 12-26-03 Total Time Spent _______ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - Rick is doing good - last couple days dizzy + feeling nauseous (maybe related) still have headaches but not bad sleeping decent - left hand not too bad no pain

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) much better progress

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | ✓ | | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Tu W

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction

Home Care / Additonal comments [illegible] care, stress

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 12-10-03 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt [illegible] rt. neck pain, light headaches throbbing, little low back ache, sharp pains; slight tingling down left leg once in awhile, mid back ok, still having alot of trouble sleeping from headaches

O- Objectives: Prob-Focused ✗ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ______ High Complexity ______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield Ⓡ L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible], home care, [illegible]

E: 12-19-03 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents pains everywhere neck pains still has headaches [illegible] + [illegible] [illegible] sleep last night [illegible] stressed out. On left side might be from laying so much

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ✓

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) pt has fever and [illegible] doing well – flared up [illegible]

Cervical Better ✓ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ______ High Complexity ______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield Ⓡ L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

home care [illegible]

# PROGRESS REPORT

Name Rick Bond

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 11-28-03 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - feels like he's got the flu. dizzyness so bad trouble driving someone drove him today. Headache Pain Nausous feeling Rt side still tight in mid back a little but sharp pains where

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C + LP Rom Cmpl

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic _____ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 ______________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) decreased ↑ for all areas

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | A | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments Cont home care

DATE: 12-3-03 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - This am after Bowl sess. Sharp pains - are now gone - Mainly mid back and some tingling down left leg - neck is still tight w/some Headaches (mild)

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C + LP Rom Cmpl TGT C [illegible]

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 ______________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) Continues major pattern good T + LP progress

Cervical Better ___ Same ✓ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

[illegible] routine care [illegible] posture

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 11-19-03 Total Time Spent _______ Dr.'s Initials KB OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents- left side of neck and mid-low back is tight and sore muscles are tight & headaches. Been doing good. Mainly soreness and stiffness in muscles moving again

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓ C & LP Rom [illegible] T & T - C & T

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 ________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) slow & P progress - better c progress - need to gain strength

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S

Derifield (R) L Discraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Tues

RTW Dec 1?

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ↑ active care

DATE: 11-25-03 Total Time Spent _______ Dr.'s Initials KB OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents- no pain to the Rt side and back and pain down Rt leg. Really stressed. Been having some mild headaches not so severe

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓ C & LP Rom T & T C & T , [illegible]

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar _____ Pelvic ✓ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 ________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) setback in care - stress - ↓ P/ [illegible] ↑ tension & [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S

Derifield (R) L Discraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Fri

RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, active care, support

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 11-7-03 Total Time Spent ____ Dr.'s Initials [illegible] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents much better still constant but less severe headaches, sleep is atrocious, dull ache in back + lower neck,

O- Objectives: Prob-Focused X Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C + LP ROM [illegible] T-C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) upper C [illegible] is remaining problem

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel. / Sac. / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments C [illegible] + support, home care [illegible] care

DATE: 11-12-03 Total Time Spent ____ Dr.'s Initials [illegible] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents – neck pain is much better. Mid & low back pain. Mid back pain is sharp, low back pain dull. Still can't sleep & headaches for last couple days.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C + LP ROM, T-C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C [illegible] is better, mild [illegible] setback

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ____ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel. / Sac. / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen [illegible]

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments protect [illegible], support

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 10/29/13 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents - neck hurts mainly under alot of stress, can't sleep, lower back twinge, headaches constant, neck pain throbbing constant ache,

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C + L P ROM [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] stress → setback [illegible] care

Cervical Better ___ Same ✓ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Mon RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments C + active care, support

DATE: 11/3/13 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents - better than last time, pain in middle back + lower neck - dull ache, can't sleep worth a damn even with pills, still constant headaches, he's good for a couple days after an adjustment

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C + L P ROM [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) modest ↑ for all areas

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ↑ active care, support, home

