SEP-26-2003 16:01

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**

# PHYSICIAN'S STATEMENT
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S Lind
Date of Birth: 9/19/64
Soc. Sec. Number: 360488440

Present Address—Street or Rural Route: 401 Main Street
City: Erie    State: Illinois    Zip Code: 61252

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)
Facility: _____    Address: _____

[Stamps: SEP 2003 E.M.C.C. WARDEN OFFICE]

> COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination: Month: 8   Day: 6   19 2003

(b) Diagnosis including any complications: Cervical subluxation, Headaches, thoracic subluxation, muscle spasms, lumbar subluxation, and pelvic sub.

His headache complaint is aggrivated by stress, A/C.

These problems date back to a major auto accident in 1980.

(c) Subjective symptoms: Patient complains of severe cervical pain with movement, severe headaches, stiff and sore in mid and low back. Not able to sleep, poor concentration, just feels terrible.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
Poor cervical range of motion with inflamation and very tense and tender. Cervical and thoracic muscles.
Patient appears very fatigued and down.
Decreased lumbo pelvic range of motion with mild inflamation.

**2. DATES OF TREATMENT:**

(a) Date of first visit: Month: 7   Day: 25 30 per Ronda on 9-26-03 per phone conversation.  19 2003
(b) Date of last visit: Month: 8   Day: 6   19 2003
(c) Frequency:   Weekly ☐   Monthly ☐   Other ☐ — (Please specify): _____

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: Chiropractic adj, home care, Ice theraphy, rest, active care, MD treatment.

(b) Will treatment substantially improve function and employability?  Yes ☒  No ☐   If yes, specify:
His spinal function has improved drastically, and his headaches have really resolved.

> **IMPORTANT NOTICE**
> This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (3/82)   IL401-3784

Printed on Recycled Paper


DEFENDANT'S EXHIBIT 4

-479-

SEP-26-2003  10:01          E MOLINE CORRECTIONAL CTR

**4. PROGRESS:** (Please check appropriate box provided below):
   (a) The patient has:   Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐
   (b) The patient is:    Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
   (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
       If yes, give name and address of hospital: _____
       Confined from: Month _____ Day ____ 19 ____ through Month _____ Day ____ 19 ____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):
   Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐
   Lifting ☐   Psychological ☐   Other ☐   (Please specify): _NONE R/W_   Stooping ☐

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
   ☐ CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
   ☐ CLASS 2 – Medium manual activity* (15-30%)
   ☐ CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
   ☐ CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
   ☒ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
   ☐ REMARKS – _Severe headaches- imparred judgement and reaction to situations._

**7. EXTENT OF DISABILITY:**

|   | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
|   | Yes ☒ No ☐ | | | Yes ☒ No ☐ | | |
|   | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|   |   |   | 19 |   |   | 19 |
|   | 8 | 6 | 2003 |   |   | 19 |
|   | (Approximate Date) | | | Indefinite ☐ Never ☐ | | |
|   | Yes ☐ No ☒ | | | Yes ☐ No ☐ | | |

   (a) In your opinion is patient now temporarily totally disabled?   yes
   (b) If no, when was patient able to go to work?
   (c) If yes, when do you think patient will be able to resume any work?
   (d) In your opinion is patient permanently and totally disabled for employment?   no
   (e) If answer to (d) is "yes", please explain.

**8. REMARKS:**
   _This episode is a severe irritation of tissue damaged in a major auto accident in 1980. He sustained a severe concussion and a T12 compression fracture. Scar tissue is susceptible to episodes of flare up from activities of adily living and stress, and exposure to the cold._

Attending Physician's Signature: _Kevin F. Freebern DC_   Degree: _DC_   Date: _8/14/03_
LEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: _Kevin L. Freebern DC_
Physician's Office Street Address: _918 16th Avenue_
City: _East Moline_   State: _IL_   Zip Code: _61244_   Phone Number: _309-752-0750_

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

TOTAL P.03

-480-