

**Illinois Department of Corrections**

East Moline Correctional Center / 100 Hillcrest Road / East Moline, IL 6124

Rod R. Blagojevich
Governor

. Walker Jr.
rector

(800) 528-0844

*Returned by R. Lind on 9-9-03*

# MEMORANDUM

DATE:     September 5, 2003

TO:       Rick Lind
          Correctional Officer

FROM:     Gene Jungwirth
          Acting Warden

SUBJECT:  **Physician's Statement**

Enclosed you will a copy of your CMS-95 Physician's Statement and Doctor's Slip. In reviewing these documents I find issues that need to be clarified. To process any paperwork the documents need to be correct. Please review and advise.

- The CMS-95 Physician's Statement has areas that have been changed. Dr. Freebern would need to initial these changes.
- Section 1 indicates the date of last examination was August 4, 2003.
- Section 2 indicates the date of last visit was August 6, 2003. Was there no exam on this date?
- Section 5 was not filled out.
- Section 6 indicates there is no limitation of functional capacity; capable of heavy work. No restrictions (1-10%).
- Section 7a needs to be filled out in the boxes.
- Section 7c is not filled out completely.
- Doctor's slip indicates the patient is unable to work from August 20, 2003 through September 29, 2003.

Gene Jungwirth
Acting Warden

cc:  File

*Verstraete*
EXHIBIT NO. 6
1-5-07 KK

DEFENDANT'S EXHIBIT F

-492-

<u>**Freebern Chiropractic**</u>
Kevin Freebern, DC
918 16th Avenue
East Moline, IL 61244
(309) 752-0750 – office
(309) 752-0755 – fax

Date: 8/20/03

Name of Employee: RICK LIND

The above employee is temporarily unable to work from 8/20/03 to 9/29/03.

If there are questions regarding this patient please contact the above telephone number.

Kevin L. Freebern, DC

**CMS ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**

# PHYSICIAN'S STATEMENT

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S Lind    Date of Birth: 9/19/64    Soc. Sec. Number: 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

Present Address—Street or Rural Route: 401 Main Street

City: Erie    State: Illinois    Zip Code: 61252

Employed by State of Illinois: _____
(Agency, Board, Commission, Department)

Facility: _____    Address: _____

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):
   (a) Date of last examination: Month: 8   Day: 4   2003
   (b) Diagnosis including any complications: Cervical Subluxation, Headaches, Thoracic Subluxation, Muscle Spasms, Lumbar Subluxation, Pelvic Subluxation.

   His headache complaint is aggrivated by stress, A/C.
   These problems date back to a major auto accident in 1980.

   (c) Subjective symptoms: Patient complains of severe cervical pain with movement, severe headaches, stiff and sore in mid and low back. Not able to sleep, poor concentration, just feels terrible.

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
   Poor cervical range of motion with inflamation and very tense and tender. Cervical and thoracic muscles. Decreased lumbo plevic range of motion with mild inflamation. Patient appears very fatigued and down.

2. DATES OF TREATMENT:
   (a) Date of first visit: Month: 7   Day: 24   2003
   (b) Date of last visit: Month: 8   Day: 6   2003
   (c) Frequency: Weekly ☐   Monthly ☐   Other ☐ — (Please specify): _____

3. TREATMENT:
   (a) Please describe treatment including any surgery and/or medication prescribed: Chiropractic adj- home care, Ice theraphy, rest, active care, md treatment
   (b) Will treatment substantially improve function and employability? Yes ☒  No ☐  If yes, specify:
   His spinal function has improved drastically, and his headaches have really resolved.

IMPORTANT NOTICE
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

-494-

4. **PROGRESS:** (Please check appropriate box provided below):
   (a) The patient has:   Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐
   (b) The patient is:   Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
   (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
   If yes, give name and address of hospital: _____
   Confined from:   Month _____ Day ____ 19 ____ through Month _____ Day ____ 19 ____

5. **LIMITATION:** (If there is a limitation, check appropriate box and describe below):
   Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
   Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

6. **PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
   ☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
   ☐ CLASS 2 — Medium manual activity* (15-30%)
   ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
   ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
   ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
   ☐ REMARKS — _____

7. **EXTENT OF DISABILITY:**

   (a) In your opinion is patient now temporarily totally disabled? YES

   |  | From Any Occupation | | | From Patient's Regular Occupation | | |
   |---|---|---|---|---|---|---|
   |  | Yes ☐ No ☐ | | | Yes ☐ No ☐ | | |
   |  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
   |  |  |  | 19 |  |  | 19 |

   (b) If no, when was patient able to go to work?

   | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
   |---|---|---|---|---|---|
   | 8 | 6 | ~~19~~ 2003 |  |  | 19 |

   (c) If yes, when do you think patient will be able to resume any work?
   (Approximate Date)         Indefinite ☐   Never ☐

   (d) In your opinion is patient permanently and totally disabled for employment? NO
       Yes ☐   No ☒       Yes ☐   No ☐

   (e) If answer to (d) is "yes", please explain.
   _____

8. **REMARKS:**
   This episode is a severe irritation of tissue damaged in a major auto accident in 1980. He sustained a severe concussion and a T12 compression fracture, scar tissue is susceptible to episodes of flare up from activities of daily living and stress, and exposre to the cold.

Attending Physician's Signature: _Kevin L. Freebern, D.C._   Degree: _____   Date: 8/14/03
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: Kevin L. Freebern, D.C.
Physician's Office Street Address: 918 16th Ave.
City: East Moline   State: Illinois   Zip Code: 61244   Phone Number: 309-752-0750

405