E-FILED
Friday, 02 March, 2007  04:44:37 PM
Clerk, U.S. District Court, ILCD

Friday – 9-26-03

Freeborn – 752-0750 – Ronda

-17-03

7-30-03
7-31-03
8-4-03
8-7-03

5-17-03 – 1st
Next 7-30-

~~~~~~~~~~~~~~~~~~~~~~~

8-20-03 – Canceled for Dr Molans appt.
8-27-03
9-3-03
9-8-03
9-11-03
9-18-03
9-24-03
9-26-03



DEFENDANT'S EXHIBIT H