E-FILED
Friday, 02 March, 2007  04:46:41 PM
Clerk, U.S. District Court, ILCD

# FREEBERN CHIROPRACTIC

## PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents_

_____

_____

_____

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings)_____

Muscle spasm or splintering    Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

Tenderness to Palpation-Region Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

Abnormal Passive Range of Motion Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition)_____

Cervical      Better____ Same____ Worse____ /Thoracic___ Better____ Same____ Worse____
Lumbo-pelvic  Better____ Same____ Worse____ /Extremity___ Better____ Same____ Worse____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|-------|
|      |      |     |     |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   |      |      |       |

Derifield  R  L        Disctraction [    ]

This Week   1X   2X   3X   Daily        [ Next Seen ]

Next Week   1X   2X   3X   Daily                          RTW_____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments_____

---

ATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents -_

_____

_____

_____

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings)_____

Muscle spasm or splintering    Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

Tenderness to Palpation-Region Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

Abnormal Passive Range of Motion Cervical_____ Thoracic_____ Lumbar_____ Pelvic_____ Extremity_____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition)_____

Cervical      Better____ Same____ Worse____ /Thoracic___ Better____ Same____ Worse____
Lumbo-pelvic  Better____ Same____ Worse____ /Extremity___ Better____ Same____ Worse____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|-------|
|      |      |     |     |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   |      |      |       |

Derifield  R  L        Disctraction [    ]

This Week   1X   2X   3X   Daily        [ Next Seen ]

Next Week   1X   2X   3X   Daily                          RTW_____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments_____

DEFENDANT'S EXHIBT 1

# PROGRESS REPORT

Name _Rob Lewis_ _____  Self Pay _____

Type of Case P.I. _____  W/C _____  Major Med. _____

OFF WORK _EAT_ LIGHT DUTY _____

E: _6-20-05_ Total Time Spent _____ Dr.'s Initials _____ Pt Presents Felt (60.00)

S- Subjective (Location, Limitations, Severity, Frequency) _From window hem. Lower Back_
_Friday Facet came out. Front med back sore, and hip are real tender. neck, med back sore, sore. But_
_hip are real tender. neck, med back dye. Elbows need work_
_did not hit his head. moveing very slow._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _Per CELP Rom mgter_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
| Tenderness to Palpation-Region | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
| Abnormal Passive Range of Motion | Cervical | Thoracic | Lumbar | Pelvic | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain  _C, L, P, + ____ flared up_

A- Assessment (Stage of Care & Present condition)

| | | | | | Worse ___ |
|---|---|---|---|---|---|
| Cervical | Better ___ | Same ___ | Worse ___ | /Thoracic ___ Better ___ Same ___ | Worse ___ |
| Lumbo-pelvic | Better ___ | Same ___ | Worse ___ | /Extremity ___ Moderate Complexity ___ | High Complexity ___ |

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___

Derifield (R) L    Disctraction [ ]

This Week  1X  2X  3X  Daily     Next Seen _W_   RTW _W_

Next Week  1X  2X  3X  Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _no home care_

---

E: _6-23-05_ Total Time Spent _____ Dr.'s Initials _____ Pt Presents - LB + hips

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents - LB + hips_
_are sore. No sleep lately some headaches, but doing_
_much better than it was Feeling sore all over_
_Not sleeping at all._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _C+L+P Rom mgter F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
| Tenderness to Palpation-Region | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
| Abnormal Passive Range of Motion | Cervical | Thoracic | Lumbar | Pelvic | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain  _home + active care are helping_

A- Assessment (Stage of Care & Present condition)

| | | | | | Worse ___ |
|---|---|---|---|---|---|
| Cervical | Better ___ | Same ___ | Worse ___ | /Thoracic ___ Better ___ Same ___ | Worse ___ |
| Lumbo-pelvic | Better ___ | Same ___ | Worse ___ | /Extremity ___ Moderate Complexity ___ | High Complexity ___ |

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___

Derifield (R) L    Disctraction [ ]

This Week  1X  2X  3X  Daily     Next Seen   RTW _____

Next Week  1X  2X  3X  Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Lumb, support_

# PROGRESS REPORT

Name _Rick Lira_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

TE: _6-8-06_  Total Time Spent _____ Dr.'s Initials _____  OFF WORK _M-F_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents has shot. in the knees and ankles. Sleep is not at all. shoulders are terrible. Just hurt all over - good pain - headaches are severe_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _poor C Pain to sfu  Pt T - F/S_

Muscle spasm or splintering  Cervical _✓_  Thoracic _✓_  Lumbar _____  Pelvic _____  Extremity _____

Tenderness to Palpation-Region Cervical _✓_  Thoracic _✓_  Lumbar _✓_  Pelvic _✓_  Extremity _____

Abnormal Passive Range of Motion Cervical _✓_  Thoracic _____  Lumbar _____  Pelvic _✓_  Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _healthy flared up from stress + good - gng for help w/ psych_

Cervical  Better _____ Same _____ Worse _✓_ /Thoracic __ Better ___ Same _____ Worse _____
Lumbo-pelvic  Better _____ Same _____ Worse _✓_ /Extremity __ Better ___ Same _____ Worse _____

P- Plan  Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| / EXT. | Occ. | AT. | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg. S. |
|--------|------|-----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|---------|
| P E L V | A E L | B R |  |  |  |  |  |  |  |  |  | Λ |  | ‖ |  |  |  |  |  |  | ‖ | P R |  |  |  |  |  |

Derifield  R  L    Disctraction [____]

This Week  1X  2X  3X  Daily          Next Seen  _F_        RTW _____

Next Week  1X  2X  3X  Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __

Home Care / Additonal comments _Omega 3, diet, exercise, rest_

---

E: _6-10-06_ Total Time Spent _____ Dr.'s Initials _____  OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents - not as much pain with the ___. Shoulder are just a little sore with some pain. Sleep is better_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _✓ C + LP Pain  decent  F pt ff_

Muscle spasm or splintering  Cervical _✓_  Thoracic _✓_  Lumbar _____  Pelvic _✓_  Extremity _____

Tenderness to Palpation-Region Cervical _____  Thoracic _____  Lumbar _____  Pelvic _✓_  Extremity _____

Abnormal Passive Range of Motion Cervical _✓_  Thoracic _____  Lumbar _✓_  Pelvic _✓_  Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _good  F p  dp_

Cervical  Better _✓_ Same _____ Worse _____ /Thoracic __ Better ___ Same _✓_ Worse _____
Lumbo-pelvic  Better _✓_ Same _____ Worse _____ /Extremity __ Better ___ Same _____ Worse _____

P- Plan  Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| / EXT. | Occ. | AT. | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg. S. |
|--------|------|-----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|---------|
| P E L V | A E L | Q R |  |  |  |  |  |  |  |  |  | Λ |  | ‖ |  |  |  |  |  |  | ‖ | P R |  |  |  |  |  |

Derifield  Ⓡ  L    Disctraction [____]

This Week  1X  2X  3X  Daily          Next Seen [____]        RTW _____

Next Week  1X  2X  3X  Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __

Home Care / Additonal comments _home care_

FREEBERN CHIROPRA[CTIC]

# PROGRESS REPORT

Name _Rick Lind_                                    Self Pay _____
Type of Case P.I. _____  W/C _____  Major Med. _____

DATE: _5-20-05_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents Nech is a little_ _tender, but nothing like it was. Headaches come + go, ___ right not constant like they were, as well as less severe. Mid back is doing good. Still can't sleep. Dozes off then wakes up._

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _Li-Re C__ Cerf_ _√ T  C + V_
Muscle spasm or splintering  Cervical _√_  Thoracic _↓_  Lumbar _↓_  Pelvic _↑_  Extremity _____
Tenderness to Palpation-Region Cervical _√_  Thoracic _√_  Lumbar _√_  Pelvic _↑_  Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _Slow C proper — butter V + LP_
_progres_

| | Better | Same | Worse | /Thoracic | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | √ | | | /Extremity | | | High Complexity |
| Lumbo-pelvic | √ | | | | | | |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. | Derifield | Disctraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P E B R | P E C R | B | | | | | | | | | | | | | | | | | | | | | | | l h | | | R  L | |

This Week   1X   2X   3X   Daily        Next Seen _____  RTW _____
Next Week   1X   2X   3X   Daily
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _home care_

DATE: _5-23-05_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents — Low Back_ _is tender. Head aches is not as Bad. In a Better mood_ _Wants to go Back to work_

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailes _____ Comprehensive _____
(Location, tests and findings) _L C + L P Rm mild sp__ _√ T  C + V Legs_
Muscle spasm or splintering  Cervical _____  Thoracic _Trap √_  Lumbar _____  Pelvic _√_  Extremity _____
Tenderness to Palpation-Region Cervical _√_  Thoracic _√_  Lumbar _√_  Pelvic _√_  Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _decent progress_

| | Better | Same | Worse | /Thoracic | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | √ | | | /Extremity | | | High Complexity |
| Lumbo-pelvic | √ | | | | | | |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. | Derifield | Disctraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P E B R | P E C R | | | | | | | | | | | | | | | | | | | | | | | | l R | | | Ⓡ  L | |

This Week   1X   2X   3X   Daily        Next Seen _____  RTW _____
Next Week   1X   2X   3X   Daily
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _stress management + active care_

FREEBERN CHIROPRAC.

