May 22 06 12:33p    Freebern Chiropractic    13097520755    p.1

E-FILED
Friday, 02 March, 2007 04:47:09 PM
Clerk, U.S. District Court, ILCD

# Freebern Chiropractic

918 16th Avenue
East Moline, IL 61244
(309)752-0750

Page: 1                                                                                                          5/22/2006

| Patient: | Rick Lind |
|---|---|
|  | 401 Main St |
|  | Erie, IL 61250 |
| Chart #: | LINRI000 |
| Case #: | 1597 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 4/8/2002 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 5/8/2002 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 5/9/2002 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 6/6/2002 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -56.00 |
| 6/13/2002 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 7/15/2002 | copay on ins | COPAY |  |  |  |  |  | 1 | -40.00 |
| 9/18/2002 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 10/14/2002 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 11/7/2002 | Patient Check - Thank You! | PT CHECK |  |  |  |  |  | 1 | -10.00 |
| 1/9/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 1/9/2003 | copay on ins | COPAY |  |  |  |  |  | 1 | -10.00 |
| 2/6/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 2/6/2003 | copay on ins | COPAY |  |  |  |  |  | 1 | -10.00 |
| 2/12/2003 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 2/21/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 2/21/2003 | copay on ins | COPAY |  |  |  |  |  | 1 | -10.00 |
| 3/6/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 3/6/2003 | copay on ins | COPAY |  |  |  |  |  | 1 | -10.00 |
| 3/20/2003 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 4/3/2003 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 4/17/2003 | Insurance Payment | INS CHK |  |  |  |  |  | 1 | -28.00 |
| 5/17/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |
| 5/17/2003 | copay on ins | COPAY |  |  |  |  |  | 1 | -10.00 |
| 6/25/2003 | Insurance Denied Payment | INSDEN |  |  |  |  |  | 1 | 0.00 |
| 7/10/2003 | Patient Check - Thank You! | PT CHECK |  |  |  |  |  | 1 | -28.00 |
| 6/18/2003 | Patient Check - Thank You! | PT CHECK |  |  |  |  |  | 1 | -28.00 |
| 7/30/2003 | Spinal Adjustment 3 - 4 Regions | 98941 |  | 739.3 | 724.2 | 739.2 |  | 1 | 38.00 |

**Provider Information**

| Provider Name: | Kevin Freebern DC |
|---|---|
| License: | 038-005378 |
| Commercial PIN: |  |
| SSN or EIN: | 36-4421266 |

| Total Charges: | $ 342.00 |
|---|---|
| Total Payments: | -$ 408.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | -$ 66.00 |
| Total Account Balance: | $ 677.63 |

Assign and Release:  I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____                                                Date: _____

DEFENDANT'S EXHIBIT

# Freebern Chiropractic

918 16th Avenue
East Moline, IL 61244
(309)752-0750

Page: 2

5/22/2006

**Patient:** Rick Lind
401 Main St
Erie, IL 61250

**Chart #:** LINRI000
**Case #:** 1597

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 8/4/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 8/7/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 8/27/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 8/21/2003 | Non-Covered Per Ins. | NON COV | | | | | | 1 | 0.00 |
| 9/3/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 9/3/2003 | Non-Covered Per Ins. | NON COV | | | | | | 1 | 0.00 |
| 9/8/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 9/8/2003 | copay on ins | COPAY | | | | | | 1 | -40.00 |
| 9/11/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 9/18/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 9/18/2003 | Patient Check - Thank You! | PT CHECK | | | | | | 1 | -25.00 |
| 10/3/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/3/2003 | Misc. | 99070 | | 739.3 | 724.2 | 739.2 | | 1 | 10.63 |
| 9/24/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 9/26/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/6/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/9/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/13/2003 | Insurance Payment | INS CHK | | | | | | 1 | -84.00 |
| 10/15/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/15/2003 | Patient Check - Thank You! | PT CHECK | | | | | | 1 | -41.00 |
| 10/17/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/23/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 10/29/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 11/3/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |
| 11/6/2003 | Insurance Payment | INS CHK | | | | | | 1 | -112.00 |
| 11/7/2003 | Insurance Payment | INS CHK | | | | | | 1 | -28.00 |
| 11/7/2003 | Spinal Adjustment 3 - 4 Regions | 98941 | | 739.3 | 724.2 | 739.2 | | 1 | 38.00 |

**Provider Information**
Provider Name: Kevin Freebern DC
License: 038-005378
Commercial PIN:
SSN or EIN: 36-4421266

Total Charges: $ 694.63
Total Payments: -$ 330.00
Total Adjustments: $ 0.00
**Total Due This Visit:** $ 364.63
Total Account Balance: $ 677.63

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

**Freebern Chiropractic**
918 16th Avenue
East Moline, IL 61244

*Questions about your statement or insurance?*
*Call our billing experts toll-free:*
**1-877-479-6525**

