**E-FILED**

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

Friday, March, 2007  04:48:21 PM
Clerk, U.S. District Court, ILCD

PRINTED
04/28/03

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
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

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|-----------|-------|------|-----|------|-----|------|---------------|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|----------------|------|--------|-------|----------|-----------|
| 401 MAIN | ERIE | 098 | IL | 61250 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF- CODE |
|----------|-----------|----------|--------|----------|--------------|-----------------|---------------|-------------|-------------------------------|----------------------|------------|
| O | 00 | 08 | 3444.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTIGUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA- TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|-------------------------|----------------|-------------------------|-----------------------|----------|----------------------------|---------------|-----------|
| 12-16-84 | 11-12-84 | 01-01-02 | NO DATE | A | NO DATE | | 000 |

## POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|----------------------|-----------------|-----------|-------------|-----------|-------|---------------|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR- ITY |
|------------------|------------|----------------|------------|
| 1 LOA NON-SERVICE DISABIL | BA066 | 12-23-02 | |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 12-26-02 | |
| 3 SALARY ADJUSTMENT | BA033 | 01-01-03 | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
7-OUT OF STATE
8-PARTIAL EXTENTION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

CURRENT BASE SALARY +    $50.00 LONG +    $0.00 BILING = $3,494.00

| EMPLOYEES SIGNATURE(REQ. ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | | SECRETARY(OPTIONAL) | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | APPROVAL | DATE |

**DEFENDANT'S EXHIBIT**
tabbies

## VERSTRAETE, PAM

**From:** JUNGWIRTH, GENE
**Sent:** Friday, October 10, 2003 10:34 AM
**To:** VERSTRAETE, PAM
**Subject:** RE: LOA Question

10-4

—–Original Message—–
**From:** VERSTRAETE, PAM
**Sent:** Friday, October 10, 2003 10:32 AM
**To:** JUNGWIRTH, GENE
**Subject:** FW: LOA Question

I have not worked with Natalie Northern before. Your permission to forward to her?

—–Original Message—–
**From:** GUMBLE, LORI
**Sent:** Friday, October 10, 2003 10:27 AM
**To:** VERSTRAETE, PAM
**Subject:** RE: LOA Question

You need to have Labor Relations take a look at this.  But as far as the statement coming to you on 9-24-03, I feel that that is unacceptable  Outlook this to Natalie Northern.  .

Lori Gumble
Human Resource Rep.
Concordia Ct. Ext. 2105
FAX (217)522-1513

—–Original Message—–
**From:** VERSTRAETE, PAM
**Sent:** Thursday, October 09, 2003 1:54 PM
**To:** GUMBLE, LORI
**Subject:** LOA Question

We have an employee who instead of turning in paperwork for a loa from East Moline he thought he would get on directly through Springfield because he thought he would be denied here. By the time he discovered this wouldn't work documentation became after the fact. Does something like this get approved? Call if you have questions.

LOA - 07/24/03 to 08/07/03
- Doctor slip dated 08/04/03 and received at EMCC 09/24/03.
- CMS95 showing 1st visit of 07/30/03 and received filled out completely on 10/01/03.
- CMS95 returning him to work with no limitations received filled out completely on 09/26/03.

LOA - 08/20/03 to 10/15/03
- Doctor slip dated 08/20/03 (for 08/20/03 - 09/29/03) and received at EMCC 09/09/03.
- Letter from doctor office dated 08/29/03 saying he would be off 5-6 weeks.
- CMS95 showing 1st visit of 08/27/03 and received filled out completely on 10/01/03.
- Doctor slip dated 09/26/03 (for 09/26/03 - 10/15/03) and received at EMCC on 09/26/03.
- CMS95 showing 2nd visit of 09/26/03 and received filled out completely on 10/01/03.

Pam Verstraete
Warden's Office
East Moline Correctional Center

1

ILLINOIS DEPARTMENT OF CORRECTIONS
## Personnel Action Form (Decentralized Actions)

Name:  Rick S. Lind                          SSN:  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

Position Title:  Correctional Officer                Position #: 09675-29-91-310-12-01

Division/Bureau:  Operations                    Facility: East Moline Correctional Center

Location (County): Rock Island          Paycode: 29-163          PIN#  0456

Bargaining Unit #/MC:  RC006              Effective Date:  10/31/02

Creditable Service Date changes as a result of the following action: ☒ No  ☐ Yes, From _____  To _____

---

Complete appropriate information below.

