E-FILED
Friday, 02 March, 2007 04:49:11 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

# PHYSICIAN'S STATEMENT

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): ~~RICK LIND~~ Date of Birth: 9-19-53 Soc. Sec. Number: 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

Present Address—Street or Rural Route: RR# 1 BOX 274

City: Colona State: IL Zip Code: 61241

Employed by State of Illinois: EAST MOLINE CORRECTIONAL 100 HILLCREST RD. E.M. IL
(Agency, Board, Commission, Department)

Facility: ______ Address: ______

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 06 Day: 01 1995

(b) Diagnosis including any complications: OCCIPITAL HEADACHE MID THORACIC PAIN RIGHT PAIN IN HIP

(c) Subjective symptoms: Headache pain-pain on palpation to cercical- thorcic and hip pain mostly on the right side.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
see above

2. DATES OF TREATMENT:

(a) Date of first visit: Month: July Day: 18 1995

(b) Date of last visit: Month: July Day: 18 1995

(c) Frequency: Weekly ☐ Monthly ☐ Other ☒ — (Please specify): on need basis

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: spinal manipulation

(b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify:

IMPORTANT NOTICE

This state agency is requesting disclosure of information that is necessary to accomplish the ...

4. PROGRESS: (Please check appropriate box provided below):

(a) The patient has: Recovered ☒ Improved ☐ Remained unchanged ☐ Retrogressed ☐

(b) The patient is: Ambulatory ☒ House confined ☐ Bed confined ☐ Hospital confined ☐

(c) Has the patient been hospital confined because of current condition? Yes ☐ No ☒

If yes, give name and address of hospital: ____

Confined from: Month____ Day ____ 19 ____ through Month ____ Day____ 19 ____

5. LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐ Lifting ☐ Psychological ☐ Other ☐ (Please specify): ____

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — ____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | | No ☒ | Yes ☐ | | No ☒ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 07 | 19 | 1995 | 07 | 19 | 1995 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ | | Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | | No ☒ | Yes ☐ | | No ☒ |

(e) If answer to (d) is "yes", please explain. ____

8. REMARKS:

Patient is on an as needed basis

Attending Physician's Signature: [signature] Degree: D.C. Date: 7-21-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: DR. Kevin Freebern D.C.

Physician's Office Street Address: 813 1st ave. Zip Code 61282 Phone Number: 309-755-5203

City: Silvis State: IL

# DEPARTMENT OF CORRECTION
# PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

SSN: 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

Position Title:

Position # 09675-29-91-310-12-01

Division:

Facility: East Moline CC

Location (County)

Paycode 29-163 PIN#

Bargaining Unit # /MC RC006

Effective Date: 7-12-1995

* (On Leave / Suspension Returns give dates FROM: 7-12-1995 TO: 7-13-1995

Type of action:

- [ ] Merit Compensation Review (BA ______) $______ To $______
- [ ] Superior Performance Increase $______ To $______
- [ ] Appropriation # Change From ______ To ______
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: 7-12-1995 ) BA 066
- [x] * Leave Return / Expired (BA 077 ) 7-13-1995
- [ ] Separation (reason: ______) BA______

If any of the above actions change Creditable Service Date: From ______ To ______

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) ______
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From______ To ______

Remarks: (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

1 DAY LEAVE

(If more space is needed, attach additional sheet.)

APPROVAL AND SIGNATURE

1. Employee [signature] 7-24-95
2. Originating Supervisor [signature]
3. Asst. Warden / ~~Supt.~~ Gary D. Slutz [signature] 7-26-95
4. Deputy Director
5. Director [signature]
6. Central Personnel Office staff initials when entered in system ______

DC 2 EFF. (4 / 95)

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office



ILLINOIS DEPARTMENT OF CENTRAL MANAG_.MENT SERVICES

# PHYSIC_AN'S STATEMENT

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

ıe of Patient (full): Rick Lind Date of Birth: 9-19-53 Soc. Sec. Number: 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

ent Address—Street or Rural Route: 28601 R2 N. Zip Code: 61257

: Hillsdale State: IL.

