**E-FILED**
Friday, 02 March, 2007  04:50:20 PM
Clerk, U.S. District Court, ILCD

PROGRESS: (Please check appropriate box provided below):
(a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐
(b) The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒
    If yes, give name and address of hospital: _____

Confined from:    Month_____ Day_____ 19____    through    Month_____ Day_____ 19____

LIMITATION: (If there is a limitation, check appropriate box and describe below):
Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐
Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐    No ☒ | | | Yes ☐    No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | | | 19 | 2 | 15 | 19 93 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐    Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐    No ☒ | | | Yes ☐    No ☒ | | |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____

8. REMARKS:
_____
_____
_____
_____

Attending Physician's Signature: X _Donald R Ford m. for JCP_ Degree: M.D. Date: 2-15-93

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
DONALD R. FORD M.D. FOR JAMES C. PARSONS M.D. WHO IS ON AN EXTENDED VACA

Attending Physician's Name: _____ 648 N. CHICAGO ST.

Physician's Office Street Address: _____    Zip 61254    Phone 309-944-5342

City: GENESEO    State: IL    Code: ____    Number: ____

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.

-83-

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

PRINTED 01

SOCIAL SECURITY NO. 02
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

**EMPLOYEE INFORMATION**

| LAST NAME 03 | FIRST | INIT | SEX 04 | RACE 05 | VET 06 | EDUC 07 | DATE OF BIRTH 08 |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| STREET ADDRESS 09 | CITY 10 | COUNTY 11 | STATE 12 | ZIP CODE 13 | NAT. ORIG. 13A |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN 14 | PAY GRADE 15 | PAY STEP 16 | SALARY 17 | PAY RATE 18 | FULL/PT TIME 19 | FUNDING BRD. COM 20 | PAYROLL DEPT 21 | CODE APPROP | CORRECTED SOCIAL SECURITY NO. 22 | BARGAINING UNIT CODE 22A | PERF. CODE 22B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE 23 | SENIORITY / DATE 24 | CREDITABLE SERVICE DATE 25 | APPT. EXPIRATION DATE 26 | STA-TUS 27 | SUSPENSION/LOA RETURN DATE 28 | APPT. REQ. NO. 29 | HANDI CAP 29A |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

**POSITION INFORMATION**

| POSITION TITLE (NAME) 30 | POSITION NUMBER 31 | EXMT CODE 32 | WORK COUNTY 33 | A/I AUTH. 34 | AUDIT 35 | POS DES COMP. 36 |
|---|---|---|---|---|---|---|
| | 09775-29-91-310-12-01 | | | | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME 37 | TRANS CODE 38 | EFFECTIVE DATE 39 | PRIOR-ITY 40 |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 1 DISABILITY NON SERV CONN | BA066 | 12-10-92 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 12-11-92 | |
| 3 | | | |
| 4 | | | |

LAST TRANS / THIS TRANS

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROG. 9 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**REMARKS**

EMPLOYEE SIGNATURE (REQ ON VOL ACTION) 12-14-92  DATE

AGENCY APPROVAL (OPTIONAL)  DATE

SIGNATURE OF PERSON SERVING SUSD/SC  DATE

AGENCY BUDGETARY (OPTIONAL)  DATE
Gerardo Acevedo, Warden
12-26-93

BY MAIL ☐  IN PERSON ☐
DIRECTOR OF CENTRAL MANAGEMENT SERVICES

AGENCY HEAD APPROVAL

-84-



**ILLINOIS DEPARTMENT ( CENTRAL MANAGEMENT SERVICES**    **PHYSICIAN'S STATEMENT**

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _RICK S LINK_    Date of Birth: _9/9/53_    Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _R.R. 1, Box 274,_

City: _Colona_    State: _Illinois_    Zip Code: _61241_

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____    Address: _____

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: _12_    Day: _10_    19 _92_

(b) Diagnosis including any complications: _thoracic subluxation complex with myospasm and thoracic neuritis. Lumbar subluxation complex_

(c) Subjective symptoms: _thoracic and lumbar pain_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _thoracic muscle spasms, tenderness to palpation in both thoracic and lumbar spine, decreased thoracic and lumbar range of motion_

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: _12_    Day: _10_    19 _92_

(b) Date of last visit:    Month: _____    Day: _____    19 _____

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): _as needed_

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _spinal manipulation_

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

_Patient responds well to chiropractic care._

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

(b) The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____ n/a _____

Confined from:    Month ___ n/a ___ Day _____ 19 ____ through    Month _____ n/a _____ Day _____ 19 ____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____ n/a _____

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐ No ☒ | | | Yes ☐ No ☒ | | |
| | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (a) In your opinion is patient now temporarily totally disabled? | 12 | 11 | 19 92 | 12 | 11 | 19 92 |
| | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (b) If no, when was patient able to go to work? | n/a | | 19 | n/a | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ No ☒ | | | Yes ☐ No ☒ | | |

(e) If answer to (d) is "yes", please explain.

n/a

_____

_____

_____

---

**8. REMARKS:**

_____

_____

_____

_____

---

Attending Physician's Signature: *Dr. K. L. Freebern*    Degree: D.C.    Date: 12/14/92

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name:    Kevin L. Freebern, D.C.

