UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) |
| | ) |
| Defendant. | ) |

**MOTION TO FILE DEFENDANT'S RESPONSE TO
MOTION FOR SUMMARY JUDGMENT INSTANTER**

NOW COMES the Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for its Motion for Enlargement of the Time to Respond to Plaintiff's Motion for Summary Judgment, states as follows:

1. Plaintiff filed a dispositive motion on February 2, 2007.

2. Defendant's response was due on or before March 2, 2007.

3. In error, Defendant attached doc 22, Motion for Enlargement of Time, instead of the Defendant's response.

4. Defendant seeks this Court allow for the filing of its Response to the Motion for Summary Judgment Instanter.

5. The response brief, which was completed within the time given by the Court, it attached as an exhibit to this motion.

6. The motion is not made for the purpose of undue delay, nor would the motion prejudice Plaintiff.

-1-

WHEREFORE, Defendant respectfully requests this honorable Court grant its Motion to File its Response to the Motion for Summary Judgment Instanter.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendant,

By:    s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

_____I hereby certify that on March 5, 2007, I electronically filed **Motion to File Defendant's Response to the Motion for Summary Judgment Instanter** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on March 5, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:      (217) 524-5091
E-Mail:  skerley@atg.state.il.us