**E-FILED**
Monday, 05 March, 2007  10:42:19 AM
Clerk, U.S. District Court, ILCD

# AGREEMENT

### between



# AFSCME

American Federation of State,

County and Municipal Employees

Council 31, AFL-CIO

## and

# STATE OF ILLINOIS

Department of
Central Management Services

July 1, 2000—June 30, 2004

| | | | |
|---|---|---|---|
| RC-06-OCB | RC-09-OCB | RC-10-OCB | RC-14-OCB |
| RC-28-OCB | RC-42-OCB | RC-62-OCB | RC-63-OCB |



DEFENDANT'S EXHIBIT

## Section 19. Service-Connected Injury and Illness

An employee who suffers an on-the-job injury or who contracts a service-connected disease, shall be allowed full pay during the first calendar week without utilization of any accumulated sick leave or other benefits. Thereafter, the employee shall be permitted to utilize accumulated sick leave. In the event such service-connected injury or illness becomes the subject of an award by the Industrial Commission, the employee shall restore to the State the dollar equivalent which duplicates payment received as sick leave days, and the employee's sick leave account shall be credited with the number of sick leave days used. An employee who suffers an on-the-job injury or who contracts a service-connected disease shall not be required to utilize any accumulated sick days prior to being granted an illness or injury leave under Section 21, below.

## Section 20. Alternative Employment Program

The Employer will implement an alternative employment program for any employee who is able to perform alternative employment after a work related or non-work related disability which precludes that employee from performing his or her currently assigned duties pursuant to P.A. 84-876 as it pertains to Section 8c (6) of the Personnel Code.

## Section 21. Illness or Injury Leave

Employees who have utilized all their accumulated sick leave days (except as provided in Section 19 above) and are unable to report to or back to work because of the start of or continuance of their sickness or injury, including pregnancy related disability, shall receive a disability leave. During said leave the disabled employee shall provide written verification by a person licensed under the Illinois Medical Practice Act or under similar laws of Illinois (including a person who holds a current national certification as a nurse practitioner). Such verification shall show the diagnosis, prognosis and expected duration of the disability; such verification shall be made no less often than every thirty (30) days during a period of disability unless the nature of the illness precludes the need for such frequency. Prior to requesting said leave, the employee shall inform the Employer in writing the nature of the disability and approximate length of time needed for leave. The written statement shall be provided by the attending physician. If the Employer has reason to believe the employee is able or unable to perform his/her regularly assigned duties and the employee's physician certifies he/she as being able or unable to report back to work the Employer may rely upon the decision of an impartial physician as to the employee's ability to return to work. Such examination shall be paid for by the Employer. The Employer will not arbitrarily deny such leave request.

## Section 22. Treatment of Seniority

a) A certified employee shall retain and continue to accumulate seniority and continuous service while on leaves provided for under this Article except those leaves under Section 21 accumulation shall not exceed three (3) years and Sections 1 and 2 where there shall be no accumulation of seniority and continuous service. A probationary employee serving an initial probation shall not accumulate seniority during such leave beyond the amount of time they have been employed with the State provided that such accumulation shall not reduce the probationary period.

b) Seniority and continuous service for intermittents on leave of absence shall accrue by the ratio of hours paid to full time for the three

[80]