**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**

**PHYSICIAN'S STATEMENT**

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): **Rick Lind**
Date of Birth: **9-19-53**
Soc. Sec. Number: **360488440**

Present Address—Street or Rural Route: **401 Main Street**
City: **Erie**   State: **Illinois**   Zip Code: **61252**

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)
Facility: _____   Address: _____

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. **DIAGNOSIS (including any complications):**
   (a) Date of last examination: Month: **7**  Day: **30**  Yr. **2003**
   (b) Diagnosis including any complications: **Cervical subluxation, headaches, thoracic subluxation, muscle spasms, lumbar subluxation and pelvic sub. His headache complaint is aggravated by stress, cold weather. These problems date back to a major auto accident in 1980.**

   (c) Subjective symptoms: **Patient complains of severe cervical pain with movement, severe headaches, stiff and sore in mid and low back. Not able to sleep, poor concentration and just feels terrible**

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): **Poor cervical range of motion with inflamation and very tense and tender. Cervical and thoracic muscles. Patient appears very fatigued and down. Decreased lumbo pelvic range of motion with mild inflamation.**

2. **DATES OF TREATMENT:**
   (a) Date of first visit: Month: **7**  Day: **30**  19**2003**
   (b) Date of last visit: Month: _____  Day: _____  19___ **still treating.**
   (c) Frequency: Weekly ☒   Monthly ☐   Other ☐ — (Please specify): _____

3. **TREATMENT:**
   (a) Please describe treatment including any surgery and/or medication prescribed: **Chiropractic adjustments, home care, ice theraphy, rest, active care, MD treatment.**
   (b) Will treatment substantially improve function and employability? Yes ☒   No ☐   If yes, specify: **His spinal function has improved some and his headaches have improved some.**

Verstraete
EXHIBIT NO. **2**
1-5-07 KK

Stamp: OCT 2003 E.M.C.C. WARDEN OFFICE

IMPORTANT NOTICE
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9/82)   IL401-0734

DEFENDANT'S EXHIBIT C

4. PROGRESS: (Please check appropriate box provided below):
   (a) The patient has:   Recovered ☐    Improved ☐    Remained unchanged ☐    Retrogressed ☐
   (b) The patient is:    Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
   (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
   If yes, give name and address of hospital: _____

   Confined from: Month_____ Day____ 19____ through Month_____ Day____ 19____

5. LIMITATION: (If there is a limitation, check appropriate box and describe below):
   Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
   Lifting ☐    Psychological ☐   Other ☒ (Please specify): Looking down, stress, cold weather

6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):
   ☐ CLASS 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
   ☐ CLASS 2 – Medium manual activity* (15-30%)
   ☐ CLASS 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
   ☐ CLASS 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
   ☒ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
   ☐ REMARKS – Severe headaches – impaired judgement and reaction to situations.

7. EXTENT OF DISABILITY:

   (a) In your opinion is patient now temporarily totally disabled?
       From Any Occupation: Yes ☒  No ☐
       From Patient's Regular Occupation: Yes ☒  No ☐
   (b) If no, when was patient able to go to work?   Month___ Day___ Year 19___   Month___ Day___ Year 19___
   (c) If yes, when do you think patient will be able to resume any work?
       8 / 7 / 2003 (Approximate Date)    Indefinite ☐   Never ☐
   (d) In your opinion is patient permanently and totally disabled for employment?
       Yes ☐   No ☒        Yes ☐   No ☒
   (e) If answer to (d) is "yes", please explain.
   _____
   _____
   _____

8. REMARKS:
   This episode is a severe irritation of tissue damaged in a major auto accident in 1980. He sustained a severe concussion and a T12 compression fracture, scar tissue is susceptible to episodes of flare up from activities of daily living and stress, and exposure to the cold.

   Attending Physician's Signature: _____   Degree: D.C.   Date: 7/30/03
   PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
   Attending Physician's Name: Kevin L. Freebern, D.C.
   Physician's Office Street Address: 918 – 16th Avenue
   City: East Moline   State: Illinois   Zip Code: 61244   Phone Number: 309-752-0750

EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.