Friday - 9-26-03

Freeborn - 752-0750 - Ronda

-17-03

7-30-03
7-31-03
8-4-03
8-7-03

5-17-03 - 1st
Next 7-30-

~~~~~~~~~~~~~~~~

8-20-03 - Canceled for Dr. Molans appt.
8-27-03
9-3-03
9-8-03
9-11-03
9-18-03
9-24-03
9-26-03



DEFENDANT'S EXHIBIT H