E-FILED
Monday, 05 March, 2007 10:45:35 AM
Clerk, U.S. District Court, ILCD

**FREEBERN CHIROPRACT**

# PROGRESS REPORT

Name *Rick Lind*

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) *pt presents*

O- Objectives: Prob-Focused____ Expanded Prob-Focus____ Detailed____ Comprehensive ____
(Location, tests and findings)_____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _____ | _____ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | _____ | _____ | _____ | _____ | _____ |

VAS- pain scale- /no pain  0_____100 extreme pain

A- Assessment (Stage of Care & Present condition)_____

Cervical      Better____ Same____ Worse____ /Thoracic____ Better____ Same____ Worse____
Lumbo-pelvic  Better____ Same____ Worse____ /Extremity ____ Better____ Same____ Worse____
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield    Disctraction
R  L         [_____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily          Next Seen [_____]    RTW_____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments_____

ATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Presents* —

O- Objectives: Prob-Focused____ Expanded Prob-Focus____ Detailed____ Comprehensive ____
(Location, tests and findings)_____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _____ | _____ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | _____ | _____ | _____ | _____ | _____ |

VAS- pain scale- /no pain  0_____100 extreme pain

A- Assessment (Stage of Care & Present condition)_____

Cervical      Better____ Same____ Worse____ /Thoracic____ Better____ Same____ Worse____
Lumbo-pelvic  Better____ Same____ Worse____ /Extremity ____ Better____ Same____ Worse____
P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield    Disctraction
R  L         [_____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily          Next Seen [_____]    RTW_____

Therapy needed  Heat ___ Cold ___ U___ ___ential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments_____

DEFENDANT'S EXHIBIT

# PROGRESS REPORT

Name _Rob Lands_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

OFF WORK _F_ / _T_ LIGHT DUTY _____

E: _6-20-05_ Total Time Spent _____ Dr.'s Initials _____ _Pt Presents Feel (60-60)_

S- Subjective (Location, Limitations, Severity, Frequency) _Front under arm Lower Back_
_Friday Facet came out. Neck, med back are sore. But_
_and hips are real tender. Neck, med back are sore. Elbows need work_
_did not hit his head. moving very slow._

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _Pre C&LP Rom mptn_

| | | | | | |
|---|---|---|---|---|---|
| Muscle spasm or splintering | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |
| Tenderness to Palpation-Region | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |
| Abnormal Passive Range of Motion | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |

VAS- pain scale- / no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _C, L P, + still flard up_

| | | | |
|---|---|---|---|
| Cervical | Better _____ Same _____ Worse _____ | /Thoracic Better _____ Same _____ | Worse _____ |
| Lumbo-pelvic | Better _____ Same _____ Worse _____ | /Extremity Better _____ | Worse _____ |
| P- Plan Straight Forward _____ | Low Complexity _____ | Moderate Complexity _____ | High Complexity _____ |

This Week   1X   2X   3X   Daily    Next Seen _W_   RTW _W_

Next Week   1X   2X   3X   Daily

Therapy needed   Heat _____ Cold _____ Ultrasound _____ Interferential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments _no home care_

---

E: _6-23-05_ Total Time Spent _____ Dr.'s Initials _____ _Pt Presents - LB + hips_

S- Subjective (Location, Limitations, Severity, Frequency) _but doing_
_are sore. No sleep lately some headaches feeling sore all over_
_much better than it was Not sleeping at all._

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C&LP Rom OKT F/S_

| | | | | | |
|---|---|---|---|---|---|
| Muscle spasm or splintering | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |
| Tenderness to Palpation-Region | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |
| Abnormal Passive Range of Motion | Cervical _____ | Thoracic _____ | Lumbar _____ | Pelvic _____ | Extremity _____ |

VAS- pain scale- / no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _home + active care are helping_

| | | | |
|---|---|---|---|
| Cervical | Better _____ Same _____ Worse _____ | /Thoracic Better _____ Same _____ | Worse _____ |
| Lumbo-pelvic | Better _____ Same _____ Worse _____ | /Extremity Better _____ | Worse _____ |
| P- Plan Straight Forward _____ | Low Complexity _____ | Moderate Complexity _____ | High Complexity _____ |

This Week   1X   2X   3X   Daily    Next Seen _____   RTW _____

Next Week   1X   2X   3X   Daily

Therapy needed   Heat _____ Cold _____ Ultrasound _____ Interferential _____ Biofreeze _____ Traction _____

Home Care / Additonal comments _Lumbar support_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: **6-8-06** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _M-F_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents Has spot in the knees and ankles. Sleep is not at all. Shoulders are terrible. Just hurt all over - good pain - headaches are severe_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _post C Pain n after_ PT - F/S

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region Cervical | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion Cervical | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____100 extreme pain

A- Assessment (Stage of Care & Present condition) _healthy flared up from stress + good - going for help n psych_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better _____ | Same _____ | Worse ✓ | /Thoracic _ Better _____ Same _____ Worse _____ |
| Lumbo-pelvic | Better _____ | Same _____ | Worse ✓ | /Extremity _ Better _____ Same _____ Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week 1X 2X 3X Daily          Next Seen: _F_          RTW _____
Next Week 1X 2X 3X Daily

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Omega 3, diet, exercise, rest_

---

E: **6-10-06** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents - Not as much pain with the guests. Shoulder are just a little sore with some pain. Sleep is better_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + LP Pain    decent    F pt ff_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region Cervical | _____ | _____ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion Cervical | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____100 extreme pain

A- Assessment (Stage of Care & Present condition) _good    F p dp_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better ✓ | Same _____ | Worse _____ | /Thoracic _ Better _____ Same _____ Worse _____ |
| Lumbo-pelvic | Better ✓ | Same _____ | Worse _____ | /Extremity _ Better _____ Same _____ Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week 1X 2X 3X Daily          Next Seen          RTW _____
Next Week 1X 2X 3X Daily

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home care_

FREEBERN CHIROPRA[ctic]

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. ___  W/C ___  Major Med. ___  Self Pay ___

DATE: _5-20-05_  Total Time Spent ___  Dr.'s Initials ___  OFF WORK ___  LIGHT DUTY ___

S- Subjective (Location, Limitations, Severity, Frequency) Pt _Dwinn Nach is a little_ _un_ _settle tender, but nothing like it was. Headaches come + go,_ _right not constant like they were, as well as less severe. Mid_ _back is doing good. Still Can't sleep. Dozes off, then wakes up_ _up._

O- Objectives: Prob-Focused ___  Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _Hi-Recon Cont_ ___ vt T C+L
Muscle spasm or splintering   Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___
Tenderness to Palpation-Region Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___
Abnormal Passive Range of Motion Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _Slow C proper - butter TELP_
_progre_
Cervical ___  Better ___  Same ___  Worse ___  /Thoracic ___  Better ___  Same ___  Worse ___
Lumbo-pelvic ___  Better ___  Same ___  Worse ___  /Extremity ___  Better ___  Same ___  High Complexity ___
P- Plan Straight Forward ___  Low Complexity ___  Moderate Complexity ___

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R A E P | B | | | | | | | | | | | | | | | | | | | | | | | | l h | | |

Derifield   R   L        Distraction [ ]

This Week    1X    2X    3X    Daily          Next Seen ___  RTW ___
Next Week    1X    2X    3X    Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home care_

---

DATE: _5-23-05_  Total Time Spent ___  Dr.'s Initials ___  OFF WORK ___  LIGHT DUTY ___

S- Subjective (Location, Limitations, Severity, Frequency) Pt Presents - low back _is tender. Head aches is not as bad. In a better mood._ _Wants to go back to work_

O- Objectives: Prob-Focused ___  Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _C+L Rom mild stiff_ vt T C+Legs
Muscle spasm or splintering   Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___
Tenderness to Palpation-Region Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___
Abnormal Passive Range of Motion Cervical ___  Thoracic ___  Lumbar ___  Pelvic ___  Extremity ___

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _decent progress_
Cervical ___  Better ___  Same ___  Worse ___  /Thoracic ___  Better ___  Same ___  Worse ___
Lumbo-pelvic ___  Better ___  Same ___  Worse ___  /Extremity ___  Better ___  Same ___  High Complexity ___
P- Plan Straight Forward ___  Low Complexity ___  Moderate Complexity ___

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R A E P | B | | | | | | | | | | | | | | | | | | | | | | R | | | | |

Derifield  (R)  L        Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen ___  RTW ___
Next Week    1X    2X    3X    Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _stress management + active care_

**FREEBERN CHIROPRAC.**

# PROGRESS REPORT

Name _Rick Lead_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _5-12-05_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _TW_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents middle of back has sharp, stabbing pains, constant pains. Can't sleep. Feel it base of skull. Feels like someone hit him. Having headaches. Have been off work one Tuesday because of pain. Been taking pain med._

O- Objectives: Prob-Focused _____  Expanded Prob-Focus _____  Detailed _✓_  Comprehensive _____
(Location, tests and findings) _✓ C + L P P/S_  _T - T - P/S_

Muscle spasm or splintering  Cervical _✓_  Thoracic _____  Lumbar _____  Pelvic _____  Extremity _____
Tenderness to Palpation-Region  Cervical _✓_  Thoracic _✓_  Lumbar _✓_  Pelvic _✓_  Extremity _____
Abnormal Passive Range of Motion  Cervical _✓_  Thoracic _____  Lumbar _✓_  Pelvic _____  Extremity _____

