## FAX COVER SHEET

### Freebern Chiropractic
918 16th Avenue
East Moline, IL 61244
Phone: (309)752-0750
Fax: (309)752-0755

| To: | From: RONDA |
|---|---|
| Attention: | Date: 10-1-03 |
| Office Location: | Office Location: |
| Fax Number: 755-0498 | Phone Number: |

☐ Urgent   ☐ Reply ASAP   ☐ Please Comment   ☐ Please Review   ☒ For Your Information

Total Pages, including cover sheet: 1

Comments:

*If this is not what what you need call me.*

*Thanks Ronda*

*Sorry it took so long*

**Notice of Confidentiality:**
This transmission is intended only for the addressee(s) listed above, and may contain information that is confidential and privileged. If you are not the addressee, any use, disclosure, copying or communication of the contents of this transmission is prohibited. If you receive this telecopy in error, please telephone us immediately collect, and we will arrange for the return of this message at no cost to you.

**Patient/Client Confidentiality:**
This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.



DEFENDANT'S EXHIBIT

Verstraete
EXHIBIT NO. 11
1-5-07

-522-