**E-FILED**
Monday, 05 March, 2007 10:47:21 AM
Clerk, U.S. District Court, ILCD

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

PRINTED
04/28/03

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
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

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 401 MAIN | ERIE | 098 | IL | 61250 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 00 | 08 | 3444.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTIGUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA-TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 01-01-02 | NO DATE | A | NO DATE | | 000 |

### POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR-ITY |
|---|---|---|---|---|
| 1 | LOA NON-SERVICE DISABIL | BA066 | 12-23-02 | |
| 2 | EXPIRE/DISABIL LEAVE | BA077 | 12-26-02 | |
| 3 | SALARY ADJUSTMENT | BA033 | 01-01-03 | |
| 4 | | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
A – CERTIFIED
B – PROB. 3 MOS
C – PROB. 6 MOS
D – PROVISIONAL
F – EXEMPT
G – TEMPORARY
H – EMERGENCY
J – TRAINEE
K – TRAINEE
L – TRAINEE

**EXEMPT**
0 – NOT EXEMPT
1 – PRIVATE SECRETARY
2 – ADMIN. HEAD
3 – POLICY MAKER
4 – UNSKILLED
5 – LIC. ATTORNEY
7 – OUT OF STATE
8 – PARTIAL EXTENTION

**RACE**
A – AMERICAN INDIAN
B – BLACK
O – ORIENTAL
S – SPANISH AMERICAN
W – CAUCASIAN
X – OTHER

**EDUCATION**
1 – GRADE SCHOOL
2 – SOME HIGH SCH.
3 – H S GRAD/GED
4 – SOME COLLEGE
5 – BA/BS
6 – MA/MS
7 – PHD/MD
8 – OTHER DEGREE

### REMARKS

CURRENT BASE SALARY +    $50.00 LONG +    $0.00 BILING = $3,494.00

| EMPLOYEES SIGNATURE(REQ. ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | | SECRETARY(OPTIONAL) | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | APPROVAL | DATE |

**DEFENDANT'S EXHIBIT**

## VERSTRAETE, PAM

| | |
|---|---|
| **From:** | JUNGWIRTH, GENE |
| **Sent:** | Friday, October 10, 2003 10:34 AM |
| **To:** | VERSTRAETE, PAM |
| **Subject:** | RE: LOA Question |

10-4

————Original Message————
| | |
|---|---|
| **From:** | VERSTRAETE, PAM |
| **Sent:** | Friday, October 10, 2003 10:32 AM |
| **To:** | JUNGWIRTH, GENE |
| **Subject:** | FW: LOA Question |

I have not worked with Natalie Northern before. Your permission to forward to her?

————Original Message————
| | |
|---|---|
| **From:** | GUMBLE, LORI |
| **Sent:** | Friday, October 10, 2003 10:27 AM |
| **To:** | VERSTRAETE, PAM |
| **Subject:** | RE: LOA Question |

You need to have Labor Relations take a look at this. But as far as the statement coming to you on 9-24-03, I feel that that is unacceptable Outlook this to Natalie Northern. .

Lori Gumble
Human Resource Rep.
Concordia Ct. Ext. 2105
FAX (217)522-1513

————Original Message————
| | |
|---|---|
| **From:** | VERSTRAETE, PAM |
| **Sent:** | Thursday, October 09, 2003 1:54 PM |
| **To:** | GUMBLE, LORI |
| **Subject:** | LOA Question |

We have an employee who instead of turning in paperwork for a loa from East Moline he thought he would get on directly through Springfield because he thought he would be denied here. By the time he discovered this wouldn't work documentation became after the fact. Does something like this get approved? Call if you have questions.

LOA - 07/24/03 to 08/07/03
- Doctor slip dated 08/04/03 and received at EMCC 09/24/03.
- CMS95 showing 1st visit of 07/30/03 and received filled out completely on 10/01/03.
- CMS95 returning him to work with no limitations received filled out completely on 09/26/03.

LOA - 08/20/03 to 10/15/03
- Doctor slip dated 08/20/03 (for 08/20/03 - 09/29/03) and received at EMCC 09/09/03.
- Letter from doctor office dated 08/29/03 saying he would be off 5-6 weeks.
- CMS95 showing 1st visit of 08/27/03 and received filled out completely on 10/01/03.
- Doctor slip dated 09/26/03 (for 09/26/03 - 10/15/03) and received at EMCC on 09/26/03.
- CMS95 showing 2nd visit of 09/26/03 and received filled out completely on 10/01/03.