# PROGRESS REPORT

Name Rick Bond

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 10-17-03 Total Time Spent _______ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt. During neck pain times he feels good, headaches much better - today neck pain is milder low back feels great - too much stress can't sleep - little stiff in the morning but much better

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & LP Rom Post - C+5

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) slow progress all areas

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ✓ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Mon W

RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments stress management, home care

TE: 10-22-03 Total Time Spent _______ Dr.'s Initials ______ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location/Limitations, Severity, Frequency) Pt presents - turmoil stress is killing him - could have had flu - headache neck is middle back hurts lower back feels pretty good

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & LP Rom ↑ inflam T+T - C+T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) setback in care from stress

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ✓ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ______

RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments home & active care

# PROGRESS REPORT

Name Rich Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 10/9/03 Total Time Spent _____ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents Doing Better Ankle is much better still dull pain in ankle. Main problem is neck limited Rom on Rt side & dull Headache Sleep Habits are not so good. lw Back is minor pains

O- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) good progress — much better spinal progress

Cervical Better ✓ Same _____ Worse _____ /Thoracic _____ Better ✓ Same _____ Worse _____

Lumbo-pelvic Better ✓ Same _____ Worse _____ /Extremity _____ Better ✓ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | P P P | A E L | B R | | | | | | | | | | —— | —— | M | | \| | | | | | | | \| | P R | / | / |

Derifield R L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW _____

Therapy needed Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments active Rom & ease, posture

the morning neck & sore.

DATE: 10/15/03 Total Time Spent _____ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - Ankle is great. Rt side of neck is still irritated with some mild Headaches. lw Back is tight and achy

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings) ↓ C + LP Rom, [illegible] TrT - C&T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) setback in care

Cervical Better _____ Same _____ Worse ✓ /Thoracic _____ Better ✓ Same ✓ Worse _____

Lumbo-pelvic Better ✓ Same _____ Worse _____ /Extremity _____ Better ✓ Same ✓ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | P P P | E E L | B R | | | | | | | | | | —— | —— | M | | \| | | | | | | | \| | P R | / | / |

Derifield (R) L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Fri

RTW _____

Therapy needed Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments [illegible]

# PROGRESS REPORT

Name Buck Dend

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 10/3/03 Total Time Spent _______ Dr.'s Initials KW OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) pt [illegible] not doing very good - stressed out over the weekend - didn't want to go to another Dr. Neck is painful pain level 7 low back & ankle is tender limping a little maybe pain level 5

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L ↑ Rom [illegible] T & T - F/S

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ✓

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) extremely stress & down w/ work situation - setback in care

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E E E | A E | B R | | | | | | | | | | ——— | | | | 1 | | | | | | | | 1 | P I R | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen M

RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments home & active care

DATE: 10/6/03 Total Time Spent _______ Dr.'s Initials KW OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - mainly ankle is sore dull pain walking lopsided. Neck is sore but no sharp pains dull headaches. Lo Back is constant dull and some shooting every now and then.

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L Rom [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) better progress all areas

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ✓ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | E E E | A E | | | | | | | | | | | | ——— | | | 1 | | | | | | | | 1 | P I R | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Th

RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, home care, support

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 9-24-03 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ________ LIGHT DUTY ________

S- Subjective (Location, Limitations, Severity, Frequency) Pt Divers Doing Better not completely but Better - ankle is still swollen much better can get shoes on not limping very much has been walking neck still problems not so severe. one sharp pain 3 hours ago

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ___

Muscle spasm or splintering Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) steady increase ___ starting P.T. again

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments active care

DATE: 9/26/03 Total Time Spent ________ Dr.'s Initials ________ OFF WORK ________ LIGHT DUTY ________

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - ankle is about same still swollen. making low back sore sharp pains every now and then neck is much better with some slight headaches on medication. # yesterday.