# PROGRESS REPORT

Name _Rick Lea___

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

---

DATE: 5-12-05 Total Time Spent _____ Dr.'s Initials _____ OFF WORK _TW_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents middle of back has sharp, stabbing pains, constant pains. Cant sleep. Feel it back of skull feels like someone has put in they. Having headaches. Have been off work are Tuesday because of pain. Been taking pain med._

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _√ C + L P R___ _____ _T - T - P/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | √ | √ | √ | | |
| Tenderness to Palpation-Region | √ | √ | √ | √ | |
| Abnormal Passive Range of Motion | √ | √ | √ | | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + T are getting bad_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse √ | /Thoracic | Better___ Same___ Worse √ |
| Lumbo-pelvic | Better___ | Same √ | Worse___ | /Extremity | Better___ Same___ Worse___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P P R R | A G R | B R | | | | | | | | | | | | | | | | P R | | |

Derifield Ⓡ L    Disctraction _____

This Week  1X  2X  3X  Daily     Next Seen _Son_ M     RTW _F_
Next Week  1X  2X  3X  Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _maint level (T) + active care_

---

DATE: 5-16-15 Total Time Spent _____ Dr.'s Initials _____ OFF WORK _M + √_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - Neck is killing him. been having bad headaches. The middle of the back is doing alot better. Can't sleep still When he left here. Felt good with His med where change_

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _√ C + L P R___ _Cff_ _T - T - C/R_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | √ | √ | √ | √ | |
| Tenderness to Palpation-Region | √ | √ | √ | √ | |
| Abnormal Passive Range of Motion | √ | √ | √ | | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Care may flared up_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better___ | Same √ | Worse √ | /Thoracic | Better √ Same___ Worse___ |
| Lumbo-pelvic | Better √ | Same___ | Worse___ | /Extremity | Better___ Same___ Worse___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P P P L | A G | B R | | | | | | | | | | | | | | | | P R | | |

Derifield Ⓡ L    Disctraction _____

This Week  1X  2X  3X  Daily     Next Seen _When rehab_     RTW _W_
Next Week  1X  2X  3X  Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _posture + home care, support_

FREEBERN CHIROPRACTIC

# PROGRESS REPORT

Name _Ricki Lind_____ Major Med. _____ Self Pay _____

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____ OFF WORK _F-M_ LIGHT DUTY ___

DATE: _4-25-05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ _pt DWENS (lower back_
S- Subjective (Location, Limitations, Severity, Frequency) _____ has a pain level of 8-9. To bend over to get dress or put on his shoes will cause pain. No Feloratib. Both legs go numb down the back ___

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _poor 2- P_ _____
Muscle spasm or splintering    Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0_____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _L-P reh pretty flared up - slept on floor_

Cervical         Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic    Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P R L | A L | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield  R L    Distraction  [X]

This Week    1X  2X  3X   Daily         Next Seen: _W_    RTW _T_
Next Week    1X  2X  3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _ice, home care, support___

---

DATE: _4-27-05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____ _pt Present- just sore in_
S- Subjective (Location, Limitations, Severity, Frequency) _____
_Lower back. No pains just soreness._

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _ICELP poor 2_ _____
Muscle spasm or splintering    Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ 100 extreme pain

VAS- pain scale- /no pain 0_____
A- Assessment (Stage of Care & Present condition) _good o progress slower LP progress_

Cervical         Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic    Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B R L | | | | | | | | | | | | | | | | | | | | | | | | R P R | | |

Derifield  R L    Distraction  [ ]

This Week    1X  2X  3X   Daily         Next Seen: _Sat Morning Th_    RTW _Th_
Next Week    1X  2X  3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _moist heat P, ice SL_

# PROGRESS REPORT

Name _Dick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _4-5-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt severe headaches_
_constant, little lower back pain, no sharp pain; swelling in foot went_
_down; neck is a little sore but not bad, not feeling too bad overall_

O- Objectives: Prob-Focused \ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _LC & CP Rom q nfl_  _T+T - C&T_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | \ | \ | \ | ____ |
| Tenderness to Palpation-Region | \ | \ | ⌣ | \ | ____ |
| Abnormal Passive Range of Motion | ⌡ | \ | ⌣ | \ | ____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _mild setback in care_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | \ | /Thoracic | ____ | \ | ____ |
| Lumbo-pelvic | ____ | ____ | \ | /Extremity | ____ | ____ | ____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R E R R | A A C | | | | | | | | | | | / | / | | | | | | | | | | | / | P P R | / | / |

Derifield ☑ L    Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen _7-10 days_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _q active care; body mechanics_

---

DATE: _4-15-05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents - Neck is real_
_tight. Been having head aches. Lower back is stiff and sore._
_Both leg are to some extent._

O- Objectives: Prob-Focused \ Expanded Prob-Focus ____ Detailed \ Comprehensive ____
(Location, tests and findings) _pain C & LP Rom q nfl_  _T+T - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | \ | \ | \ | ____ |
| Tenderness to Palpation-Region | \ | ⌣ | \ | \ | ____ |
| Abnormal Passive Range of Motion | ⌡ | \ | \ | \ | ____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _(1) c sub  (2) headache  (3) l sub  (4) T sub_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | \ | /Thoracic | ____ | Same | \ |
| Lumbo-pelvic | ____ | ____ | \ | /Extremity | ____ | ____ | ____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R E R R | A A C | | | | | | | | | | | | | ) | / | | | | | | | | | / | P P R | / | / |

Derifield ☑ L    Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen _W_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _w/ home care, exercises_

# PROGRESS REPORT

Name _Beck Deena_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _3-18-04_ Total Time Spent _____ Dr.'s Initials _CH_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents very stressed out. Other than that not too bad, little headaches, eyes are light sensitive, mid-lowerback her a dull ache, neck is a little sore, left knee foot is swollen & throbbing only a little bit._

O- Objectives: Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C+LP  D A  D ortho_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | Cervical | Thoracic ✓ | Lumbar | Pelvic | Extremity |
| Abnormal Passive Range of Motion | Cervical ✓ | Thoracic ✓ | Lumbar ✓ | Pelvic ✓ | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better spinal function muscles are sore from stress_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily        Next Seen _____   RTW _____
Next Week   1X   2X   3X   Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _Pt is released to try full time work_

TE: _3-26-04_ Total Time Spent _____ Dr.'s Initials _CH_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - stiff & sore all over, stressed, headaches constantly, some swelling in left foot - only hurts in the morning, still taking anti-inflammatory, neck is sore, lower back especially sore_

O- Objectives: Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C+LP  Rom  A  TET=C+V_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | Cervical ✓ | Thoracic ✓ | Lumbar | Pelvic ✓ | Extremity |
| Abnormal Passive Range of Motion | Cervical ✓ | Thoracic ✓ | Lumbar ✓ | Pelvic ✓ | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _starting to lose ground_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily        Next Seen _7-today_   RTW _____
Next Week   1X   2X   3X   Daily

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

# PROGRESS REPORT

Name *Rick Sinat*

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: 2-23-04 Total Time Spent _____ Dr.'s Initials /// OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) *Pt presents better no stabbing pain, some discomfort in back mostly neck pain + constant minor headaches, Ø numbness, headaches in back of head Ø tingling feeling today*

**O- Objectives:** Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *L C + L Rom  T + T  C -ev*

Muscle spasm or splintering  Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical \ Thoracic ⟨ Lumbar ⟨ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical ⟍ Thoracic ⟍ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

**A- Assessment** (Stage of Care & Present condition) *stressed w/ work + disabeling ~ C starting to flare up*

Cervical  Better _____ Same *no* Worse *M* /Thoracic _____ Better _____ Same _____ Worse _____
Lumbo-pelvic  Better _____ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



This Week  1X  2X  3X  Daily          Next Seen          RTW _____
Next Week  1X  2X  3X  Daily

Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments *future care, body mechanics*

---

DATE: 3-10-04 Total Time Spent _____ Dr.'s Initials /// OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) *Pt presents - hurts everywhere, headaches, constant, eyes very light sensitive, sharp pains in mid - lower back, no numbness, swelling in left knee + foot - hard to get shoe on too sensitive to touch, neck aches*

**O- Objectives:** Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *L C + L Rom  T + T  F/S*

Muscle spasm or splintering  Cervical _____ Thoracic ⟍ Lumbar _____ Pelvic ⟨ Extremity _____
Tenderness to Palpation-Region Cervical ⟨ Thoracic ⟍ Lumbar _____ Pelvic ⟨ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic ⟍ Lumbar ⟍ Pelvic ⟨ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