Statement Date
5/22/2006

Chart Number
LINRI000

Rick Lind
401 Main St

Erie, IL 61250

Health Alliance
P.O. Box 6003

Urbana, IL 61803

| Date | | | Amount |
|---|---|---|---|
| Date of Last Payment: 5/17/2006  Amount: -30.00 | | Previous Balance | 0.00 |

| Date | Description | Notes | Amount |
|---|---|---|---|
| Patient: Rick Lind | Chart #: LINRI000 | Case Description: Health Alliance | |
| 4/8/2002 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 3/20/2002 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 3/22/2002 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 5/8/2002 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 5/9/2002 | Insurance Payment | dos 4/8/02 $28.00 | -28.00 |
| 6/6/2002 | Insurance Payment | dos 3/20-3/22/02 $56.00 | -56.00 |
| 6/13/2002 | Insurance Payment | dos 5/8/02 $28.00 | -28.00 |
| 7/15/2002 | copay on ins | dos 3/20-5/8/02 $40.00 | -40.00 |
| 9/18/2002 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/14/2002 | Insurance Payment | dos 9/18/02 $28.00 | -28.00 |
| 11/7/2002 | Patient Check - Thank You! | paid on account $10.00 | -10.00 |
| 1/9/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 1/9/2003 | copay on ins | dos 1/9/03 $10.00 C#2687 | -10.00 |
| 2/6/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 2/6/2003 | copay on ins | dos 2/6/03 $10.00 | -10.00 |
| 2/12/2003 | Insurance Payment | dos 2/13/03 $28.00 | -28.00 |
| 2/21/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 2/21/2003 | copay on ins | dos 2/21/03 $10.00 C#2720 | -10.00 |
| 3/6/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 3/6/2003 | copay on ins | dos 3/6/03 $10.00 C#1288 | -10.00 |
| 3/20/2003 | Insurance Payment | dos 2/6/03 $28.00 | -28.00 |
| 4/3/2003 | Insurance Payment | dos 2/21/03 $28.00 | -28.00 |
| 4/17/2003 | Insurance Payment | dos 3/6/03 $28.00 | -28.00 |
| 5/17/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 5/17/2003 | copay on ins | dos 5/17/03 $10.00 C#2804 | -10.00 |
| 6/25/2003 | Insurance Denied Payment | dos 5/17/03 $0 | 0.00 |
| 7/10/2003 | Patient Check - Thank You! | paid on account $28.00 #1: | -28.00 |
| 6/18/2003 | Patient Check - Thank You! | paid on account $28.00 #2I | -28.00 |

*Insurance may be pending. Please check your explanation of benefits (E.O.B.) to define your status.*

| Account Balance |
|---|
| Continued |

Freebern Chiropractic  
918 16th Avenue  
East Moline, IL 61244  

**Questions about your statement or insurance?**  
*Call our billing experts toll-free:*  
1-877-479-6525  

Statement Date  
5/22/2006  

Chart Number  
LINRI000  

Rick Lind  
401 Main St  

Erie, IL 61250  

Health Alliance  
P.O. Box 6003  

Urbana, IL 61803  

| Date | | | Amount |
|---|---|---|---|
| | | | **Amount** |
| 7/30/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 8/4/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 8/7/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 8/27/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 8/21/2003 | Non-Covered Per Ins. | dos 7/30&8/4/03 $0 | 0.00 |
| 9/3/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 9/3/2003 | Non-Covered Per Ins. | dos 7/30-8/7/03 $0 | 0.00 |
| 9/8/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 9/8/2003 | copay on ins | pd on account $40.00 C#1: | -40.00 |
| 9/11/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 9/18/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 9/18/2003 | Patient Check - Thank You! | pd on account $25.00 C#2{ | -25.00 |
| 10/3/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/3/2003 | Misc. | Ice Pack | 10.63 |
| 9/24/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 9/26/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/6/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/9/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/13/2003 | Insurance Payment | dos 9/3-9/11/03 $84.00 | -84.00 |
| 10/15/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/15/2003 | Patient Check - Thank You! | paid on account $41.00 C# | -41.00 |
| 10/17/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/23/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 10/29/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 11/3/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 11/6/2003 | Insurance Payment | dos 9/24-10/6/03 $112.00 | -112.00 |
| 11/7/2003 | Insurance Payment | dos 9/18/03 $28.00 | -28.00 |
| 11/7/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 11/12/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |
| 11/13/2003 | Insurance Payment | dos 10/9-10/17/03 $84.00 | -84.00 |
| 11/19/2003 | Spinal Adjustment 3 - 4 Regions | | 38.00 |

*Insurance may be pending. Please check your explanation of benefits (E.O.B.) to define your status.*

Account Balance  
Continued