Action:
- ☐ Merit Compensation Review:    (BA_____)    $_____  To  $_____
- ☐ Superior Performance Increase:            $_____  To  $_____
- ☐ Appropriation # Change:    From _____  To _____
- ☐ Full Time/Part Time Change
- ☐ Job Assignment in accordance with AFSCME contract    (BA 100 )
- ☒ Leave of Absence (type of leave: Disability: Non-service connected      )    (BA 066 )
- ☒ Leave Return/Expired (change creditable service date above): Leave From: 10/31/02  To: 11/7/02    (BA 072 )
- ☐ Separation (reason: _____ )    (BA _____ )

---

Discipline:
- ☐ Suspension of 30 Days or Less (Specify Number of Days): _____
- ☐ Suspension Pending Discharge
- ☐ Return from Suspension (change creditable service date above)  Suspended From: _____  To: _____

---

Remarks:  (Provide information required in the CMS Personnel Transactions Manual, such as number of days on leave, etc. Attach an additional sheet if necessary.)

Disability Leave:  Non Service Connected.  Sore throat and respiratory congestion

---

Note:  Ensure all required documentation is attached prior to mailing to Central Personnel Office.

### Approvals and Signatures

1. Employee: Unavailable for Signature       2. Originating Supervisor: _____

3. Chief Administrative Officer: _____    4. Chief or Deputy Director: _____

5. Associate Director (if applicable): _____    6. Director: _____

Central Personnel Office staff initials when entered in system: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
## Personnel Action Form (Decentralized Actions)

Name: _Rick S. Lind_    SSN: _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_

Position Title: _Correctional Officer_    Position #:_09675-29-91-310-12-01_

Division/Bureau: _Operations_    Facility: _East Moline Correctional Center_

Location (County):_Rock Island_    Paycode: _29-163_    PIN# _0456_

Bargaining Unit #/MC: _RC006_    Effective Date: _10/31/02_

Creditable Service Date changes as a result of the following action: ☒ No ☐ Yes, From _____ To _____

Complete appropriate information below.

Action:
☐ Merit Compensation Review:    (BA_____)    $_____ To $_____
☐ Superior Performance Increase:    $_____ To $_____
☐ Appropriation # Change:    From _____    To _____
☐ Full Time/Part Time Change
☐ Job Assignment in accordance with AFSCME contract    (BA _100_)
☒ Leave of Absence (type of leave:_Disability: Non-service connected_)    (BA _066_)
☒ Leave Return/Expired (change creditable service date above): Leave From: _10/31/02_ To:_11/7/02_    (BA _072_)
☐ Separation (reason:_____)    (BA _____)

Discipline: ☐ Suspension of 30 Days or Less (Specify Number of Days): _____
☐ Suspension Pending Discharge
☐ Return from Suspension (change creditable service date above) Suspended From: _____ To: _____

Remarks: (Provide information required in the CMS Personnel Transactions Manual, such as number of days on leave, etc. Attach an additional sheet if necessary.)

Disability Leave: Non Service Connected. Sore throat and respiratory congestion

Note: Ensure all required documentation is attached prior to mailing to Central Personnel Office.

### Approvals and Signatures

1. Employee:_Unavailable for Signature_    2. Originating Supervisor: _____

3. Chief Administrative Officer: _____    4. Chief or Deputy Director: _____

5. Associate Director (if applicable):_____    6. Director: _____

Central Personnel Office staff initials when entered in system: _____



**TRINITY**
**IOWA HEALTH** SYSTEM

Physicians and Clinics

11-5-02

Re: Rick Lind

This patient has been
unable to return to work
since his appointment
10-31-02. Return to work
on 11-6-02. No restrictions.

Randall Mull

Randall L. Mullin, M.D.

648 North Chicago Street
Geneseo, IL 61254
(309) 944-5342
Fax (309) 944-8192

106 North East Street
Cambridge, IL 61238
(309) 937-3403
Fax (309) 937-5228

110 South Depot
Annawan, IL 61234
(309) 935-6778
Fax (309) 935-6673

403 North State Street
Atkinson, IL 61235
(309) 936-7493
Fax (309) 936-7357



**TRINITY**
**IOWA HEALTH SYSTEM**

Physicians and Clinics

My Patient Rich LEIN D
MAY Return to Work
on 12/26/02 - Pt
Was ILL on 12/23/02
                12/24/02
                12/25/02

*Randall Mullin MD*

Randall L. Mullin, M.D.