ployed by State of Illinois: East Moline Correctional Center (Agency, Board, Commission, Department)

ility: EMCC Address: 100 Hillcrest Rd. East Moline IL 61244

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 07 Day: 11 19 95

(b) Diagnosis including any complications: Abscessed tooth #31

(c) Subjective symptoms:

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

2. DATES OF TREATMENT:

(a) Date of first visit: Month: 07 Day: 11 19 95

(b) Date of last visit: Month: — Day: — 19

(c) Frequency: Weekly ☐ Monthly ☐ Other ☐ — (Please specify):

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Remove tooth #31

(b) Will treatment substantially improve function and employability? Yes ☐ No ☐ If yes, specify: N/A

IMPORTANT NOTICE

... that is necessary to accomplish the

PROGRESS: (Please check appropriate box provided below):

a) The patient has: Recovered ☒ Improved ☐ Remained unchanged ☐ Retrogressed ☐

b) The patient is: Ambulatory ☐ House confined ☐ Bed confined ☐ Hospital confined ☐

c) Has the patient been hospital confined because of current condition? Yes ☐ No ☒

If yes, give name and address of hospital: ______

Confined from: Month ______ Day ______ 19 ______ through Month ______ Day ______ 19 ______

LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐

Lifting ☐ Psychological ☐ Other ☒ (Please specify): None

PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

- ☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 — Medium manual activity* (15-30%)
- ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS — ______

EXTENT OF DISABILITY:

| | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ No ☒ | Yes ☐ No ☒ |
| (b) If no, when was patient able to go to work? | Month 07 Day 13 Year 1995 | Month ___ Day ___ Year 19__ |
| (c) If yes, when do you think patient will be able to resume any work? | Month 07 Day 13 Year 1995 (Approximate Date) | Month ___ Day ___ Year 19__ Indefinite ☐ Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ No ☒ | Yes ☐ No ☐ |

(e) If answer to (d) is "yes", please explain.

______

REMARKS:

______

Attending Physician's Signature: [signature] Degree: DDS MS Date: 7-17-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: J. W. THATCHER

Physician's Office Street Address: 930-16 AVE

City: Moline State: IL Zip Code: 61265 Phone Number: (309) 797-1770

...appropriate person within your agency... 02

# DEPARTMENT OF CORRECTION
# PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

SSN: 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

Position Title: ______

Position # 09675-29-91-310-12-01

Division: ______

Facility: East Moline CC

Location (County) ______

Paycode 29-163 PIN# ______

Bargaining Unit # /MC RC006

Effective Date: 6-15-1995

• (On Leave / Suspension Returns give dates FROM: 6-15-95 TO: 6-17-95

Type of action:

- [ ] Merit Compensation Review (BA ______) $______ To $______
- [ ] Superior Performance Increase $______ To $______
- [ ] Appropriation # Change From ______ To ______
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: Non Serv Conn ) BA 066
- [x] • Leave Return / Expired (BA 077 ) 6-18-95
- [ ] Separation (reason: ______) BA ______

If any of the above actions change Creditable Service Date: From ______ To ______

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) ______
- [ ] Suspension Pending Discharge
- [ ] •Return from Suspension

If any of the above actions change Creditable Service Date: From ______ To ______

Remarks: (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

3 DAY LEAVE OF ABSENCE

(If more space is needed, attach additional sheet.)

APPROVAL AND SIGNATURE

1. Employee [signature] 6-29-95
2. Originating Supervisor ______
3. Warden / Supt. [signature] Gerardo Acevedo, 6-30-95
4. Deputy Director [signature]
5. Director [signature]
6. Central Personnel Office staff initials when entered in system ______

NOTE: Ensure all documentation is attached prior to



ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

# PHYSICIAN'S STATEMENT

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick Limo. Date of Birth: ______ Soc. Sec. Number: ______

Present Address—Street or Rural Route: ______

City: ______ State: ______ Zip Code: ______

Employed by State of Illinois: ______ (Agency, Board, Commission, Department)

Facility: ______ Address: ______

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 6 Day: 15 19 95.