Physician's Office Street Address:    813 1st Avenue

City:    Silvis    State:    Illinois    Zip Code 61282    Phone Number: 309 755-5203

—06—

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| 01 PRINTED | | SOCIAL SECURITY NO. |
|---|---|---|
| 11/21/91 | 02 | 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 |
| | | 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 |

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | 04 INIT | 05 SEX | 06 RACE | 07 VET | 08 EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS 1 LOA NON-SERVICE DISABIL | BA066 | 10-19-91 | 0 |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 10-20-91 | 0 |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1 LOA NON SERV CONNECTED | BA066 | 01-22-92 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 01-24-92 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| | 1/24/92 | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | | AGENCY BUDGETARY (OPTIONAL) | |
| BY MAIL ☐   IN PERSON ☐ | | AGENCY HEAD APPROVAL   Gerado Acevedo, Warden   4-6-92 | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | | |

# PH SICIAN'S STATE ENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick S. Lind_    Date of Birth: _9-19-53_    Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _RR#1 Box 274_

City: _Colona_    State: _IL_    Zip Code: _61241_

Employed by State of Illinois: _EAST Moline Correctional Center_
(Agency, Board, Commission, Department)

Facility: _E.M. Correctional Center_    Address: _EAST Moline, IL_

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: _January_ Day: _21_ 19 _92_

(b) Diagnosis including any complications: _Otitis Media, Fatigue._

(c) Subjective symptoms: _Otolgia, sore throat, fatigue, chills, rhinitis_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _Clinical exam only: Revealed otitis media._

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: _Jan_ Day: _21_ 19 _92_

(b) Date of last visit:    Month: _Jan_ Day: _21_ 19 _92_

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): _one time_

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _Amoxicillin, Decongestant, symptomatic care._

(b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify: _Anticipate full recovery without complications, residual problems_

---

CMS-95 (9-82)    **IMPORTANT NOTICE**    —88—

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:  Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:  Month _*N/A*_   Day ___ 19 ___   through  Month _____ Day ____ 19 ___

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☒   (Please specify): _Pt. stated he felt unable to work due to extreme fatigue; 1/24/92 – 1/23/92_

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles*):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☒ REMARKS — _Anticipate full recovery to prior function._

---

**EXTENT OF DISABILITY:**

| | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| | Yes ☐   No ☒ | Yes ☐   No ☒ |

(a) In your opinion is patient now temporarily totally disabled?

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| 01 | 24 | 1992 | 01 | 24 | 19 2 |

(b) If no, when was patient able to go to work?

| MONTH | DAY | YEAR | | | |
|---|---|---|---|---|---|
| | | 19 | | | 19 |
| (Approximate Date) | | | Indefinite ☐ | Never ☐ | |

(c) If yes, when do you think patient will be able to resume any work?

(d) In your opinion is patient permanently and totally disabled for employment?

Yes ☐   No ☒          Yes ☐   No ☒

(e) If answer to (d) is "yes", please explain.

---

**REMARKS:**

_Normally, patients with this type of disease are able to work right away. Unfortunately — this patient's fatigue (still unexplained) lead him to feel that he was unable to work. Since this is severe, I concur._

Attending Physician's Signature: _M Wiechert MD_   Degree: _M.D._   Date: _1/24/92_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Mark Wiechert, M.D._

Physician's Office Street Address: _2350 41st St_   Zip Code: _61265_   Phone Number: _(309) 764-1880_

City: _Moline_   State: _FL_

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

PRINTED | 01

| 02 | SOCIAL SECURITY NO. |
|---|---|
| | 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 |

**1 — EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD.COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

**POSITION INFORMATION**

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| | | | | | | |

**TRANSACTION INFORMATION**

| | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|---|
| LAST TRANS 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS 1 | DISABILITY NON SERV CONN | BA066 | 10-19-91 | |
| 2 | EXPIRATION DISABILITY LEAVE | BA077 | 10-20-91 | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-B/ABS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**REMARKS**

| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE 10-22-91 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐    IN PERSON ☐ | | Gerardo Acevedo, Warden   10-23-91 | 90 |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | |

# PHYSICIAN'S STATEMENT
## STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: 09/19/53    Soc. Sec. Number: 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

Name of Patient (full): Rick Lind

Present Address—Street or Rural Route: RR 1 Box 274

City: Colona,    State: Il.    Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center
(Agency, Board, Commission, Department)