VAS- pain scale- /no pain  0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + T still getting bad_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ___ | ___ | _✓_ | /Thoracic | ___ | ___ | _✓_ |
| Lumbo-pelvic | ___ | _✓_ | ___ | /Extremity | ___ | ___ | ___ |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | P | B | | | | | | | | | | | | | | | | P | | |
| | R | G | R | | | | | | | | | | | | | | | | R | | |

Derifield  ② L   Disctraction ____

This Week  1X  2X  3X  Daily   Next Seen _Son_ M   RTW _F_
Next Week  1X  2X  3X  Daily

Therapy needed  Heat __  Cold __  Ultrasound __  Interferrential __  Biofreeze __  Traction __

Home Care / Additonal comments _maint level (T) + active care_

---

DATE: _5-16-15_  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _M + V_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - Neck is killing him. Been having bad headaches. The middle of the Back is doing alot Better. Can't sleep still. When he left here. Felt a limit. His med where change._

O- Objectives: Prob-Focused _____  Expanded Prob-Focus _____  Detailed _____  Comprehensive _____
(Location, tests and findings) _✓ C + L P P/S_  _Cx flex. Ext. cont._

Muscle spasm or splintering  Cervical _✓_  Thoracic _✓_  Lumbar _____  Pelvic _____  Extremity _____
Tenderness to Palpation-Region  Cervical _✓_  Thoracic _____  Lumbar _✓_  Pelvic _____  Extremity _____
Abnormal Passive Range of Motion  Cervical _✓_  Thoracic _____  Lumbar _✓_  Pelvic _✓_  Extremity _____

VAS- pain scale- /no pain  0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Care may flared up_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ___ | _✓_ | _✓_ | /Thoracic | _✓_ | ___ | ___ |
| Lumbo-pelvic | _✓_ | ___ | ___ | /Extremity | ___ | ___ | ___ |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | A | B | | | | | | | | | | | | | | | | P | | |
| | P | P | R | | | | | | | | | | | | | | | | R | | |

Derifield  ① L   Disctraction ____

This Week  1X  2X  3X  Daily   Next Seen _When sched_ W   RTW _W_
Next Week  1X  2X  3X  Daily

Therapy needed  Heat __  Cold __  Ultrasound __  Interferrential __  Biofreeze __  Traction __

Home Care / Additonal comments _posture + home care, support_

FREEBERN CHIROPRAC[TIC]

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

OFF WORK _F-M_ LIGHT DUTY ____

DATE: _4-25-05_ Total Time Spent ____ Dr's Initials ____ _pt DWENS (lower back_

S- Subjective (Location, Limitations, Severity, Frequency) _has a pain level of 8-9. To bend over to get dress or put on_ _his shoes will cause pain. No Flexeril. Both legs go numb_ _down the back std._

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _poor 2-Plan_ _VT+D+ T+L_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0 ——————————— 100 extreme pain _L-P ub pretty flowd up - slept on_ _floor_

A- Assessment (Stage of Care & Present condition)

| | Better | Same | Worse | | Better | Same | Worse | |
|---|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | | |
| Lumbo-pelvic | | | ✓ | /Extremity | | ✓ | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P R L | A C | | | | | | ✓ | | | | | | | | | | | | | | | ✓ | | | |

Derifield R L    Disctraction ☒

This Week    1X    2X    3X    Daily    Next Seen _W_    RTW _T_

Next Week    1X    2X    3X    Daily

Therapy needed  Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments _ice, home care, support_

---

OFF WORK ESSM LIGHT DUTY ____

DATE: _4-27-05_ Total Time Spent ____ Dr's Initials ____ _Pt present just sore in_

S- Subjective (Location, Limitations, Severity, Frequency) _Lower back. No pains just soreness._

O- Objectives: Prob-Focused ____ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _LCELP poor 2-Plan_ _VT+ T+L_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0 ——————————— 100 extreme pain _good + progress slower LP progres_

A- Assessment (Stage of Care & Present condition)

| | Better | Same | Worse | | Better | Same | Worse | |
|---|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | ✓ | | | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P B R | A C | | | | | | | | | | | | | ✓ | ✓ | | | | | | | R R | | |

Derifield R L    Disctraction ☐

This Week    1X    2X    3X    Daily    Next Seen _Sat. Morn_    RTW _Th_

Next Week    1X    2X    3X    Daily

Therapy needed  Heat ____ Cold ____ Ultrasound ____ Interferrential ____ Biofreeze ____ Traction ____

Home Care / Additonal comments _moist heat R + L side SI_

# PROGRESS REPORT

Name _Rick Lund_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: **4-5-04** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt_ _present headaches constant, little lower back pain, no sharp pains, swelling in foot went down, neck is a little sore but not bad, not feeling too bad overall_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _J C + CP Rom of spine    TxT - C+L_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _mild setback in care_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | ✓ | _____ |
| Lumbo-pelvic | | | ✓ | /Extremity | | ✓ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P/C | A/L | L/C | | | | | | | | | | | / | | | | / | | | | | | | | / | / | / |

Derifield R✓ L    Disctraction [____]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily       Next Seen _7-10 days_   RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _q active care; body mechanics_

---

DATE: **4-15-04** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - Neck is real tight. Been having head aches. Lower Back is stiff and sore. Both legs are doing some neuro._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ✓ Comprehensive ___
(Location, tests and findings) _Pain C + LP Rom of spine    TxT - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _① C. sub  ② headache  ③ L arm  ④ Tech_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P/C | A/L | L/C | | | | | | | | | | | ) | / | | | | / | | | | | | | P/R | / | / |

Derifield R✓ L    Disctraction [____]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily       Next Seen _W_   RTW _____

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _ice ; home care, support_

# PROGRESS REPORT

Name _Dick Send_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: 3-18-04 _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents very stressed out. Other than that not too bad, little headaches, eyes are light sensitive, mid-lowerback her a dull ache, neck is a little soo, left knee foot is swollen + throbbing only a little bit_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP    to PE    ortho_

Muscle spasm or splintering     Cervical _____ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better especial function muscles are loose from stress_

Cervical     Better ___ Same ___ Worse ___ /Thoracic ___ Better _✓_ Same ___ Worse ___
Lumbo-pelvic  Better _✓_ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|---|
| | M C R | B | | | | | | | | | | | | | | | | | | | | | | | | P R | | | |

Derifield Ⓡ L     Disctraction [   ]

This Week     1X     2X     3X     Daily          Next Seen _1wk_     RTW _____
Next Week     1X     2X     3X     Daily

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _pt is released to try full time work_

---

TE: 3-26-04 _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents- stiff + sore all over, stressed, headaches constantly, some swelling in left foot - only hurts in the morning, still taking anti-inflammatory, neck is sore, lower back especially sore_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C + LP    Rom    to PE    TPT - C + L_

Muscle spasm or splintering     Cervical _____ Thoracic _✓_ Lumbar _____ Pelvic _✓_ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _starting to lose ground_

Cervical     Better _✓_ Same ___ Worse ___ /Thoracic ___ Better _✓_ Same ___ Worse ___
Lumbo-pelvic  Better _✓_ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|---|
| | R C R | B | | | | | | | | | | | | | | | | | | | | | | | | P R | | | |

Derifield Ⓡ L     Disctraction [   ]

This Week     1X     2X     3X     Daily          Next Seen _7-1 Today_
Next Week     1X     2X     3X     Daily          RTW

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Sund_

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: _2-23-04_ Total Time Spent ____ Dr.'s Initials ___ OFF WORK ____ LIGHT DUTY ____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents better no stabbing pain, some discomfort in back mostly neck pain + constant minor headaches, Ø numbness, headaches in back of head Ø tingling feeling today_

O- Objectives: Prob-Focused ✗ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _C + L Rom  T + T  C - eV_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ____ | ____ | ____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ____ | ____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ____ | ____ | ____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _stressed w/ work + disability_
_C starting to flare up_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better | Same | Worse ✓ | | |
| | /Thoracic __ Better __ Same __ Worse __ | | | | |
| Lumbo-pelvic | Better | Same | Worse | | |
| | /Extremity __ Better __ Same __ Worse __ | | | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg L R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R P R | A S S | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily     RTW ____

Next Seen ____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _Posture care, body mechanics_

---

DATE: _3-10-04_ Total Time Spent ____ Dr.'s Initials ___ OFF WORK ____ LIGHT DUTY ____
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - hurts everywhere, headaches, constant, eyes very light sensitive, sharp pains in mid-lower back, no numbness, swelling in left knee + foot - hard to get shoe on too sensitive to touch, neck aches_

O- Objectives: Prob-Focused ✗ Expanded Prob-Focus ____ Detailed ____ Comprehensive ____
(Location, tests and findings) _C + L + P Rom  T + T  F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | ✓ | ____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | ____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | ____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _+ P + V pel ankle flaring up from swollen ankle from mets reaction_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better | Same ✓ | Worse | | |
| | /Thoracic __ Better __ Same __ Worse ✓ | | | | |
| Lumbo-pelvic | Better | Same | Worse ✓ | | |
| | /Extremity __ Better __ Same __ Worse __ | | | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg L R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P R P R | A S S | | | | | | | | | | | | | | | | | | | | | | | | R R | | |

Derifield ⓇL    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily     RTW ____