Pam Verstraete
Warden's Office
East Moline Correctional Center

1

ILLINOIS DEPARTMENT OF CORRECTIONS
## Personnel Action Form (Decentralized Actions)

Name: __Rick S. Lind__                          SSN: __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__

Position Title: __Correctional Officer__         Position #:__09675-29-91-310-12-01__

Division/Bureau: __Operations__                  Facility: __East Moline Correctional Center__

Location (County): __Rock Island__      Paycode: __29-163__        PIN# __0456__

Bargaining Unit #/MC: __RC006__         Effective Date: __10/31/02__

Creditable Service Date changes as a result of the following action: ☒ No  ☐ Yes, From _____ To _____

---

Complete appropriate information below.

Action:
- ☐ Merit Compensation Review:   (BA_____)        $_____        To $_____
- ☐ Superior Performance Increase:                  $_____        To $_____
- ☐ Appropriation # Change:   From _____          To _____
- ☐ Full Time/Part Time Change
- ☐ Job Assignment in accordance with AFSCME contract   (BA _100_)
- ☒ Leave of Absence (type of leave:__Disability: Non-service connected__)   (BA _066_)
- ☒ Leave Return/Expired (change creditable service date above): Leave From: __10/31/02__ To:__11/7/02__   (BA _072_)
- ☐ Separation (reason:_____)                                           (BA _____)

---

Discipline:
- ☐ Suspension of 30 Days or Less (Specify Number of Days): _____
- ☐ Suspension Pending Discharge
- ☐ Return from Suspension (change creditable service date above) Suspended From: _____ To: _____

---

Remarks:  (Provide information required in the CMS Personnel Transactions Manual, such as number of days on leave, etc. Attach an additional sheet if necessary.)

Disability Leave:  Non Service Connected.  Sore throat and respiratory congestion

---

Note:  Ensure all required documentation is attached prior to mailing to Central Personnel Office.

### Approvals and Signatures

1. Employee:__Unavailable for Signature__    2. Originating Supervisor: _____

3. Chief Administrative Officer: _____    4. Chief or Deputy Director: _____

5. Associate Director (if applicable):_____    6. Director: _____

Central Personnel Office staff initials when entered in system:_____

ILLINOIS DEPARTMENT OF CORRECTIONS
## Personnel Action Form (Decentralized Actions)

Name: Rick S. Lind                                   SSN: 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

Position Title: Correctional Officer                 Position #: 09675-29-91-310-12-01

Division/Bureau: Operations                          Facility: East Moline Correctional Center

Location (County): Rock Island          Paycode: 29-163          PIN# 0456

Bargaining Unit #/MC: RC006                          Effective Date: 10/31/02

Creditable Service Date changes as a result of the following action: ☒ No ☐ Yes, From _____ To _____

---

Complete appropriate information below.

Action: 
- ☐ Merit Compensation Review:  (BA_____)          $_____ To $_____
- ☐ Superior Performance Increase:                    $_____ To $_____
- ☐ Appropriation # Change:     From _____ To _____
- ☐ Full Time/Part Time Change
- ☐ Job Assignment in accordance with AFSCME contract    (BA 100)
- ☒ Leave of Absence (type of leave: Disability: Non-service connected_____)    (BA 066)
- ☒ Leave Return/Expired (change creditable service date above): Leave From: 10/31/02 To: 11/7/02    (BA 072)
- ☐ Separation (reason:_____)    (BA _____)

---

Discipline: 
- ☐ Suspension of 30 Days or Less (Specify Number of Days): _____
- ☐ Suspension Pending Discharge
- ☐ Return from Suspension (change creditable service date above) Suspended From: _____ To: _____

---

Remarks: (Provide information required in the CMS Personnel Transactions Manual, such as number of days on leave, etc. Attach an additional sheet if necessary.)

Disability Leave:  Non Service Connected.  Sore throat and respiratory congestion

---

Note: Ensure all required documentation is attached prior to mailing to Central Personnel Office.

### Approvals and Signatures

1. Employee: Unavailable for Signature        2. Originating Supervisor: _____

3. Chief Administrative Officer: _____    4. Chief or Deputy Director: _____

5. Associate Director (if applicable): _____    6. Director: _____

Central Personnel Office staff initials when entered in system: _____

TRINITY
IOWA HEALTH SYSTEM

Physicians and Clinics

11-5-02

Re: Rick Lind

This patient has been
unable to return to work
since his appointment
10-31-02. Return to work
on 11-6-02. no restrictions.

Randall Mull

Randall L. Mullin, M.D.

648 North Chicago Street
Geneseo, IL 61254
(309) 944-5342
Fax (309) 944-8192

106 North East Street
Cambridge, IL 61238
(309) 937-1403
Fax (309) 937-5228

110 South Depot
Annawan, IL 61234
(309) 935-6778
Fax (309) 935-6673

403 North State Street
Atkinson, IL 61235
(309) 936-7493
Fax (309) 936-7357



**TRINITY**
**IOWA HEALTH** SYSTEM

Physicians and Clinics

My Patient Rick Lend
May Return to Work
on 12/26/02 - Pt
was Ill on 12/23/02
12/24/02
12/25/02

*Randall Mullin MD*

Randall L. Mullin, M.D.