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ___

Muscle spasm or splintering Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) ___ all areas - muscles are ___ - stress from payroll issues at work

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments home & active care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 9/11/03 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) pt presents inflammation med made ankles swell up like balloons. Still having headache thinks its more of stress. upper back and neck is really sore

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L/P Rom [illegible] - [illegible] ankle [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) slow ⊂ progress ; LP flared up from drug Rx

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L     Dicstraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen 3 OCM     RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, home & active care,

E: 9/18/03 Total Time Spent _______ Dr.'s Initials _______ OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - ankles still swollen but not as bad going to get more medication. Bad headaches but not so severe, allergies. Upper back and neck are still tight and sore

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & LP Rom [illegible], T & T - C & T

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) Dr Amsen ~ slow spinal progress T & NP - Cervical mildly better

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L     Dicstraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen [illegible]     RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ↑ walking & active [illegible]

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 9/3/03 Total Time Spent _______ Dr.'s Initials KJB OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents upper-mid back. Headaches not too bad. Neck is okay. Trouble walking [illegible] [illegible]. Not moving very well. Sharp pains all the time. [illegible] couple days ago. Had to go to

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L ROM [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] from trip for funeral

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] walking & active care

DATE: 9/5/03 Total Time Spent _______ Dr.'s Initials KJB OFF WORK _______ LIGHT DUTY _______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents Has a splitting headache. Neck and upper back. Still has sharp pains at times. Brought x-rays today.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L ROM [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] — work meeting

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ___ Same ✓ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Th

RTW _______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] walking & active care

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 8/1/03 Total Time Spent ____ Dr.'s Initials ____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents headaches not so bad. Feels great today, eyes aren't blurry anymore. Low back is better. Slept good last night

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) [illegible]
Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) much better

Cervical Better ✓ Same ____ Worse ____ /Thoracic ____ Better ✓ Same ____ Worse ____
Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen S

RTW Th

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments ice, active care

DATE: 8/21/03 Total Time Spent ____ Dr.'s Initials [illegible] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - Been off work since 8/20/03. Had appt Dr [illegible] but had to go to MD appts. headache + dizziness today. Low back bad. missing alot of work.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) [illegible]
Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C spl complex acutely flared up very inflamed - temp disability - getting MD help

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ✓ Worse ✓
Lumbo-pelvic Better ____ Same ____ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments ice, rest, home care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 7-31-03 Total Time Spent _______ Dr.'s Initials KM OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents [illegible] headaches are better day [illegible] night headaches started about 11:30

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L ROM [illegible] T & C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] C spine — [illegible] all

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ERP | AL | | | | | | | | | \| | | | — | → | | \| | | | | | | \| | | P R | | |

Derifield (R) L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen _____ RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments rest, home care

DATE: 8/1/03 Total Time Spent _______ Dr.'s Initials KM OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents — feeling much better — headaches aren't as often so severe — eyes little blurry — wears sunglasses much better. Low back is much relieved L4 & L5

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ C & L ROM [illegible] T & C [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 _______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) good progress all areas — MD tomorrow

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ERP | AL | | | | | | | | | \| | | | — | → | | \| | | | | | | \| | | P R | | |

Derifield (R) L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen _____ RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments home care, activities care, rest

# PROGRESS REPORT

Name Rick Lund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 5-17-03 Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) pt presents started having trouble Wednesday, everything going fine until then - don't know what happened - went to bed Tues night & he was fine - not bad night - didn't sleep well - up & down several times

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings)

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition)

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse _____

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, rest, home care, support

DATE: 7-30-03 Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - worst - ever had it - unreal headaches, neck hurt, lays around and back gets stiff - aches everywhere, been hurting since last Thursday

O- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings)

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition)

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same _____ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L

Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW F ?