**A- Assessment** (Stage of Care & Present condition) *↑ P + V and ankle flaired up from swollen ankle from meds reaction*

Cervical  Better _____ Same ⟨ Worse _____ /Thoracic _____ Better _____ Same _____ Worse ⟍
Lumbo-pelvic  Better _____ Same _____ Worse ⟍ /Extremity _____ Better _____ Same _____ Worse _____

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



This Week  1X  2X  3X  Daily          Next Seen *link*          RTW _____
Next Week  1X  2X  3X  Daily

Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments *home care / aerd*

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _2/6/04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _Pt presents - lower back_ _starts at mid back goes down - constant throb, sit + standing both_ _uncomfortable a lot of pain - headache back of head + neck_

**O- Objectives:** Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _↓ L + C Rom    TTT - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _↑ C flr , L-P + T setback_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | Extremity | | | |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily         Next Seen _√_    RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _Lateral - active care_

---

DATE: _2-16-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _Pt presents - stabbing pain_ _in lower back, constant, it's more on the left side than the right - some_ _tingling, minor headaches, most of pain is lower back pain_ _at an 8_

**O- Objectives:** Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _↓ C + L Rom  TTT - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _↓ girl flare up - high stress_ _↑ C flr - very stress - work cds off insurance_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | Thoracic | | ✓ | |
| Lumbo-pelvic | | | ✓ | Extremity | | | |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily         Next Seen _F_    RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _↑ active care , C + L adj_

# PROGRESS REPORT

Name _Rick Lund_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _1/9/04_ Total Time Spent _____ Dr.'s Initials _KV_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents Neck is sore_
_again - been having some headaches. dizziness_
_sensitive to light. Mid-low back is about the same._
_Still some pain, not always aches_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _L C e L Rom compl_
Muscle spasm or splintering Cervical ✓ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical ✓ Thoracic _____ Lumbar ✓ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow progress, C sul is major_
_pain - stressed w disability situation_

| | | |
|---|---|---|
| Cervical Better ✓ Same ✓ Worse ___ | /Thoracic Better ✓ Same ___ Worse ___ |
| Lumbo-pelvic Better ✓ Same ___ Worse ___ | /Extremity Better ___ Same ___ Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P B L R | B R | | | | | | | | | | | | | ✓ | | | | | | | | | | | | | |

Derifield R L　　Disctraction

This Week　1X　2X　3X　Daily
Next Week　1X　2X　3X　Daily　Next Seen _M_　RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _P active care, comflcr management_

---

DATE: _1-29-04_ Total Time Spent _____ Dr.'s Initials _KV_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - job stress has_
_his guts in a bad way, meds got changed to something stronger, having_
_headaches + mid-lower back aches + neck aches, no dizziness,_
_shooting pain down left leg, sensitive to light - drowsier - stress_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _L C e L Rom TeT c e ✓_
Muscle spasm or splintering Cervical ✓ Thoracic ✓ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _high stress - setback_

| | | |
|---|---|---|
| Cervical Better ___ Same ___ Worse ✓ | /Thoracic Better ___ Same ___ Worse ✓ |
| Lumbo-pelvic Better ___ Same ✓ Worse ___ | /Extremity Better ___ Same ___ Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P L R | | | | | | | | | ✓ | ✓ | | | | | | | | | | | | | | | | | |

Derifield R L　　Disctraction

This Week　1X　2X　3X　Daily
Next Week　1X　2X　3X　Daily　Next Seen _M_ ✓　RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _mais bad_

# PROGRESS REPORT

Name **Rick Lind**

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: **1-12-04**  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *pt presents much better — not to many headaches and head is doing better w/ mid back soft tissue and arthritis still better achy sore*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___  Detailed _____  Comprehensive _____
(Location, tests and findings) _____ C T L Rom  T+T  C+T (mild)

Muscle spasm or splintering  Cervical __✓__  Thoracic __✓__  Lumbar _____  Pelvic _____  Extremity _____
Tenderness to Palpation-Region Cervical __✓__  Thoracic __✓__  Lumbar _____  Pelvic _____  Extremity _____
Abnormal Passive Range of Motion Cervical __✓__  Thoracic __✓__  Lumbar __✓__  Pelvic _____  Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) *pt is making good progress*

Cervical  Better __✓__ Same ___ Worse ___  /Thoracic  Better __✓__ Same ___ Worse ___
Lumbo-pelvic  Better __✓__ Same ___ Worse ___  /Extremity  Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L R P | A S E | B R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily     Next Seen  For  S     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments *↑ active care, stress mngment*

DATE: _____  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *pt presents — neck flared up again with some headaches, doing better, mid once in a while arms but arms not better. Low back is fair always has pain from bulging*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___  Detailed _____  Comprehensive _____
(Location, tests and findings) _____ C T L Rom  Cspa  T+T  C+T

Muscle spasm or splintering  Cervical __✓__  Thoracic __✓__  Lumbar _____  Pelvic _____  Extremity _____
Tenderness to Palpation-Region Cervical __✓__  Thoracic __✓__  Lumbar __✓__  Pelvic _____  Extremity _____
Abnormal Passive Range of Motion Cervical __✓__  Thoracic __✓__  Lumbar __✓__  Pelvic _____  Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) *setback in care — high stress*

Cervical  Better ___ Same ___ Worse __✓__  /Thoracic  Better ___ Same ___ Worse __✓__
Lumbo-pelvic  Better ___ Same ___ Worse __✓__  /Extremity  Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L R P | A S E | B R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily     Next Seen  M     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments *home & active care, stress mngment*

# PROGRESS REPORT

Name _Ricklind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _10/04_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _pt presents headaches are constant since Tuesday/Monday, Indt too bad everywhere else,_

O- Objectives: Prob-Focused ✓  Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _✓ C Rom mild_ _T + T - C P_
Muscle spasm or splintering    Cervical ✓  Thoracic ___  Lumbar ___  Pelvic _____  Extremity _____
Tenderness to Palpation-Region Cervical ✓  Thoracic ✓  Lumbar ✓  Pelvic _____  Extremity _____
Abnormal Passive Range of Motion Cervical ✓  Thoracic ___  Lumbar ✓  Pelvic _____  Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain _high stress_
A- Assessment (Stage of Care & Present condition) _C & T setback — high stress_

Cervical         Better___ Same___ Worse ✓  /Thoracic   Better___ Same___ Worse ___
Lumbo-pelvic  Better ✓ Same ✓ Worse___  /Extremity   Better___ Same___ Worse ___
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
|  | P R P | P A R | B R |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Derifield  R  L          Disctraction [ ]

This Week    1X    2X   3X    Daily              Next Seen _Mon_
Next Week   1X    2X    3X    Daily                                       RTW____
Therapy needed  Heat___ Cold___ Ultrasound___ Interferrential ✓ Biofreeze___ Traction___
Home Care / Additional comments _moist heat (T) , active care_

DATE: _1-7-04_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents — headaches + neck pain constant but its the best he's been in awhile, nowhere else is bothering him... little mid back pain,_

O- Objectives: Prob-Focused ✓  Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _✓ C + L Rom mild C infl_
Muscle spasm or splintering    Cervical ✓  Thoracic ✓  Lumbar ___  Pelvic _____  Extremity _____
Tenderness to Palpation-Region Cervical ✓  Thoracic ___  Lumbar ✓  Pelvic _____  Extremity _____
Abnormal Passive Range of Motion Cervical ✓  Thoracic ✓  Lumbar ✓  Pelvic _____  Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _much better for all areas_

Cervical         Better ✓ Same___ Worse___  /Thoracic   Better ✓ Same___ Worse ___
Lumbo-pelvic  Better ✓ Same___ Worse___  /Extremity   Better___ Same___ Worse ___
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
|  | P R P | P A R | B R |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Derifield  R  L          Disctraction [ ]

This Week    1X    2X   3X    Daily              Next Seen _Mon_ _W_
Next Week   1X    2X    3X    Daily                                       RTW____
Therapy needed  Heat___ Cold___ Ultrasound___ Interferrential___ Biofreeze___ Traction___
Home Care / Additonal comments _↑ active care, moist heat (T)_

# PROGRESS REPORT

Name **Rick Lind**

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: **12-22-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) *Pt Maintains still Has*
*neck pains and headaches when he is driving — still severe*
*sleeping better a little dizziness Mainly when he*
*tries to stand up real fast also sensitive to light*

O- Objectives: Prob-Focused ☒ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____ *JC P L P Rom T-o† C-o† Cmplx*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | L | | | L | _____ |
| Tenderness to Palpation-Region | L | L | L | L | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _____ *decent progress all areas*

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better | ✓ Same | Worse | /Thoracic | Better | Same | Worse |
| Lumbo-pelvic | Better ✓ | Same | Worse | /Extremity | Better | Same | Worse |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg s. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E P S R | A E P R | B R | | | | | | | | | | | | | / | / | | | | R | | | | | | R | | |