648 North Chicago Street    106 North East Street    110 South Depot    403 North State Street
Geneseo, IL 61254          Cambridge, IL 61238      Annawan, IL 61234   Atkinson, IL 61235
(309) 944-5342             (309) 937-2405           (309) 935-6778      (309) 936-7495
Fax (309) 944-8192         Fax (309) 937-5228       Fax (309) 935-6673  Fax (309) 936-7357

**PROGRESS:** (Please check appropriate box provided below):

(a)  The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

(b)  The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐

(c)  Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:  Month_____ Day _____ 19____ through  Month _____ Day ____ 19 ____

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —   No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)

☐ CLASS 2 —   Medium manual activity* (15-30%)

☐ CLASS 3 —   Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —   Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —   Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

**EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a)  In your opinion is patient now temporarily totally disabled?    Yes ☐    No ☒    |    Yes ☐    No ☒

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| 12 | 24 | 2002 | 12 | 24 | 20-02 |

(b)  If no, when was patient able to go to work?

| MONTH | | 19 | MONTH | | 19 |
|---|---|---|---|---|---|

(c)  If yes, when do you think patient will be able to resume any work?

(Approximate Date)    Indefinite ☐    Never ☐

(d)  In your opinion is patient permanently and totally disabled for employment?    Yes ☐    No ☒    |    Yes ☐    No ☒

(e)  If answer to (d) is "yes", please explain.

_____
_____
_____

**REMARKS:**

_____
_____
_____
_____
_____

Attending Physician's Signature: _Randall Mullin_    Degree: _M.D_    Date: _____

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. RANDALL Mullin_

Physician's Office Street Address: _600 N College Suite 120_    Zip Code: _61257_    Phone Number: _309-944-5342_

City: _Geneseo_    State: _IL_

O EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within 1e time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

-36-

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S Lind

SSN: 360 48 8440

Position Title: Corr. Officer

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Division: _____

Paycode 29-163　　　PIN# _____

Location (County) Rock Island

Effective Date: 09-27-00

Bargaining Unit # /MC RC6

* (On Leave / Suspension Returns give dates　　FROM: 2-27-00　　TO: 9-30-00

**Type of action:**

- [ ] Merit Compensation Review (BA _____) $_____ To $_____
- [ ] Superior Performance Increase $_____ To $_____
- [ ] Appropriation # Change From _____ To _____
- [ ] Full Time / Part Time Change
- [ ] Leave of Absence (type of leave: Non Serv Conn ) BA 066
- [x] * Leave Return / Expired (BA 077 )
- [x] Separation (reason: _____ ) BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

**Disciplinary Action:**

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

**Remarks:** (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

## APPROVAL AND SIGNATURE

1. Employee _Rick S Lind_ 10-3-00

2. Originating Supervisor _____

3. Warden / Supt. _____ 10-3-00

4. Deputy Director _____

5. Director Gary _____

6. Central Personnel Office staff initials when entered in system

DC 2 EFF: (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

## GENESIS MEDICAL GROUP OF GENESEO

648 NORTH CHICAGO STREET
GENESEO, IL 61254

Phone 944-5342          HOURS BY APPOINTMENT

FOR _Kaede Lionel_          DATE _8/25/06_

ADDRESS _____

℞

Pt. was unable to void in
7/27 & 9/25.

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE _____

REFILL _____ TIMES
NON-REPETATUR ☐

TAKE THIS TO THE PHARMACY OF YOUR CHOICE

| | |
|---|---|
| S.L. BECKER, MD | BB 5046215 |
| D.R. FORD, MD | AF 5806255 |
| T.J. KENNEY, MD | BK 0584688 |
| E.C. KVELLAND, MD | AK 6627460 |
| S.A. McCONKEY, MD | BM 5415383 |
| R.L. MULLIN, MD | AM 5900938 |
| LEKHA PRASAD, MD | BP 3322586 |
| P.M. RUDY, MD | BR 1109140 |

_____ M.D.

## DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S Lind

SSN: 360 48 8440

Position Title: Corr. Officer

Position # 09675-29-91-310-12-01

Division: _____

Facility: East Moline CC

Location (County) Rock Island

Paycode 29-163    PIN# _____

Bargaining Unit # /MC RC6

Effective Date: 09-27-00

* (On Leave / Suspension Returns give dates    FROM: 9-27-00    TO: 9-29-00

| Type of action: | | |
|---|---|---|
| ☐ | Merit Compensation Review (BA _____ ) $ _____ To $ _____ | |
| ☐ | Superior Performance Increase $ _____ To $ _____ | |
| ☐ | Appropriation # Change From _____ To _____ | |
| ☐ | Full Time / Part Time Change | |
| ☒ | Leave of Absence (type of leave: Non Serv Conn ) BA 066 | |
| ☒ | * Leave Return / Expired (BA 077 ) | |
| ☐ | Separation (reason: _____ ) BA _____ | |

If any of the above actions change Creditable Service Date: From _____ To _____

| Disciplinary Action: | | |
|---|---|---|
| ☐ | Suspension 30 Days or Less (Number of Days) _____ | |
| ☐ | Suspension Pending Discharge | |
| ☐ | *Return from Suspension | |

If any of the above actions change Creditable Service Date: From _____ To _____

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____
_____
_____
_____
_____

(If more space is needed, attach additional sheet.)