(b) Diagnosis including any complications:

CRACKED TOOTH #31 with PERIAPICAL ABSCESS

(c) Subjective symptoms: PAIN ASSOCIATED W/ CRACKED TOOTH

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

. DATES OF TREATMENT:

(a) Date of first visit: Month: ______ Day: ______ 19______

(b) Date of last visit: Month: ______ Day: ______ 19______

(c) Frequency: Weekly ☐ Monthly ☐ Other ☐ — (Please specify): ______

TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed:

PERIAPICAL RADIOGRAPH. ANTIBIOTIC TREATMENT.

(b) Will treatment substantially improve function and employability? Yes ☐ No ☑ If yes, specify:

IMPORTANT NOTICE

. PROGRESS: (Please check appropriate box provided below):

(a) The patient has: Recovered ☐ Improved ☐ Remained unchanged ☑ Retrogressed ☐
(b) The patient is: Ambulatory ☐ House confined ☐ Bed confined ☐ Hospital confined ☐
(c) Has the patient been hospital confined because of current condition? Yes ☐ No ☑
If yes, give name and address of hospital:

Confined from: Month ______ Day ______ 19 ______ through Month ______ Day ______ 19 ______

5. LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐
Lifting ☐ Psychological ☐ Other ☐ (Please specify): No Limitations.

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

- ☑ CLASS 1 — No limitation of functional capacity; capable of heavy work*. No restrictions (0-10%)
- ☐ CLASS 2 — Medium manual activity* (15-30%)
- ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS —

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☑ | | Yes ☐ | No ☑ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 6 | 20 | 19 95 | 6 | 20 | 19 95 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | 6 | 20 | 19 95 | 6 | 20 | 1995 |
| | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☑ | | Yes ☐ | No ☑ | |

(e) If answer to (d) is "yes", please explain.

8. REMARKS: Rick called my office on 6-17-95 (Sat) with Toothache pain. I explained to him to come to my office for evaluation on 6-19-95. He presented with a cracked tooth #31. He said this tooth had been hurting him since 6-14-95 and caused him to miss work.

Attending Physician's Signature: [signature] Degree: DDS Date: 6-30-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Jeffrey Hirschfelder DDS

Physician's Office Street Address: 110 W Second St Geneseo IL Zip Code: 61254 Phone Number: 309-944-6925

City: State:

# ILLINOIS DE[PAR]TMENT OF CENTRAL MANAGEME[NT] SERVICES
## [PE]RSONNEL/POSITION ACTION FORM

PRINTED 06/01/95

SOC. SEC. NO. 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

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

EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 16331 E.1500 STREET | GENESEO | 037 | IL | 61254 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDICAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

TRANSACTION INFORMATION

| | | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|---|
| LAST TRANS. | 1 | LOA NON-SERVICE DISABIL | BA066 | 04-25-95 | 0 |
| | 2 | EXPIRE/DISABIL LEAVE | BA077 | 04-27-95 | 0 |
| | 3 | | | | |
| | 4 | | | | |
| THIS TRANS. | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENTION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTIAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

REMARKS

"THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

EMPLOYEES SIGNATURE(REQ ON VOL ACTION) DATE | AGENCY APPROVAL(OPTIONAL) DATE

SIGNATURE OF PERSON SERVING SUS/DISC DATE | AGENCY BUDGETARY(OPTIONAL) DATE

BY MAIL ☐ IN PERSON ☐

# DEPARTMENT OF CORRECTION
# PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

SSN: 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

Position Title: ______

Position # 09675-29-91-310-12-01

Division: ______

Facility: East Moline Corr. Center

Location (County) ______

Paycode 29-163 PIN# ______

Bargaining Unit # /MC RC006

Effective Date: 4-25-1995

* (On Leave / Suspension Returns give dates FROM: 4-25-1995 TO: 4-27-1995

Type of action:

- [ ] Merit Compensation Review (BA ______) $______ To $______
- [ ] Superior Performance Increase $______ To $______
- [ ] Appropriation # Change From ______ To ______
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: Non Serv. Conn. ) BA 066
- [x] * Leave Return / Expired (BA 077 )
- [ ] Separation (reason: ______) BA ______

If any of the above actions change Creditable Service Date: From ______ To ______

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) ______
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From ______ To ______

Remarks: (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

2 day leave of absence

(If more space is needed, attach additional sheet.)