Facility: East Moline Correctional Center    Address: 100 Hillcrest Rd. East Moline, Il. 61244

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: 10    Day: 21    19 91

(b) Diagnosis including any complications: cervicobrachial syndrome, cervical subluxation of C-5
Thoracic subluxation of T-4-T-6

(c) Subjective symptoms: Neck and shoulder pain

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): myospasms in thoracic spine with limited range of cervical motion

## 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: 10    Day: 21    19 91
(b) Date of last visit:    Month: 10    Day: 21    19 91
(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): ____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Spinal Manipulation

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

CMS-95 (9-82)

**IMPORTANT NOTICE**

-91-

**1. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☒  Improved ☐  Remained unchanged ☐  Retrogressed ☐

(b) The patient is:  Ambulatory ☐  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒

If yes, give name and address of hospital: _____

Confined from:  Month _____ Day _____ 19 _____ through  Month _____ Day _____ 19 _____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐  Climbing ☐  Bending ☐  Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐

Lifting ☐  Psychological ☐  Other ☐  (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 —  Medium manual activity* (15-30%)

☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☒ | No ☐ | | Yes ☒ | No ☐ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | | | 19 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | 10 | 22 | 19 91 | 10 | 22 | 19 91 |
| | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |

(a) In your opinion is patient now temporarily totally disabled?

(b) If no, when was patient able to go to work?

(c) If yes, when do you think patient will be able to resume any work?

(d) In your opinion is patient permanently and totally disabled for employment?  Yes ☐  No ☒   |   Yes ☐  No ☒

(e) If answer to (d) is "yes", please explain.

_____
_____
_____
_____

**8. REMARKS:**

_____
_____
_____
_____

Attending Physician's Signature: *A. K. L. Freebern*   Degree: D.C.   Date: 10/21/91

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Dr. K. L. Freebern

Physician's Office Street Address: 813 1st Ave.   Zip 61282  Phone 755-5203

City: Silvis,   State: Il.   Code:   Number:

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**SOCIAL SECURITY NO.** 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

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

PRINTED 01: 04/11/91

### EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL P/T TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AII AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

### TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 EXPIRE/DISABIL LEAVE | BA077 | 01-04-91 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 09-27-91 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 09-28-91 | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

### REMARKS

EMPLOYEES SIGNATURE (REQ'D ON VOL ACTION) — DATE 10-1-91

SIGNATURE OF PERSON SERVING SUS/DISC

AGENCY APPROVAL (OPTIONAL) — DATE

AGENCY BUDGETARY (OPTIONAL) — DATE

Gerardo Acevedo, Warden
10-22-91

BY MAIL ☐   IN PERSON ☐

DIRECTOR OF CENTRAL MANAGEMENT SERVICES — DATE   AGENCY HEAD APPROVAL — DATE

-93-

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: __9/17/53__    Soc. Sec. Number: __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__

ame of Patient (full): __Rick Lind__

esent Address—Street or Rural Route: __R.R. 1 Box 274__

ity: __Colona__    State: __Illinois__    Zip Code: __61241__

mployed by State of Illinois: __East Moline Correctional Center__
(Agency, Board, Commission, Department)

acility: _____    Address: __100 Hillcrest Road, East Moline, Il.__

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: __09__ Day: __28__ 19 __91__

(b) Diagnosis including any complications: __thoracic subluxation complex, thoracic myospasms__

(c) Subjective symptoms: __mid-thoracic pain__

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): __myospasm and edema__

---

### 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: __09__    Day: __28__ 19 __91__

(b) Date of last visit:    Month: __09__    Day: __28__ 19 __91__

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _____

---

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: __spinal manipulation__

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

–94–

4. PROGRESS: (Please check appropriate box provided below):
- (a) The patient has:  Recovered ☐  Improved ☐  Remained unchanged ☐  Retrogressed ☐
- (b) The patient is:  Ambulatory ☐  House confined ☐  Bed confined ☐  Hospital confined ☐
- (c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒
  If yes, give name and address of hospital: _____ n/a _____

Confined from:  Month_____ Day_____ 19_____ through  Month_____ Day_____ 19_____

5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
none
Lifting ☐   Psychological ☐   Other ☐  (Please specify): _____

6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):
- ☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 — Medium manual activity* (15-30%)
- ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS — _____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 09 | 28 | 19 91 | 09 | 28 | 19 91 |
| | MONTH | DAY | YEAR | | | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

8. REMARKS:
Patient responded well to treatment with no permanent impairment
_____
_____
_____

Attending Physician's Signature: _Kevin L. Freebern D.C._   Degree: D.C.   Date: 10/2/91

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: ____ Kevin L. Freebern, D.C. ____
Physician's Office Street Address: ____ 813 1st Avenue ____
City: Silvis   State: Illinois   Zip Code: 61282   Phone Number: 755-5203