Next Seen _last_

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _home care / ice_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _2/6/04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - lower back - starts at mid back goes down - constant throb - sit + standing both uncomfortable alot of pain - headache back of head + neck_

O- Objectives: Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _↓ L + C Rom - TTT - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _↑ C flr , L-P + T setback_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield R L    Disctraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily          Next Seen  ✓          RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _Lolistula - active care_

---

DATE: _2-16-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - Stabbing pain in low back, constant, its more on the left side than the right - some tinkling, minor headaches, most of pain is lower back pain at an 8_

O- Objectives: Prob-Focused \ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _↓ C + L Rom - T T - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _↓ gut flash up - high stress ↑ C p/o for - very stress - will cds off issues_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg | L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield R L    Disctraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily          Next Seen  ✓          RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _Tactive care, C + L ash_

# PROGRESS REPORT

Name _Rick Lund_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10/10_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents neck is sore again been having some headaches, dizziness sensitive to light Mid-Low back is about the same still some pain but not always aches_

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _L C & L Rom Cspt_

Muscle spasm or splintering Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow progress, C sul is major pain - stressed by disability - situation_

| | | | |
|---|---|---|---|
| Cervical | Better __ | Same __ | Worse ___ |
| Thoracic | Better __ | Same ___ | Worse ___ |
| Lumbo-pelvic | Better __ | Same __ | Worse ___ |
| Extremity | Better ___ | Same ___ | Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | A.T. | A.X. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P R E | P R | B R | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Distraction

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen _M_     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _I active care, comfort management_

---

DATE: _1-29-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - job stress has his guts in a bad way, meds got changed to something stronger, having headaches + mid-lower back aches + neck aches, no dizziness, shooting pain down left leg, sensitive to light - diarrhea - stress_

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _L C & L Rom T & T C-e T_

Muscle spasm or splintering Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _high stress - setback_

| | | | |
|---|---|---|---|
| Cervical | Better ___ | Same ___ | Worse __ |
| Thoracic | Better ___ | Same ___ | Worse ___ |
| Lumbo-pelvic | Better ___ | Same __ | Worse ___ |
| Extremity | Better ___ | Same ___ | Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | A.T. | A.X. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P R E | P R | R | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Distraction

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen _M_     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _mais bad_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _1-12-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _pt presents Much better_
_Not to many headaches and head is doing better_
_w/ Mo Batu soft tissue and athritis killin_
_better achy sore_

**O- Objectives:** Prob-Focused ✗ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C T L Rom T+T C+T (mild)_
Muscle spasm or splintering Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
**A- Assessment** (Stage of Care & Present condition) _pt is making good progress_

Cervical    Better _✓_ Same _____ Worse _____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic    Better _✓_ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg(s) |
|------|------|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|--------|
| P S P | A S R | B R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield    R    L          Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen _F_ _S_
Next Week    1X    2X    3X    Daily          RTW _____

Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____
Home Care / Additonal comments _active care, stress management_

---

DATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _pt presents B- Neck is_
_flared up again with some headaches. Doing dizzy_
_Mid- Lw Back is fair always has pain from bulging_

**O- Objectives:** Prob-Focused ✗ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C T L Rom C+T T T C T_
Muscle spasm or splintering Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
**A- Assessment** (Stage of Care & Present condition) _setback in care — high stress_

Cervical    Better _____ Same _____ Worse _✓_ /Thoracic _____ Better _____ Same _____ Worse _✓_
Lumbo-pelvic    Better _____ Same _✓_ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg(s) |
|------|------|----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|--------|
| P S P | A S R | B R | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield    R    L          Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen _M_
Next Week    1X    2X    3X    Daily          RTW _____

Therapy needed  Heat _____ Cold _____ Ultrasound _____ Interferrential _____ Biofreeze _____ Traction _____
Home Care / Additonal comments _home & active care, stress management_

# PROGRESS REPORT

Name _Ricklind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10/4_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents headaches are constant since Tuesday/Monday, not too bad everywhere else,_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C Rom, mild ✓, ↓ +T -C+_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | _____ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain _high still_

A- Assessment (Stage of Care & Present condition) _C & T setback — high still_

Cervical   Better____ Same____ Worse ✓ /Thoracic  Better____ Same____ Worse ✓
Lumbo-pelvic  Better ✓ Same ✓ Worse____ /Extremity  Better____ Same____ Worse____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E R P | P R | B R | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield  R  L      Disctraction [ ]

This Week   1X   2X   3X   Daily          Next Seen _Mon_
Next Week  1X   2X   3X   Daily          RTW _____
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additional comments _moist heat (T) , active care_

---

DATE: _1-7-04_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents — headaches + neck pain constant but its the best he's been in awhile, nowhere else is bothering him... little mid back pain,_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + L Rom, mild C infl_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | _____ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better for all areas_

Cervical   Better ✓ Same____ Worse____ /Thoracic  Better ✓ Same____ Worse____
Lumbo-pelvic  Better ✓ Same____ Worse____ /Extremity  Better____ Same____ Worse____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E R P | P R | B R | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield  R  L      Disctraction [ ]

This Week   1X   2X   3X   Daily          Next Seen _Mon_ W
Next Week  1X   2X   3X   Daily          RTW _____
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _↑ active care, moist heat (T)_

# PROGRESS REPORT

Name **Rick Lind**

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: **12-22-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Materus chili Has neck pains and headaches when he is severe sleeping better a little dizziness mainly when he tries to stand up eyes burn also sensitive to light*

O- Objectives: Prob-Focused ☒ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *L C P L P Rom T-8 - C-6 Cspn*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *decent progress all areas*

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg. S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E S P | A E R | B R | | | | | | | | | | | | ✓ | ✓ | | | | | | | | | | | P R | | |

Derifield ⓇL    Disctraction [____]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _____    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments *home cautine care, stress mang*

---

TE: **12-26-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Discribes Rick is doing good - last cough day dizzy + feeling nauseas maybe relief still have headaches but this is later clear up losses - left hand not too bad no pain*

O- Objectives: Prob-Focused ☒ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *L C P L P Rom of spn T-8 V C*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *much better progress*

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | ✓ | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg. S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E S P | A E R | B R | | | | | | | | | | | | ✓ | ✓ | | | | | | ✓ | | | | | P R | | |

Derifield ⓇL

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        Next Seen _____    RTW ___

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Trac

# PROGRESS REPORT

Name __Rick Lind__

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: __12-10-03__ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present rt. neck pain, light headaches-throbbing, little low back ache, 5 sharp pains ; slight tingling down l/t leg once in awhile, mid back ok, still having alot of trouble sleeping from headaches_

O- Objectives: Prob-Focused __ Expanded Prob-Focus __ Detailed ___ Comprehensive ___
(Location, tests and findings) _C + L P_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | | \ | | |
| Tenderness to Palpation-Region | ∧ | \ | \ | \ | |
| Abnormal Passive Range of Motion | \ | \ | \ | \ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _settima C + L P care_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | \ | /Thoracic | | | \ |
| Lumbo-pelvic | | | \ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P E L R | A | | | | | | | | | | | | | | | | | | | | | | | | | P R M | | | Derifield Ⓡ L | Disctraction |

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily

Next Seen _M_    RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __

Home Care / Additonal comments _Caution    home care , rest_

---

E: __12-19-03__ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents pains everywhere neck pains still his headaches even worse than previous time problem sleep last night its him from home in Arizona stressed out on left side might be from laying so much_

O- Objectives: Prob-Focused __ Expanded Prob-Focus __ Detailed ___ Comprehensive ___
(Location, tests and findings) _C + L P_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | \ | \ | / | | |
| Tenderness to Palpation-Region | \ | \ | \ | \ | |
| Abnormal Passive Range of Motion | \ | \ | \ | \ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _pt has fever and doing well     placed up for_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | \ | | \ | /Thoracic | | | \ |
| Lumbo-pelvic | | | \ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P E L R | A B L R | B | | | | | | | | | | | | | | | | | | | | | | | | P R M | | | Derifield Ⓡ L | Disctraction |

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily

Next Seen _M_    RTW _____

Therapy needed  Heat __ Cold __ Ultrasound __ Interferential __ Biofreeze __ Traction __

# PROGRESS REPORT

Name _Rick Dunn_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _11-28-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt driving feels like he's_
_not the flu dizziness so bad throw-up driving someone_
_close him today. headache, right handed feeling Rt side_
_still have in mr back a little bit. sharp pains where_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C ε L P Rom Cmt_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _descend 7 for all areas_

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better ✓ | Same _____ | Worse _____ | /Thoracic _____ | Better _____ Same ✓ | Worse _____ |
| Lumbo-pelvic | Better ✓ | Same _____ | Worse _____ | /Extremity _____ | Better _____ Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P ε M | A S | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily    Next Seen _M_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Cerv ε home care_

---

DATE: _12-3-05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - this am_
_after ROM exers. Sharp pains - are now mild - mainly_
_mr back curve some finally gone left (eg.)_
_neck is mr pain w/some headaches (mild)_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C ε L P Rom Cmt Tx Cerv_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | | ✓ | | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Cont w major getto_
_good T ε L P progress_

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better _____ | Same ✓ | Worse _____ | /Thoracic _____ | Better ✓ Same _____ | Worse _____ |
| Lumbo-pelvic | Better ✓ | Same _____ | Worse _____ | /Extremity _____ | Better _____ Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P ε M | A S | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield (R) L    Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily    Next Seen _M_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name *Rick Lind*