648 North Chicago Street          106 North East Street          110 South Depot          403 North State Street
Geneseo, IL 61254                 Cambridge, IL 61238            Annawan, IL 61234         Atkinson, IL 61235
(309) 944-5342                    (309) 937-2405                (309) 935-6778            (309) 936-7495
Fax (309) 944-8192                Fax (309) 937-5228            Fax (309) 935-6673        Fax (309) 936-7357

**PROGRESS:  (Please check appropriate box provided below):**

(a)  The patient has:     Recovered ☒     Improved ☐     Remained unchanged ☐     Retrogressed ☐

(b)  The patient is:     Ambulatory ☒     House confined ☐     Bed confined ☐     Hospital confined ☐

(c)  Has the patient been hospital confined because of current condition?     Yes ☐     No ☒

If yes, give name and address of hospital: _____

Confined from:     Month_____ Day_____ 19____ through     Month_____ Day____ 19____

---

**LIMITATION: (If there is a limitation, check appropriate box and describe below):**

Standing ☐   /   Climbing ☐     Bending ☐     Use of hands ☐     Sitting ☐     Walking ☐     Stooping ☐

Lifting ☐   /   Psychological ☐     Other ☐     (Please specify): _____

---

**PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):**

☒   CLASS 1 —   No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)

☐   CLASS 2 —   Medium manual activity* (15-30%)

☐   CLASS 3 —   Slight limitation of functional capacity; capable of light work* (35-55%)

☐   CLASS 4 —   Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐   CLASS 5 —   Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐   REMARKS — _____

---

**EXTENT OF DISABILITY:**

| | From Any Occupation | | From Patient's Regular Occupation | |
|---|---|---|---|---|
| | Yes ☐   No ☒ | | Yes ☐   No ☒ | |
| | MONTH | DAY   YEAR | MONTH   DAY | YEAR |
| | 12 | 2 4   2002 | 12   2 4 | 20-02 |
| | MONTH | 19 | Indefinite ☐ | 19   Never ☐ |
| | | (Approximate Date) | | |
| | Yes ☐   No ☒ | | Yes ☐   No ☒ | |

(a)  In your opinion is patient now temporarily totally disabled?

(b)  If no, when was patient able to go to work?

(c)  If yes, when do you think patient will be able to resume any work?

(d)  In your opinion is patient permanently and totally disabled for employment?

(e)  If answer to (d) is "yes", please explain.

_____

_____

_____

---

**REMARKS:**

_____

_____

_____

_____

Attending Physician's Signature: _____*Randall Mullin*_____   Degree: _M.D_   Date: _____

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. RANDALL Mullin_

Physician's Office Street Address: _600 N College Suite 120_     Zip Code: _61257_   Phone Number: _309-944-5342_

City: _Geneseo_     State: _Il_

O EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within
ie time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S Lind

SSN: 360 48 8440

Position Title: Corr. Officer

Position # 09675-29-91-310-12-01

Division: _____

Facility: East Moline CC

Location (County) Rock Island

Paycode 29-163    PIN# _____

Bargaining Unit # /MC RC6

Effective Date: 09-27-00

* (On Leave / Suspension Returns give dates    FROM: 2-27-00    TO: 9-30-00

**Type of action:**

- [ ] Merit Compensation Review  (BA _____) $_____ To $_____
- [ ] Superior Performance Increase  $_____ To $_____
- [ ] Appropriation # Change  From _____ To _____
- [ ] Full Time / Part Time Change
- [ ] Leave of Absence (type of leave: Non Serv Conn _____) BA 066
- [x] * Leave Return / Expired    (BA 077 _____)
- [x] Separation  (reason: _____)    BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

**Disciplinary Action:**

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] * Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

**Remarks:**   (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

## APPROVAL AND SIGNATURE

1. Employee _[signature]_ 10-3-00
2. Originating Supervisor _____
3. Warden / Supt. _[signature]_ 10-3-00
4. Deputy Director _____
5. Director _Gary_ [signature]
6. Central Personnel Office staff initials when entered in system

DC 2 EFF: (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

## GENESIS MEDICAL GROUP OF GENESEO

648 NORTH CHICAGO STREET
GENESEO , IL 61254

Phone 944-5342          HOURS BY APPOINTMENT

FOR _Uccle_ _Lionel._          DATE _8/25/06_

ADDRESS _____

℞   _Pt. was unable to void_

_9/27 & 9/28_

□ MAY SUBSTITUTE
□ MAY NOT SUBSTITUTE _____

_[signature]_          M.D.