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

TE: _2/21/05_  Total Time Spent _____  Dr.'s Initials _____ OFF WORK ___ LIGHT DUTY ___
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents with Back_
_and Neck is bad. Had a sinus infection had a bad_
_headache and also pressure was off yesterday due_
_to cold._

O- Objectives: Prob-Focused __ Expanded Prob-Focus _____  Detailed _____  Comprehensive _____
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _____ | ✓ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _____ _flared up from_
_sneezing_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | _____ | ✓ | _____ |
| Lumbo-pelvic | ✓ | | | /Extremity | _____ | _____ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily

Next Seen _____

RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _home e active care_

---

E: _3/6/05_  Total Time Spent _____  Dr.'s Initials _____ OFF WORK ___ LIGHT DUTY _Neck_
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents — Neck_
_Headaches from hell. Base of skull. Mid Back_
_hard to breath in. Catch. + Back of head._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____  Detailed _____  Comprehensive ✓
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | ✓ | _____ | ✓ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | _____ | ✓ | ✓ | _____ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _C + T are flared up snow_
_removal — sleep posture is irritating_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | _____ | ✓ | _____ | /Thoracic | _____ | _____ | ✓ |
| Lumbo-pelvic | _____ | ✓ | _____ | /Extremity | _____ | _____ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily

Next Seen _____

RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name Rick Dunn [handwritten]

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

: 1-9-03 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt reports slept on neck wrong mainly infront of neck. Been giving him headaches. Feels strained or pulled. Has the flu been down for a week think it affected the neck. Headaches are mild now but were

O- Objectives: Prob-Focused x Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C ROM [illegible] +ROT - Ceo

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C sub [illegible] flared up

Cervical Better ____ Same ✓ Worse ✓ /Thoracic ____ Better ✓ Same ____ Worse ____

Lumbo-pelvic Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Seen

Next Week 1X 2X 3X Daily

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments posture, support, home care

E: 2-10-03 Total Time Spent ____ Dr.'s Initials [initials] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt reports - neck pops when I turn head. feels like someone is sitting on my chest. (mid back is stiff.) hurts to breathe deep. headaches.

O- Objectives: Prob-Focused x Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) ↓ C ROM C [illegible] +ROT

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) T sub [illegible] standing is good [illegible]

Cervical Better ____ Same ✓ Worse ____ /Thoracic ____ Better ____ Same ____ Worse ✓

Lumbo-pelvic Better ____ Same ✓ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Seen

Next Week 1X 2X 3X Daily

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments moist heat, home care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. ✓ Self Pay _____

DATE: 9/18/02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK M, T, W LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - LB hurts so bad + never so much pain in his life - sharp / dull constant - can't sleep - hurts much more to move - and walk and sit - no ice or nothing - just works up heard a pop on monday hurts

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___ worse progressively

(Location, tests and findings) ↓ C+L ROM [illegible] P/S

Muscle spasm or splintering Cervical ______ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity minor tenderness

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity ______

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity ______

VAS- pain scale- /no pain 0 ______________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) all flared up

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ________ High Complexity ________

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | | | | | | | | P/S | | | | | | / | / | / | | | | | / | / | / | / | / |

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen Th

RTW Th ?

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, active care, moist heat

DATE: 9/20/02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - Doing better. LB a little right in MD back. Just an achy pain constant. Still trouble sleeping. Movements a little better.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ↓ L + C ROM

Muscle spasm or splintering Cervical ______ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity ______

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity ______

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ______ Extremity ______

VAS- pain scale- /no pain 0 ______________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) finish L spine

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ________ High Complexity ________

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | | | | | | | | | | | | | | / | | / | | | | | | / | / | / | / | / |

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ______

RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments active care, body mechanics

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 04/08/02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - LB is terrible - real sore and stiff - can't sleep - [illegible] and can't walk [illegible] - headaches are constant - more in the back of head down to mid-back - can't

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓ C-T-L-P ROM [illegible] MT

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C-L-P [illegible] plan planned

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ______ High Complexity ______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen W or Th

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, moist heat

DATE: 5/8/02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents - middle back and neck have been hurting since Sunday night. Gets some sharp pain, but usually it just hurts. Has had headaches and trouble

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓ C-T-L-P ROM T-C-T

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C-T [illegible] plan planning

Cervical Better ___ Same ✓ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ______ Low Complexity ______ Moderate Complexity ______ High Complexity ______

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW ________

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ✓ Biofreeze ___ Traction ___