Derifield Ⓡ L    Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily            Next Seen _____   RTW_____
Therapy needed  Heat___ Cold___ Ultrasound___ Interferrential___ Biofreeze___ Traction___
Home Care / Additional comments _____ *home exercise care, stress mang*

---

TE: **12-26-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) *Pt Presents _____*
*Rick is doing good — last couple days dizzy + feeling nauseus*
*maybe related still have headaches. but little better*
*dizzy losses — left hand not too bad no pain*

O- Objectives: Prob-Focused ☒ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____ *JC P L P Rom + infl T+ C*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | L | L | L | L | _____ |
| Tenderness to Palpation-Region | L | L | L | L | _____ |
| Abnormal Passive Range of Motion | L | ✓ | ✓ | L | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _____ *much better progress*

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better | ✓ Same | Worse | /Thoracic | Better ✓ | Same | Worse |
| Lumbo-pelvic | Better ✓ | Same | Worse | /Extremity | Better | Same | Worse |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg s. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E P S R | A E P R | B R | | | | | | | | | | | | | / | / | | | | R | | | | | | R | | |

Derifield Ⓡ L

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily            Next Seen _____   RTW_____
Therapy needed  Heat___ Cold___ Ultrasound___ Interferrential___ Biofreeze___ Trac___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _12-10-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt Diuxin rt. neck pain, light headaches-throbbing, little low back ache, 8 sharp pains; slight tingling down l/t leg once in awhile, mid back ok, still having alot of trouble sleeping from headaches_

O- Objectives: Prob-Focused __ Expanded Prob-Focus _✓_ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C E L P Rm math TtTCF_

Muscle spasm or splintering    Cervical _\_  Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _\_  Thoracic _\_  Lumbar _\_  Pelvic _\_  Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _\_  Lumbar _\_  Pelvic _\_  Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _settions in C E L P care_

| | | |
|---|---|---|
| Cervical | Better___ Same___ Worse _\_ /Thoracic___ Better___ Same _\_ Worse _\_ |
| Lumbo-pelvic | Better___ Same___ Worse _\_ /Extremity ___ Better___ Same___ Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R L P | A | | | | | | | | | | | | A | | | | | | | | | | | P R N | | | | | Derifield (R) L | Disctraction □ |

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily          Next Seen _M_          RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _Continue home care, rest_

E: _12-19-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents pains everywhere neck pains still tho headaches even worse feel uncomfortable stressed out slept last night woke him from home Arizona on left side might be him laying so much_

O- Objectives: Prob-Focused __ Expanded Prob-Focus _✓_ Detailed _____ Comprehensive _✓_
(Location, tests and findings) _✓ C E L P Rm coffl T c↓↑ c↓↑ ✓_

Muscle spasm or splintering    Cervical _\_  Thoracic _\_  Lumbar _\_  Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _\_  Thoracic _\_  Lumbar _\_  Pelvic _\_  Extremity _____
Abnormal Passive Range of Motion Cervical _\_  Thoracic _\_  Lumbar _\_  Pelvic _\_  Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _pt has fever & and doing well closed up for_

| | | |
|---|---|---|
| Cervical | Better _✓_ Same___ Worse _\_ /Thoracic___ Better___ Same _\_ Worse _____ |
| Lumbo-pelvic | Better___ Same___ Worse _\_ /Extremity ___ Better___ Same___ Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R L R | B B | | | | | | | | | | | | A | | | | | | | | | | | P R | | | | | Derifield (R) L | Disctraction □ |

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily          Next Seen _M_          RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Dunel_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _11-28-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S: Subjective (Location, Limitations, Severity, Frequency) _Pt Driven feels like hes_
_out of the flu dizziness so bad throube driving someone ran_
_close him today headache Pains hands feeling Rt side_
_still have in his back a little Bit Sharp Pains where_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C ∉ L P Rom    Cmt_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ↘ | | | |
| Abnormal Passive Range of Motion | ✓ | ↘ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _descend 1 for all areas_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRG16 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Disctraction [ ]

This Week   1X   2X   3X   Daily          Next Seen _M_    RTW _____

Next Week   1X   2X   3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Cep e home care_

---

DATE: _12-3-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents - This am_
_after plun stress sharp Pains - are now mild - mainly_
_his Back area  Some finally gone Left (eg -_
_Neck is mild  Pain w/some headaches (mild)_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C ∉ L P Rom  Cmt  Tst Cet_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | | | | | |
| Abnormal Passive Range of Motion | ✓ | ↘ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Continues major portion_
_good   T ∉ L P progress_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | Thoracic | ✓ | | |
| Lumbo-pelvic | ✓ | | | Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRG16 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Disctraction [ ]

This Week   1X   2X   3X   Daily          Next Seen _M_    RTW _____

Next Week   1X   2X   3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _11-19-03_ Total Time Spent _____ Dr's Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - left side of_
_neck and mid-lw pain is bad and the muscles_
_we have. Headaches been doing good._
_Mainly tension and stiffness in muscles moving_
_again_

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP Rom_ _mfp_ _F + I C+T_

Muscle spasm or splintering Cervical _____ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow + P progress - better C progress_
_need to gain strength_

Cervical     Better _✓_ Same _____ Worse _____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic Better _✓_ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs | | |
|------|-----|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|---|---|

Derifield (R) L     Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     | Next Seen Ten ✓ |   RTW _Dec 1_ ?

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _1 active care_

---

DATE: _11-25-03_ Total Time Spent _____ Dr's Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - no pain to_
_the rt side mid back and pain down leg_
_really stressed. Been having some mild headaches_
_not to severe_

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP Rom_ _Tes_ _C+T_ _Caf_

Muscle spasm or splintering Cervical _____ Thoracic _____ Lumbar _✓_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _setback in care - stress - ↓ P/ LP_
_tension + inflam_

Cervical     Better _____ Same _____ Worse _✓_ /Thoracic _____ Better _____ Same _____ Worse _✓_
Lumbo-pelvic Better _____ Same _____ Worse _✓_ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs | | |
|------|-----|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|---|---|

Derifield (R) L     Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     | Next Seen Fri |   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Bicfreeze ___ Traction ___

Home Care / Additional comments _ice → active care - support_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _11-7-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents much better_ _still constant but less severe headaches, sleep is atrocious, dull ache_ _in mid back + lower neck,_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _✓ C + LP Rom neg per por c-st_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _upper C ext is remaining problem_

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cervical | Better ✓ | Same ___ | Worse ___ | /Thoracic ___ | Better ___ | Same ___ | Worse ___ |
| Lumbo-pelvic | Better ___ | Same ___ | Worse ___ | /Extremity ___ | Better ___ | Same ___ | Worse ___ |

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P E C | A B R | | | | | | | | | | | l | l | | | | | | | | | | P R | P R | | | |

Derifield Ⓡ L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _W_    RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _C + l ash + support ) home care Partner care_

---

TE: _11-12-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - neck pain_ _is much better. Mid + low back pain. Mid_ _back pain is sharp low back pain dull. Still_ _can't sleep & headaches for last couple days._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _✓ C + LP Rom por - c-st_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C ext is better    mid LP_

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cervical | Better ___ | Same ___ | Worse ___ | /Thoracic ___ | Better ✓ | Same ___ | Worse ___ |
| Lumbo-pelvic | Better ___ | Same ___ | Worse ___ | /Extremity ___ | Better ___ | Same ___ | Worse ___ |

P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P E C | A B R | | | | | | | | | | | l | l | | | | | | | | | | P R | P R | | | |

Derifield Ⓡ L    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen ___    RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _10/29/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - neck hurts mainly under alot of stress, can't sleep, lower back twinge, headaches, constant, neck pain throbbing constant ache,_

O- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C C L P Rom Tet - C P T_
Muscle spasm or splintering    Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _very high stress → setbacks in care_

Cervical    Better _____ Same _√_ Worse _√_ /Thoracic _____ Better _____ Same _√_ Worse _____
Lumbo-pelvic    Better _____ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
| | P A | B | | | | | | | | | | | | | | | | | | | | | | | | P | | |
| | P E | R | | | | | √ | | | | | | | | | | | | | | | | | | P | | |
| | P T | R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _Mon_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _C+ active care, support_

---

TE: _11/3/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - better than last time, pain in middle back + lower neck - dull ache, can't sleep worth a damn even with pills, still constant headaches, he is good for a couple days after an adjustment_

C- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _√ C + L P Rom M reflex Tet - Cpt_
Muscle spasm or splintering    Cervical _√_ Thoracic _√_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _moderate ↑ fx all areas_

Cervical    Better _√_ Same _____ Worse _____ /Thoracic _____ Better _√_ Same _____ Worse _____
Lumbo-pelvic    Better _√_ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
| L | A | B | | | | | | | | √ | | | | | | | | | | | | | | | | P | | |
| A | A C | R | | | | | | | | | | | | | | | | | | | | | | | | P | | |

Derifield (R) L    Distractio [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _F_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _active and ... support home_