### APPROVAL AND SIGNATURE

1. Employee _Rick__ 10-3-00

2. Originating Supervisor _____

3. Warden / Supt. _Gary L Wyant_ 10-3-00

4. Deputy Director _____

5. Director _____

6. Central Personnel Office staff initials when entered in system
_____

DC 2 EFF. (4 / 95)

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES    **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick Lind_          Date of Birth: _____    Soc. Sec. Number: _____

Present Address—Street or Rural Route: _____

City: _____    State: _____    Zip Code: _____

Employed by State of Illinois: _____
                              (Agency, Board, Commission, Department)

Facility: _____    Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: _9_    Day: _28_   19_00_

(b) Diagnosis including any complications: _UPPER Respiratory Infection_

(c) Subjective symptoms: _ST / ears_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _URI— upper respiratory infection_

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: _9_    Day: _28_   19_00_

(b) Date of last visit:    Month: _9_    Day: _28_   19_00_

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): _need to basis_

---

**3. TREATMENT:**    ~~COPIED TO BLOOD GROUP OF CENSCO~~   _Biaxin 500 mg_

(a) Please describe treatment including any surgery and/or medication prescribed: _____

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify: _____

---

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS–95 (9/82)    IL401–0784                    Printed on Recycled Paper

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

(b) The patient is:    Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☐

If yes, give name and address of hospital: _____

Confined from:    Month _____ Day _____ 19 ____ through    Month _____ Day _____ 19 ____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — *emp/ ST/ uPt needs to be home until temp is normal*

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐  No ☒ | Yes ☐  No ☐ |
| (b) If no, when was patient able to go to work? | MONTH 9  DAY 29  YEAR 00 | MONTH 9  DAY 29  YEAR 2000 |
| (c) If yes, when do you think patient will be able to resume any work? | ____ 19 ____ (Approximate Date) | ____ 19 ____ Indefinite ☐  Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | Yes ☐  No ☐ |
| (e) If answer to (d) is "yes", please explain. | | |

_____

_____

_____

---

**8. REMARKS:**

_____

_____

_____

---

**GENESIS MEDICAL GROUP OF GENESEO**

Attending Physician's Signature: _____    Degree: M.D.    Date: 10/3/00

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Dr. Paul Rudy

Physician's Office Street Address: 648 N. Chicago

City: Geneseo    State: Il    Zip Code: 61254    Phone Number: 944-5392

**TO EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency. Your failure to comply may result in termination of your disability leave.



DC 171-
IL 426-0

# MEMORANDUM

**Date:**

**To:** Warden Wyant

**From:** C/O ~~[signature]~~

**Subject:** Medical leave

On 9-27-00 and 9-28-00 I was ill with a temp and infection. I had no sick time to cover my absences but was physically unable to work. I am not on prob status nor were any of these days connected with time off. I am requesting a medical leave for the two days in question as I cannot afford any trouble and am trying to save sick time.

Thank you

C/O ~~[signature]~~

# GENESIS MEDICAL GROUP OF GENESEO

648 NORTH CHICAGO STREET
GENESEO, IL 61254

Phone 944-5342                    HOURS BY APPOINTMENT

FOR _____    DATE _____

ADDRESS _____

℞

Pt. was unable to void

9/27 & 9/25

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE _____

REFILL _____ TIMES
NON-REPEAT/UR ☐

_____ M.D.

TAKE THIS TO THE PHARMACY OF YOUR CHOICE

| | |
|---|---|
| S.L. BECKER, MD | BB 5046215 |
| D.R. FORD, MD | AF 5806255 |
| T.J. KENNEY, MD | BK 0534688 |
| E.C. KVELLAND, MD | AK 6627460 |
| S.A. McCONKEY, MD | BM 5415383 |
| R.L. MULLIN, MD | AM 5900938 |
| LEKHA PRASAD, MD | BP 3322586 |
| P.M. RUDY, MD | BR 1109140 |

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| PRINTED | | SOC. SEC. NO. |
|---|---|---|
| 09/27/96 | 01 | 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 |
| | | 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 |

**1**

**EMPLOYEE INFORMATION**

**2**

| 02 LAST NAME | FIRST | 03 INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

**3**

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 12A NAT'L ORIG |
|---|---|---|---|---|---|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