APPROVAL AND SIGNATURE

1. Employee [signature] 5-4-95
2. Originating Supervisor ______
3. Warden / Supt [signature] Gerardo Acevedo 5-4-95
4. Deputy Director [signature]
5. Director [signature]
6. Central Personnel Office staff initials when entered in system ______

# PHYSICIAN'S STATEMENT

STATE OF ILLINOIS

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S. Lind  Date of Birth: 9-19-53  Soc. Sec. Number: 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

Present Address—Street or Rural Route: 16331 East 1500 Street

City: Geneseo  State: IL  Zip Code: 61254

Employed by State of Illinois: East Moline Corrections
(Agency, Board, Commission, Department)

Facility: ______ Address: ______

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 4-26-95 Day: ______ 19____

(b) Diagnosis including any complications: ? Neuralgia (R) Ear
Sinusitis, Cervical Adenitis
Eustachian Dysfunction

(c) Subjective symptoms: Ear popping, pain, nasal discharge

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
Several antibotics prescribed over the last 2 months without relief of symptoms. Patient referred to Dr. Terrill Baner, 608 35 Ave, Moline, IL. CT Scan done at Hammond Henry Hospital on 4-25-95 and patient schedulted for evaluation by neurologist. (CT Scan results were negative)

2. DATES OF TREATMENT:

(a) Date of first visit: Month: 2-21-95 Day: ______ 19____

(b) Date of last visit: Month: 4-26-95 Day: ______ 19____

(c) Frequency: Weekly ☒ Monthly ☐ Other ☐ — (Please specify): ______

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed:
As stated above

(b) Will treatment substantially improve function and employability? Yes ☐ No ☐ If yes, specify:
Patient referred to neurologist and advised to continue medication.

GRESS: (Please che[illegible] appropriate box provided below):

The patient has: Recovered ☐ Improved ☐ Remained unchanged ☒ Retrogressed ☐

The patient is: Ambulatory ☒ House confined ☐ Bed confined ☐ Hospital confined ☐

(c) Has the patient been hospital confined because of current condition? Yes ☐ No ☒

If yes, give name and address of hospital: ____

Confined from: Month____ Day ____ 19 ____ through Month ____ Day____ 19 ____

5. LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐

Lifting ☐ Psychological ☐ Other ☐ (Please specify): None - patient is on antibotics and pain medication

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — ____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | | No ☒ | Yes ☐ | | No ☐ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ | | Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | | No ☒ | Yes ☐ | | No ☐ |

(e) If answer to (d) is "yes", please explain.

8. REMARKS:

Consult patient as to any missed work time. Doctors notes do not reflect any days off except for doctor appointments and CT Scan time.

Attending Physician's Signature: [signature] Degree: MD Date: 5-4-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: RANDALL L. MULLIN, M.D.

Physician's Office Street Address: 648 N Chicago St, Geneseo, IL 61254

City: ____ State: ____ Zip Code: ____ Phone Number: 309-944-5342

EMPLOYEES: You are responsibl[illegible]

ILLINOIS DE[PAR]TMENT OF CENTRAL MANAGEME[NT] SERVICES
[P]ERSONNEL/POSITION ACTION FORM

PRINTED 03/30/95

SOC. SEC. NO. 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

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

EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 16331 E.1500 STREET | GENESEO | 037 | IL | 61254 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.000 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| LAST TRANS | 1 LOA NON-SERVICE DISABIL | BA066 | 03-03-95 | 0 |
| | 2 EXPIRE/DISABIL LEAVE | BA077 | 03-08-95 | 0 |
| | 3 | | | |
| | 4 | | | |
| THIS TRANS. | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENTION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTIAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