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

—95—

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| 01 PRINTED | 02 SOCIAL SECURITY NO. |
|---|---|
| 07/21/90 | 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 |

**EMPLOYEE INFORMATION**

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | 2 | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD COM | 21 PAYROLL DEPT | CODE A PPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-21-84 | 12-21-84 | 05-01-90 | | | | | |

**POSITION INFORMATION**

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09875-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS 1 GENERAL INCREASE | BA050 | 07-01-90 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1 DISABILITY NON SERV CONN | BA066 | 01-03-91 | |
| 2 EXPIRATION DISABILITY LEAVE | BA088 | 01-04-91 | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
45-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**REMARKS**

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | DATE 1-10-91 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY-BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 1-11-91 |
| BY MAIL ☐  IN PERSON ☐ | | | DATE |

-95-

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): *Rick Laird*    Date of Birth: *9-19-53*    Soc. Sec. Number: *360-48-844*

Patient Address—Street or Rural Route: *RR 1 Box 274*

*Colona*    State: *Ill.*    Zip Code: *61241*

Employed by State of Illinois: *East Moline Correctional Center*
(Agency, Board, Commission, Department)

City: _____    Address: *100 Hillcrest Road*

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: *1*    Day: *3*    19 *91*

(b) Diagnosis including any complications: thoracic neuritis;  thoracic subluxation

(c) Subjective symptoms: rib cage pain with respiration

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
pain in response to palpation  T-4, 5, 6
restriction of rib cage movement with respiration

---

DATES OF TREATMENT:

(a) Date of first visit:    Month: *January*    Day: *3*    19 *91*
(b) Date of last visit:    Month: *January*    Day: *3*    19 *91*
(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒  – (Please specify): _____
Patient responded well to one treatment and I did not need to see him again for this

---

TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _____
manipulation of the spine

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

---

95 (9-82)

IMPORTANT NOTICE
This state agency is requesting disclosure of information that is necessary to accomplish the

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:  Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day_____ 19____ through  Month_____ Day_____ 19____

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____none_____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 —  Medium manual activity* (15-30%)

☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐   No ☒ | | | Yes ☐   No ☒ | | |
| | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (b) | 01 | 04 | 19 91 | 01 | 04 | 1991 |
| | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (c) | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐   Never ☐ | | |

(a) In your opinion is patient now temporarily totally disabled?

(b) If no, when was patient able to go to work?

(c) If yes, when do you think patient will be able to resume any work?

(d) In your opinion is patient permanently and totally disabled for employment?    Yes ☐   No ☒      Yes ☐   No ☐

(e) If answer to (d) is "yes", please explain.
no permanent disability
_____
_____
_____
_____

---

**REMARKS:**
_____
_____
_____
_____
_____
_____

tending Physician's Signature: _Kevin L. Freebern D.C._ Degree: __D.C.__  Date: _1/10/91_

EASE TYPE OR PRINT THE FOLLOWING INFORMATION:

tending Physician's Name: ___Kevin L. Freebern, D.C.___

ysician's Office Street Address: ___813 1st Avenue,___

y: ___Silvis___   State: ___Illinois___   Zip Code: 61282   Phone Number: (309) 755-5203

EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within

**ILLINOIS DEPAR... ...ENT OF CENTRAL MANAGEMENT SERVI...**
**PERSONNEL/POSITION ACTION FORM**

| | |
|---|---|
| 02 SOCIAL SECURITY NO. | 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 |

| PRINTED 01 | 05/01/90 |
|---|---|

**EMPLOYEE INFORMATION**

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R.#1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL-PT TIME | 20 FUNDING BRG COM | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2172.000 | M | F | 00 | 29 | 163 | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-21-84 | 12-21-84 | 05-01-90 | | | | | |

**POSITION INFORMATION**

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

**TRANSACTION INFORMATION**

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| 1 SERVICE INCREASE | 515 | 05-01-90 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 DISABILITY NON SERV CONN | BA066 | 05-23-90 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 05-25-90 | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 3 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**REMARKS**

8

REC...

% CMS 6/25/90

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | DATE 5-30-90 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| | | Odie Washington, Warden 5-31-90 | |

-99-

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): Rick Lind        Date of Birth: 09/19/53    Soc. Sec. Number: 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

Present Address—Street or Rural Route: RR# 1 Box 274

City: Colona,        State: Il.        Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center
(Agency, Board, Commission, Department)

        Address: 100 Hillcrest Rd. East Moline, Il.   61244

Facility:

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: 05    Day: 25    19 90

(b) Diagnosis including any complications: Cervicocranial syndrome
cervical subluxation of occiput and C-1

(c) Subjective symptoms: Flu symptoms with temp.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: 05    Day: 25    19 90