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: *11-19-03* Total Time Spent _____ Dr's Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents- left side of neck and mid-lw pain is bad and the muscles we have. Headaches been doing good. Mainly stiffness and stiffness in muscles moving again*

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *C + LP Rom Myfl  T + I C+T*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) *slow + l progress - better C progress need to gain strength*

Cervical     Better ✓ Same ___ Worse ___ /Thoracic ___ Better ✓ Same ___ Worse ___
Lumbo-pelvic Better ✓ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs | | Derifield | Distraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Ⓡ L | |

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily          Next Seen *Tues* ✓   RTW *Dec 1?*

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments *1 active care*

---

DATE: *11-25-03* Total Time Spent _____ Dr's Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents- no burn to the rt side and pain and pain down leg really stressed. Been having some mild headaches not so severe*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) *C + LP Rom  Tes  C+T  Caflex*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) *setback in care - stress - ↓ P LP tension + infl*

Cervical     Better ___ Same ___ Worse ✓ /Thoracic ___ Better ___ Same ___ Worse ✓
Lumbo-pelvic Better ___ Same ___ Worse ✓ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs | | Derifield | Distraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Ⓡ L | |

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily          Next Seen *Fri*   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Bicfreeze ___ Traction ___

Home Care / Additional comments *ice → active care + support*

# PROGRESS REPORT

Name **Rick Lind**

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

ATE: **11-7-03**  Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt Presents much better, still constant but less severe headaches, sleep is atrocious, dull ache in mid back + lower neck,*

O- Objectives: Prob-Focused **X** Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) *C & LP ROM, reflex, reflex c & T*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *upper C ext is remaining problem*

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | | |
| Lumbo-pelvic | | ✓ | | /Extremity | | | |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | A | B | | | | | | | | | L | | | | | | | | P | | | | | | P | | |
| | & | & | R | | | | | | | | | | | | | | | | | | R | | | | | | R | | |

Derifield Ⓡ L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily      Next Seen W     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments *C & L adj + support, home care, Pettibon care*

---

TE: **11-12-03** Total Time Spent _____  Dr.'s Initials _____  OFF WORK _____  LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents - neck pain is much better. Mid & low back pain. Mid back pain is sharp, low back pain dull. Still can't sleep & headaches for last couple days.*

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) *↓ C & LP ROM, reflex c & T*

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) *C & lr is better, mild LBP*

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____  Low Complexity _____  Moderate Complexity _____  High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | A | B | | | | | | | | | | | | | | | | | | P | | | | | | P | | |
| | & | & | R | | | | | | | | | | | | | | | | | | R | | | | | | R | | |

Derifield Ⓡ L    Distraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily      Next Seen M     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments *adj & pettibon program*

# PROGRESS REPORT

Name _Rick Lind_____

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _10/29/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents_ — neck hurts mainly, under alot of stress, can't sleep, lower back twinge, headaches constant, neck pain throbbing constant ache,

O- Objectives: Prob-Focused☒ Expanded Prob-Focus____ Detailed____ Comprehensive ____
(Location, tests and findings) _✓ C E L P Rom ret - crt_

Muscle spasm or splintering　　Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____

VAS- pain scale- /no pain  0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _very high stress → setback in care_

| | Cervical | Better____ Same ✓ Worse ___ | /Thoracic ___ | Better___ Same ___ | Worse ____ |
|---|---|---|---|---|---|
| | Lumbo-pelvic | Better___ Same ___ Worse ___ | /Extremity ___ | Better___ Same ___ | Worse ____ |

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | B | | | | | | | | | | | | | | | | | | | | | | | | | P | | |

Derifield (R) L　　Distraction [ ]

This Week　1X　2X　3X　Daily
Next Week　1X　2X　3X　Daily　　Next Seen _Mon_　RTW ___

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Ct active care, support_

---

TE: _11/3/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents_ — better than last time, pain in middle back + lower neck — dull ache, can't sleep worth a damn even with pills, still constant headaches, he is good for a couple days after an adjustment

C- Objectives: Prob-Focused☒ Expanded Prob-Focus____ Detailed____ Comprehensive ____
(Location, tests and findings) _✓ C + L P Rom M/pfm ret - crt_

Muscle spasm or splintering　　Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _____

VAS- pain scale- /no pain  0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _moderate ↑ pfm all areas_

| | Cervical | Better ✓ Same ___ Worse ___ | /Thoracic ___ | Better ✓ Same ___ | Worse ____ |
|---|---|---|---|---|---|
| | Lumbo-pelvic | Better ✓ Same ___ Worse ___ | /Extremity ___ | Better ___ Same ___ | Worse ____ |

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | B C | | | | | | | | | | | | | | | | | | | | | | | | | P | | |

Derifield (R) L　　Distractio' [ ]

This Week　1X　2X　3X　Daily
Next Week　1X　2X　3X　Daily　　Next Seen _F_　RTW ___

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Tractio'. ___

Home Care / Additonal comments _active and support home_

# PROGRESS REPORT

Name _Rick Bend_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10-17-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt w/ neck pain at times he feels good, headaches much better - toolow neck pain so much - low back feels great - too much distress can't sleep - wish still in the morning but much better_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _NC P LP Rom 7°T - C+6_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | C | ✓ | | ✓ |
| Tenderness to Palpation-Region Cervical | ✓ | | ✓ | | ✓ |
| Abnormal Passive Range of Motion Cervical | ✓ | C | ✓ | ✓ | ✓ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow progress all areas_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | P R I C | B R | | | | | | | | | | | | | | | | | | | | | | | | P R | | |

Derifield (R) L    Distraction [ ]

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily

Next Seen _No_    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _stress management, home care_

---

DATE: _10-22-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - turmoil stress is killing him - could have had flu - headache neck + middle & back hurts lower back feels pretty good_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _NC P LP Rom + reflex 7°T - C+V_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region Cervical | ✓ | ✓ | ✓ | ✓ | ✓ |
| Abnormal Passive Range of Motion Cervical | | ✓ | ✓ | ✓ | ✓ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _setback in care from stress_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | | ✓ |
| Lumbo-pelvic | | ✓ | | /Extremity | ✓ | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L A | P B R | A G L | B R | | | | | | | | | | | | | | | | | | | | | | | P R | | |

Derifield (R) L    Distraction [ ]

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily

Next Seen _____    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home + active care_

# PROGRESS REPORT

Name _RCM Lisa_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _10/9/0_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents Doing Better while is much better still due pain in ankle. Pain problem is neck. Limited Rom in Rt side & still Headache. Sleep habits are not so good. Lw Back is Minor pains_

O- Objectives: Prob-Focused (X) Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _LC & LP Rom + C-traps_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _good progress — much better good progress_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | ✓ | | |
| Lumbo-pelvic | ✓ | | | /Extremity | ✓ | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | Ax | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | PEAR | EAR | BR | | | | | | | | | ✓ | | | | | | | | | | | | | P R | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen [M]    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _active Rom & ease posture_

---

DATE: _10/15/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents — ankle is great. R side of neck is still irritated with some mild Headaches. Lw Back is tight and achey_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _LC & LP Rom cyto TxT- CoT_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | ✓ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _setback in care_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | ✓ | ✓ |
| Lumbo-pelvic | ✓ | | | /Extremity | | ✓ | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | Ax | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | PEAR | EAR | BR | | | | | | | | | | | | | ✓ | | | | | | | | | | P R | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily     Next Seen [FRI]    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Beck Dena_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _10/3/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. Dueren not doing very good - stressed out over the weekend - didn't want to go to another Dr. Neck is painful pain level 7 low back & ankle is tender limp in pain a little maybe pain level 5_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + L ↑ Rom inflam TET-F/B_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | | ✓ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | ✓ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | ✓ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _extremely stress + down w/ work situation ↑ setback in care_

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better _____ | Same _____ | Worse ✓ | /Thoracic _____ | Better _____ Same _____ | Worse ✓ |
| Lumbo-pelvic | Better _____ | Same _____ | Worse ✓ | /Extremity _____ | Better _____ Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily        Next Seen _M_
Next Week  1X  2X  3X  Daily        RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home & active care_

---

DATE: _10/6/05_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents - mainly ankle + side dull pain walking lopsided neck is sore but no sharp pains dull headaches LW Back is constant dull and gentle shooting down pain now and then_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✓ C + L ↑ Rom TET ✓ a/o_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | | ✓ |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | ✓ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | ✓ |

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _better progress all areas_

| | | | | | | |
|---|---|---|---|---|---|---|
| Cervical | Better ✓ | Same _____ | Worse _____ | /Thoracic _____ | Better ✓ Same _____ | Worse _____ |
| Lumbo-pelvic | Better _____ | Same _____ | Worse _____ | /Extremity _____ | Better _____ Same ✓ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily        Next Seen _Th_
Next Week  1X  2X  3X  Daily        RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice home care + support_

# PROGRESS REPORT

Name _Rick Sand_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _9-24-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents doing better not completely but better - ankle is still swollen much better can put stress on it, not limping very much has been walking. Neck still problems not so severe. one sharp pain 3 hours ago_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) _____

Muscle spasm or splintering   Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

Tenderness to Palpation-Region   Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _____ Extremity _____