REFILL_____ TIMES
NON-REPETATUR □

TAKE THIS TO THE PHARMACY OF YOUR CHOICE

| | |
|---|---|
| S.L. BECKER, MD | BB 5046215 |
| D.R. FORD, MD | AF 5806255 |
| T.J. KENNEY, MD | BK 0584688 |
| E.C. KVELLAND, MD | AK 6627460 |
| S.A. McCONKEY, MD | BM 5415383 |
| R.L. MULLIN, MD | AM 5900938 |
| LEKHA PRASAD, MD | BP 3322566 |
| P.M. RUDY, MD | BR 1109140 |

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: __Rick S Lind__

Position Title: __Corr. Officer__

Division: _____

Location (County) __· Rock Island__

Bargaining Unit # /MC __RC6__

SSN: __360 48 8440__

Position # __09675-29-91-310-12-01__

Facility: __East Moline CC__

Paycode __29-163__    PIN# _____

Effective Date: __09-27-00__

\* (On Leave / Suspension Returns give dates)    FROM: __9-27-00__    TO: __9-29-00__

---

Type of action:

[ ] Merit Compensation Review (BA _____) $_____ To $_____

[ ] Superior Performance Increase $_____ To $_____

[ ] Appropriation # Change From _____ To_____

[ ] Full Time / Part Time Change

[x] Leave of Absence (type of leave: __Non Serv Conn__ ) BA __066__

[x] \* Leave Return / Expired (BA __077__ )

[ ] Separation (reason:_____) BA_____

If any of the above actions change Creditable Service Date: From _____ To _____

---

Disciplinary Action:

[ ] Suspension 30 Days of Less (Number of Days) _____

[ ] Suspension Pending Discharge

[ ] \* Return from Suspension

If any of the above actions change Creditable Service Date: From_____ To _____

---

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick_ _____ 10-3-00

2. Originating Supervisor _____

3. Warden / Supt. _____ 10-3-00

4. Deputy Director _____

5. Director __Gary L Wyant__

6. Central Personnel Office staff initials when entered in system _____

DC 2 EFF. (4 / 95)

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.



**ILLINOIS DEPARTMENT OF**
**CENTRAL MANAGEMENT SERVICES**      **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): *Rick Lind*          Date of Birth: _____  Soc. Sec. Number: _____

Present Address—Street or Rural Route: _____

City: _____  State: _____  Zip Code: _____

Employed by State of Illinois: _____
(Agency, Board, Commission, Department)

Facility: _____  Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:  Month: *9*  Day: *28*  19 *00*

(b) Diagnosis including any complications: *UPPER Respiratory Infection*

(c) Subjective symptoms: *ST / ears*

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): *URI— upper respiratory infection*

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:  Month: *9*  Day: *28*  19 *00*

(b) Date of last visit:  Month: *9*  Day: *28*  19 *00*

(c) Frequency:  Weekly ☐  Monthly ☐  Other ☒ — (Please specify): *need to basis*

---

**3. TREATMENT:**   ~~GENESIS MEDICAL GROUP OF GENESEO~~   *Biaxin 500 mg*

(a) Please describe treatment including any surgery and/or medication prescribed: *Biaxin 500 mg*

(b) Will treatment substantially improve function and employability?  Yes ☒  No ☐  If yes, specify:

---

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS–95 (9/82)    IL401–0784                                    *Printed on Recycled Paper*

–40–

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☐

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day _____ 19 _____ through   Month _____ Day_____19 ____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — *emp/ST/wt needs to be home until temp is normal*

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐  No ☒ | Yes ☐  No ☐ |
| (b) If no, when was patient able to go to work? | MONTH 9  DAY 29  YEAR 00 | MONTH 9  DAY 29  YEAR 2000 |
| (c) If yes, when do you think patient will be able to resume any work? | MONTH ___ DAY ___ YEAR 19 ___ (Approximate Date) | Indefinite ☐  Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | Yes ☐  No ☐ |
| (e) If answer to (d) is "yes", please explain. | | |

_____

_____

_____

_____

**8. REMARKS:**

_____

_____

_____

**GENESIS MEDICAL GROUP OF GENESEO**

Attending Physician's Signature: _____   Degree: M.D.   Date: 10/3/00

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Dr. Paul Rudy

Physician's Office Street Address: 648 N. Chicago

City: Geneseo   State: Il   Zip Code: 61254   Phone Number: 944-5392

**TO EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.



DC 171-
IL 426-0

# MEMORANDUM

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Date:**

**To:** Warden Wyant

**From:** C/O [signature]

**Subject:** Medical leave

On 9-27-00 and 9-28-00 I was ill with a temp and infection. I had no sick time to cover my absences but was physically unable to work. I am not on prog status nor were any of these days connected with time off. I am requesting a medical leave for the two days in question as I cannot afford any trouble and am trying to save sick time.

Thank you
C/O [signature]

# GENESIS MEDICAL GROUP OF GENESEO

648 NORTH CHICAGO STREET
GENESEO, IL 61254

Phone 944-5342                    HOURS BY APPOINTMENT

FOR _____    DATE _____

ADDRESS _____

℞

Pt. was unable to void.