[illegible] swelling - but still in pain

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: 3-20-02 Total Time Spent _______ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents constant pain in low back, hurt while splitting wood – hurts worse when not active & it stiffens – been off work since Monday. neck pain/stiffness on Rt. side, getting lots of headaches – getting dizzy when standing up quickly

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 __________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) L-P strain c sub complex acutely flared up

Cervical Better ✓ Same ✓ Worse _____ /Thoracic ___ Better ___ Same _____ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen F[illegible] S

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, [illegible], rest,

TE: 3/22/02 Total Time Spent _______ Dr.'s Initials [illegible] OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents still a little stiff & sore in low back, but its nothing like it was. No other major complaints.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) ✓ L-P & C [illegible]

Muscle spasm or splintering Cervical _____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0 __________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) much better [illegible] all areas

Cervical Better ✓ Same ___ Worse _____ /Thoracic ___ Better ✓ Same _____ Worse _____

Lumbo-pelvic Better ✓ Same ___ Worse _____ /Extremity ___ Better ___ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L    Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen [illegible] as needed

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] active care,

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 3/7/02 Total Time Spent ________ Dr.'s Initials ____ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt presents neck and upper middle back pain. Having terrible headaches and a really hard time sleeping. Eyes (allergies) pain in mid upper back is a constant dull ache.

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C sub complex flared up from high stress

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ___

Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | |

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

**Next Seen** ______ RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments Pastoral care, home care

TE: ________ Total Time Spent ________ Dr.'s Initials ________ OFF WORK ______ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) ____________

# PROGRESS REPORT

Name Nick Fund

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 1-3-02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK ________ LIGHT DUTY ________

S- Subjective (Location, Limitations, Severity, Frequency) pt. presents mid and low back constantly sore — having constant headaches, neck doesn't seem to be bothering him had FW for a couple days & back got real stiff from lying down so much

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ✓ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ✓ Worse ✓

Lumbo-pelvic Better ____ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ________ RTW ________

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments moist heat (+) ice LP

DATE: 2/2/02 Total Time Spent ________ Dr.'s Initials [illegible] OFF WORK ________ LIGHT DUTY ________

S- Subjective (Location, Limitations, Severity, Frequency) pt. presents — LW back still a little sore but feeling better. Neck has constant severe pains on Rt. side. also has severe headaches can't sleep at all. pain got excrusiating yesterday.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ✓ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) Cervical [illegible] pretty bad — LP getting better

Cervical Better ✓ Same ✓ Worse ____ /Thoracic ____ Better ✓ Same ✓ Worse ____

Lumbo-pelvic Better ____ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S.

Derifield (R) L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ________ RTW ________

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments home & [illegible]

# PROGRESS REPORT

Name Rick Hines

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: 8-2-01 Total Time Spent ____ Dr.'s Initials [illegible] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt. presents pain low-back & right hip when walking - neck sore, having constant headaches - having trouble sleeping - * bailing hay *

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ✓ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ✓ Worse ✓

Lumbo-pelvic Better ✓ Same ✓ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments ice, body mechanics, [illegible]

DATE: [illegible] Total Time Spent ____ Dr.'s Initials [illegible] OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) pt. presents - low back pain and up & down back is sore. Neck is sore. Having bad headaches and trouble. [illegible]

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ____ Same ✓ Worse ____ /Thoracic ____ Better ____ Same ____ Worse ✓

Lumbo-pelvic Better ____ Same ____ Worse ✓ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____

RTW ____

Therapy needed Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 4/9/01 Total Time Spent ______ Dr.'s Initials P OFF WORK ✓ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt. presents Cervical pn. at base of skull. Has been having severe headaches w/ some dizziness. Didn't work Friday. No L pain. OA.