# PROGRESS REPORT

Name _Rick Bend_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _10-17-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt having neck pain at times he feels good, headaches much better - today neck pain is better, low back feels great - too much distress can't sleep - will stiff in the morning but much better_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _NC & LP Rom Pot - C & L_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | \ | | | \ |
| Tenderness to Palpation-Region | \ | \ | \ | \ | \ |
| Abnormal Passive Range of Motion | \ | \ | \ | \ | \ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow progress all areas_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | \ | | | /Thoracic | \ | | |
| Lumbo-pelvic | \ | | | /Extremity | \ | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily    Next Seen _No_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _stress management, home care_

---

TE: _10-22-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - turmoil stress is killing him - could have had flu - headache neck & middle back hurts lower back felt pretty good_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _& C & LP Rom Motion Pot - C & T_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | \ | | | |
| Tenderness to Palpation-Region | \ | \ | \ | \ | \ |
| Abnormal Passive Range of Motion | | \ | \ | \ | \ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _setback in care from stress_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | \ | /Thoracic | | | \ |
| Lumbo-pelvic | | \ | | /Extremity | \ | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily    Next Seen _____    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home & active care_

# PROGRESS REPORT

Name _____ *[handwritten name]* _____

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10/10*[?]*_ Total Time Spent _____ Dr.'s Initials _*[initials]*_ OFF WORK _____ LIGHT DUTY

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents doing better. While is much better still has pain in ankle. Main problem is neck. Limited ROM in Rt side a little headache. Sleep habits are not so good. Low back is minor pains*

O- Objectives: Prob-Focused ☒ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____ *LC + C Rom     Rt - traps* _____

Muscle spasm or splintering     Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *good progress — much better spend progress*

Cervical     Better _✓_ Same ___ Worse ___ /Thoracic ___ Better _✓_ Same ___ Worse ___
Lumbo-pelvic Better _✓_ Same ___ Worse ___ /Extremity ___ Better _✓_ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | P E R | E A L | B R | | | | | | | | | | | m | | | | | | | | | | | | P L R | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield ®  L        Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _M_      RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments *active Rom + ease posture*

---

DATE: _10/15 03_ Total Time Spent _____ Dr.'s Initials _*[initials]*_ OFF WORK _____ LIGHT DUTY

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents - ankle is great. Rt side of neck still irritated with some mild headaches. Low back is tight and achey.*

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____ *LC + LP Rom     cyta    Jet - CoT* _____

Muscle spasm or splintering     Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _✓_

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *setback in Care*

Cervical     Better ___ Same ___ Worse _✓_ /Thoracic ___ Better _✓_ Same _✓_ Worse ___
Lumbo-pelvic Better _✓_ Same ___ Worse ___ /Extremity ___ Better _✓_ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | P E R | E E R | B R | | | | | | | | | | | | m | | | | | | | | | | | | P R | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield ®  L        Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _FRI_      RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Bick Dend_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10/5/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Driving not doing very good- stressed out over the weekend - didn't want to go to another Dr. Neck is painful pain level 7 low back & ankle is tender limping a little maybe by pain level 5_

O- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + L + Rom  inflam   TFT - F/3_

Muscle spasm or splintering   Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ✓ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _extremely stress + down of work situation  setback in care_

Cervical   Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic   Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P A B R | | | | | | | | | | | | | | | | | | | | | | | | | P R | | |

Derifield (R) L   Distraction [____]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily        Next Seen _M_   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _home e active care_

---

DATE: _10/6/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - mainly ankle + side dull pain walking lopsided neck is sore but no sharp pains dull headaches LW Back is constant dull and some shooting sharp now and then_

O- Objectives: Prob-Focused X Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + L + Rom  TFT - F/3_

Muscle spasm or splintering   Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _better progress all areas_

Cervical   Better ✓ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic   Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | P A B R | | | | | | | | | | | | | | | | | | | | | | | | | P R | | |

Derifield (R) L   Distraction [____]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily        Next Seen _Th_   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _ice  home care   support_

# PROGRESS REPORT

Name *Rick Sund*

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: 9-24-03  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Presents - Doing Better not completely, but better - ankle is still swollen much better can put stress on not limping very much has been walking neck still problems no so severe. One sharp pain 3 hours ago*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✗ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____ *steady increase* _____

Cervical   Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___
Lumbo-pelvic   Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily          Next Seen [F]          RTW _____

Therapy needed  Heat __ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction __

Home Care / Additonal comments *active care*

---

DATE: 9-26-03  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Presents - ankle is about same still swollen making low back sore sharp pains every now and then neck is much better with just slight headaches on medicine yesterday*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___
Lumbo-pelvic   Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily          Next Seen [W]          RTW _____

Therapy needed  Heat __ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction __

Home Care / Additonal comments *home - active care*

# PROGRESS REPORT

Name _Kim Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

ATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents inflamation med_ _made ankle swell up like billions still having headache_ _arms its more w/ stress upper back and neck is_ _really sore_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP Rom w/pl - heat + able w/pl_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region Cervical | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion Cervical | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow @ progress ; LP flmed_ _up for drug Rx_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | | ✓ | | /Extremity | ✓ | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3* | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R | | | | | | B R | | | | | | | | | | / | | | | | | | | P R | | / | | |

Derifield (R) L     Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily

Next Seen _SOC_   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, home + active care_

---

E: _7/18/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - ankle still_ _swollen but not as bad gone, got mine medication_ _bad headaches but not so severe, allergies_ _upper back and neck are still tight and sore_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP Rom w/pl + T + T - C + T_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region Cervical | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion Cervical | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Pt unseen - slow equal progress_ _T + LP - Care mildly better_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R | | | | | | B R | | | | | | | | | | / | | | | | | | | P R | | / | | |

Derifield (R) L     Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily

Next Seen _/_

RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, home + active care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _9/3/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents upper M.B._
_back headaches not too much neck, still has trouble walking_
_feeling nervous, not moving arm well sharp pains_
_Pt has time passed couple days ago had to goto_
_____

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _√ C e l P Rom   Tct F/3_
Muscle spasm or splintering    Cervical _____ Thoracic _√_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____100 extreme pain
A- Assessment (Stage of Care & Present condition) _T e l P svl flare-up from trip for_
_funeral_

Cervical    Better _√_ Same _____ Worse _____ /Thoracic    Better _____ Same _____ Worse _√_
Lumbo-pelvic    Better _____ Same _√_ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3A | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P P P C | A C | | | | | | | | | | | | | | | /|| | | | | | | | | | P R | | |

Derifield ®  L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    [Next Seen]    RTW _____
Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____
Home Care / Additonal comments _walking e active care_

DATE: _9/15/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents Has a splitting_
_Headache. Neck and upper back. Still Has sharp pains_
_at times. Brought x-ray's today._

O- Objectives: Prob-Focused _√_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _√ C  e l P   Rom _____ Tct F/3_
Muscle spasm or splintering    Cervical _√_ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _____ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0 _____100 extreme pain
A- Assessment (Stage of Care & Present condition) _settods e cure  plugs stress_
_work mecing_

Cervical    Better _____ Same _____ Worse _√_ /Thoracic    Better _____ Same _√_ Worse _____
Lumbo-pelvic    Better _____ Same _√_ Worse _√_ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P P C | R | | | B R | | | | | | | | | | | /|| | | | | | | | | | R R | | |

Derifield ®  L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    [Next Seen 16]    RTW _____
Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____
Home Care / Additonal comments _walking + active care_

# PROGRESS REPORT

Name _Rick Und_____

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - headaches not_ _in mid feels great today, eyes aren't blurry anymore_ _w/back is better. slept good last night_

O- Objectives: Prob-Focused __ Expanded Prob-Focus __ Detailed __ Comprehensive __
(Location, tests and findings) _c c LP Pm mT - c_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | ✓ | |
| Tenderness to Palpation-Region | ✓ | | | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better ✓ | Same __ | Worse __ | /Thoracic Better ✓ | Same __ Worse __ |
| Lumbo-pelvic | Better __ | Same __ | Worse __ | /Extremity Better __ | Same __ Worse __ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT. | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | P | A | | | | | | | | | | A | | | | | | | | | | | | | | | P | | |
| RP | C | | | | | | | | | | | | | | | | | | | | | | | | | | h | | |

Derifield (R) L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _S_    RTW _Th_

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _ice, active care,_

---

TE: _8/21/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - been off work_ _since 8/20/05 had Nppt DX up Bu had PT a pt to MD for pt's_ _headaches + dizziness today. low back bad_ _missing a lot of work_

O- Objectives: Prob-Focused __ Expanded Prob-Focus __ Detailed __ Comprehensive __
(Location, tests and findings) _c c LP Pm Crofton Ter - c c T_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _c pt complex acutely flared up_ _very inflamed - temp disability - getting MD help_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better __ | Same __ | Worse ✓ | /Thoracic Better __ | Same ✓ Worse ✓ |
| Lumbo-pelvic | Better __ | Same __ | Worse ✓ | /Extremity Better __ | Same __ Worse __ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT. | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | A | | | | | | | | | | | A | J | | | | | | | | | | | | | P | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | P | | |