**4**

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD.COM. | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF- CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2724.00 | M | F | 00 | 29 | 163 | | RC006 | |

**5**

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | STA- TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPY. REQ.NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-23-90 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

**6**

| 30 POSITION TITLE(NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/T AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

**7**

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR- ITY |
|---|---|---|---|
| 1 EXPIRE/DISABIL LEAVE | BA077 | 09-06-96 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A – CERTIFIED
B – PROB. 3 MOS
C – PROB. 6 MOS
D – PROVISIONAL
F – EXEMPT
G – TEMPORARY
H – EMERGENCY
J – TRAINEE
K – TRAINEE
L – TRAINEE

**EXEMPT**
0 – NOT EXEMPT
1 – PRIVATE SECRETARY
2 – ADMIN. HEAD
3 – POLICY MAKER
4 – UNSKILLED
5 – LIC.ATTORNEY
6 – OUT OF STATE
8 – PARTIAL EXTENTION

**RACE**
A – AMERICAN INDIAN
B – BLACK
O – ORIENTAL
S – SPANISH AMERICAN
W – CAUCASIAN
X – OTHER

**EDUCATION**
1 – GRADE SCHOOL
2 – SOME HIGH SCHL
3 – H S GRAD/GED
4 – SOME COLLEGE
5 – BA/BS
6 – MA/MS
7 – PHD/MD
8 – OTHER, DEGREE

**REMARKS**

**8**

CURRENT BASE SALARY +    $25.00 LONG +    $0.00 BILING =    $2,749.00

"THIS TRANSACTION WAS APPROVED BY THE AGENCY HEAD OR A DULY AUTHORIZED REPRESENTATIVE OF THE AGENCY HEAD AND REQUIRED NO APPROVAL BY THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES. THIS DOCUMENT IS TO PROVIDE A RECORD OF THE TRANSACTION FOR AGENCY USE AND CMS MICROFILM FILES. DOCUMENTATION IN SUPPORT OF THE TRANSACTION IS ON FILE IN THE OPERATING AGENCY."

-44-

**O**rthopae **S**pecialists P.C.

R.L. Kreiter, M.D. · AK8688864
J.M. Hoffman, M.D. · AH1110395
R.E. Magnus, M.D. · BM2186179

401 W. Locust.
Davenport, Iowa 52803

(319) 324-1900
(319) 322-2676 Fax
1-800-292-5836

NAME _Rich Lind_                      DATE _9-6-96_

ADDRESS _____

℞

I recommend Rich Lind may
return to full regular work (Today)
duties without restrictions. He
is doing well.

_____  _R. Magnus_ M.D.

REFILL _____ TIMES _____

-45-

**Moline Orthopedic Associates, Ltd.** 520 Valley View Drive • Moline, Illinois 61265 • Phone (309) 762-3621

TO: _____

EMPLOYEE NAME *Rick Lind* _____ Social Security No. _____

VISIT TYPE ☐ Initial ☑ Follow-up _____

## MEDICAL DISPOSITION

☐ Released for regular duty on (Date) _____

☐ Released for restricted duty on (Date) _____ _____
                                              (Actual)              (Anticipated)

   ☐ Restriction is temporary - estimate - will end on (Date) _____

   ☐ Restriction is permanent _____

## RESTRICTION TYPE

☐ No lifting, pushing, pulling over _____ lbs.

☐ No repeated lifting over _____ lbs.

☐ No repeated bending, lifting, twisting, or reaching

☐ No squatting or kneeling

☐ No repeated climbing

☐ No prolonged standing or walking over _____ mins.

☐ No prolonged sitting

☐ No work above shoulder height

☐ No repeated bending or twisting of neck

☐ No hand contact with liquids

☐ No working at heights greater than _____

☐ No noise hazardous area

☐ No incentive work

☐ No temperature exposure over/under _____ degrees

☐ No repeated firm gripping or twisting W/ _____ hand

☐ Limited use of _____ hand/arm

☐ No use of _____ hand/arm

☐ No jarring or jolting of body

☐ No use of vibratory tools

☐ No regular work in:  ☐ Dust   ☐ Fumes   ☐ Gases

   ☐ Other: _____

☐ No exposure to _____

☐ No skin contact _____

☐ No operating hazardous machinery or company vehicles

☐ No fine or detailed work

☐ No work without hearing protection

☐ Other _____

**COMMENTS/IDEAS** *return to work 8-20-96*

*unable to work 8-19-96*

_____

_____

_____

_____

UNCHECKED BOXES DO NOT APPLY

PHYSICIAN SIGNATURE _____ DATE *8/19/96*    46



# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC _____ RC006 _____

48

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 9-6-1996

* (On Leave / Suspension Returns give dates    FROM: 8-15-96    TO: 9-6-1996

---

Type of action:

- [ ] Merit Compensation Review (BA _____ ) $_____ To $_____
- [ ] Superior Performance Increase $_____ To $_____
- [ ] Appropriation # Change From _____ To _____
- [ ] Full Time / Part Time Change
- [ ] Leave of Absence (type of leave: _____ ) BA _____
- [x] * Leave Return / Expired (BA _____ 077 _____ )
- [ ] Separation (reason: _____ ) BA _____

If any of the above actions change Creditable Service Date: From 5-1-90 To 5-23-90

---

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

---

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____
_____
_____
_____
_____

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick R. Lind_ 9-6-96    2. Originating Supervisor _____
3. Warden / Supt. _Sergio Molina_ 9-6-96    4. Deputy Director _____
5. Director _Odie Washington_    6. Central Personnel Office staff initials when entered in system

---

DC 2 EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: __Rick S. Lind__

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC ___RC006___

SSN: __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__

Position # __09675-29-91-310-12-01__

Facility: __East Moline CC__

Paycode __29-163__    PIN# _____

Effective Date: __9-6-1996__

\* On Leave / Suspension Returns give dates    FROM: __8-15-96__    TO: __9-6-1996__

---

Type of action:

☐ Merit Compensation Review (BA _____) $_____ To $_____

☐ Superior Performance Increase $_____ To $_____

☐ Appropriation # Change From _____ To _____

☐ Full Time / Part Time Change

☐ Leave of Absence (type of leave: _____) BA _____

☒ * Leave Return / Expired (BA ___077___)

☐ Separation (reason:_____) BA_____

If any of the above actions change Creditable Service Date: From _____ To _____

---

Disciplinary Action:

☐ Suspension 30 Days of Less (Number of Days) _____

☐ Suspension Pending Discharge

☐ *Return from Suspension

If any of the above actions change Creditable Service Date: From_____ To_____

---

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick S. Lind_ 9-6-96

2. Originating Supervisor _____

3. Warden / Supt. _9-6-96_ Sergio Molina

4. Deputy Director _____

5. Director _____

6. Central Personnel Office staff initials when entered in system

DC 2 EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| PRINTED | SOC. SEC. NO. |
|---------|---------------|
| 09/11/96 | 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 |
| | 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 |

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|-----------|-------|------|-----|------|-----|------|---------------|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|----------------|------|--------|-------|----------|-----------|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|----------|-----------|----------|--------|----------|--------------|-----------------|---------------|-------------|-------------------------------|----------------------|-----------|
| B | 00 | 07 | 2724.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA-TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|------------------------|----------------|-------------------------|----------------------|---------|----------------------------|---------------|-----------|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

## POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/T AUTH. | AUDIT | POS DES COMP. |
|----------------------|-----------------|-----------|-------------|-----------|-------|---------------|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR-ITY |
|------------------|------------|----------------|-----------|
| 1 LOA NON-SERVICE DISABIL | BA066 | 08-15-96 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
X-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENTION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

CURRENT BASE SALARY + $25.00 LONG + $0.00 BILING = $2,749.00

"THIS TRANSACTION WAS APPROVED BY THE AGENCY HEAD OR A DULY AUTHORIZED REPRESENTATIVE OF THE AGENCY HEAD AND REQUIRED NO APPROVAL BY THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES. THIS DOCUMENT IS TO PROVIDE A RECORD OF THE TRANSACTION FOR AGENCY USE AND CMS MICROFILM FILES. DOCUMENTATION IN SUPPORT OF THE TRANSACTION IS ON FILE IN THE OPERATING AGENCY."

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES    **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): *Rick Lind*    Date of Birth: *9-19-53*    Soc. Sec. Number: *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*

Patient Address—Street or Rural Route: _____

City: _____    State: _____    Zip Code: _____

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____    Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: *8*    Day: *12*    19 *96*

(b) Diagnosis including any complications: *AC separation*

(c) Subjective symptoms: *painful shoulder*

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): *Same as above*

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: *8/12/96*    Day: ___ 19 ___

(b) Date of last visit:    Month: *8/12/96*    Day: ___ 19 ___

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): *3 weeks*

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: *Tylenol = Codine*

(b) Will treatment substantially improve function and employability?    Yes ☑    No ☐    If yes, specify: *AC joint will take 4-6 weeks to heal*

---

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

Printed on Recycled Paper

50

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: Recovered ☐  Improved ☐  Remained unchanged ☐  Retrogressed ☐