REMARKS

"THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

EMPLOYEES SIGNATURE(REQ ON VOL ACTION) DATE

AGENCY APPROVAL(OPTIONAL) DATE

SIGNATURE OF PERSON SERVING SUS/DISC DATE

AGENCY BUDGETARY(OPTIONAL) DATE

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

PRINTED 01: 02/02/95

02 SOCIAL SECURITY NO.: 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 / 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

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LINO | RICK | S | M | W | N | 4 | 09-19-53 |
| | | | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| 16331 E.1500 STREET | GENESEO | 037 | IL | 61254 | 108 |
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |
| | | | | | | |

## TRANSACTION INFORMATION

| | | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|---|---|
| LAST TRANS | 1 | LOA NON-SERVICE DISABIL | BA066 | 12-31-94 | 1 |
| | 2 | EXPIRE/DISABIL LEAVE | BA077 | 01-01-95 | 0 |
| | 3 | | | | |
| | 4 | | | | |
| THIS TRANS. | 1 | LOA NON SERV CONN DISABILITY | BA066 | 03-03-95 | |
| | 2 | EXPIRATION DISABILITY LEAVE | BA077 | 03-08-95 | |
| | 3 | | | | |
| | 4 | | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
O-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

EMPLOYEES SIGNATURE (REQ ON VOL ACTION) — DATE: 3-9-95

SIGNATURE OF PERSON SERVING SUS/DISC — DATE

AGENCY APPROVAL (OPTIONAL) — DATE

AGENCY BUDGETARY (OPTIONAL) — DATE: Gerardo Acevedo, Warden —71— 3-9-95

# PH SICIAN'S STATE IENT

STATE OF ILLINOIS

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S. Lind Date of Birth: 9-19-53 Soc. Sec. Number: 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

Present Address—Street or Rural Route: 16331 E 1500 Street Zip Code: 61254

City: Geneseo State: IL

Employed by State of Illinois: East Moline Correctional Center (Agency, Board, Commission, Department)

Facility: Address: East Moline, IL

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 3-3-95 Day: ____ 19____

(b) Diagnosis including any complications: 289.3 Lymphadenitis, unspec/ Sinusitis, Cervical Adenitis/ 381.81 Dysfunction Eustachian Tubes

(c) Subjective symptoms: Congestion, Pain (R) Ear, fever, headache, ear popping, neck tender, nasal discharge

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

2. DATES OF TREATMENT:

(a) Date of first visit: Month: 1-11-95 Day: ____ 19____

(b) Date of last visit: Month: 3-3-95 Day: ____ 19____

(c) Frequency: Weekly ☐ Monthly ☒ Other ☐ — (Please specify):

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Augmentin, Nasalide, Rynatan Patient referred to Dr. Baner . Appt scheduled for 3-21-95

(b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify: following 3-21-95 appointment. Also consult Dr. Baner concerning staus of condition

IMPORTANT NOTICE

PROGRESS: (Please check appropriate box provided below):

(a) The patient has: Recovered ☐ Improved ☒ Remained unchanged ☐ Retrogressed ☐ Needed referral

(b) The patient is: Ambulatory ☒ House confined ☐ Bed confined ☐ Hospital confined ☐

(c) Has the patient been hospital confined because of current condition? Yes ☐ No ☒

If yes, give name and address of hospital:

Confined from: Month ____ Day ____ 19 ____ through Month ____ Day ____ 19 ____

LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐

Lifting ☐ Psychological ☐ Other ☐ (Please specify): No limitations. Patient is taking meds.

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — Patient is having (R) Ear pain and should continue medication. Patient has appointment with Dr. Baner on 3-21-95.

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? Patient returned to work 3-8-95 | | | 19 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain.

8. REMARKS:

Patient was off work 3/2, 3/3, 3/4, and 3/7/95 due to this condition. Patient returned to work 3/8/95.