(b) Date of last visit:    Month: 05    Day: 25    19 90

(c) Frequency:    Weekly [ ]    Monthly ☐    Other ☐  — (Please specify):

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: Manipulation of Spine

(b) Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify:

---

CMS-95 (9-82)

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

−100−

PROGRESS: (Please check appropriate box provided below):

) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐
) The patient is:    Ambulatory ☐    House confined ☒    Bed confined ☐    Hospital confined ☐
) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month 05    Day 23    19 90    through    Month 05    Day 24    19 90

LIMITATION: (If there is a limitation, check appropriate box and describe below):

tanding ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐
ifting ☐    Psychological ☐    Other ☐    (Please specify): _____

PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —   No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 —   Medium manual activity* (15-30%)
☐ CLASS 3 —   Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 —   Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 —   Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS —

EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☒    No ☐ | | | Yes ☒    No ☐ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | | | 19 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 05 | 25 | 19 90 | 05 | 25 | 19 90 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐    Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐    No ☒ | | | Yes ☐    No ☒ | | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____
_____

REMARKS:

_____
_____
_____
_____

tending Physician's Signature: _M.K.L.Freebern c.c_    Degree: D.C.    Date: 5/25/90

EASE TYPE OR PRINT THE FOLLOWING INFORMATION:

tending Physician's Name: Dr. K. L. Freebern

ysician's Office Street Address: 813 1stAve. Silvis, Il. 61282    Zip Code:    Phone Number: 309-755-5203

ty: _____    State: _____

—101—

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

PRINTED

| 02 SOCIAL SECURITY NO. |
|---|
| 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 |

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | X | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRO COM | 21 PAYROLL DEPT | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 11-12-84 | 11-12-84 | 05-01-89 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP |
|---|---|---|---|---|---|---|
| | | | | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 12-28-89 | |
| 2 EXPIRATION DIS LEAVE | BA077 | 12-29-89 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
C-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

Aems 1-25-90

| EMPLOYEES SIGNATURE (REQ.ON VOL ACTION) | DATE 1-3-90 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 7-8-90 |

-102-

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick Lind_    Date of Birth: _9/19/53_    Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _29611  RR# 2 N._

_Hillsdale,_    State: _Il._    Zip Code: _61257_

Employed by State of Illinois: _____  (Agency, Board, Commission, Department)

Facility: _East Moline Correctional Center_    Address: _100 Hillcrest Rd. East Moline, Il.    61244_

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: _12_    Day: _29_    19 _89_

(b) Diagnosis including any complications: _Cervicobrachial syndrome, Cervical Subluxation of C-3_

_Thoracic Subluxation of T-1, T-2_

(c) Subjective symptoms: _Top of shoulders and neck pain_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

_Pain on palpation in thoracic spine, limited range of cervical motion_

## 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: _12_    Day: _29_    19 _89_

(b) Date of last visit:    Month: _12_    Day: _29_    19 _89_

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _____
    _spinal manipulation_

(b) Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify:

MS-95 (9-82)

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the

−103−

PROGRESS: (Please check appropriate box provided below):
(a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐
(b) The patient is:    Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒
    If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19 ____ through    Month _____ Day_____ 19 _____

LIMITATION: (If there is a limitation, check appropriate box and describe below):
Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐
Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐    No ☒ | | | Yes ☐    No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 12 | 29 | 19 89 | 12 | 29 | 19 89 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐    Never ☐ | | |
| (c) If yes, when do you think patient will be able to resume any work? | | | | | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐    No ☒ | | | Yes ☐    No ☒ | | |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____

8. REMARKS:
_____
_____
_____
_____

Attending Physician's Signature: _Dr. H D Bobb_    Degree: __D.C.__ Date: _1/4/90_
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name:    Dr. H. D. Bobb
Physician's Office Street Address:    813 1st Ave.    Zip Code: 61282    Phone Number: 309-755-5203
City:    Silvis,    State:    Il.

-104-

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

SOCIAL SECURITY NO.

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
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

**01** DATED
10/31/89

## 1 EMPLOYEE INFORMATION

**2**

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

**3**

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 10B |

**4**

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD CON DEPT. | 21 PAYROLL | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 06 | 2059.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

**5**

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-89 | NO DATE | A | NO DATE | | 000 |
| 12-21-84 | 12-21-84 | 05-01-89 | | | | | |

## 6 POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

## 7 TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 LOA NON-SERVICE DISABIL | BA066 | 09-29-89 | O |
| LAST TRANS. 2 EXPIRE/DISABIL LEAVE | BA077 | 10-01-89 | O |
| LAST TRANS. 3 | | | |
| LAST TRANS. 4 | | | |
| THIS TRANS. 1 LOA NON SERVICE DISABILITY | BA066 | 12-06-89 | |
| THIS TRANS. 2 EXPIRATION DISABILITY LEAVE | BA077 | 12-07-89 | |
| THIS TRANS. 3 | | | |
| THIS TRANS. 4 | | | |