Abnormal Passive Range of Motion   Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _steady increase_ ___

Cervical   Better _✓_ Same ___ Worse ___ /Thoracic ___ Better _✓_ Same _____ Worse _____

Lumbo-pelvic   Better _✓_ Same ___ Worse ___ /Extremity ___ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
| | | | | | B | | | | | | | | | | | | | | | | | | | | | | | |

Derifield **R** L   Distraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily   Next Seen _F_   RTW _____

Therapy needed   Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _active care_

---

DATE: _9-26-03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - ankle is about same, still swollen making low back sore. Sharp pains every now and then. Neck is much better with slight headaches on medication Pt rested yesterday_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___

(Location, tests and findings) _____

Muscle spasm or splintering   Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

Tenderness to Palpation-Region   Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____

Abnormal Passive Range of Motion   Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better _____ Same _✓_ Worse ___ /Thoracic ___ Better _✓_ Same _____ Worse _____

Lumbo-pelvic   Better _✓_ Same ___ Worse ___ /Extremity ___ Better _____ Same _____ Worse _____

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|------|------|------|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield **R** L   Disctraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily   Next Seen _W_   RTW _____

Therapy needed   Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home + active care_

# PROGRESS REPORT

Name _Kim Lind_

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

ATE: _9/11_ Total Time Spent ____ Dr.'s Initials _____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents inflamation med_
_Made ankle swell up like billions still having headache_
_arms its more + stress upper back and neck is_
_really sore_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) ____ _C + LP Rom w/ofl — but able wfn_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _slow C progress , LP flare_
_up from drug Rx_

Cervical    Better _✓_ Same ___ Worse ___ /Thoracic ___ Better ___ Same _✓_ Worse ___
Lumbo-pelvic Better ___ Same _✓_ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3* | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac | Legs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P/R | | | | | | B/R | | | | | | | | | | | | | | | | | | | | P/R | | | |

Derifield (R) L    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _____    RTW ____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice + home + active care,_

---

E: _9/18/05_ Total Time Spent ____ Dr.'s Initials _____ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents ankle still_
_swollen but not as bad gone off mine medication_
_bad headaches but not so severe. allergies_
_upper back and neck are still tight and sore_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) ____ _C + LP Rom w/ofl + T + T — C + T_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Pt seen — slow equal progress_
_T + LP — Care mildly better_

Cervical    Better _✓_ Same ___ Worse ___ /Thoracic ___ Better _✓_ Same ___ Worse ___
Lumbo-pelvic Better _✓_ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

| EXT. | Occ. | AT | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac | Legs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P/R | | | | | | B/R | | | | | | | | | | | | | | | | | | | | P/R | | | |

Derifield (R) L    Disctraction [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily    Next Seen _____    RTW ____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _9/3/03_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _[handwritten notes]_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings)

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| | | | | |
|---|---|---|---|---|
| Cervical | Better ✓ | Same ___ | Worse ___ | /Thoracic Better ___ Same ___ Worse ✓ |
| Lumbo-pelvic | Better ___ | Same ✓ | Worse ___ | /Extremity Better ___ Same ___ Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3A | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L    Distraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily     Next Seen [ ]     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _walking & active care_

---

DATE: _9/10_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents Has a splitting headache. Neck and upper back. Still Has sharp pains at times. Brought x-ray's today._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ✓ Detailed ___ Comprehensive ___
(Location, tests and findings)

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| | | | | |
|---|---|---|---|---|
| Cervical | Better ___ | Same ___ | Worse ✓ | /Thoracic Better ___ Same ✓ Worse ___ |
| Lumbo-pelvic | Better ___ | Same ✓ | Worse ✓ | /Extremity Better ___ Same ___ Worse ___ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L    Distraction [ ]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily     Next Seen [ 16 ]     RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _walking & active care_

# PROGRESS REPORT

Name _Rick Und_____

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents headaches not__
_in mid feels great today, eyes aren't blurry anymore__
_low back is better. slept good last night__

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | | | |
| Tenderness to Palpation-Region | ✓ | | | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) ___ much better ___

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily        Next Seen _S_      RTW _Th_

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, active care,_

---

TE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - been off work__
_since 8/20/05 had appt DC up Bill Held PI at PT Mod for PT's__
_headache + dizziness today. ___ low back bad__
_missing a lot of work ___

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | | ✓ | | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _Cpul complex acutely flared up_
_very inflamed - temp disability - getting MD help__

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | /Thoracic | | ✓ | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily        Next Seen _____      RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, rest, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _7-31-03_ Total Time Spent _____ Dr.'s Initials _KW_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Present - Dr Mod not_
_Headaches are better day (as night headaches_
_Started about 11:30_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _C & LP Rom myofas T& T-C&T_
Muscle spasm or splintering   Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _Symp & sympt — unchanged alt_

Cervical        Better _✓_ Same _____ Worse _____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic   Better _✓_ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PART | AZ | | | | | | | | | / | | | | | | | | | | / | | | | | | P/R | | |

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily                [ Next Seen ]            RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, home care_

DATE: _8/1/03_ Total Time Spent _____ Dr.'s Initials _KW_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt Presents -_
_feeling much better - headaches aren't as often so_
_severe - eyes little blurry - wears sunglasses much better_
_Low back is much relieved L4 & L5_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus _✓_ Detailed _____ Comprehensive _____
(Location, tests and findings) _C & LP Rom myofas gros-c&t_
Muscle spasm or splintering   Cervical _✓_ Thoracic _✓_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _C_ Thoracic _✓_ Lumbar _____ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _good progress all areas_
_- M.D. tomorrow_

Cervical        Better _✓_ Same _____ Worse _____ /Thoracic _____ Better _✓_ Same _____ Worse _____
Lumbo-pelvic   Better _✓_ Same _____ Worse _____ /Extremity _____ Better _____ Same _____ Worse _____
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PART | W | | | | | | | | | / | | | | / | | | | | | / | | | | | | P/R | | |

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily                [ Next Seen ]            RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home care, estim care, rest_

*[handwritten top margin: "feeny on advil has helped" ... "iced it seemed to help but comes right back"]*

# PROGRESS REPORT

Name **Rick Lund**

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: **5-17-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presenting started having trouble Wednesday, everything somewhat better - don't know what happened - Went to Bed Tues night he was fine - noted up on - didn't sleep well - up down several times*

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

Muscle spasm or splintering Cervical _√_ Thoracic _√_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _C_ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better___ Same___ Worse_√_ /Thoracic___ Better___ Same_√_ Worse_____
Lumbo-pelvic   Better___ Same___ Worse_√_ /Extremity___ Better___ Same___ Worse_____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|
| | | | | | | | | | | | | | | | | | | | | | | | | | | P | | |

Derifield R / L    Disctraction

This Week   1X   2X   3X   Daily     Next Seen _____   W
Next Week   1X   2X   3X   Daily           RTW _√_

Therapy needed Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _ice, rest, home care, support_

---

TE: **7-30-03** Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *Pt presents - worst - ever had it - unusually headaches, neck hurt low personal and back cat, stiff & aches everywhere been hurting since last Thursday*

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____

Muscle spasm or splintering Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better___ Same___ Worse_√_ /Thoracic___ Better___ Same___ Worse_√_
Lumbo-pelvic   Better___ Same___ Worse_√_ /Extremity___ Better___ Same___ Worse_____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|------|------|-----|-----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|----|----|---|---|---|---|---|-----|-----|------|
| | B | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R / L    Disctraction

This Week   1X   2X   3X   Daily     Next Seen _____
Next Week   1X   2X   3X   Daily           RTW _F?_

Therapy needed Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

---

E: _2/21/03_  Total Time Spent _____  Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY ___
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents w/ Low Back_
_and Neck is hard. Had a Sinus Infection. Had a bad_
_headache and also pressure. was on yesterday due_
_to cold._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | ✓ | X | ✓ | | _____ |
| Tenderness to Palpation-Region | ✓ | | | | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____ flared up from_
_sneezing_

Cervical Better___ Same___ Worse ✓ /Thoracic___ Better___ Same ___ Worse ___
Lumbo-pelvic Better✓ Same___ Worse___ /Extremity___ Better___ Same___ Worse___
P- Plan Straight Forward___ Low Complexity___ Moderate Complexity___ High Complexity___

| / | EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R S P R | N E L | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Disctraction [____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily     Next Seen _____  RTW ___
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _home + active care_

---

E: _3/6/03_  Total Time Spent _____  Dr.'s Initials _____ OFF WORK ___ LIGHT DUTY ___
S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - neck_
_Headache from hell. Base of skull, Mid Back_
_hard to breath in. Catch, + Back of head._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splinting | | ✓ | ✓ | | _____ |
| Tenderness to Palpation-Region | ✓ | ✓ | | | _____ |
| Abnormal Passive Range of Motion | | ✓ | ✓ | | _____ |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____ flared up anon_
_renewal - sleep posture is irritating_

Cervical Better___ Same ✓ Worse___ /Thoracic___ Better___ Same ✓ Worse ___
Lumbo-pelvic Better___ Same___ Worse ✓ /Extremity___ Better___ Same___ Worse ___
P- Plan Straight Forward___ Low Complexity___ Moderate Complexity___ High Complexity___

| / | EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R S P R | N E L | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L     Disctraction [____]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily     Next Seen _____  RTW ___
Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _Posture _____ home + active care_