9/27 + 4/75

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE _____    M.D.

REFILL _____ TIMES
NON-REPEATATUR ☐

TAKE THIS TO THE PHARMACY OF YOUR CHOICE

| | |
|---|---|
| S.L. BECKER, MD | BB 5046215 |
| D.R. FORD, MD | AF 5806255 |
| T.J. KENNEY, MD | BK 0534688 |
| E.C. KVELLAND, MD | AK 6627460 |
| S.A. McCONKEY, MD | BM 5415383 |
| R.L. MULLIN, MD | AM 5900938 |
| LEKHA PRASAD, MD | BP 3322586 |
| P.M. RUDY, MD | BR 1109140 |

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

| PRINTED | SOC. SEC. NO. |
|---|---|
| 09/27/96 | 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 |
| | 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 |

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2724.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPV. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-23-90 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 EXPIRE/DISABIL LEAVE | BA077 | 09-06-96 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A – CERTIFIED
B – PROB. 3 MOS
C – PROB. 6 MOS
D – PROVISIONAL
F – EXEMPT
G – TEMPORARY
H – EMERGENCY
J – TRAINEE
K – TRAINEE
L – TRAINEE

**EXEMPT**
0 – NOT EXEMPT
1 – PRIVATE SECRETARY
2 – ADMIN. HEAD
3 – POLICY MAKER
4 – UNSKILLED
5 – LIC.ATTORNEY
6 – OUT OF STATE
8 – PARTIAL EXTENTION

**RACE**
A – AMERICAN INDIAN
B – BLACK
O – ORIENTAL
S – SPANISH AMERICAN
W – CAUCASIAN
X – OTHER

**EDUCATION**
1 – GRADE SCHOOL
2 – SOME HIGH SCH.
3 – H S GRAD/GED
4 – SOME COLLEGE
5 – BA/BS
6 – MA/MS
7 – PHD/MD
8 – OTHER .DEGREE

**REMARKS**

CURRENT BASE SALARY +     $25.00 LONG +     $0.00 BILING = $2,749.00

"THIS TRANSACTION WAS APPROVED BY THE AGENCY HEAD OR A DULY AUTHORIZED REPRESENTATIVE OF THE AGENCY HEAD AND REQUIRED NO APPROVAL BY THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES. THIS DOCUMENT IS TO PROVIDE A RECORD OF THE TRANSACTION FOR AGENCY USE AND CMS MICROFILM FILES.  DOCUMENTATION IN SUPPORT OF THE TRANSACTION IS ON FILE IN THE OPERATING AGENCY."

-44-

**O**rthopae : **S**pecialists P.C.

R.L. Kreiter, M.D. - AK868864
J.M. Hoffman, M.D. - AHI110395
R.E. Magnus, M.D. - BM2186179

401 W. Locust.
Davenport, Iowa 52803

(319) 324-1900
(319) 322-2676 Fax
1-800-292-5836

NAME _____ Rich Lind _____ DATE _____ 9-6-76 _____

ADDRESS _____

℞

I recommend Rich Lind may
return to full regular work (Today)
duties without restrictions. He
is doing well.

_____ M.D.

REFILL _____ TIMES _____

-45-

**Moline Orthopedic Associates, Ltd.** 520 Valley View Drive • Moline, Illinois 61265 • Phone (309) 762-3621

TO: _____

EMPLOYEE NAME _Rick Lind_____    Social Security No._____

VISIT TYPE ☐ Initial   ☑ Follow-up  _____

**MEDICAL DISPOSITION**

☐ Released for regular duty on (Date)       _____

☐ Released for restricted duty on (Date)    _____    _____
                                              **(Actual)**                **(Anticipated)**

   ☐ Restriction is temporary - estimate - will end on (Date) _____

   ☐ Restriction is permanent  _____

**RESTRICTION TYPE**

☐ No lifting, pushing, pulling over_____ lbs.

☐ No repeated lifting over _____ lbs.

☐ No repeated bending, lifting, twisting, or reaching

☐ No squatting or kneeling

☐ No repeated climbing

☐ No prolonged standing or walking over _____ mins.