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) headache, [illegible], [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ___

RTW M

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible], home care

TE: 7/8/01 Total Time Spent ______ Dr.'s Initials ______ OFF WORK ✓ LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) pt present - sprained ankle. Lower back when [illegible] feels like its pinching. Between the shoulder blades is tight - feels like someone is standing on your chest. Hard to breath. Lt side of leg stinging once in a while

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ___ Pelvic ✓ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 ______ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ✓ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ✓

Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L — Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ___

RTW T

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible] home care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: 2/5/01 Total Time Spent ________ Dr.'s Initials F OFF WORK Th. or F LIGHT DUTY

S- Subjective (Location, Limitations, Severity, Frequency) pt. presents r. shoulder pn. in front muscle, shooting pn. left leg pn, dull Headaches, No sleep. pn goes down glut. Problems walking

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) [illegible]
Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]
pt tried to get in but couldn't get appt [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓
Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen ______ RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible], ice,

TE: 3/8/01 Total Time Spent ________ Dr.'s Initials F OFF WORK F LIGHT DUTY ______

S- Subjective (Location, Limitations, Severity, Frequency) Pt. presents pn in lumbar region, T area, and is having headaches. OA. Not too happy, declined massage. - has been down w/ flu - tried to get in yesterday -

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) [illegible]
Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 ________ 100 extreme pain

A- Assessment (Stage of Care & Present condition) all flared up from flu -

Cervical Better ___ Same ✓ Worse ___ /Thoracic ___ Better ✓ Same ✓ Worse ___
Lumbo-pelvic Better ✓ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ. / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen ______ RTW ______

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments fluids, rest

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 11-2-00 Total Time Spent 20 Dr.'s Initials F OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Presents with [illegible] loss of neck & having headaches. Bad for past 2 wks. Mid back hurting. Wheezing when he breathes.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ✓ Pelvic ___ Extremity ___

Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L  Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW Th

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible]

DATE: 12/12/00 Total Time Spent 20 Dr.'s Initials B OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Patient presents for exam and spinal adjustment. Sharp shooting pains from mid-back down to low back. Feels hard to breath. Upper back doing well. No headaches. Started hurting Thursday evening.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ___ Thoracic X Lumbar X Pelvic X Extremity ___

Tenderness to Palpation-Region Cervical ___ Thoracic X Lumbar X Pelvic X Extremity ___

Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar X Pelvic X Extremity ___

VAS- pain scale- /no pain 0 _____ [illegible] _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ___ Same ___ Worse X /Thoracic ___ Better ___ Same ___ Worse ___

Lumbo-pelvic Better ___ Same ___ Worse X /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

EXT. / Occ / AT / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R (L)  Disctraction

This Week 1X 2X 3X Daily

Next Seen [illegible] 12/8, 12/9

Next Week 1X 2X 3X Daily

RTW

Therapy needed Heat ___ Cold ✓ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ICE LB

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 7/5/00 Total Time Spent 20 Dr.'s Initials F OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) presents for lumbar area & lower cervical. Pain radiates into shoulder. Severe headaches. Disturbed sleep.

O- Objectives: Prob-Focused X Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ___ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C, L-P, T [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ✓ Worse ✓
Lumbo-pelvic Better ___ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | B R | [illegible] | | | | | | | | [illegible] | | | | ✓ | | | ✓ | | | | | ✓ | R | / | / | / |

Derifield B L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen 7-5-00
RTW 7-5-00

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments [illegible]

DATE: 8-18-00 Total Time Spent 20 Dr.'s Initials F OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Presents with pain and stiffness in neck. Headaches. Neck has been hurting quite a while. Back popped when he was getting out of bed this AM. Has been terrible since.

B H

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___ Pain in
(Location, tests and findings) [illegible] upper C [illegible] T-C [illegible] lower at base of neck

Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C [illegible] complex [illegible]
L-P [illegible]

Cervical Better ___ Same ___ Worse ✓ /Thoracic ___ Better ✓ Same ✓ Worse ___
Lumbo-pelvic Better ✓ Same ✓ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B R | B R | | | | R | | | | | [illegible] | | | | ✓ | | ✓ | ✓ | | | | ✓ | | R | / | / | / |

Derifield R L Disctraction

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily
Next Seen
RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments ice, [illegible]

# PROGRESS REPORT

Name Florence Delliett

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 9-27-00 Total Time Spent 20 Dr.'s Initials F OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Presents for follow up care. Feels about the same as last visit. tightness & pulling on left side of cervical area. low back aches. left leg is sore from when they took Vern out for heart surg.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings) LC + LP ...