Derifield (R) L    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _____    RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _ice, rest, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _7-31-03_ Total Time Spent _____ Dr.'s Initials _KW_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents w/ out_
_Headaches are better today last night headaches_
_started about 1130_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C & LP Rom myofas T&T C&T_

Muscle spasm or splintering    Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _Sympt. C spine — unchanged alt_

Cervical        Better _✓_ Same _____ Worse_____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic    Better _✓_ Same _____ Worse_____ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward_____ Low Complexity _____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | At. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3rd | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|------|------|-----|-----|---|---|---|---|---|---|---|-----|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|-------|
| PART | AS |  |  |  |  |  |  |  |  |  | / |  |  |  |  | / |  |  |  |  |  |  |  | P I R |  |  |  |  |  |

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily        **Next Seen**        RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _rest, home care_

---

DATE: _8/1/03_ Total Time Spent _____ Dr.'s Initials _KW_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents —_
_feeling much better - headaches aren't as often so_
_severe - eyes little blurry - wears sunglasses much better_
_Low back is much received L4&5_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C&LP Rom myofas gro-c&t_

Muscle spasm or splintering    Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _C_ Thoracic _✓_ Lumbar _____ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _good progress all areas_
_- M.D. tomorrow_

Cervical        Better _____ Same _✓_ Worse_____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic    Better _✓_ Same _____ Worse_____ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward_____ Low Complexity _____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | At. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3rd | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|------|------|-----|-----|---|---|---|---|---|---|---|-----|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|-------|
| PART | W |  |  |  |  |  |  |  |  |  | / |  |  | X |  |  | / |  |  |  |  |  |  | P N |  |  |  |  |  |

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily        **Next Seen**        RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home care, astmo care, rest_

*sleepy on advil has helped*

*iced it seems to help but comes right back*

# PROGRESS REPORT

Name _Rick Lund_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _5-17-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _Pt presents started having trouble Wednesday, everything comp, he doesn't know what happened - Went to Bed Tues night he was fine - noticed right_ _didn't sleep well - up/down several times_

**O- Objectives:** Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ LP + CR✗_ _____

Muscle spasm or splintering    Cervical _\_ Thoracic _\_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region  Cervical _\_ Thoracic _C_ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _\_ Thoracic _____ Lumbar _\_ Pelvic _\_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _CesI ___ very floundering_

Cervical    Better ____ Same ____ Worse _✓_ /Thoracic ___ Better ___ Same _\_ Worse _____
Lumbo-pelvic Better ____ Same ____ Worse _✓_ /Extremity ___ Better ___ Same ___ Worse _____

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
|  | C | R |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  | ( |  |  |  |  |  |  |  |  | P R | 1 |  |

Derifield  R  L    Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen _M_ _W_    RTW _✓_
Next Week    1X    2X    3X    Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice , rest , home care , support_

---

TE: _7-30-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _Pt presents -_ _worst - ever had it - unreally, headaches, neck/neck_ _back personal and back sets stiff - aches everywhere_ _been hurting since last Thursday_

**O- Objectives:** Prob-Focused _✗_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _prob CRom ✗ extreme DCT-Cro_

Muscle spasm or splintering    Cervical _\_ Thoracic _\_ Lumbar _\_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region  Cervical _\_ Thoracic _\_ Lumbar _\_ Pelvic _\_ Extremity _____
Abnormal Passive Range of Motion Cervical _\_ Thoracic _\_ Lumbar _\_ Pelvic _\_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _Cephalgia is severe - really_ _delay + prob - tried to get here - looked - meds make him sleep things get_

Cervical    Better ___ Same ___ Worse _✓_ /Thoracic ___ Better ___ Same _____ Worse _✗_
Lumbo-pelvic Better ___ Same ___ Worse _✓_ /Extremity ___ Better ___ Same _____ Worse _____

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
|  | A C | B C R |  |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Derifield  R  L    Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen _____    RTW _F ?_
Next Week    1X    2X    3X    Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additional comments _ice , rest , ✓ , care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

RE: _2/8/13_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents with Back and neck is hurt. Had a sinus infection. Had a bad headache and also pressure. Was off yesterday due to cold._

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | | X | | | |
| Tenderness to Palpation-Region | | | | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | X | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | Ax. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week  1X  2X  3X  Daily          Next Seen _____          RTW _____
Next Week  1X  2X  3X  Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _home & active care_

---

RE: _3/6/13_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - neck, headache from hill. Base of skull, mid back, hard to breath in. Catch, & back of head._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ✓ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | | ✓ | | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | | | |
| Abnormal Passive Range of Motion | | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | Ax. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week  1X  2X  3X  Daily          Next Seen _____          RTW _____
Next Week  1X  2X  3X  Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Rick Sind_    

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

_T 903_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _previous session well whining mainly in neck been still him Headaches feels tense strained or pulled. Had the flu been down to asleep think it affected the neck Headaches are mild now but were_

**O- Objectives:** Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____
Muscle spasm or splintering Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
**A- Assessment** (Stage of Care & Present condition) _____

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | ✓ | /Thoracic | ✓ | | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week 1X 2X 3X Daily      **Next Seen**      RTW _____
Next Week 1X 2X 3X Daily

Therapy needed Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments _posture, support, home care_

---

**E:** _T 903_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _neck pops at times - feels like someone is sitting on my chest. Head (mid back to stiff) headaches. when I turn hurts to breathe deep._

**O- Objectives:** Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____
Muscle spasm or splintering Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
**A- Assessment** (Stage of Care & Present condition) _____

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week 1X 2X 3X Daily      **Next Seen**      RTW _____
Next Week 1X 2X 3X Daily

Therapy needed Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments _moist heat, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _9/18/0_ Total Time Spent _____ Dr's Initials _____ OFF WORK _M TW_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents - LB hurt_
_so bad - never so much pain in his - life - sharp/dull_
_constant - cant sleep - hurts much mrs to ms - and walk to_
_sit - no ics or rolling - just woke up heard a pop on monday hurt_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____ _worse progressing_
(Location, tests and findings) _✓ C P L Rom_ _worse process_ _P/S_
Muscle spasm or splintering    Cervical _____ Thoracic _____ Lumbar _✓_ Pelvic _____ Extremity _minor tenderness_
Tenderness to Palpation-Region Cervical _____ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _all flared up_

| | | | | |
|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse _✓_ | /Thoracic___ Better___ Same___ Worse _✓_ |
| Lumbo-pelvic | Better___ | Same___ | Worse _✓_ | /Extremity___ Better___ Same___ Worse___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg L R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield R  L    Disctraction [ ]

This Week    1X    2X    3X    Daily    Next Seen _T/h_    
Next Week    1X    2X    3X    Daily    RTW _Th_ ?

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _____

---

DATE: _9/20/0_ Total Time Spent _____ Dr's Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents - doing better_
_a little right in MD back still an aching pain_
_can sit still trouble sleeping movements a little_
_better._

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ L + C Rom_
Muscle spasm or splintering    Cervical _____ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _finish L spine_

| | | | | |
|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse___ | /Thoracic___ Better___ Same___ Worse___ |
| Lumbo-pelvic | Better___ | Same___ | Worse___ | /Extremity___ Better___ Same___ Worse___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg L R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield R  L    Disctraction [ ]

This Week    1X    2X    3X    Daily    Next Seen _____
Next Week    1X    2X    3X    Daily    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _active care_ _body mechanics_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _01/08/0?_ Total Time Spent _____ Dr.'s Initials _ZZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present - LB is terrible - real sore and stiff - can't sleep - takes meds and can't work, etc. - Headaches and constant pain in the back of head down to mid-back - const_

O- Objectives- Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + LP Rom spm PT_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | | ✓ | | |
| Tenderness to Palpation-Region | ✓ | | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + LP subacute flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | ✓ | |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L    Disctraction [ ]

This Week 1X 2X 3X Daily       Next Seen _W or Th_
Next Week 1X 2X 3X Daily       RTW _____

Therapy needed Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __
Home Care / Additional comments _ice, moist heat_

---

DATE: _1/8/0?_ Total Time Spent _____ Dr.'s Initials _ZZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present - middle back and neck have been hurting since Sunday night. It's some sharp pain, but usually it just hurts. Has had headaches and nausea._

O- Objectives- Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + LP Rom Tet-Cxt_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + T subacute flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | ✓ | /Thoracic | | ✓ | |
| Lumbo-pelvic | | ✓ | ✓ | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L    Disctraction [ ]

This Week 1X 2X 3X Daily       Next Seen
Next Week 1X 2X 3X Daily       RTW _____

Therapy needed Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

TE: _3-20-02_  Total Time Spent _____ Dr.'s Initials _____ OFF WORK_____ LIGHT DUTY_____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents constant pain in lowback, hurt while splitting wood - hurts worse when not active & it stiffens - been off work since Monday neck pain stiffness on rt side, getting lots of headaches, getting dizzy when standing up quickly_