(b) The patient is: Ambulatory ☑  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of present condition?  Yes ☐  No ☐
If yes, give name and address of hospital: _____

Confined from:  Month ____ Day ____ 19 ____  through  Month ____ Day ____ 19 ____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐  Climbing ☐  Bending ☐  Sitting ☐  Walking ☐  Stooping ☐
Lifting ☑  Use of hands ☐  Psychological ☐  Other ☐  (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (* As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity* (75-100%)
☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| (a) In your opinion is patient now temporarily disabled?  8/14 - 8/15/96 | Yes ☐  No ☑ | Yes ☐  No ☑ |
| (b) If no, when was patient able to go to work? | MONTH 8  DAY 15  YEAR 19 96 | MONTH 8  DAY 15  YEAR 19 96 |
| (c) If yes, when do you think patient will be able to resume any work? | MONTH ___ DAY ___ YEAR 19 ___ | MONTH ___ DAY ___ YEAR 19 ___ |
| (d) In your opinion is patient permanently and totally disabled for employment? (Approximate Date) Indefinite ☐  Never ☐ | Yes ☐  No ☑ | Yes ☐  No ☑ |

(e) If answer to (d) is "Yes", please explain. _____

**8. REMARKS:** _____

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Signature: *[signature]*     Degree: M.D.     Date: 8/15/96

Attending Physician's Name: MOLINE ORTHOPEDIC ASSOCIATES, INC.
MICHAEL A. TURNER

Physician's Office Street Address: 620 - Valley View Dr.

City: MOLINE, ILLINOIS 61265     Zip Code: ____     Phone Number: 309-762-4830
309-2691642 309-762-4830

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

SSN: ___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___

Name: ___Rick S. Lind___

Position # ___09675-29-91-310-12-01___

Position Title: _____

Facility: ___East Moline CC___

Division: _____

Paycode ___29-163___  PIN# _____

Location (County) _____

Bargaining Unit # /MC _____

Effective Date: ___8-12-1996___

* (On Leave / Suspension Returns give dates)  FROM: ___8-12-1996___  TO: ___8-15-1996___

---

Type of action:

☐ Merit Compensation Review (BA _____) $_____To $_____

☐ Superior Performance Increase  $_____To $_____

☐ Appropriation # Change  From _____  To_____

☐ Full Time / Part Time Change

[x] Leave of Absence (type of leave: _Non-Serv.-Conn_ )  BA _066_

[x] * Leave Return / Expired  (BA _077_ )  8-15-96

☐ Separation  (reason:_____)  BA_____

If any of the above actions change Creditable Service Date: From _____ To _____

---

Disciplinary Action:

☐ Suspension 30 Days of Less (Number of Days) _____

☐ Suspension Pending Discharge

☐ *Return from Suspension

If any of the above actions change Creditable Service Date: From_____ To _____

---

Remarks:  (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

___3 Day Leave of Absence___

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick S. Lind_ 8-12-96   2. Originating Supervisor _____

3. Warden / Supt. _denied_   4. Deputy Director _____

5. Director _____   6. Central Personnel Office staff Initials when entered in system
_____

DC 2  EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

-52-

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

# PHYSICIAN'S STATEMENT

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: _9-19-53_    Soc. Sec. Number: _____

Name of Patient (full): _Rick _____

Present Address—Street or Rural Route: _28601. R2 North_    Zip Code: _61257_

City: _Stillsdale_    State: _Ill_

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____    Address: _____

> COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S
> CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):
   (a) Date of last examination:    Month: _August_ Day: _12_ 19 _96_
   (b) Diagnosis including any complications:
       _AC SEPARATION_

   (c) Subjective symptoms: _Shoulder pain_

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
       _Shoulder - marked tenderness to palpation about the Rt_
       _shoulder primarily over the AC joint_

2. DATES OF TREATMENT:
   (a) Date of first visit:    Month: _August_    Day: _12_ 19 _96_
   (b) Date of last visit:    Month: _August_    Day: _12_ 19 _96_
   (c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _Has only been seen O_
       _was to follow-up in 3 wks_

3. TREATMENT:
   (a) Please describe treatment including any surgery and/or medication prescribed: _Tylenol c Codeine_
   (b) Will treatment substantially improve function and employability? Yes ☐ No ☐    If yes, specify:
       _Injury to AC joint will take U-6 weeks to heal_

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the
statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information
_____ been approved by the State Forms Management Center.