Attending Physician's Signature: [signature] Degree: MD Date: 3-10-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: RANDALL L. MULLIN, M.D.

Physician's Office Street Address: 648 N Chicago Street

City: Geneseo, State: ILL Zip Code: 61254 Phone Number: 309-944-5342

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within ... established by your agency. Your failure to comply may result in termination of your disability leave.

PRINTED

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

SOCIAL SECURITY NO. 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

EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD. COM | PAYROLL DEPT | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDICAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| | 09675-29-91-310-12-01 | | | | | |

TRANSACTION INFORMATION

| | | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|---|
| LAST TRANS. | 1 | | | | |
| | 2 | | | | |
| | 3 | | | 9-? | |
| | 4 | | | | |
| THIS TRANS. | 1 | LOA NON SERV CONN DISABILITY | BA066 | 12-30-94 | |
| | 2 | EXPIRATION DISABILITY LEAVE | BA077 | 01-01-95 | |
| | 3 | | | | |
| | 4 | | | | |

CODES

STATUS: A-CERTIFIED, B-PROB. 3 MOS, C-PROB. 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

EXEMPT: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-LIC. ATTORNEY, 6-OUT OF STATE, 8-PARTIAL EXTENSION

RACE: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

EDUCATION: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD/MD, 8-OTHER DEGREE

REMARKS

EMPLOYEES SIGNATURE (REQ ON VOL ACTION) DATE 1-4-95

SIGNATURE OF PERSON SERVING SUS/DISC DATE

BY MAIL ☐ IN PERSON ☐

DIRECTOR OF CENTRAL MANAGEMENT SERVICES DATE

AGENCY APPROVAL (OPTIONAL) DATE

AGENCY BUDGETARY (OPTIONAL) DATE

AGENCY HEAD APPROVAL DATE

# PHYSICIAN'S STATEMENT

STATE OF ILLINOIS

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): RICK LIND Date of Birth: 9-19-53 Soc. Sec. Number: 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

Present Address—Street or Rural Route: R.R. 1 Box 274

City: Colona State: Illinois Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center (Agency, Board, Commission, Department)

Facility: Address: 100 Hillcrest Rd East Moline Il

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 01 Day: 02 19 95

(b) Diagnosis including any complications: Occipital Headache Right shoulder pain Sore Throat

(c) Subjective symptoms: Headache pain, Tenderness to palpation to the cervical, thoracic, Positive cervical range of motion

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

See above

2. DATES OF TREATMENT:

(a) Date of first visit: Month: 01 Day: 02 19 95

(b) Date of last visit: Month: 01 Day: 02 19 95

(c) Frequency: Weekly ☐ Monthly ☐ Other ☒ — (Please specify):

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Spinal manipulation

(b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify:

CMS-95 (9-82)

IMPORTANT NOTICE

This state agency is requesting disclosure of information that is necessary to accomplish the ... purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

4. PROGRESS: (Please check appropriate box provided below):

(a) The patient has: Recovered [x] Improved [ ] Remained unchanged [ ] Retrogressed [ ]

(b) The patient is: Ambulatory [x] House confined [ ] Bed confined [ ] Hospital confined [ ]

(c) Has the patient been hospital confined because of current condition? Yes [ ] No [x]

If yes, give name and address of hospital: ____

Confined from: Month ____ Day ____ 19 ____ through Month ____ Day ____ 19 ____

5. LIMITATION: (If there is a limitation, check appropriate box and describe below):

Standing [ ] Climbing [ ] Bending [ ] Use of hands [ ] Sitting [ ] Walking [ ] Stooping [ ]

Lifting [ ] Psychological [ ] Other [ ] (Please specify): ____

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

[x] CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

[ ] CLASS 2 — Medium manual activity* (15-30%)

[ ] CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

[ ] CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

[ ] CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

[ ] REMARKS — ____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes [ ] | | No [x] | Yes [ ] | | No [x] |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 01 | 01 | 19 95 | 01 | 01 | 19 95 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite [ ] | | Never [ ] |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes [ ] | | No [ ] | Yes [ ] | | No [ ] |

(e) If answer to (d) is "yes", please explain.