**CODES**

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## 8 REMARKS

By CMS 1-25-90

---

EMPLOYEES SIGNATURE (REQ'D ON VOL ACTION)                DATE: 12-14-89

SIGNATURE OF PERSON SERVING SUS/DISC

BY MAIL ☐   IN PERSON ☐
DIRECTOR OF CENTRAL MANAGEMENT SERVICES                DATE

AGENCY APPROVAL (OPTIONAL)                DATE

AGENCY BUDGETARY (OPTIONAL)                DATE
Odie Washington, Warden   1-2-90

AGENCY HEAD APPROVAL                DATE
Kenneth L. McGinnis

-105-

CMS-?(11-83)

## STATE OF ILLINOIS
### AUTHORIZATION FO. DISABILITY LEAVE AND RETURN . J WORK AUTHORIZATION

me of Patient (full): __Rick Lind__  Date of Birth: __9/19/53__  Soc. Sec. Number: __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__

esent Address—Street or Rural Route: ___29611 RR# 2 N.___

y: __Hillsdale,__  State: ___Il.___  Zip Code: __61257__

nployed by State of Illinois: _____
(Agency, Board, Commission, Department)

cility: __East Moline Correctional Center__  Address: __100 Hillcrest Rd. East Moline, Il. 61244__

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

. DIAGNOSIS (including any complications):

(a) Date of last examination:  Month: __12__  Day: __06__  19 __89__

(b) Diagnosis including any complications: ___Thoracic Neuritis, Thoracic Subluxation of T-5-T-8___

(c) Subjective symptoms: ___Sharp mid back pain on lefr.___

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

___Pain on Palpation in thoracic spine.___

---

. DATES OF TREATMENT:

(a) Date of first visit:  Month: __12__  Day: __06__  19 __89__

(b) Date of last visit:  Month: __12__  Day: __06__  19 __89__

(c) Frequency:  Weekly ☐  Monthly ☐  Other ☐ — (Please specify): _____

---

. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _____
___Manipulation of Spine___

(b) Will treatment substantially improve function and employability?  Yes ☐  No ☐  If yes, specify:

---

S-95 (9-82)

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

. 401-0784

**PROGRESS:** (Please check appropriate box provided below):
(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐
(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
   If yes, give name and address of hospital: _____

   Confined from:   Month _____ Day _____ 19 _____ through   Month _____ Day _____ 19 _____

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; Incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS —

---

**EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐   No ☒ | | | Yes ☐   No ☒ | | |
|  | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (b) If no, when was patient able to go to work? | 12 | 07 | 19 89 | 12 | 07 | 19 89 |
|  | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (c) If yes, when do you think patient will be able to resume any work? |  |  | 19 |  |  | 19 |
|  | (Approximate Date) | | | Indefinite ☐   Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐   No ☒ | | | Yes ☐   No ☒ | | |

(e) If answer to (d) is "yes", please explain. _____
_____
_____
_____

---

**REMARKS:**
_____
_____
_____

---

Attending Physician's Signature: _G. K. L. Freebern_   Degree: __D. C.__   Date: _12/14/89_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: __Dr. K. L. Freebern__

Physician's Office Street Address: __813 1st AVe.__           Zip              Phone
                                                              Code: _61282_   Number: _309-755-5203_

City: _Silvis_           State: __Il__

EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FC

| | | 02 | SOCIAL SECURITY NO. |
|---|---|---|---|
| PRINTED | | | 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 |
| 5/26/89 | Q1 | | 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 |

## EMPLOYEE INFORMATION

| | 03 | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST | | | | | | |
| LIND | RICK | S | M | H | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R.#1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING SRC.COM | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 06 | 2059.000 | M | F | 00 | 29 | 163 | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-89 | NO DATE | A | NO DATE | | 000 |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 GENERAL INCREASE | BA030 | 07-01-89 | O |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 09-29-89 | |
| 2 EXPIRATION DIS LEAVE | BA077 | 10-01-89 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H.S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

t CMS 10-20-87

| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| Rick | 10-3-89 | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 10-4-89 |
| BY MAIL ☐  IN PERSON ☐ DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

-108-

STATE OF ILLINOIS
AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Rick Lind__    Date of Birth: __9/19/53__    Soc. Sec. Number: __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__

Present Address—Street or Rural Route: __29611  RR# 2 N.__

City: __Hillsdale,__    State: __Il.__    Zip Code: __61257__

Employed by State of Illinois: _____    (Agency, Board, Commission, Department).