# PROGRESS REPORT

Name _Rick Sind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

_1903_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *prone, sleeping well, when mainly infront of neck, been sitting him. Headaches, feels strained or pulled. Had the flu been down to a sleeping thing. It affected the neck. Headaches are mild now but were*

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) *C C en Right 4x T. C*

Muscle spasm or splintering  Cervical _____ Thoracic _X_ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _\_ Lumbar _√_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _\_ Thoracic _\_ 

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) *C sub-angular flared up*

| Cervical | Better _____ | Same _√_ | Worse _√_ | /Thoracic _____ | Better _√_ | Same _____ | Worse _____ |
| Lumbo-pelvic | Better _√_ | Same _____ | Worse _____ | /Extremity _____ | Better _____ | Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. | | Derifield | Disctraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | | | | | | √ | | | | | | | | | | | | | | R  L | |

This Week    1X    2X    3X    Daily          Next Seen          RTW _____
Next Week    1X    2X    3X    Daily

Therapy needed  Heat__ Cold__ Ultrasound__ Interferential__ Biofreeze__ Traction__

Home Care / Additonal comments _posture, support, home care_

---

E: _1903_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) *on exam - neck pops when I turn head, feels like someone is sitting on my chest. (mid back is stiff.) headaches. hurts to breathe deep.*

O- Objectives: Prob-Focused _____ Expanded Prob-Focus _X_ Detailed _____ Comprehensive _____
(Location, tests and findings) *C C en Left 4x T C*

Muscle spasm or splintering  Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _C_ Thoracic _\_ Lumbar _√_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ 

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) *Sub angular standing is god bad*

| Cervical | Better _____ | Same _√_ | Worse _____ | /Thoracic _____ | Better _____ | Same _____ | Worse _√_ |
| Lumbo-pelvic | Better _____ | Same _____ | Worse _√_ | /Extremity _____ | Better _____ | Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 2 | 3 | 4 | 5 | Pel. | Sac. | Legs S. | | Derifield | Disctraction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | R  L | |

This Week    1X    2X    3X    Daily          Next Seen          RTW _____
Next Week    1X    2X    3X    Daily

Therapy needed  Heat__ Cold__ Ultrasound__ Interferential__ Biofreeze__ Traction__

Home Care / Additonal comments _moist heat, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: _9/18/0_ Total Time Spent _____ Dr.'s Initials ___ OFF WORK _M TW_ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - LB hurts so bad - never so much pain in his - life - sharp/dull constant - cant sleep - hurts much mrs to mrs - and work is hard too sit - no lics or working - just works is hard a pop on monday hurts worse progressively_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___ worse progressively
(Location, tests and findings) _CPL Rom_ _Nph_ _P/S_

Muscle spasm or splintering    Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity _minor tenderness_
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ____
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _all flared up_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | ✓ | Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | Extremity | | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily          Next Seen _T/th_    RTW _Th_ ?

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice + active care, moist heat_

---

DATE: _9/20/0_ Total Time Spent _____ Dr.'s Initials ___ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents - doing better - a little pain in MD back still an achey pain constant still trouble sleeping movement is a little better._

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___
(Location, tests and findings) _L + C Rom_

Muscle spasm or splintering    Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ____
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ____
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _finish L spr_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | | Thoracic | | | |
| Lumbo-pelvic | | | | Extremity | | | |

P- Plan Straight Forward ____ Low Complexity ____ Moderate Complexity ____ High Complexity ____

This Week    1X    2X    3X    Daily

Next Week    1X    2X    3X    Daily          Next Seen ____    RTW ____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _? active care    body mechanics_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

---

DATE: _9/08/00_ Total Time Spent _____ Dr.'s Initials _ZZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present ~ LB is terrible - real sore and stiff - can't sleep - takes meds and can't wake up - headache and constant - pain in the back of head down to mid-back -can't_

O- Objectives: Prob-Focused ✔ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✔ C + LP Rm n ext MT -_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | ✔ | ✔ | _____ | _____ |
| Tenderness to Palpation-Region Cervical | ✔ | _____ | ✔ | ✔ | _____ |
| Abnormal Passive Range of Motion Cervical | ✔ | ✔ | ✔ | _____ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + LP subacute flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | _____ | _____ | ✔ | /Thoracic | _____ | ✔ | _____ |
| Lumbo-pelvic | _____ | _____ | ✔ | /Extremity | _____ | _____ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L     Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen W → 7th
Next Week   1X    2X    3X    Daily          RTW _____

Therapy needed Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _ice, moist heat_

---

DATE _9/8/00_ Total Time Spent _____ Dr.'s Initials _ZZ_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. present ~ middle back and neck have been hurting since Sunday night. His some sharp pain, but usually it just hurts. Has had headaches and tightness_

O- Objectives: Prob-Focused ✔ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _✔ C + LP Rm Tet - Cet_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | ✔ | ✔ | ✔ | _____ |
| Tenderness to Palpation-Region Cervical | _____ | _____ | ✔ | ✔ | _____ |
| Abnormal Passive Range of Motion Cervical | ✔ | ✔ | ✔ | ✔ | _____ |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _C + T subacute flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | _____ | ✔ | ✔ | /Thoracic | _____ | ✔ | _____ |
| Lumbo-pelvic | _____ | ✔ | _____ | /Extremity | _____ | _____ | _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ | AT | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield (R) L     Disctraction [ ]

This Week    1X    2X    3X    Daily          Next Seen [     ]
Next Week   1X    2X    3X    Daily          RTW _____

Therapy needed Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: _3-20-02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Dr. presents constant pain in low back, hurts while splitting wood - hurts worse when not active & it stiffens - been off work since Monday neck pain stiffness on rt. side, getting lots of headaches, getting dizzy when standing up quickly_

O- Objectives: Prob-Focused___ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _____

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _L-P strain e sub complex acutely flared up_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | ✓ | | /Thoracic | | | ✓ |
| Lumbo-pelvic | | | ✓ | /Extremity | | | |

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield ®R L   Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily      Next Seen _Fri_  RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice & Laurel, rest,_

---

E: _3/22/02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Dr. presents - still a little stiff & sore in low back, but its nothing like it was. No other major complaints._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus___ Detailed___ Comprehensive___
(Location, tests and findings) _L-P e C for pt. p e up_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _much better & for all areas_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | | | /Thoracic | | ✓ | |
| Lumbo-pelvic | ✓ | | | /Extremity | | | |

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ. | AT. | AX. | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield ®R L   Disctraction [ ]

This Week  1X  2X  3X  Daily
Next Week  1X  2X  3X  Daily      Next Seen _prn_  _as needed_  RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Routine care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _3/7/0?_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt presents neck and upper middle back pain. Having terrible headaches and a really hard time sleeping. Eyes (allergies) pain in mid upper back is a constant dull ache._

O- Objectives: Prob-Focused _ Expanded Prob-Focus _____ Detailed _ Comprehensive _____
(Location, tests and findings) _____

Muscle spasm or splintering    Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar _____ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

| Cervical | Better ____ | Same ____ | Worse ____ | /Thoracic ____ | Better ____ | Same ____ | Worse ____ |
| Lumbo-pelvic | Better ____ | Same ____ | Worse ____ | /Extremity ____ | Better ____ | Same ____ | Worse ____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/Af. | AX | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel. | Sac. | Leg S. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Derifield ®  L        Disctraction [    ]

| | This Week | 1X | 2X | 3X | Daily |
| | Next Week | 1X | 2X | 3X | Daily |

Next Seen [          ]   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

TE: _____ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____
S- Subjective (Location, Limitations, Severity, Frequency) _____

# PROGRESS REPORT

Name _Rick Hund_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _1-3-02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt presents mid and low back constantly sore — having constant headaches, neck doesn't seem to be bothering him had flu for a couple days & back got real stiff from_ _lying down_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___ Detailed ___ Comprehensive ___ _wing down_
(Location, tests and findings) _L P & L Box_ _sy_ _T T - T c L P_ _with_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | X | X | X | |
| Tenderness to Palpation-Region | ✓ | X | X | X | |
| Abnormal Passive Range of Motion | ✓ | ✓ | X | X | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _T c L P all flared up for something of flu_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | | | X | Thoracic | | X | X |
| Lumbo-pelvic | | X | | Extremity | | X | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily

Next Seen _____  RTW __ __ ____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _moist heat_ (R) _ice L P_

---

DATE: _2/2/02_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____ _Lw Back still_

S- Subjective (Location, Limitations, Severity, Frequency) _Midam — a little sore but feeling better. Neck has constant severe pains on R sided side, also has quite headaches can't sleep at all. pain got excruciating yesterday_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ✓ Detailed ___ Comprehensive ___
(Location, tests and findings) _C c L P Box_ _sy plan_ _Ret - F/S_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | X | X | X | |
| Tenderness to Palpation-Region | ✓ | X | X | X | |
| Abnormal Passive Range of Motion | ✓ | X | X | X | |

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Cervicoplex pretty bad — L P getting better_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ✓ | ✓ | | Thoracic | | X | |
| Lumbo-pelvic | | X | | Extremity | | | |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

This Week  1X  2X  3X  Daily

Next Week  1X  2X  3X  Daily

Next Seen _____  RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _____

# PROGRESS REPORT

Name _Rick _____

Type of Case P.I. _____  W/C _____  Major Med. _____  Self Pay _____

DATE: _8-2-01_  Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt. presents pain low-back & right hip when walking - neck sore, having constant headaches - having trouble sleeping - + bailing hay_