☐ No prolonged sitting

☐ No work above shoulder height

☐ No repeated bending or twisting of neck

☐ No hand contact with liquids

☐ No working at heights greater than _____

☐ No noise hazardous area

☐ No incentive work

☐ No temperature exposure over/under _____ degrees

☐ No repeated firm gripping or twisting W/ _____ hand

☐ Limited use of _____ hand/arm

☐ No use of _____ hand/arm

☐ No jarring or jolting of body

☐ No use of vibratory tools

☐ No regular work in:   ☐ Dust   ☐ Fumes   ☐ Gases

   ☐ Other: _____

☐ No exposure to _____

☐ No skin contact _____

☐ No operating hazardous machinery or company vehicles

☐ No fine or detailed work

☐ No work without hearing protection

☐ Other _____

**COMMENTS/IDEAS** _return to work 8-20-96_

_unable to work 8-19-96_

_____

_____

_____

UNCHECKED BOXES DO NOT APPLY

PHYSICIAN SIGNATURE _____ DATE _8/19/96_   46



# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC _____ RC006

48

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 9-6-1996

* (On Leave / Suspension Returns give dates    FROM: 8-15-96    TO: 9-6-1996

Type of action:

- [ ] Merit Compensation Review  (BA _____) $_____ To $_____
- [ ] Superior Performance Increase  $_____ To $_____
- [ ] Appropriation # Change  From _____ To _____
- [ ] Full Time / Part Time Change
- [ ] Leave of Absence (type of leave: _____)  BA _____
- [x] * Leave Return / Expired  (BA _____ 077 _____)
- [ ] Separation  (reason: _____)  BA _____

If any of the above  actions change Creditable Service Date: From 5-1-90  To 5-23-90

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____
_____
_____
_____
_____

(If more space is needed, attach additional sheet.)

### APPROVAL AND SIGNATURE

1. Employee _____ 9-6-96

3. Warden / Supt. _____ 9-6-96
   Sergio Molina

5. Director _____ Odie Washington

2. Originating Supervisor _____

4. Deputy Director _____

6. Central Personnel Office staff initials when entered in system

DC 2 EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: __Rick S. Lind__

SSN: __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__

Position Title: _____

Position # __09675-29-91-310-12-01__

Division: _____

Facility: __East Moline CC__

Location (County) _____

Paycode __29-163__    PIN# _____

Bargaining Unit # /MC __RC006__

Effective Date: __9-6-1996__

* On Leave / Suspension Returns give dates    FROM: __8-15-96__    TO: __9-6-1996__

---

**Type of action:**

- [ ] Merit Compensation Review (BA _____) $_____ To $_____
- [ ] Superior Performance Increase $_____ To $_____
- [ ] Appropriation # Change From _____ To_____
- [ ] Full Time / Part Time Change
- [ ] Leave of Absence (type of leave: _____) BA _____
- [x] * Leave Return / Expired (BA ___077___)
- [ ] Separation (reason:_____) BA_____

If any of the above actions change Creditable Service Date: From _____ To _____

---

**Disciplinary Action:**

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From_____ To_____

---

**Remarks:**    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick S. Lind_  9-6-96

2. Originating Supervisor _____

3. Warden / Supt. __Sergio Molina__  9-6-96

4. Deputy Director_____

5. Director _____

6. Central Personnel Office staff initials when entered in system

DC 2 EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

-48-

| PRINTED | ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES | SOC. SEC. NO. |
|---|---|---|
| 09/11/96 | PERSONNEL/POSITION ACTION FORM | 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 |
| | | 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 |

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2724.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA-TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

## POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/T AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR-ITY |
|---|---|---|---|
| 1 LOA NON-SERVICE DISABIL | BA066 | 08-15-96 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
X-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENTION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTIAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

CURRENT BASE SALARY + $25.00 LONG + $0.00 BILING = $2,749.00

"THIS TRANSACTION WAS APPROVED BY THE AGENCY HEAD OR A DULY AUTHORIZED REPRESENTATIVE OF THE AGENCY HEAD AND REQUIRED NO APPROVAL BY THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES. THIS DOCUMENT IS TO PROVIDE A RECORD OF THE TRANSACTION FOR AGENCY USE AND CMS MICROFILM FILES. DOCUMENTATION IN SUPPORT OF THE TRANSACTION IS ON FILE IN THE OPERATING AGENCY."

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**          **PHYSICIAN'S STATEMENT**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick Lind_          Date of Birth: _9-19-53_     Soc. Sec. Number: _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_

Patient Address—Street or Rural Route: _____

City: _____          State: _____          Zip Code: _____

Employed by State of Illinois: _____          (Agency, Board, Commission, Department)

Facility: _____          Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:     Month: _8_   Day: _12_   19 _96_

(b) Diagnosis including any complications: _AC separation_

(c) Subjective symptoms: _painful shoulder_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _Same as above_

---

### 2. DATES OF TREATMENT:

(a) Date of first visit:     Month: _8/12/96_   Day: _____ 19 _____

(b) Date of last visit:     Month: _8/12/96_   Day: _____ 19 _____

(c) Frequency:     Weekly ☐     Monthly ☐     Other ☐ — (Please specify): _3 weeks_

---

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _Tylenol = Codeine_

(b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify:

_AC joint will take 4-6 week to heal_

---

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

Printed on Recycled Paper          50

TO EMPLOYEES: You are responsible for having this form completed and returned to t___ appropriate person within your agency within t_e time limits established by your agency. Your failure to comply may result in terminati__ of your disability leave.