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C + LP same as above ...

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | ✓ | | /Thoracic | ✓ | ✓ | |
| Lumbo-pelvic | | ✓ | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L  Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments active care, caution

DATE: 10-12-00 Total Time Spent 20 Dr.'s Initials F OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) Presents for follow up care. Cervical area is pulling. No headaches, sinus trouble, congested. No sore throat. Lumbar area sore.

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____

(Location, tests and findings) LP + C ...

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) C + LP ...

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | ✓ | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

EXT. / Occ / AT. / AX. / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L  Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen

RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments protect, home care

# PROGRESS REPORT

Name Rick Lind

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay [illegible]

DATE: 4/4/00 Total Time Spent 76 Dr.'s Initials B OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) [illegible] Disturbed sleep. Worse on Lt side.

O- Objectives: Prob-Focused ____ Expanded Prob-Focus X Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic X Lumbar ____ Pelvic ____ Extremity ____

Tenderness to Palpation-Region Cervical X Thoracic X Lumbar X Pelvic X Extremity ____

Abnormal Passive Range of Motion Cervical X Thoracic X Lumbar X Pelvic X Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible] building a 4 car garage

Cervical Better ____ Same ____ Worse ____ /Thoracic Better ____ Same X Worse ____

Lumbo-pelvic Better ____ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward X Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ / AT. / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield R L Disctraction

This Week 1X 2X 3X Daily

Next Week 1X 2X 3X Daily

Next Seen ____ 4-3-00 RTW 4-4-00

Therapy needed Heat ____ Cold X Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments Ice [illegible]

DATE: 5-2-00 Total Time Spent 76 Dr.'s Initials B OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) Presents for exam and spinal adjustment. Was moving stuff around in garage Sat when low back went out. Acute low back pain. No leg pn. or parasthesia. Has been laying down. Most pain on Rt. side. Hurts to cough, sneeze.

O- Objectives: Prob-Focused ____ Expanded Prob-Focus X Detailed ____ Comprehensive ____

(Location, tests and findings) [illegible]

Muscle spasm or splintering Cervical ____ Thoracic X Lumbar X Pelvic X Extremity ____

Tenderness to Palpation-Region Cervical X Thoracic X Lumbar X Pelvic X Extremity ____

Abnormal Passive Range of Motion Cervical X Thoracic ____ Lumbar X Pelvic X Extremity ____

VAS- pain scale- /no pain 0 ____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) [illegible]

Cervical Better ____ Same X Worse X /Thoracic Better ____ Same X Worse ____

Lumbo-pelvic Better ____ Same ____ Worse X /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward X Low Complexity ____ Moderate Complexity ____ High Complexity ____

EXT. / Occ / AT. / AX / 3 / 4 / 5 / 6 / 7 / 1 / 2 / 3 / 4 / 5 / 6 / 7 / 8 / 9 / 10 / 11 / 12 / 1 / 2 / 3 / 4 / 5 / Pel / Sac / Leg S.

Derifield (R) L Disctr

This Week 1X (2X) 3X Daily

Next Week 1X (2X) 3X Daily

Next Seen ____ 5/1 RTW ____

Therapy needed Heat ____ Cold X Ultrasound ____ Interferential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments Ice [illegible]

# AUTHORIZATION FOR RELEASE OF RECORDS

To: Bobb Chiropractic
(Doctor or Hospital)

(address)

I hereby authorize and request you to release any and all records in your possession, including x-rays to

Dr. Kevin Freebern
918 16th Avenue
East Moline, IL 61244
(309) 752-0750 – office (309) 752-0755 – fax

Date 2-5-01 Signed [signature]

(witness) Relationship

Rick Lind