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _flared up_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _L-P strain c sub complex acutely_

Cervical  Better ✓ Same ✓ Worse___  /Thoracic  Better___ Same___ Worse ✓
Lumbo-pelvic  Better___ Same___ Worse ✓ /Extremity  Better___ Same___ Worse___

P- Plan Straight Forward_____ Low Complexity ✓_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E/V | B V | B | | | | | | | | | ✓ | | | 2 | | | | | | | | | | P R | P R | |

Derifield (R) L    Disctraction [____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily
Next Seen _Fri_  RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice & Laседh, rest,_

---

E: _3/22/02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK_____ LIGHT DUTY_____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - still a little stiff & sore in low back, but its nothing like it was. No other major complaints._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _LP & C for pt r & LP_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better & for all areas_

Cervical  Better ✓ Same___ Worse___  /Thoracic  Better ✓ Same___ Worse___
Lumbo-pelvic  Better ✓ Same___ Worse___ /Extremity  Better___ Same___ Worse___

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E/V | B V | B | | | | | | | | | | | | | | ✓ | | | | | | | | | P R | | |

Derifield (R) L    Disctraction [____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily
Next Seen _prn_  _as needed_  RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _continue care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _3/7/06_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents neck and upper middle back pain. Having terrible headaches and a really hard time sleeping. Eyes (allergies) pain in mid upper back is a constant dull ache._

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _2 C & 1 P Rev   Complex_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _C sub cplx flared up from high stress_

Cervical      Better ____ Same ____ Worse ✓ /Thoracic ____ Better ____ Same ✓ Worse ____
Lumbo-pelvic  Better ✓ Same ____ Worse ____ /Extremity ____ Better ____ Same ____ Worse ____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/Cr. | Cr/Ax. | Ax. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P B L | B R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield Ⓡ L      Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily          **Next Seen** _____ RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _Posture care, brace care_

TE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _____

# PROGRESS REPORT

Name _Rick Fund_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _1-3-0?_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents Mid and low back constantly sore, having constant headaches, neck doesn't seem to be bothering him had flu for a couple days & back got real stiff from_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

Muscle spasm or splintering   Cervical _____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | Thoracic | | ✓ | ✓ |
| Lumbo-pelvic | | ✓ | | Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Distraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily      Next Seen      RTW ___ ___ ___

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _moist heat (R) ice LP_

---

DATE: _2/2/02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _MMMM — Low back still a little sore but feeling better. Neck has constant severe pains on (L) facet side, also has quite headaches — can't sleep at all. Pain got excruciating yesterday_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _C & LP pain problem TxT - F/3_

Muscle spasm or splintering   Cervical _____ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity ✓

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _Cervical pretty bad — LP getting better_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | ✓ | | Thoracic | | ✓ | |
| Lumbo-pelvic | | ✓ | | Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Distraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily      Next Seen      RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Rick Miner_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _8-2-01_ Total Time Spent _____ Dr.'s Initials _LZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt. presents pain low-back & right hip when walking - neck sore, having constant headaches - having trouble sleeping - * bailing hay *_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _LC + LP pn of spn T+T - P/S_

Muscle spasm or splintering _____ Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _L-P are ergno acutely flared up w/ lifting & twisting_

Cervical _____ Better _____ Same _____ Worse _____ /Thoracic _____ Better _____ Same _____ Worse _____
Lumbo-pelvic _____ Better _____ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|

Derifield R L    Disctraction [ ]

This Week  1X   2X   3X   Daily        Next Seen _____    RTW _____
Next Week  1X   2X   3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _ice, body mechanics, low case_

DATE: _____ Total Time Spent _____ Dr.'s Initials _LZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents - low back pain and up & down. Back is sore. Neck is sore. Having bad headaches and trouble to rest. ibuprofen._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _pn L-P pn of spn T+T - T-P-P_

Muscle spasm or splintering _____ Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _L-P sub acutely acutely flared up C + V sub acutely_

Cervical _____ Better _____ Same _____ Worse _____ /Thoracic _____ Better _____ Same _____ Worse _____
Lumbo-pelvic _____ Better _____ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|

Derifield R L    Disctraction [ ]

This Week  1X   2X   3X   Daily        Next Seen _____    RTW _____
Next Week  1X   2X   3X   Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _4|9|01_ Total Time Spent _____ Dr.'s Initials _P_ OFF WORK _✗_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents Cervical pn. at base of skull. Has been having severe headaches w/ some dizziness. Didn't work Friday. No L pain. OA_

O- Objectives: Prob-Focused _✗_ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _pre nppn c/ pn ↓ stffn sftn → gdrom TTT_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _headache , C subl , Tsrl —_

| | | | |
|---|---|---|---|
| Cervical | Better___ Same___ Worse ✓ | /Thoracic___ Better___ Same___ | Worse ⌄ |
| Lumbo-pelvic | Better___ Same ✓ Worse ⌄ | /Extremity___ Better___ Same___ | Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily    Next Seen    RTW _M_

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _in home care_

---

TE: _7|8|01_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _S+_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present - sprained ankle - lower back when stretches feels like to pinching. Between the shoulder blades is tight - feels like someone is standing on your chest. Hard to breath. Lft side of leg stinging once in awhile_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _↓ C L pn ↓ R ankle pn sftn TsT TLP_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | _____ | _____ |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _pretty flared up TsLP pn achs sprng_

| | | | |
|---|---|---|---|
| Cervical | Better___ Same___ Worse___ | /Thoracic___ Better___ Same___ | Worse ⌄ |
| Lumbo-pelvic | Better___ Same___ Worse ⌄ | /Extremity___ Better___ Same___ | Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily    Next Seen    RTW _7_

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: _2/5/01_ Total Time Spent _____ Dr.'s Initials _F_ OFF WORK _Th. of_ LIGHT DUTY
S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents r. shoulder pn. in front_
_muscle, shooting pn. left leg pn. dull_ _ _ Headaches, No sleep._
_ _ _ _ _ pn goes down glut. Problems walking_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____ _L. P from_ _____ _merg T + T + P_
Muscle spasm or splintering    Cervical___ Thoracic___ Lumbar___ Pelvic___ Extremity___
Tenderness to Palpation-Region Cervical___ Thoracic _C_ Lumbar___ Pelvic___ Extremity___
Abnormal Passive Range of Motion Cervical___ Thoracic___ Lumbar___ Pelvic___ Extremity___

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _____ Perf. _____
_pn tried to get in bed couldn't get aggr. Blankly a. (?) T. alt._
Cervical    Better___ Same___ Worse_✓_ /Thoracic    Better_/_ Same___ Worse___
Lumbo-pelvic    Better___ Same___ Worse_✓_ /Extremity    Better___ Same___ Worse___
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|--------|
|      | A E R | B |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | S I L |   |        |

Derifield    Distraction
R    L    [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _____ RTW _____
Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __
Home Care / Additonal comments _____ _L. arch - liniv, ice_

TE: _3/8/01_ Total Time Spent _____ Dr.'s Initials _F_ OFF WORK _F_ LIGHT DUTY
S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents pn in lumbar region, T area,_
_and is having headaches. OA. Not too happy. declined massage - has been down_
_my flu - tried to get in yesterday -_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _L.C. P + P from_ _ _ T — P/S_
Muscle spasm or splintering    Cervical___ Thoracic___ Lumbar___ Pelvic___ Extremity___
Tenderness to Palpation-Region Cervical___ Thoracic___ Lumbar___ Pelvic___ Extremity___
Abnormal Passive Range of Motion Cervical___ Thoracic___ Lumbar___ Pelvic___ Extremity___

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _all flared up for flu -_
Cervical    Better___ Same_✓_ Worse___ /Thoracic    Better___ Same___ Worse___
Lumbo-pelvic    Better_✓_ Same_✓_ Worse___ /Extremity    Better___ Same___ Worse___
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|--------|
|      | A E R | B |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | S I C |   |        |

Derifield    Distraction
R    L    [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _____ RTW _____
Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __
Home Care / Additonal comments _fluids, rest_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _11-2-00_ Total Time Spent _____ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents with [illegible]_
_loss of neck & having headaches had for past_
_2 wks, mid back, hurting, wheezing when he_
_breathes_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C & P P/m    T/J — T/C_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS: pain scale- /no pain 0 _____100 extreme pain
A- Assessment (Stage of Care & Present condition) _T+C and [illegible] (acute)   L [illegible]_

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse___ | /Thoracic | Better___ | Same___ | Worse___ | |
| Lumbo-pelvic | Better___ | Same___ | Worse___ | /Extremity | Better___ | Same___ | Worse___ | |

P- Plan Straight Forward_____ Low Complexity _____ Moderate Complexity_____ High Complexity_____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily    Next Seen ____    RTW _Th_____

Derifield ®  L    Disctraction [ ]

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _moist heat, home exercises_