Printed on Recycled Pa

**4. PROGRESS:  (Please check appropriate box provided below):**

(a)  The patient has:     Recovered ☐     Improved ☐     Remained unchanged ☐     Retrogressed ☐

(b)  The patient is:     Ambulatory ☑     House confined ☐     Bed confined ☐     Hospital confined ☐

(c)  Has the patient been hospital confined because of current condition?     Yes ☐     No ☐

If yes, give name and address of hospital: _____

Confined from:     Month_____ Day_____ 19_____ through     Month_____ Day_____ 19_____

---

**5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):**

Standing ☐     Climbing ☐     Bending ☐     Use of hands ☐     Sitting ☐     Walking ☐     Stooping ☐

Lifting ☐     Psychological ☐     Other ☐     (Please specify): _____

---

**6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):**

☑ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 —  Medium manual activity* (15-30%)

☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS —  *SEE ATTACHED RETURN to WORK*

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | From Patient's Regular Occupation | |
|---|---|---|---|---|
| (a)  In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☑ | Yes ☐ | No ☑ |
|  | MONTH / DAY / YEAR | | MONTH / DAY / YEAR | |
| (b)  If no, when was patient able to go to work? | 08   20   1996 | | 08   20   1996 | |
|  | MONTH / DAY / YEAR | | MONTH / DAY / YEAR | |
| (c)  If yes, when do you think patient will be able to resume any work? | 19 | | 19 | |
|  | (Approximate Date) | | Indefinite ☐   Never ☐ | |
| (d)  In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

(e)  If answer to (d) is "yes", please explain.

*SEE ATTACHED RETURN to WORK*

---

**8. REMARKS:**

_____
_____
_____
_____

---

Attending Physician's Signature: _Michael A. Turner MD (Jw)_     Degree: _____     Date: _8-20-96_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _MICHAEL TURNER_

Physician's Office Street Address: _520 Valley View Drive_

City: _Moline_     State: _Il_     Zip Code: _61265_     Phone Number: _309-762-3621_

**TO EMPLOYEES:**  You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

ILLINOIS DEP ~MENT OF CENTRAL MANAGEMEN~ ~ERVICES
PERSONNEL/POSITION ACTION FORM

| SOC. SEC. NO. |
|---|
| 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 |
| 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 |

**PRINTED** 08/11/95

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2670.00 | M | F | .00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

## POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 LOA NON-SERVICE DISABIL | BA066 | 07-12-95 | 0 |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 07-13-95 | 0 |
| 3 LOA NON-SERVICE DISABIL | BA066 | 07-17-95 | 0 |
| 4 EXPIRE/DISABIL LEAVE | BA077 | 07-19-95 | 0 |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A – CERTIFIED
B – PROB. 3 MOS
C – PROB. 6 MOS
D – PROVISIONAL
F – EXEMPT
G – TEMPORARY
H – EMERGENCY
J – TRAINEE
K – TRAINEE
L – TRAINEE

**RACE**
A – AMERICAN INDIAN
B – BLACK
O – ORIENTAL
S – SPANISH AMERICAN
W – CAUCASIAN
X – OTHER

**EXEMPT**
0 – NOT EXEMPT
1 – PRIVATE SECRETARY
2 – ADMIN. HEAD
3 – POLICY MAKER
4 – UNSKILLED
5 – LIC.ATTORNEY
6 – OUT OF STATE
8 – PARTIAL EXTENTION

**EDUCATION**
1 – GRADE SCHOOL
2 – SOME HIGH SCH.
3 – H S GRAD/GED
4 – SOME COLLEGE
5 – BA/BS
6 – MA/MS
7 – PHD/MD
8 – OTHER DEGREE

## REMARKS

"THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

| EMPLOYEES SIGNATURE(REQ. ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | DATE | AGENCY BUDGETARY(OPTIONAL) | DATE |

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC _____ RC006

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 7-17-95

* (On Leave / Suspension Returns give dates    FROM: 7-17-1995    TO: 7-19-1995

---

**Type of action:**

- [ ] Merit Compensation Review  (BA _____ ) $ _____ To $ _____
- [ ] Superior Performance Increase  $ _____ To $ _____
- [ ] Appropriation # Change  From _____ To _____
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: Non Serv Conn ) BA 066
- [x] * Leave Return / Expired  (BA 077 ) 7-19-1995
- [ ] Separation  (reason: _____ ) BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

---

**Disciplinary Action:**

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

---

Remarks:  (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

2 DAY LEAVE OF ABSENCE

(If more space is needed, attach additional sheet.)

---

## APPROVAL AND SIGNATURE

1. Employee _Rick_ 7-24-95

3. Asst. Warden 7-26-95

5. Director _Gary Slutz_ _Obu Washington_

2. Originating Supervisor _____

4. Deputy Director _____

6. Central Personnel Office staff initials when entered in system _____

NOTE: Ensure all documentation is attached prior to