8. REMARKS:

Patient is on an as needed basis

Attending Physician's Signature: [signature] Degree: DC Date: 1-3-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Kevin Freeberg D.C.

Physician's Office Street Address: 813-1st Avenue

City: Silvis State: Ill Zip Code: 61282 Phone Number: 309 755-5203

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within ... of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

PRINTED 01: 07/23/94

02 SOCIAL SECURITY NO.: 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

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

EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| 9454 N THOMPSTON ST | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 00 | 07 | 2568.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

TRANSACTION INFORMATION

| | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|---|
| LAST TRANS 1 | GENERAL INCREASE | BA030 | 07-01-94 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | LOA NON SERVICE CONNECTED | BA066 | 09-13-94 | |
| 2 | EXPIRATION DISABILITY LEAVE | BA077 | 09-20-94 | |
| 3 | | | | |
| 4 | | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
O-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

REMARKS

EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) — DATE: 9-23-94

AGENCY APPROVAL (OPTIONAL) — DATE

SIGNATURE OF PERSON SERVING SUB/DISC — DATE

AGENCY BUDGETARY (OPTIONAL) — DATE

BY MAIL ☐ IN PERSON ☐

AGENCY HEAD APPROVAL: Gerardo Acevedo -- Warden — DATE: 9-22-94

# PHYSICIAN'S STATEMENT

STATE OF ILLINOIS

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick S. Lund Date of Birth: 9/19/53 Soc. Sec. Number: 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

Present Address—Street or Rural Route:

City: State: Zip Code:

Employed by State of Illinois: (Agency, Board, Commission, Department)

Facility: Address:

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: 09 Day: 20 1994

(b) Diagnosis including any complications: Contusion of left knee

(c) Subjective symptoms: Pain, Difficulty with weight-bearing, inability to flex his knee

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

9/14 Swelling about the anterior aspect of knee; small effusion; superficial abrasion of the anterior knee. X-rays reviewed from Hammond Henry Hospital. Reveal no bony abnormality

9/20 Patient improved, ambulating without knee immobilizer

2. DATES OF TREATMENT:

(a) Date of first visit: Month: 09 Day: 14 1994

(b) Date of last visit: Month: 09 Day: 20 1994

(c) Frequency: Weekly ☐ Monthly ☐ Other ☐ — (Please specify):

3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: 9-14-94 examined knee placed patient in knee immobilizer; prescription for pain. To return for re-check exam

(b) Will treatment substantially improve function and employability? Yes ☐ No ☐ If yes, specify:

IMPORTANT NOTICE

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: Recovered ☐ Improved ☒ Remained unchanged ☐ Retrogressed ☐

(b) The patient is: Ambulatory ☒ House confined ☐ Bed confined ☐ Hospital confined ☐

(c) Has the patient been hospital confined because of current condition? Yes ☐ No ☒

If yes, give name and address of hospital: ______

Confined from: Month ______ Day ______ 19 ______ through Month ______ Day ______ 19 ______

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐ Climbing ☐ Bending ☐ Use of hands ☐ Sitting ☐ Walking ☐ Stooping ☐

Lifting ☐ Psychological ☐ Other ☐ (Please specify): ______

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — ______

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | | No ☒ | Yes ☐ | | No ☐ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 09 | 20 | 1994 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ | | Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | | No ☐ | Yes ☐ | | No ☐ |

(e) If answer to (d) is "yes", please explain.

Patient was kept off work 9/14/94 – 9/19/94 – Returned 9/20/94

**8. REMARKS:**

Patient to return to the office for a recheck appointment on 10-24-94

Attending Physician's Signature: Dr Pamela Davis (illegible) Degree: ______ Date: 09-23-94

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Dr Pamela Davis

Physician's Office Street Address: 520 Valley View Drive

City: Moline State: IL Zip Code: 61265 Phone Number: 309-762-3621

# Moline Orthopedic Associates, Ltd.

520 Valley View Drive
Moline, Illinois 61265
(309) 762-3621
(800) 348-8777

855 Hospital Road, Suite 204
Silvis, Illinois 61282
(309) 792-7007

To: [illegible] Correctional Center Date: 9/20/94

This is to certify that Rick Lind

☐ Is/was under our care for

☐ Should be excused from ______ until ______

☒ Is/was released to work effective 9/20/94

Diagnosis

Restrictions:

Copies to:

Sincerely, D.R. Davis M.D.