Facility: __East Moline Correctional Center__    Address: __100 Hillcres Rd. East Moline, Il.  61244__

---

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

---

**DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: __29__    Day: __09__    19 __89__

(b) Diagnosis including any complications: __Cervicobrachial syndrome, Cervical Sub. C-3 and C-5__

(c) Subjective symptoms: __neck pain__

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): __Limited range of cervical motion__

---

**DATES OF TREATMENT:**

(a) Date of first visit:    Month: __09__    Day: __29__    19 __89__

(b) Date of last visit:    Month: __09__    Day: __29__    19 __89__

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐    — (Please specify): _____

---

**TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _____
    Manipulation of Spine

(b) Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify: _____

---

S-95 (9-82)

401-0784

IMPORTANT NOTICE
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:   Month _____ Day _____ 19 _____ through   Month _____ Day _____ 19 _____.

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   Yes ☐   No ☒   |   Yes ☐   No ☒

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| 10 | 02 | 19 89 | | | 19 |

(b) If no, when was patient able to go to work?

| MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | 19 | | | 19 |

(c) If yes, when do you think patient will be able to resume any work?   (Approximate Date)   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐   No ☒   |   Yes ☐   No ☒

(e) If answer to (d) is "yes", please explain. _____

_____

_____

---

**REMARKS:** _____

_____

_____

_____

---

Attending Physician's Signature: _Dr. K. L. Freeburn_   Degree: D.C.   Date: 10/2/89

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name:   Dr. Kevin Freebern

Physician's Office Street Address:   813 1st Ave.   Silvis, Il.   61282

City: _____   State: _____   Zip Code: _____   Phone Number: 309-755-5203

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

SOCIAL SECURITY NO.
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

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|-----------|-------|------|-----|------|-----|------|---------------|
| LIND | RICK | S | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|----------------|------|--------|-------|----------|-----------|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRO COM | PAYROLL DEPT | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF- CODE |
|---------|-----------|----------|--------|----------|--------------|-----------------|--------------|-------------|------------------------------|----------------------|-----------|
| | | | | | | | | | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO | HANDICAP |
|------------------------|----------------|-------------------------|-----------------------|--------|----------------------------|---------------|----------|
| 12-21-84 | 12-21-84 | 05-01-89 | | | | | |

## POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|-----------------------|-----------------|-----------|-------------|-----------|-------|---------------|
| | 91 | | | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|------------------|-----------|----------------|----------|
| LAST TRANS. 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 06-16-89 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 06-17-89 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|------------------------------------------|------|----------------------------|------|
| | 6-22-89 | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 6-23-89 |
| BY MAIL ☐ IN PERSON ☐ | | AGENCY HEAD APPROVAL | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | Michael P Lane | 7-7-89 |

STATE OF ILLINOIS
AUTHORIZATION F  DISABILITY LEAVE AND RETURN  WORK AUTHORIZATION

Date of Birth: 09/19/53     Soc. Sec. Number: 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

ne of Patient (full): Rick Lind

sent Address—Street or Rural Route: 29611 RR# 2 N     Zip Code: 61257

y: Hillsdale     State: Il.

nployed by State of Illinois: _____ (Agency, Board, Commission, Department)     100 Hillcrest Rd. East Moline, Il. 61244

cility: East Moline Correctional Center     Address:

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

1. DIAGNOSIS (including any complications):
   (a) Date of last examination:   Month: 06   Day: 17   19 89
   (b) Diagnosis including any complications: Lumbalgia, Subluxation of L-3

   (c) Subjective symptoms: Lower back pain

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
       Positive Orthopedic test, Lasaques, with limited range of motion.

2. DATES OF TREATMENT:
   (a) Date of first visit:   Month: 06   Day: 17   19 89
   (b) Date of last visit:   Month: 06   Day: 17   19 89
   (c) Frequency:   Weekly ☐   Monthly ☐   Other ☐ — (Please specify):

3. TREATMENT:
   (a) Please describe treatment including any surgery and/or medication prescribed:
       Manipulation of spine
   (b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify:

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9-82)

IL 401-0784

PROGRESS: (Please check appropriate box provided below):

a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

b) The patient is:    Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19_____ through Month_____ Day_____ 19_____

LIMITATION:  (If there is a limitation, check appropriate box and describe below):

Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Standing ☐    Climbing ☐    Bending ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 —  Medium manual activity* (15-30%)

☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

EXTENT OF DISABILITY:

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 06 | 17 | 19 89 | 06 | 17 | 19 89 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☐ | | | Yes ☐  No ☐ | | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

REMARKS:

_____
_____
_____
_____
_____

Attending Physician's Signature: _E. H.D.Bobb_    Degree: _D.C._  Date: _6/22/89_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. H. D. Bobb_

Physician's Office Street Address: _813 1st Ave._    Zip Code: 61282    Phone Number: 309-755-5203

City: _Silvis_    State: _Il._

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within a time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