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _____

Muscle spasm or splintering ___ Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic   Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

Derifield  R L      Disctraction _____

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily          Next Seen _____   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _____

DATE: _____  Total Time Spent _____ Dr.'s Initials _____ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _pt. presents - low back pain and up and down. Back is sore. Neck is sore. Having bad headaches and trouble _____

O- Objectives: Prob-Focused ___ Expanded Prob-Focus ___  Detailed ___  Comprehensive ___
(Location, tests and findings) _____

Muscle spasm or splintering ___ Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Tenderness to Palpation-Region Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___
Abnormal Passive Range of Motion Cervical ___ Thoracic ___ Lumbar ___ Pelvic ___ Extremity ___

VAS- pain scale- /no pain 0 _____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _____

Cervical   Better ___ Same ___ Worse ___ /Thoracic ___ Better ___ Same ___ Worse ___
Lumbo-pelvic   Better ___ Same ___ Worse ___ /Extremity ___ Better ___ Same ___ Worse ___
P- Plan Straight Forward ___ Low Complexity ___ Moderate Complexity ___ High Complexity ___

Derifield  R L      Disctraction _____

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily          Next Seen _____   RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

ATE: _4 9 01_ Total Time Spent _____ Dr.'s Initials _P_ OFF WORK _✗_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents Cervical pn. at base of skull. Has been having severe headaches w/ some dizziness. Didn't work Friday. No L pain._

O- Objectives: Prob-Focused _✗_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____
Muscle spasm or splintering Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _____ Lumbar _✓_ Pelvic _✓_ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _✓_ Extremity _____

VAS- pain scale- /no pain 0_____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _headache, C sub, Tail_

Cervical Better___ Same___ Worse _✓_ /Thoracic ___ Better___ Same _____ Worse ___
Lumbo-pelvic Better___ Same _✓_ Worse _____ /Extremity ___ Better___ Same _____ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



Derifield R L     Disctraction [____]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily                  RTW _M_

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _____

---

TE: _7 8 01_ Total Time Spent _____ Dr.'s Initials _____ OFF WORK _S+_ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Pt present - Sprained ankle lower back when ... feels like to pinching between the shoulder blades is tight - feels like someone is stamping on my chest. Hard to breath. Lft side of leg stinging once in a while_

O- Objectives: Prob-Focused _✓_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _____
Muscle spasm or splintering Cervical _____ Thoracic _✓_ Lumbar _____ Pelvic _✓_ Extremity _____
Tenderness to Palpation-Region Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _✓_ Thoracic _✓_ Lumbar _✓_ Pelvic _____ Extremity _____

VAS- pain scale- /no pain 0_____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _____

Cervical Better___ Same___ Worse ___ /Thoracic ___ Better___ Same _____ Worse ___
Lumbo-pelvic Better___ Same___ Worse ___ /Extremity ___ Better___ Same _____ Worse ___
P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



Derifield R L     Disctraction [____]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily                  RTW _T_

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

TE: _2/5/01_ Total Time Spent _____ Dr.'s Initials _F_ OFF WORK _Th. or F_ LIGHT DUTY

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents r. shoulder pn. in front muscle, shooting pn. left leg pn. dull. Headaches, No sleep. pn goes down glut. Problems walking_

O- Objectives: Prob-Focused _X_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _prov L↑P from ___ r ple ___ range T+T-T+LP_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | | C | ✓ | ✓ | |
| Tenderness to Palpation-Region | | C | ✓ | | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _④ r Perl o plug ___ L rad pn tried to get in bed couldn't get aggr (Blurbly) a ⑦ T alt_

Cervical    Better____ Same____ Worse ✓ /Thoracic    Better ✓ Same____    Worse _~_
Lumbo-pelvic    Better____ Same____ Worse ✓ /Extremity    Better____ Same____    Worse _____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ/AT | AX | 3 | 4 | 5 | 6 | 7 | ~ | ~ | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ~ | ~ | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ASR | B | | | | | | | | | | | η | l | | | | | | l l | | P R L | | | | | |

Derifield    Distraction
R  L       [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        **Next Seen**         RTW _____

Therapy needed  Heat ___ Cold___ Ultrasound___ Interferrential___ Biofreeze ___ Traction___

Home Care / Additonal comments _L arch - lecto, ice,_

---

TE: _3/8/01_ Total Time Spent _____ Dr.'s Initials _F_ OFF WORK _F_ LIGHT DUTY

S- Subjective (Location, Limitations, Severity, Frequency) _Pt. presents pn in lumbar region, T area, and is having headaches. OA. Not too happy, declined massage - has been down my flu - tried to get in yesterday -_

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _JC p↑P Pfrom ___ r T - P/S ✓_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓ | ✓ | ✓ | ✓ | |
| Tenderness to Palpation-Region | ✓ | ✓ | ✓ | ✓ | |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | |

VAS- pain scale- /no pain 0_____100 extreme pain

A- Assessment (Stage of Care & Present condition) _all flared up for flu -_

Cervical    Better____ Same _~_ Worse____ /Thoracic    Better ✓ Same _~_    Worse _____
Lumbo-pelvic    Better _~_ Same _~_ Worse____ /Extremity    Better____ Same _____    Worse _____

P- Plan Straight Forward_____ Low Complexity_____ Moderate Complexity_____ High Complexity_____

| EXT. | Occ/AT | AX | 3 | 4 | 5 | 6 | 7 | ~ | ~ | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | ~ | ~ | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ASR | B | | | | | | | | | | | η | | | | | | l l | | | A C | | | | | |

Derifield    Distraction
R  L       [ ]

This Week    1X    2X    3X    Daily
Next Week    1X    2X    3X    Daily        **Next Seen**         RTW _____

Therapy needed  Heat ___ Cold___ Ultrasound___ Interferrential___ Biofreeze ___ Traction___

Home Care / Additonal comments _fluids, med_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _11-2-00_ Total Time Spent _____ Dr's Initials _F_  OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents with pain at base of neck + having headaches bad for past 2 wks. Mid back hurting. Wheezing when he breathes._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _L C&L P Rom    T+I - T+C_

Muscle spasm or splintering   Cervical _____ Thoracic _____ Lumbar ✓ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____
Abnormal Passive Range of Motion Cervical ✓ Thoracic ✓ Lumbar ✓ Pelvic ✓ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _T+C sub complex (acute)    L Ped angles_

Cervical      Better____ Same____ Worse____ /Thoracic ___ Better____ Same _____ Worse _____
Lumbo-pelvic  Better____ Same____ Worse____ /Extremity ___ Better____ Same _____ Worse _____
P- Plan Straight Forward____ Low Complexity ____ Moderate Complexity____ High Complexity____

| EXT | OCC | AT | AX | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | SAC | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R/L | B/L | | | | | / | | | | | | | | | | ) | ) | | | / | | | P/R | | | | |

Derifield ⓇL   Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily        Next Seen          RTW _Th_

Therapy needed  Heat __ Cold __ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _moist heat, home care_

---

DATE: _12/12/00_ Total Time Spent _20_ Dr's Initials _B_  OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Patient presents for exam and spinal adjustment. Sharp shooting pain from mid back down to low back. Feels better in afternoon. Upper back doing well. No headaches. Started hurting Thursday evening._

O- Objectives: Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _Lib Rom TJ I rp HS_

Muscle spasm or splintering   Cervical _____ Thoracic ✗ Lumbar ✗ Pelvic ✗ Extremity _____
Tenderness to Palpation-Region Cervical _____ Thoracic ✗ Lumbar ✗ Pelvic ✗ Extremity _____
Abnormal Passive Range of Motion Cervical _____ Thoracic _____ Lumbar ✗ Pelvic ✗ Extremity _____

VAS- pain scale- /no pain 0_____100 extreme pain
A- Assessment (Stage of Care & Present condition) _repaid of 2D wax + mid body angles_

Cervical      Better____ Same____ Worse ✗ /Thoracic ___ Better____ Same _____ Worse _____
Lumbo-pelvic  Better____ Same____ Worse ✓ /Extremity ___ Better____ Same _____ Worse _____
P- Plan Straight Forward____ Low Complexity ____ Moderate Complexity____ High Complexity____

| EXT | OCC | AT | AX | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | SAC | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | A | | | | | | / | / | / | | P | | | | | |

Derifield  R Ⓛ   Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily        Next Seen          RTW _12/8, 12/9_

Therapy needed  Heat __ Cold ✓ Ultrasound __ Interferrential __ Biofreeze __ Traction __
Home Care / Additonal comments _ICE LB ✓_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _7/5/00_ Total Time Spent _20_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

**S- Subjective** (Location, Limitations, Severity, Frequency) _presents for lumbar area +_ _lower cervical pain radiates into thoracic._ _severe headaches. Disturbed sleep._

**O- Objectives:** Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _L C+L-P pm gto T-P/o_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | _____ | _____ | _____ | _____ | _____ |
| Tenderness to Palpation-Region | _____ | ✓ | _____ | _____ | _____ |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ |

VAS- pain scale- /no pain 0 _____100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _C, L-P, T sd complex - flareup_

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | ✓ | /Thoracic | ____ | ✓ | ✓ |
| Lumbo-pelvic | ____ | ✓ | ____ | /Extremity | ____ | ____ | ____ |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/AT | A/x | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B B R | | | | | | | | | | | | | | | | | | | | | | | | P P R | | |