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: ☐ Recovered  ☐ Improved  ☐ Remained unchanged  ☐ Retrogressed

(b) The patient is: ☑ Ambulatory  ☐ House confined  ☐ Bed confined  ☐ Hospital confined

(c) Has the patient been hospital confined because of current condition?  ☐ Yes  ☐ No

If yes, give name and address of hospital: _____

Confined from:  Month _____ Day _____ 19 ___ through  Month _____ Day _____ 19 ___

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

☐ Standing  ☐ Climbing  ☐ Bending  ☐ Sitting  ☐ Walking  ☐ Stooping

☑ Lifting  ☐ Use of hands  ☐ Psychological  ☐ Other  (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (* As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work.* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work.* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary* activity (60-70%)

☑ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary* activity (75-100%)

☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

(a) In your opinion is patient now temporarily totally disabled?
   From Any Occupation: ☐ Yes  ☑ No
   From Patient's Regular Occupation: ☑ Yes  ☐ No

   $8/14 - 8/15/96$

(b) If no, when was patient able to go to work?

| | MONTH | DAY | YEAR | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|
| From Any Occupation | 8 | 5 | 19 96 | From Patient's Regular Occupation | | | 19 |

(c) If yes, when do you think patient will be able to resume any work?

| | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| | 8 | 5 | 19 96 | ☐ Indefinite | ☐ Never |

(d) In your opinion is patient permanently and totally disabled for employment?  ☐ Yes  ☐ No

(e) If answer to (d) is "Yes", please explain. _____

**8. REMARKS:** _____

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Signature: _M. Turner, MD_  Degree: _____  Date: 8/15/96

Attending Physician's Name: **IMPLINE ORTHOPEDIC ASSOCIATES, INC.**
MICHAEL A. TURNER

Physician's Office Street Address: 620 - Valley View Dr.

City: MOLINE, ILLINOIS 61265   Zip Code: _____   Phone Number: 309-762-4830

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

SSN: __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__

Name: __Rick S. Lind__

Position # __09675-29-91-310-12-01__

Position Title: _____

Facility: __East Moline CC__

Division: _____

Paycode __29-163__     PIN# _____

Location (County) _____

Effective Date: __8-12-1996__

Bargaining Unit # /MC _____

* (On Leave / Suspension Returns give dates)     FROM: __8-12-1996__     TO: __8-15-1996__

---

Type of action:

☐ Merit Compensation Review (BA _____ ) $ _____ To $ _____

☐ Superior Performance Increase  $ _____ To $ _____

☐ Appropriation # Change  From _____ To _____

☐ Full Time / Part Time Change

☒ Leave of Absence (type of leave: __Non Serv Conn__ )  BA __066__

☒ * Leave Return / Expired  (BA __077__ )     8-15-96

☐ Separation  (reason: _____ )     BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

---

Disciplinary Action:

☐ Suspension 30 Days of Less (Number of Days) _____

☐ Suspension Pending Discharge

☐ * Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

---

Remarks:     (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

__3 Day Leave of Absence__

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

---

### APPROVAL AND SIGNATURE

1. Employee _Rick S. Lind_ 8-12-96     2. Originating Supervisor _____

3. Warden / Supt. _____     4. Deputy Director _____

5. Director _____     6. Central Personnel Office staff initials when entered in system _____

DC 2 EFF. (4 / 95)
IL 426-19515

NOTE: Ensure all documentation is attached prior to mailing to Central Personnel Office.

# PHYSICIAN'S STATEMENT

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick_____

Date of Birth: _9-19-53_     Soc. Sec. Number: _____

Present Address—Street or Rural Route: _28601. R2 North_

City: _Stillsdale_     State: _Ill._     Zip Code: _61257_

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____     Address: _____

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:     Month: _August_   Day: _12_   19 _96_

(b) Diagnosis including any complications:

_AC SEPARATION_

(c) Subjective symptoms: _Shoulder pain_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

_Shoulder - marked tenderness to palpation about the Rt_
_Shoulder primarily over the AC joint_

## 2. DATES OF TREATMENT:

(a) Date of first visit:     Month: _August_   Day: _12_   19 _96_

(b) Date of last visit:     Month: _August_   Day: _12_   19 _96_

(c) Frequency:   Weekly ☐   Monthly ☐   Other ☐ — (Please specify): _Has only been seen o_
_Was to follow-up in 3 wee_

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _Tylenol c Codeine_

(b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify:
_Injury to AC joint will take 4-6 weeks to heal_

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information ... been approved by the State Forms Management Center.