---

DATE: _12/12/00_ Total Time Spent _20_ Dr.'s Initials _B_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Patient presents for exam_
_and spinal adjustment. Sharp shooting pains from_
_mid back down to low back. Feels better in throat_
_upper back doing well. No headaches started hurting_
_Thursday [illegible]_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _Lib p/m  T/J  T reg P/s —_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✗ | ✗ | ✗ | |
| Tenderness to Palpation-Region | | ✗ | ✗ | ✗ | |
| Abnormal Passive Range of Motion | | | ✗ | ✗ | |

VAS: pain scale- /no pain 0 _____100 extreme pain
A- Assessment (Stage of Care & Present condition) _[illegible] of 2D [illegible] and bodyparts also_

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse ✗ | /Thoracic | Better___ | Same___ | Worse___ | |
| Lumbo-pelvic | Better___ | Same___ | Worse ✓ | /Extremity | Better___ | Same___ | Worse___ | |

P- Plan Straight Forward_____ Low Complexity _____ Moderate Complexity_____ High Complexity_____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily    Next Seen ____    RTW _12/8_  _12/9_

Derifield  R  Ⓛ    Disctraction [ ]

Therapy needed  Heat ___ Cold ✓ Ultrasound ✓ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ICE  LB ✓_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _7/5/00_ Total Time Spent _20_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _presents w/ lumbar area + lower cervical pain radiates into shoulder, severe headaches. Disturbed sleep._

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _+ C + L-P pn q'd — p/a_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _✓_ | _✓_ | _✓_ | _✓_ | _____ |
| Abnormal Passive Range of Motion | _✓_ | _✓_ | _✓_ | _✓_ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _C, L-P, ↓ ail complex - flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | _✓_ | /Thoracic | ____ | _✓_ | _✓_ |
| Lumbo-pelvic | ____ | _✓_ | ____ | /Extremity | ____ | ____ | _✓_ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/AT | A/V | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B R | B R | | | | | | | | | | | | | 9 | | | | | | | | | P R | P R | |

Derifield R L    Disctraction

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily      RTW _7-5-00_

NextSeen _7-5-00_

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home + active care, collar_

---

DATE: _8-18-00_ Total Time Spent _20_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

B H

S- Subjective (Location, Limitations, Severity, Frequency) _Presents with pain and stiffness in neck, headaches. Neck has been hurting quite a while. But popped when he was getting out of bed this AM + has been terrible since._

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____ Pain in
(Location, tests and findings) _upper C/S + jaw. TrT — c/s sour at base of neck._

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _✓✓_ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _✓_ | _✓_ | _✓_ | _✓_ | _____ |
| Abnormal Passive Range of Motion | _✓_ | _✓_ | _✓_ | _✓_ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

L-P + T A- Assessment (Stage of Care & Present condition) _Caul complex in aurrogenia_
sac complex

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | _✓_ | /Thoracic | _✓_ | ____ | _✓_ |
| Lumbo-pelvic | _✓_ | _✓_ | ____ | /Extremity | ____ | ____ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/AT | A/V | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B R | B R | | B R | | | | | | | | 1 | 1 | | | | | | | | | | | P R | P R | |

Derifield R L    Disctraction

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily      RTW _____

NextSeen

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, home_

# PROGRESS REPORT

Name _Florence Delliett_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _4-27-00_ Total Time Spent _2_ Dr.'s Initials _F_  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for follow up care. Feels about the same as last visit (tightness) a pulling on left side of cervical area (low back) achey, left leg is sore from_ _knee_ _their_ _feet_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____  Detailed _____  Comprehensive _____  _veins out_
(Location, tests and findings) _X C + LP  Am  T + T - F/S_  _per_ _far_ _heart surg._

Muscle spasm or splintering Cervical _____ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + LP same or about better surg._

Cervical      Better _✓_ Same _✓_ Worse ____ /Thoracic ___ Better _∧_ Same ___ _✓_ Worse ____
Lumbo-pelvic  Better ___ Same _✓_ Worse ____ /Extremity ___ Better ___ Same ___ _✓_ Worse ____
P- Plan Straight Forward ____ Low Complexity _____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|------|-----|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|
|      |     | B  | B  |   |   |   |   | R |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | P | S | Legs |
|      |     | 12 |    |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | 2 | 4 |      |

Derifield R / L
Disctraction [ ]

This Week   1X   2X   3X   Daily       Next Seen
Next Week   1X   2X   3X   Daily       RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _active care, caution_

---

DATE: _10-12-00_ Total Time Spent _2_ Dr.'s Initials _F_  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for follow up care. Cervical area is pulling, No headaches. Sinus trouble congested No sore throat. Lumbar area sore_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____  Detailed _____  Comprehensive _____
(Location, tests and findings) _LP + C  Am  T + T - C/P_

Muscle spasm or splintering Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _____ Lumbar _____ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + LP flare up_

Cervical      Better ___ Same ___ Worse _✓_ /Thoracic ___ Better ___ Same ___ _✓_ Worse _✓_
Lumbo-pelvic  Better ___ Same ___ Worse _✓_ /Extremity ___ Better ___ Same ___ Worse ____
P- Plan Straight Forward ____ Low Complexity _____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|------|-----|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|
|      |     | B  | B  |   |   |   |   | R |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | P | S | Legs |
|      |     |    |    |   |   |   |   |   |   |   |   |   |   |   |   |   |   |    |    |    |   |   |   |   |   | R | 4 |      |

Derifield R / L
Disctraction [ ]

This Week   1X   2X   3X   Daily       Next Seen
Next Week   1X   2X   3X   Daily       RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _protect, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _4-4-00_  Total Time Spent _7c_  Dr.'s Initials _B_  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for cervical area adjustment. Headaches are severe. Disturbed sleep. Moderate + scale_

O- Objectives: Prob-Focused___ Expanded Prob-Focus _✓_  Detailed___  Comprehensive___
(Location, tests and findings) _C & S (7 + J x-ray ars)_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | Cervical | Thoracic ✓ | Lumbar | Pelvic | Extremity |
| Tenderness to Palpation-Region | Cervical ✗ | Thoracic ✗ | Lumbar ✗ | Pelvic ✗ | Extremity |
| Abnormal Passive Range of Motion | Cervical ✗ | Thoracic | Lumbar | Pelvic | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Rear 2x4 hit him in head + bad abrasion in forehead. Rollby at 4 car crash_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | | /Thoracic | ✓ | | Worse |
| Lumbo-pelvic | Better | Same | Worse | /Extremity | Better | Same | Worse |

P- Plan Straight Forward _✓_  Low Complexity ___  Moderate Complexity___  High Complexity___

| EXT. | Occ | AT. | | | | | | | | | | | | | | | | | | | | | | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield   Disctraction
R  L  [____]

This Week  1X  2X  3X  Daily
Next Seen: _checked 4-3-00_
RTW _4-4-00_

Next Week  1X  2X  3X  Daily

Therapy needed  Heat ___ Cold _✓_ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additional comments _Ice Capsin_

---

DATE: _5-2-00_  Total Time Spent _2a_  Dr.'s Initials _B_  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for exam and spinal adjustment. Was moving stuff around in garage. Suddenly his back went out. Acute low back pain. No leg pn. or parasthesia. Has been having_

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive _✓_
(Location, tests and findings) _LB pm & scan_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | Cervical ✗ | Thoracic ✗ | Lumbar ✗ | Pelvic | Extremity |
| Tenderness to Palpation-Region | Cervical ✗ | Thoracic ✗ | Lumbar ✗ | Pelvic ✗ | Extremity |
| Abnormal Passive Range of Motion | Cervical ✗ | Thoracic | Lumbar | Pelvic | Extremity |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Acute LB pain - Lumbar VSC. Hurts to cough, sneeze_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | Better | Same ✓ | Worse ✓ | /Thoracic | Better | Same ✓ | Worse |
| Lumbo-pelvic | Better | Same | Worse ✓ | /Extremity | Better | Same | Worse |

P- Plan Straight Forward___ _✓_ Low Complexity ___ Moderate Complexity___ High Complexity___

| EXT. | Occ | AT. | | | | | | | | | | | | | | | | | | | | | | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield   Disctra
R  L
_5/1_

This Week  1X  (2X)  3X  Daily
Next Seen: _____
RTW _7aw_

Next Week  1X  (2X)  3X  Daily

Therapy needed  Heat ___ Cold _✓_ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additional comments _Ice LB 3X_

02/50/01 05:16P P.022    b5bb Chiropractic Center    3097555285

FEB-05-81 12:12 PM  BP: KEVIN FFEEBEFH        13091520755        P:02

## AUTHORIZATION FOR RELEASE OF RECORDS

To: _Bobb Chiropractic_
                    (Doctor or Hospital)

_____
                    (address)

I hereby authorize and request you to release any and all records in your possession,
including x-rays to

                    Dr. Kevin Freebern
                    918 16th Avenue
                    East Moline, IL 61244
                    (309) 752-0750 – office (309) 752-0755 – fax

Date _2-5-01_____          Signed _____

_____          Relationship _____
        (witness)
                                  Rich  Lind