[illegible] M.D.

FORM MOA-11-93-5000-332

# Moline Orthopedic Associates, Ltd.

520 Valley View Drive
Moline, Illinois 61265
(309) 762-3621
(800) 348-8777

855 Hospital Road, Suite 204
Silvis, Illinois 61282
(309) 792-7007

To: EM Correctional Center Date: 9/14/94

This is to certify that Rick Lind

☐ Is/was under our care for

☒ Should be excused from work until further notice

☐ Is/was released to ______ effective ______

Diagnosis

Restrictions: Unable to work

Copies to:

Sincerely, D.R. Davis M.D.

**Family Medical Associates**, Ltd.

Dr. Tom J. Kenney, M.D.

106 North East Street
Cambridge, IL 61238
309/937-2405

☐ 110 South Depot
Annawan, IL 61234
309/935-6778

☐ 648 North Chicago
Geneseo, IL 61254
309/944-5342

9/13/94

Rick Lind was unable to work Tues 9/13/94 due to (L) knee injury. He was treated in our office and is referred for an orthopedic consult

[signature] M.D. / [signature]

ILLINOIS [D]EPARTMENT OF CENTRAL MANAGEMENT S[ERV]ICES
PERSONNEL/POSITION ACTION FORM

PRINTED 01 01/16/93

02 SOCIAL SECURITY NO. 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 / 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

EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R.#1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |
| 9454 N. THOMPSON STREET | COLONA | 037 | IL | 61241 | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | OC | 07 | 2374.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDICAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

TRANSACTION INFORMATION

| | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|---|
| LAST TRANS 1 | GENERAL INCREASE | BA030 | 01-01-93 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | DISABILITY NON SERV CONN | BA066 | 02-10-93 | |
| 2 | EXPIRATION DISABILITY LEAVE | BA077 | 02-15-93 | 0 |
| 3 | ADDRESS CHANGE | AC003 | 02-15-93 | 1 |
| 4 | | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

REMARKS

EMPLOYEES SIGNATURE (REQ ON VOL ACTION) [signature] DATE 2-15-93

AGENCY APPROVAL (OPTIONAL) DATE

SIGNATURE OF PERSON SERVING SUS/DISC DATE

AGENCY BUDGETARY (OPTIONAL) [signature] Gerardo Acevedo, Warden DATE 2-18-93

BY MAIL ☐ IN PERSON ☐

DIRECTOR OF CENTRAL MANAGEMENT SERVICES DATE

AGENCY HEAD APPROVAL [signature]

CMS ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

# PHYSICIAN'S STATEMENT

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): RICK LIND Date of Birth: 9-19-53 Soc. Sec. Number: 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

Present Address—Street or Rural Route: ROUTE 1 BOX 274

City: COLONA State: IL Zip Code: 61241

Employed by State of Illinois: ____________ (Agency, Board, Commission, Department)

Facility: ____________ Address: ____________

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):
   - (a) Date of last examination: Month: 2 Day: 10 19 93
   - (b) Diagnosis including any complications: otitis media
   - (c) Subjective symptoms: severe ear pain
   - (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

2. DATES OF TREATMENT:
   - (a) Date of first visit: Month: 2 Day: 10 19 93
   - (b) Date of last visit: Month: 2 Day: 10 19 93
   - (c) Frequency: Weekly ☐ Monthly ☐ Other ☒ — (Please specify): recheck if further proble occur

3. TREATMENT:
   - (a) Please describe treatment including any surgery and/or medication prescribed: office exam/ medication ordere
   - (b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify: rest and medication should improve condition