**SOCIAL SECURITY NO.** 02
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

**1** PRINTED 01

**EMPLOYEE INFORMATION**

| LAST NAME 03 | FIRST | INIT | SEX 04 | RACE 05 | VET 06 | EDUC 07 | DATE OF BIRTH 08 |
|---|---|---|---|---|---|---|---|
| LIND | RICK | A | | | | | |

| STREET ADDRESS 09 | CITY 10 | COUNTY 11 | STATE 12 | ZIP CODE 13 | NATL ORIG 13A |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN 14 | PAY GRADE 15 | PAY STEP 16 | SALARY 17 | PAY RATE 18 | FULL/PT TIME 19 | FUNDING BRD. COM 20 | PAYROLL DEPT. 21 | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. 22 | BARGAINING UNIT CODE 22A | PERF-CODE 22B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| CONTINUOUS SERVICE DATE 23 | SENIORITY/DATE 24 | CREDITABLE SERVICE DATE 25 | APPT. EXPIRATION DATE 26 | STA-TUS 27 | SUSPENSION/LOA RETURN DATE 28 | APPT. REQ. NO. 29 | HANDI CAP 29A |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-88 | | | | | |

**POSITION INFORMATION**

| POSITION TITLE (NAME) 30 | POSITION NUMBER 31 | EXMT CODE 32 | WORK COUNTY 33 | A/I AUTH. 34 | AUDIT 35 | POS DES COMP. 36 |
|---|---|---|---|---|---|---|
| | 29-91 | | | | | |

**TRANSACTION INFORMATION**

| | TRANSACTION NAME 37 | TRANS CODE 38 | EFFECTIVE DATE 39 | PRIOR-ITY 40 |
|---|---|---|---|---|
| LAST TRANS. 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | DISABILITY NON SERV CONNECTED | BA066 | 02-23-89 | |
| 2 | EXPIRATION DISABILITY LEAVE | BA077 | 02-24-89 | |
| 3 | | | | |
| 4 | | | | |

CMS 4/18/89

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**REMARKS**

**8**

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | DATE 3-23-89 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| MAIL ☐  IN PERSON ☐ | | AGENCY HEAD APPROVAL   Odie Washington, Warden   3-23-89 | DATE |

-114-

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

of Patient (full): _Rick S. Deck_    Date of Birth: 9-19-53    Soc. Sec. Number: 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

Address—Street or Rural Route: _RR1 Box 274_    Zip Code: 61241

_Colona_    State: _Ill_

ved by State of Illinois: _East Moline Correctional Center_ (Agency, Board, Commission, Department)

Address: _100 Hillcrest Road East Moline_

/: _____

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

IAGNOSIS (including any complications):

) Date of last examination:    Month: _Feb_    Day: _22_    19_89_

) Diagnosis including any complications: _Flu (Influenza)_

c) Subjective symptoms: _with cough_

d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

DATES OF TREATMENT:
(a) Date of first visit:    Month: _Feb_    Day: _22_    19_89_
(b) Date of last visit:    Month: _Feb_    Day: _22_    19_89_
(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _____

TREATMENT:
(a) Please describe treatment including any surgery and/or medication prescribed: _____
    _Phen w/cod; ASA; Amantidine_
(b) Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify: _____

-95 (9-82)

**IMPORTANT NOTICE**

OGRESS:  (Please check appropriate box provided below):

The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

The patient is:    Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19 ____ through  Month _____ Day_____ 19 ____

---

MITATION:  (If there is a limitation, check appropriate box and describe below):

nding ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

ting ☐    Psychological ☐    Other ☐    (Please specify): _____

---

HYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):

CLASS 1 —   No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

CLASS 2 —   Medium manual activity* (15-30%)

CLASS 3 —   Slight limitation of functional capacity; capable of light work* (35-55%)

CLASS 4 —   Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

CLASS 5 —   Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

REMARKS — _____

---

XTENT OF DISABILITY:

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
|  | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| ) In your opinion is patient now temporarily totally disabled? | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| ) If no, when was patient able to go to work? | Feb | 24 | 19 89 | 2 | 24 | 1989 |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| ) If yes, when do you think patient will be able to resume any work? |  |  | 19 |  |  | 19 |
|  | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| ) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| ) If answer to (d) is "yes", please explain. |  |  |  |  |  |  |

_____

_____

---

REMARKS:

_____

In the absence of Dr James C Parsons, his associate Dr Randall L Mullin

reviewed and signed this form.

_____

_____

nding Physician's Signature: _Randall Mullins___  Degree: __M.D.__  Date: 3/30/89
                                              In the absence of James C Parsons, M.D.

ASE TYPE OR PRINT THE FOLLOWING INFORMATION:

nding Physician's Name: _Randall L Mullin, M.D._

ician's Office Street Address: _648 N Chicago St_

: _Geneseo,_  State: _Illinois_  Zip Code: _61254_  Phone Number: _309/944-5342_