Derifield Ⓑ L  Disctraction [___]

This Week   1X   2X   3X   Daily        7-5-00

Next Week   1X   2X   3X   Daily    RTW _7-5-00_

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _home + active care, collar_

---

DATE: _8-18-00_ Total Time Spent _20_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

BH **S- Subjective** (Location, Limitations, Severity, Frequency) _Presents with pain_ _and stiffness in neck. headaches. Neck has been_ _hurting quite a while. But popped when he was_ _getting out of bed this AM. Has been terrible since._

**O- Objectives:** Prob-Focused ✓ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____ _Pain is_
(Location, tests and findings) _pm repair CR p/o T-T -cx lower at_

| | Cervical | Thoracic | Lumbar | Pelvic | Extremity |
|---|---|---|---|---|---|
| Muscle spasm or splintering | ✓✓ | _____ | _____ | _____ | _____ base |
| Tenderness to Palpation-Region | ✓ | ✓ | _____ | _____ | _____ of |
| Abnormal Passive Range of Motion | ✓ | ✓ | ✓ | ✓ | _____ neck |

VAS- pain scale- /no pain 0 _____100 extreme pain

**A- Assessment** (Stage of Care & Present condition) _Cmbl complex is aweorgenic_

L-P+T sd complex

| | Better | Same | Worse | | Better | Same | Worse |
|---|---|---|---|---|---|---|---|
| Cervical | ____ | ____ | ✓ | /Thoracic | ____ | ✓ | ____ |
| Lumbo-pelvic | ✓ | ✓ | ____ | /Extremity | ____ | ____ | ____ |

**P- Plan** Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____

| EXT. | Occ/AT | A/x | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Leg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B B R | | B R | | | | | | | | | | | I | I | I | | | | | | | | | P P R | | |

Derifield Ⓡ L  Disctraction [___]

This Week   1X   2X   3X   Daily

Next Week   1X   2X   3X   Daily    RTW _____

Therapy needed  Heat ___ Cold ___ Ultrasound ___ Interferential ___ Biofreeze ___ Traction ___

Home Care / Additonal comments _ice, home_

# PROGRESS REPORT

Name _Florence Delliett_

Type of Case P.I. _____ W/C _____ Major Med. _____ Self Pay _____

DATE: _4-27-00_ Total Time Spent _2o_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for follow up care. Feels about the same as last visit (tightness) a pulling on left side of cervical area, low back, achey, left leg is sore from when they took vein out of her heart surg._

O- Objectives: Prob-Focused _×_ Expanded Prob-Focus _O_ Detailed _____ Comprehensive _____
(Location, tests and findings) _×C +LP  A  T+T- F/S_

Muscle spasm or splintering Cervical _____ Thoracic _√_ Lumbar _√_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _____ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _C + LP same as above arthritic surg._

| | Cervical | Better _√_ | Same _√_ | Worse _____ | /Thoracic | Better _√_ | Same _√_ | Worse _____ |
| | Lumbo-pelvic | Better _____ | Same _√_ | Worse _____ | /Extremity | Better _____ | Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



Derifield R L
Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily      RTW _____

Next Seen

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _active care, caution_

---

DATE: _10-12-00_ Total Time Spent _2o_ Dr.'s Initials _F_ OFF WORK _____ LIGHT DUTY _____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for follow up care. Cervical area, is pulling. No headaches. Sinus trouble, congested. No sore throat. Lumbar area, sore_

O- Objectives: Prob-Focused _√_ Expanded Prob-Focus _____ Detailed _____ Comprehensive _____
(Location, tests and findings) _LP +C  A  T+T- C+/_

Muscle spasm or splintering Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _____ Extremity _____
Tenderness to Palpation-Region Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____
Abnormal Passive Range of Motion Cervical _√_ Thoracic _√_ Lumbar _√_ Pelvic _√_ Extremity _____

VAS- pain scale- /no pain 0 _____ 100 extreme pain
A- Assessment (Stage of Care & Present condition) _C + LP flare up_

| | Cervical | Better _____ | Same _____ | Worse _√_ | /Thoracic | Better _____ | Same _√_ | Worse _√_ |
| | Lumbo-pelvic | Better _____ | Same _____ | Worse _√_ | /Extremity | Better _____ | Same _____ | Worse _____ |

P- Plan Straight Forward _____ Low Complexity _____ Moderate Complexity _____ High Complexity _____



Derifield R L
Disctraction [ ]

This Week   1X   2X   3X   Daily
Next Week   1X   2X   3X   Daily      RTW _____

Next Seen

Therapy needed Heat ___ Cold ___ Ultrasound ___ Interferrential ___ Biofreeze ___ Traction ___
Home Care / Additonal comments _protect, home care_

# PROGRESS REPORT

Name _Rick Lind_

Type of Case P.I. ____ W/C ____ Major Med. ____ Self Pay ____

DATE: _4-4-00_ Total Time Spent _7c_ Dr.'s Initials _B_ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for Cervical_ _area adjustment. Headaches are severe._ _Disturbed sleep. Moderate + Scale_

O- Objectives: Prob-Focused___ Expanded Prob-Focus _✓_ Detailed___ Comprehensive___
(Location, tests and findings) _Lcrom ( T+J Xray ot 3_

| | | | | |
|---|---|---|---|---|
| Muscle spasm or splinting | Cervical ✓ | Thoracic ✓ | Lumbar ____ | Pelvic ____ Extremity ____ |
| Tenderness to Palpation-Region Cervical | ✗ | Thoracic ✗ | Lumbar ✗ | Pelvic ✗ Extremity ____ |
| Abnormal Passive Range of Motion Cervical | ✗ | Thoracic ✗ | Lumbar ____ | Pelvic ____ Extremity ____ |

VAS- pain scale- /no pain 0 _9/10_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _Red 2x4 hit him in head + low drain_ _in forehead / hurting a4 car crash_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better___ | Same___ | Worse___ | /Thoracic ✓ Better___ Same ✓ Worse___ |
| Lumbo-pelvic | Better___ | Same___ | Worse___ | /Extremity ___ Better___ Same___ Worse___ |

P- Plan Straight Forward _✓_ Low Complexity ____ Moderate Complexity____ High Complexity____

| EXT. | Occ | AT | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctraction [ ]

This Week 1X 2X 3X Daily
Next Week 1X 2X 3X Daily    Next Seen ___ Checked 4-3-00 RTW 4-4-00

Therapy needed Heat ___ Cold _✓_ Ultrasound ___ Interferrential___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Ice Cryo_

---

DATE: _5-2-00_ Total Time Spent _2a_ Dr.'s Initials _B_ OFF WORK ____ LIGHT DUTY ____

S- Subjective (Location, Limitations, Severity, Frequency) _Presents for exam_ _and spinal adjustment. Was moving stuff around_ _in garage. Sat when low back went out. Acute_ _low back pain. No leg pn. or parasthesia. Has been_

O- Objectives: Prob-Focused___ Expanded Prob-Focus ____ Detailed___ Comprehensive _layering_
(Location, tests and findings) _L.B. rom + scans_

| | | | | |
|---|---|---|---|---|
| Muscle spasm or splinting | Cervical ✓ | Thoracic ✗ | Lumbar ✗ | Pelvic ____ Extremity ____ |
| Tenderness to Palpation-Region Cervical | ✗ | Thoracic ✗ | Lumbar ✗ | Pelvic ✗ Extremity ____ |
| Abnormal Passive Range of Motion Cervical | ✗ | Thoracic ____ | Lumbar ✗ | Pelvic ✗ Extremity ____ |

VAS- pain scale- /no pain 0 _100_____ 100 extreme pain

A- Assessment (Stage of Care & Present condition) _D4 with LB pain - Lumbar VSC_

| | | | | | |
|---|---|---|---|---|---|
| Cervical | Better___ | Same ✓ | Worse ✓ | /Thoracic___ Better___ Same ✓ Worse___ |
| Lumbo-pelvic | Better___ | Same___ | Worse ✓ | /Extremity ___ Better___ Same___ Worse___ |

P- Plan Straight Forward _✓_ Low Complexity ____ Moderate Complexity____ High Complexity____

| EXT. | Occ | AT | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | Pel | Sac | Legs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Derifield R L    Disctra

This Week 1X (2X) 3X Daily
Next Week 1X (2X) 3X Daily    Next Seen ___ 5/1 RTW _now_

Therapy needed Heat ___ Cold _✓_ Ultrasound ___ Interferrential___ Biofreeze ___ Traction ___

Home Care / Additonal comments _Ice LB 3X_

02/50/01 05:15P P.022 b5bb Chiropractic Center 3097555285

FEB-05-81 12:12 PM  Dr. Keith Freebern          13097520753          P:02

## AUTHORIZATION FOR RELEASE OF RECORDS

To: _Bobb Chiropractic_
          (Doctor or Hospital)

_____
                    (address)

I hereby authorize and request you to release any and all records in your possession,
including x-rays to

                    Dr. Kevin Freebern
                    918 16ᵗʰ Avenue
                    East Moline, IL  61244
                    (309) 752-0750 – office (309) 752-0755 – fax

Date _2-5-01_____          Signed _____

_____          Relationship _____
          (witness)

                                         Rich  Lind