**4. PROGRESS:  (Please check appropriate box provided below):**

(a)  The patient has:    Recovered ☐    Improved ☐    Remained unchanged ☐    Retrogressed ☐

(b)  The patient is:    Ambulatory ☑    House confined ☐    Bed confined ☐    Hospital confined ☐

(c)  Has the patient been hospital confined because of current condition?    Yes ☐    No ☐

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19 _____ through    Month_____ Day _____ 19 _____

**5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):**

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

**6. PHYSICAL IMPAIRMENT:  (\*As defined in Federal Dictionary of Occupational Titles):**

☑ CLASS 1 —    No limitation of functional capacity; capable of heavy work\*  No restrictions (0-10%)

☐ CLASS 2 —    Medium manual activity\* (15-30%)

☐ CLASS 3 —    Slight limitation of functional capacity; capable of light work\* (35-55%)

☐ CLASS 4 —    Moderate limitation of functional capacity; capable of clerical/administrative (sedentary\*) activity (60-70%)

☐ CLASS 5 —    Severe limitation of functional capacity; incapable of minimal (sedentary\*) activity (75-100%)

☐ REMARKS —    SEE ATTACHED RETURN to WORK

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a)  In your opinion is patient now temporarily totally disabled? | Yes ☐    No ☑ | | | Yes ☐    No ☑ | | |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b)  If no, when was patient able to go to work? | 08 | 20 | 1996 | 08 | 20 | 1996 |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c)  If yes, when do you think patient will be able to resume any work? |  |  | 19 |  |  | 19 |
|  | (Approximate Date) | | | Indefinite ☐    Never ☐ | | |
| (d)  In your opinion is patient permanently and totally disabled for employment? | Yes ☐    No ☐ | | | Yes ☐    No ☐ | | |
| (e)  If answer to (d) is "yes", please explain. |  |  |  |  |  |  |

SEE ATTACHED RETURN to WORK

**8. REMARKS:**

_____

_____

_____

_____

Attending Physician's Signature: _Michael A Turner MD (Jw)_    Degree: _____    Date: _8-20-96_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _MICHAEL TURNER_

Physician's Office Street Address: _520 VALLEY VIEW DRIVE_

City: _MOLINE_    State: _IL_    Zip Code: _61265_    Phone Number: _309-762-3621_

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

| PRINTED | SOC. SEC. NO. |
|---|---|
| 08/11/95 | 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 |
| | 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 |

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 28601 RT. 2 N. | HILLSDALE | 081 | IL | 61201 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM. | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2670.00 | M | F | .00 | 29 163 | | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/H AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 LOA NON-SERVICE DISABIL | BA066 | 07-12-95 | 0 |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 07-13-95 | 0 |
| 3 LOA NON-SERVICE DISABIL | BA066 | 07-17-95 | 0 |
| 4 EXPIRE/DISABIL LEAVE | BA077 | 07-19-95 | 0 |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A - CERTIFIED
B - PROB. 3 MOS
C - PROB. 6 MOS
D - PROVISIONAL
F - EXEMPT
G - TEMPORARY
H - EMERGENCY
J - TRAINEE
K - TRAINEE
L - TRAINEE

**EXEMPT**
0 - NOT EXEMPT
1 - PRIVATE SECRETARY
2 - ADMIN. HEAD
3 - POLICY MAKER
4 - UNSKILLED
5 - LIC.ATTORNEY
6 - OUT OF STATE
8 - PARTIAL EXTENTION

**RACE**
A - AMERICAN INDIAN
B - BLACK
O - ORIENTAL
S - SPANISH AMERICAN
W - CAUCASIAN
X - OTHER

**EDUCATION**
1 - GRADE SCHOOL
2 - SOME HIGH SCH.
3 - H S GRAD/GED
4 - SOME COLLEGE
5 - BA/BS
6 - MA/MS
7 - PHD/MD
8 - OTHER DEGREE

**REMARKS**

"THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

| EMPLOYEES SIGNATURE(REQ. ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | DATE | AGENCY BUDGETARY(OPTIONAL) | DATE |

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC _____ RC006 _____

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 7-17-95

* (On Leave / Suspension Returns give dates)    FROM: 7-17-1995    TO: 7-19-1995

---

Type of action:

- [ ] Merit Compensation Review (BA _____ ) $ _____ To $ _____
- [ ] Superior Performance Increase $ _____ To $ _____
- [ ] Appropriation # Change From _____ To _____
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: Non Serv Conn ) BA 066
- [x] * Leave Return / Expired (BA 077 ) 7-19-1995
- [ ] Separation (reason: _____ ) BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

---

Disciplinary Action:

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

---

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

2 DAY LEAVE OF ABSENCE

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

---

## APPROVAL AND SIGNATURE

1. Employee *Rick Lind* 7-24-95     2. Originating Supervisor _____

3. Asst. Warden _____ 7-26-95     4. Deputy Director _____

5. Director *Gary Slutz* *Odie Washington*     6. Central Personnel Office staff initials when entered in system _____

NOTE: Ensure all documentation is attached prior to