E-FILED
Monday, 05 March, 2007 10:48:26 AM
Clerk, U.S. District Court, ILCD



ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES    **PHYSICIAN'S STATEMENT**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: 9-19-53    Soc. Sec. Number: 360 48 8440

Name of Patient (full): RICK LIND

Present Address—Street or Rural Route: RR# 1 BOX 274

City: Colona    State: IL    Zip Code: 61241

Employed by State of Illinois: EAST MOLINE CORRECTIONAL 100 HILLCREST RD. E.M. IL
(Agency, Board, Commission, Department)

Facility: _____    Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: 06    Day: 01    19 95

(b) Diagnosis including any complications: OCCIPITAL HEADACHE  MID THORACIC PAIN
RIGHT PAIN IN HIP

(c) Subjective symptoms: Headache pain-pain on palpation to cercical- thorcic
and hip pain mostly on the right side.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
see above

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: July    Day: 18    1995
(b) Date of last visit:    Month: July    Day: 18    1995
(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): on need basis

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: spinal manipulation

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

---

**IMPORTANT NOTICE**

−58−

**4. PROGRESS:** (Please check appropriate box provided below):
- (a) The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐
- (b) The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐
- (c) Has the patient been hospital confined because of current condition?    Yes ☐    No ☒
  If yes, give name and address of hospital: _____
  _____
  Confined from:    Month_____ Day_____ 19____ through Month_____ Day_____ 19____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):
Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐
Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
- ☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 — Medium manual activity* (15-30%)
- ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | 07 | 19 | 19 95 | 07 | 19 | 19 95 |
| (b) If no, when was patient able to go to work? | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____
_____

**8. REMARKS:**    Patient is on an as needed basis
_____
_____
_____
_____

Attending Physician's Signature: _Dr. L. L. Freebern_    Degree: D.C.    Date: 7-21-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: DR. Kevin Freebern D.C.

Physician's Office Street Address: 813 1st ave.    Zip Code 61282    Phone Number 309-755-5203

City: Silvis    State: IL

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC _____ RC006

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 7-12-1995

* (On Leave / Suspension Returns give dates    FROM: 7-12-1995    TO: 7-13-1995

---

**Type of action:**

- [ ] Merit Compensation Review (BA _____ ) $_____ To $_____
- [ ] Superior Performance Increase $_____ To $_____
- [ ] Appropriation # Change From _____ To _____
- [ ] Full Time / Part Time Change
- [x] Leave of Absence (type of leave: 7-12-1995 ) BA 066
- [x] * Leave Return / Expired (BA 077 ) 7-13-1995
- [ ] Separation (reason: _____ ) BA_____

If any of the above actions change Creditable Service Date: From _____ To _____

---

**Disciplinary Action:**

- [ ] Suspension 30 Days of Less (Number of Days) _____
- [ ] Suspension Pending Discharge
- [ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From_____ To _____

---

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

1 DAY LEAVE

(If more space is needed, attach additional sheet.)

---

## APPROVAL AND SIGNATURE

1. Employee *Rick Lind* 7-24-95    2. Originating Supervisor _____

3. Asst. Warden / Supt. _____ 7-26-95    4. Deputy Director _____

5. Director *Odie Washington* _____    6. Central Personnel Office staff initials when entered in system



**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**     **PHYSICIAN'S STATEMENT**

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: _9-19-53_   Soc. Sec. Number: _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_

Name of Patient (full): _RICK LINN_

Patient Address—Street or Rural Route: _28601 R2 N._

_Hillsdale_   State: _IL_   Zip Code: _61257_

Employed by State of Illinois: _East Moline Correctional Center_
(Agency, Board, Commission, Department)

Facility: _E.MCC_   Address: _100 Hillcrest Rd. East Moline IL. 61244_

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:   Month: _07_   Day: _11_   19 _95_

(b) Diagnosis including any complications: _Abscessed tooth # 31_

(c) Subjective symptoms:

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:   Month: _07_   Day: _11_   19 _95_

(b) Date of last visit:   Month: ____   Day: ____   19 ____

(c) Frequency:   Weekly ☐   Monthly ☐   Other ☐  — (Please specify): ____

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _Remove tooth # 31_

(b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify: _N/A_

---

IMPORTANT NOTICE

**PROGRESS:** (Please check appropriate box provided below):
a) The patient has:  Recovered ☑  Improved ☐  Remained unchanged ☐  Retrogressed ☐
b) The patient is:  Ambulatory ☐  House confined ☐  Bed confined ☐  Hospital confined ☐
c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒
   If yes, give name and address of hospital: _____

Confined from:  Month_____ Day _____ 19 _____ through  Month _____ Day _____ 19 _____

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):
Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐
Standing ☐  Climbing ☐  Bending ☐  Other ☒ (Please specify): _NONE_
Lifting ☐  Psychological ☐

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

**EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 07 | 13 | 1995 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 07 | 13 | 1995 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | | | Yes ☐  No ☐ | | |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____
_____

**REMARKS:**
_____
_____
_____
_____
_____

Attending Physician's Signature _(signature)_  Degree: _DDS MS_  Date: _7-17-95_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _T.W. THATCHER_

Physician's Office Street Address: _930-16 AVE_  (305)

City: _Moline_  State: _IL_  Zip Code _61265_  Phone Number: _797-1770_

# DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: Rick S. Lind

Position Title: _____

Division: _____

Location (County) _____

Bargaining Unit # /MC    RC006

SSN: 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

Position # 09675-29-91-310-12-01

Facility: East Moline CC

Paycode 29-163    PIN# _____

Effective Date: 6-15-1995

* (On Leave / Suspension Returns give dates)    FROM: 6-15-95    TO: 6-17-95

Type of action:

[ ] Merit Compensation Review (BA _____) $_____ To $_____

[ ] Superior Performance Increase $_____ To $_____

[ ] Appropriation # Change From _____ To _____

[ ] Full Time / Part Time Change

[x] Leave of Absence (type of leave: Non Serv Conn ) BA 066

[x] * Leave Return / Expired (BA 077 ) 6-18-95

[ ] Separation (reason: _____ ) BA _____

If any of the above actions change Creditable Service Date: From _____ To _____

Disciplinary Action:

[ ] Suspension 30 Days of Less (Number of Days) _____

[ ] Suspension Pending Discharge

[ ] *Return from Suspension

If any of the above actions change Creditable Service Date: From _____ To _____

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

3 DAY LEAVE OF ABSENCE

(If more space is needed, attach additional sheet.)

## APPROVAL AND SIGNATURE

1. Employee _Ruk Lud 6-29-95_    2. Originating Supervisor _____

3. Warden / Supt. _Gerardo Acevedo 6-30-95_    4. Deputy Director _____

5. Director _Odie Washington_    6. Central Personnel Office staff initials when entered in system _____

NOTE: Ensure all documentation is attached.



**ILLINOIS DEPARTMENT ( CENTRAL MANAGEMENT SERVICES**     **PHYSICIAN'S STATEMENT**

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick Lird._     Date of Birth: _____     Soc. Sec. Number: _____

Present Address—Street or Rural Route: _____

City: _____ State: _____ Zip Code: _____

Employed by State of Illinois: _____
(Agency, Board, Commission, Department)

Facility: _____ Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:     Month: _6_ Day: _15_ 19 _95_.

(b) Diagnosis including any complications: _____
_CRACKED TOOTH #31 with PERIAPICAL ABCESS_

(c) Subjective symptoms: _PAIN ASSOCIATED W/ CRACKED TOOTH_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

---

**DATES OF TREATMENT:**

(a) Date of first visit:     Month: _____ Day: _____ 19 _____
(b) Date of last visit:     Month: _____ Day: _____ 19 _____
(c) Frequency:     Weekly ☐     Monthly ☐     Other ☐ - (Please specify): _____

---

**TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _____
_PERIAPICAL RADIOGRAPH. ANTIBIOTIC TREATMENT._

(b) Will treatment substantially improve function and employability?    Yes ☐    No ☑    If yes, specify: _____

---

IMPORTANT NOTICE

—64—

**. PROGRESS: (Please check appropriate box provided below):**
(a) The patient has:  Recovered ☐   Improved ☐   Remained unchanged ☑   Retrogressed ☐
(b) The patient is:  Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☑
If yes, give name and address of hospital: _____
Confined from:  Month_____ Day____ 19___ through Month_____ Day____ 19___

**. LIMITATION: (If there is a limitation, check appropriate box and describe below):**
Standing ☐  Climbing ☐  Bending ☐  Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐
Lifting ☐  Psychological ☐  Other ☐  (Please specify): _____ No Limitations.

**6. PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):**
☑ CLASS 1 — No limitation of functional capacity; capable of heavy work*. No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS —

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|

(a) In your opinion is patient now temporarily totally disabled? — From Any: No ☑ ; Regular: No ☑ Month 6 Day 20 Year 1995
(b) If no, when was patient able to go to work? — Month 6 Day 20 Year 1995
(c) If yes, when do you think patient will be able to resume any work? — Month 6 Day 20 Year 1995 (Approximate Date) ; Indefinite ☐ Never ☐
(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐ No ☑   Yes ☐ No ☑
(e) If answer to (d) is "yes", please explain.

**8. REMARKS:** Rick called my office on 6-17-95 (sat) with toothache pain. I explained to him to come to my office for evaluation on 6-19-95 He presented with a cracked tooth #31 He say this tooth has been hurting him since 6-14-95 and caused him to miss work.

Degree: DDS   Date: 1-30-95

Attending Physician's Signature: _____
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: Jeffrey Hirschfloe DDS.
Physician's Office Street Address: 116 W Second St Centreo IL   Zip Code: 61254   Phone Number: 309-944-6925
City: _____  State: _____

—65—

ILLINOIS DE ᵖᵃᵗᵐᵉⁿᵗ OF CENTRAL MANAGEME     SERVICES
PERSONNEL/POSITION ACTION FORM

| | SOC. SEC. NO. |
|---|---|
| | 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 |
| | 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 |

PRINTED
06/01/95

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 16331 E.1500 STREET | GENESEO | 037 | IL | 61254 | 108 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.00 | M | F | 00 | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA-TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AFF AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR-ITY |
|---|---|---|---|
| 1 LOA NON-SERVICE DISABIL | BA066 | 04-25-95 | 0 |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 04-27-95 | 0 |
| 3 | | | |
| 4 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMIN. HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC.ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENTION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCH.
3-H S GRAD/GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**REMARKS**

"THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN
INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE
AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

| EMPLOYEES SIGNATURE(REQ ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | DATE | AGENCY BUDGETARY(OPTIONAL) | DATE |

-66-

## DEPARTMENT OF CORRECTION
## PERSONNEL ACTION FORM (DECENTRALIZED ACTIONS)

(Complete appropriate information below.)

Name: _____ Rick S. Lind _____

SSN: _____ 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 _____

Position Title: _____

Position # _____ 09675-29-91-310-12-01 _____

Division: _____

Facility: _____ East Moline Corr. Center _____

Location (County) _____

Paycode _29-163_    PIN# _____

Bargaining Unit # /MC _____ RC006 _____

Effective Date: _____ 4-25-1995 _____

* (On Leave / Suspension Returns give dates

FROM: _4-25-1995_    TO: _4-27-1995_

| Type of action: | | |
|---|---|---|
| | ☐ | Merit Compensation Review (BA _____ ) $_____ To $_____ |
| | ☐ | Superior Performance Increase $_____ To $_____ |
| | ☐ | Appropriation # Change From _____ To _____ |
| | ☐ | Full Time / Part Time Change |
| | ☒ | Leave of Absence (type of leave: _Non Serv. Conn._ ) BA _066_ |
| | ☒ | * Leave Return / Expired (BA _077_ ) |
| | ☐ | Separation (reason: _____ ) BA _____ |

If any of the above actions change Creditable Service Date: From _____ To _____

| Disciplinary Action: | | |
|---|---|---|
| | ☐ | Suspension 30 Days of Less (Number of Days) _____ |
| | ☐ | Suspension Pending Discharge |
| | ☐ | *Return from Suspension |

If any of the above actions change Creditable Service Date: From _____ To _____

Remarks:    (Any information you would have put in the REMARKS area of the CMS - 2 form should go in this area, such as number of days on leave, etc.)

    2 day leave of absence

_____

_____

_____

_____

(If more space is needed, attach additional sheet.)

## APPROVAL AND SIGNATURE

1. Employee _Rick [signature]_    5-4-95

2. Originating Supervisor _____

3. Warden / Supt _Gerardo Acevedo_    5-4-95

4. Deputy Director _[signature]_

5. Director _[signature]_

6. Central Personnel Office staff initials when entered in system

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Rick S. Lind__    Date of Birth: __9-19-53__    Soc. Sec. Number: __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__

Present Address—Street or Rural Route: __16331  East 1500 Street__    __61254__

City: __Geneseo__    State: __IL__    Zip Code: __

Employed by State of Illinois: __East Moline Corrections__
(Agency, Board, Commission, Department)

Facility: __    Address: __

> **COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

1. **DIAGNOSIS (including any complications):**
   (a) Date of last examination:    Month: __4-26-95__  Day: _____ 19____
   (b) Diagnosis including any complications: __? Neuralgia (R) Ear__
   __Sinusitis, Cervical Adenitis__
   __Eustachian Dysfunction__

   (c) Subjective symptoms: __Ear popping, pain, nasal discharge__

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
   __Several antibotics prescribed over the last 2 months without relief of symptoms.__
   __Patient referred to Dr. Terrill Baner, 608 35 Ave, Moline, IL.  CT Scan done at__
   __Hammond Henry Hospital on 4-25-95 and patient scheduled for evaluation by__
   __neurologist.    (CT Scan results were negative)__

2. **DATES OF TREATMENT:**
   (a) Date of first visit:    Month: __2-21-95__  Day: _____ 19____
   (b) Date of last visit:    Month: __4-26-95__  Day: _____ 19____
   (c) Frequency:    Weekly ☒    Monthly ☐    Other ☐ — (Please specify): _____

3. **TREATMENT:**
   (a) Please describe treatment including any surgery and/or medication prescribed: _____
   __As stated above__
   (b) Will treatment substantially improve function and employability?  Yes ☐  No ☐    If yes, specify:
   __Patient referred to neurologist and advised to continue medication.__

GRESS:  (Please check appropriate box provided below):

The patient has:    Recovered ☐    Improved ☐    Remained unchanged ☒    Retrogressed ☐

The patient is:    Ambulatory ☒    House confined ☐    Bed confined ☐    Hospital confined ☐

(c)  Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19_____    through    Month _____ Day_____ 19 ____

---

## 5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐  (Please specify): __None - patient is on antibiotics and pain__
__medication__

---

## 6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —    No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 —    Medium manual activity* (15-30%)

☐ CLASS 3 —    Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 —    Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 —    Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

## 7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a)  In your opinion is patient now temporarily totally disabled? | Yes ☐ | | No ☒ | Yes ☐ | | No ☐ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b)  If no, when was patient able to go to work? | | | 19 | | | 19 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c)  If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |
| | (Approximate Date) | | | Indefinite ☐ | | Never ☐ |
| (d)  In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | | No ☒ | Yes ☐ | | No ☐ |
| (e)  If answer to (d) is "yes", please explain. | | | | | | |

_____
_____
_____

---

## 8. REMARKS:

__Consult patient as to any missed work time.  Doctors notes do not reflect any__
__days off except for doctor appointments and CT Scan time.__

_____
_____
_____

Attending Physician's Signature: _[signature]_    Degree: ___MD___    Date: ___5-4-95___

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name:    RANDALL L. MULLIN, M.D.

Physician's Office Street Address: ___648 N Chicago St, Geneseo, IL  61254___

City:_____    State: _____    Zip Code:_____    Phone Number:_309-944-5342_

EMPLOYEES: You are responsible f...

ILLINOIS DE**!** **TMENT** OF CENTRAL MANAGEME**!** SERVICES
PERSONNEL/POSITION ACTION FORM

| | SOC. SEC. NO. |
|---|---|
| | 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 |
| | 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 |

**1** PRINTED
03/30/95

**EMPLOYEE INFORMATION**

**2**

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

**3**

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 16331 E. 1500 STREET | GENESEO | 037 | IL | 61254 | 108 |

**4**

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM. | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.000 | M | F | 00 | 29 | 163 | | RC006 | |

**5**

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STA-TUS | SUSPENSION/LOA RETURN DATE | APPT. REQ.NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

**6**

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR-ITY |
|---|---|---|---|---|
| 1 | LOA NON-SERVICE DISABIL | BA066 | 03-03-95 | 0 |
| 2 | EXPIRE/DISABIL LEAVE | BA077 | 03-08-95 | 0 |
| 3 | | | | |
| 4 | | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
A - CERTIFIED
B - PROB. 3 MOS
C - PROB. 6 MOS
O - PROVISIONAL
F - EXEMPT
G - TEMPORARY
H - EMERGENCY
J - TRAINEE
K - TRAINEE
L - TRAINEE

**EXEMPT**
0 - NOT EXEMPT
1 - PRIVATE SECRETARY
2 - ADMIN. HEAD
3 - POLICY MAKER
4 - UNSKILLED
5 - LIC.ATTORNEY
6 - OUT OF STATE
8 - PARTIAL EXTENTION

**EDUCATION**
1 - GRADE SCHOOL
2 - SOME HIGH SCH.
3 - H S GRAD/GED
4 - SOME COLLEGE
5 - BA/BS
6 - MA/MS
7 - PHD/MD
8 - OTHER DEGREE

**RACE**
A - AMERICAN INDIAN
B - BLACK
O - ORIENTAL
S - SPANISH AMERICAN
W - CAUCASIAN
X - OTHER

**REMARKS**

**8** "THIS PERSONNEL TRANSACTION WAS PROCESSED PURSUANT TO AN
INTERAGENCY AGREEMENT AS PART OF A PILOT PROJECT UNDER THE
AUSPICES OF THE HUMAN RESOURCES ADVISORY COUNCIL."

| EMPLOYEES SIGNATURE(REQ. ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY(OPTIONAL) | DATE |

-70-

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| | |
|---|---|
| SOCIAL SECURITY NO. | 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 |
| | 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 |

**01** PRINTED 02/02/95

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LINO | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| 16331 E.1500 STREET | GENESEO | 037 | IL | 61254 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 97 | 2593.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AH AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| | 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|---|
| LAST TRANS. | 1 LOA NON-SERVICE DISABIL | BA066 | 12-31-94 | 1 |
| | 2 EXPIRE/DISABIL LEAVE | BA077 | 01-01-95 | 0 |
| | 3 | | | |
| | 4 | | | |
| THIS TRANS. | 1 LOA NON SERV CONN DISABILITY | BA066 | 03-03-95 | |
| | 2 EXPIRATION DISABILITY LEAVE | BA077 | 03-08-95 | |
| | 3 | | | |
| | 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

| | | DATE |
|---|---|---|
| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | 3-9-95 | AGENCY APPROVAL (OPTIONAL) |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Gerardo Acevedo, Warden -71 |
| | | 3-9-95 |

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Rick S. Lind__     Date of Birth: __9-19-53__     Soc. Sec. Number: __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__

Present Address—Street or Rural Route: __16331 E 1500 Street__

City: __Geneseo__     State: __IL__     Zip Code: __61254__

Employed by State of Illinois: __East Moline Correctional Center__
(Agency, Board, Commission, Department)

Address: __East Moline, IL__

Facility: _____

| COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK. |
| --- |

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:    Month: __3-3-95__    Day: ____ 19__

(b) Diagnosis including any complications: __289.3 Lymphadenitis, unspec/ Sinusitis, Cervical Adenitis/ 381.81 Dysfunction Eustachian Tubes__

(c) Subjective symptoms: __Congestion, Pain (R) Ear, fever, headache, ear popping, neck tender, nasal discharge__

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

**2. DATES OF TREATMENT:**

(a) Date of first visit:    Month: __1-11-95__    Day: ____ 19__

(b) Date of last visit:    Month: __3-3-95__    Day: ____ 19__

(c) Frequency:    Weekly ☐    Monthly ☒    Other ☐ — (Please specify): _____

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: __Augmentin, Nasalide, Rynatan__
__Patient referred to Dr. Baner . Appt scheduled for 3-21-95__

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:
__Also consult Dr. Baner concerning staus of condition following 3-21-95 appointment.__

IMPORTANT NOTICE

**PROGRESS: (Please check appropriate box provided below):**

(a) The patient has:  Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐   Needed referral

(b) The patient is:  Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:  Month _____ Day _____ 19 _____ through   Month _____ Day _____ 19 _____

**LIMITATION: (If there is a limitation, check appropriate box and describe below):**

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____ No limitations. Patient is taking meds.

**PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):**

☒ CLASS 1 – No limitation of functional capacity; capable of heavy work*  No restrictions (0-10%)

☐ CLASS 2 – Medium manual activity* (15-30%)   capable of light work* (35-55%)

☐ CLASS 3 – Slight limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 4 – Moderate limitation of functional capacity; capable of minimal (sedentary*) activity (75-100%)

☐ CLASS 5 – Severe limitation of functional capacity; incapable of minimal (sedentary*) activity.  Patient should continue medication. Patient

☐ REMARKS – Patient is having (R) Ear pain and should continue medication. Patient has appointment with Dr. Baner on 3-21-95.

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | | From Patient's Regular Occupation | | | |
|---|---|---|---|---|---|---|---|---|
| | Yes ☐   No ☒ | | | | Yes ☐   No ☒ | | | |
| | MONTH | DAY | YEAR 19 | | MONTH | DAY | YEAR 19 | |
| | MONTH | DAY | YEAR 19 | | MONTH | DAY | YEAR 19 | |
| | (Approximate Date) | | | | Indefinite ☐   Never ☐ | | | |

(a) In your opinion is patient now temporarily totally disabled?

(b) If no, when was patient able to go to work?
     Patient returned to work 3-8-95

(c) If yes, when do you think patient will be able to resume any work?

(d) In your opinion is patient permanently and totally disabled for employment?          Yes ☐   No ☒          Yes ☐   No ☒

(e) If answer to (d) is "yes", please explain.

_____

_____

_____

**8. REMARKS:**

Patient was off work 3/2, 3/3, 3/4, and 3/7/95 due to this condition. Patient returned to work 3/8/95.

_____

_____

Attending Physician's Signature: _Randall Mullin_   Degree: MD   Date: 3-10-95

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name:  RANDALL L. MULLIN, M.D.

Physician's Office Street Address:  648 N Chicago Street   Zip Code: 61254   Phone Number: 309-944-5342

City:  Geneseo,   State: ILL

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency withi[n]

Your failure to comply may result in termination of your disability leave.

-73-

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

| 01 PRINTED | | 02 SOCIAL SECURITY NO. 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 |
|---|---|---|

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT / CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 29 163 | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AN AUTH. | 35 AUDIT | 36 POS DES COMP |
|---|---|---|---|---|---|---|
| | 09675-29-91-310-12-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 LOA NON SERV CONN DISABILITY | BA066 | 12-30-94 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 01-01-95 | |
| 3 | | | |
| 4 | | | |

**CODES**

STATUS: A-CERTIFIED, B-PROB. 3 MOS, C-PROS. 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

EXEMPT: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-LIC. ATTORNEY, 6-OUT OF STATE, B-PARTIAL EXTENSION

RACE: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

EDUCATION: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD/MD, 8-OTHER DEGREE

### REMARKS

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | 1-4-95 | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|---|

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: 9-19-53     Soc. Sec. Number: 360 48 8440

Name of Patient (full): RICK LIND

Present Address—Street or Rural Route: R.R. 1  Box 274

City: Colona     State: Illinois     Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center
(Agency, Board, Commission, Department)

Facility: _____     Address: 100 Hillcrest Rd  East Moline  Il

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:     Month: 01     Day: 02  19 95

(b) Diagnosis including any complications: Occipital Headache   Right shoulder pain

Sore Throat

(c) Subjective symptoms: Headache pain, Tenderness to palpation to the cervical, thoracic,

Positive cervical range of motion

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

See above

## 2. DATES OF TREATMENT:

(a) Date of first visit:     Month: 01     Day: 02  19 95

(b) Date of last visit:     Month: 01     Day: 02  19 95

(c) Frequency:   Weekly ☐   Monthly ☐   Other ☒ – (Please specify): _____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Spinal manipulation

(b) Will treatment substantially improve function and employability?   Yes ☒   No ☐   If yes, specify: _____

---

CMS-95 (9-82)

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the
[purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information]

4. PROGRESS: (Please check appropriate box provided below):
(a) The patient has:  Recovered ☒  Improved ☐  Remained unchanged ☐  Retrogressed ☐
(b) The patient is:  Ambulatory ☒  House confined ☐  Bed confined ☐  Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒
    If yes, give name and address of hospital: _____

    Confined from:  Month_____ Day____ 19____ through Month_____ Day____ 19____

5. LIMITATION:  (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 —  Medium manual activity* (15-30%)
☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐ | | No ☒ | Yes ☐ | | No ☒ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 01 | 01 | 19 95 | 01 | 01 | 19 95 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐ | | Never ☐ |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | | No ☐ | Yes ☐ | | No ☐ |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____
_____

8. REMARKS:
        Patient is on an as needed basis
_____
_____
_____

Attending Physician's Signature: _Dr. K. L. Freebern_    Degree: _DC_   Date: _1-3-95_
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Kevin Freebern D.C._

Physician's Office Street Address: _813-1st Avenue_    Zip Code: _61282_   Phone Number: _309  755-5203_

City: _Silvis_   State: _Ill_

76

TO EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

| | | SOCIAL SECURITY NO. |
|---|---|---|
| PRINTED 01 | 02 | 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 |
| 07/23/94 | | 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 |

EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| 9454 N THOMPSON ST | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2568.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 11-12-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 11-12-84 | 05-01-90 | | | | | |

POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

TRANSACTION INFORMATION

CODES

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| LAST TRANS 1 GENERAL INCREASE | BA030 | 07-01-94 | |
| 2 | | | |
| 3 | | | |
| THIS TRANS 1 LOA NON SERVICE CONNECTED | BA066 | 09-13-94 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 09-20-94 | |
| 3 | | | |
| 4 | | | |

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
5-MA/MS
7-PHD/MD
8-OTHER DEGREE

REMARKS

| EMPLOYEE SIGNATURE (REQ'D ON VOL. ACTION) | DATE 9-23-94 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUBDISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐ IN PERSON ☐ | | Gerardo Acevedo - Warden 77 | 9-21-94 |
| | | DATE AGENCY HEAD APPROVAL | DATE |

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _RICK S. LIND_   Date of Birth: _9/9/63_   Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _____

City: _____ State: _____ Zip Code: _____

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____ Address: _____

COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

## 1. DIAGNOSIS (including any complications):

(a) Date of last examination:   Month: _09_   Day: _20_   19 _94_

(b) Diagnosis including any complications: _CONTUSION OF LEFT KNEE_

(c) Subjective symptoms: _PAIN, DIFFICULTY WITH WEIGHT-BEARING, INABILITY TO FLEX HIS KNEE_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

_9/14 SWELLING ABOUT THE ANTERIOR ASPECT OF KNEE; SMALL EFFUSION; SUPERFICIAL ABRASION OF THE ANTERIOR KNEE_
_X-RAYS REVIEWED FROM HAMMOND HENRY HOSPITAL. REVEAL NO BONY ABNORMALITY_
_9/20 PATIENT IMPROVED, AMBULATING WITHOUT KNEE IMMOBILIZER_

## 2. DATES OF TREATMENT:

(a) Date of first visit:   Month: _09_   Day: _14_   19 _94_

(b) Date of last visit:   Month: _09_   Day: _20_   19 _94_

(c) Frequency:   Weekly ☐   Monthly ☐   Other ☐ — (Please specify): _____

## 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _9-14-94 EXAMINED KNEE_ _PLACED PATIENT IN KNEE IMMOBILIZER, PRESCRIPTION FOR PAIN TO RETURN FOR RE-CHECK EXAM_

(b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify: _RE-CHECK EXAM_

IMPORTANT NOTICE

**4. PROGRESS:** (Please check appropriate box provided below):
- (a) The patient has:   Recovered ☐   Improved ☒   Remained unchanged ☐   Retrogressed ☐
- (b) The patient is:   Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐
- (c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
  If yes, give name and address of hospital: _____

  Confined from:   Month_____ Day_____ 19_____ through   Month_____ Day_____ 19_____

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):
- ☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ CLASS 2 — Medium manual activity* (15-30%)
- ☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
- ☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
- ☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

|  | | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | | Yes ☐ No ☒ | | | Yes ☐ No ☐ | | |
| | | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | 09 | 20 | 1994 | | | 19 |
| | | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | | | | 19 | | | 19 |
| | | (Approximate Date) | | | Indefinite ☐ Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | | Yes ☐ No ☐ | | | Yes ☐ No ☐ | | |
| (e) If answer to (d) is "yes", please explain. | | | | | | | |

Patient was kept off work 9/1/94 — 9/6/94 — Returned 9/20/94

**8. REMARKS:**

Patient to return to the office for a recheck appointment on 10-24-94

Attending Physician's Signature: _Dr Pamela Davis (jw)_   Degree: _____   Date: _09-23-94_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr Pamela Davis_

Physician's Office Street Address: _520 Valley View Drive_

City: _McLine_   State: _FL_   Zip Code: _61265_   Phone Number: _309-762-3681_

## Moline Orthopedic Associates, Ltd.

520 Valley View Drive
Moline, Illinois 61265
(309) 762-3621
(800) 348-8777

855 Hospital Road, Suite 204
Silvis, Illinois 61282
(309) 792-7007

To: _____ Date: _____

This is to certify that _____

☐ Is/was under our care for _____
☐ Should be excused from _____ until _____
☐ Is/was released to _____ effective _____

Diagnosis _____ M.D.

Restrictions: _____

Copies to: _____

Sincerely,

_____

FORM MOA-11-93-5000-332

---

## Moline Orthopedic Associates, Ltd.

520 Valley View Drive
Moline, Illinois 61265
(309) 762-3621
(800) 348-8777

855 Hospital Road, Suite 204
Silvis, Illinois 61282
(309) 792-7007

To: EM Correctional Center Date: 9/14/15

This is to certify that ___ Rick Lind ___

☐ Is/was under our care for _____
☑ Should be excused from ___ Work ___ until ___ further ___
☐ Is/was released to _____ effective ___ notice ___

Diagnosis _____

Restrictions: ___ Unable to work ___

Copies to: _____

Sincerely,

_____

---

Family
Medical
Associates

_____ Ltd.
Dr. Tom J. Kenney, M.D.

166 North East Street
Cambridge, IL 61238
309/937-2405

☐ 170 South Depot
Annawan, IL 61234
309/935-6778

☐ 648 North Chicago
Geneseo, IL 61254
309/944-5342

---

9/13/94

Rick Lind was
unable to work Tues 9/13/94
blue to (L) knee injury.
He was treated in our
office and is referred
for an orthopedic consult

4:05-cv-04059-JBM-JAG    # 28-14    Page 24 of 25

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

| PRINTED | 01 | | SOCIAL SECURITY NO. 02 |
|---|---|---|---|
| 01/16/93 | | | 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 |
| | | | 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 |

**EMPLOYEE INFORMATION**

| LAST NAME 03 | FIRST | INIT | SEX 04 | RACE 05 | VET 06 | EDUC 07 | DATE OF BIRTH 08 |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| STREET ADDRESS 09 | CITY 10 | COUNTY 11 | STATE 12 | ZIP CODE 13 | NATL ORIG 13A |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |
| 9454 N. THOMPSON STREET | COLONA | 037 | IL | 61241 | |

| PAY PLAN 14 | PAY GRADE 15 | PAY STEP 16 | SALARY 17 | PAY RATE 18 | FULL/PT TIME 19 | FUNDING BRD. COM 20 | PAYROLL DEPT. 21 | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. 22 | BARGAINING UNIT CODE 22A | PERF CODE 22B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | OC | 07 | 2374.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| CONTINUOUS SERVICE DATE 23 | SENIORITY / DATE 24 | CREDITABLE SERVICE DATE 25 | APPT. EXPIRATION DATE 26 | STATUS 27 | SUSPENSION/LOA RETURN DATE 28 | APPT. REQ. NO. 29 | HANDI CAP 29A |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

**POSITION INFORMATION**

| POSITION TITLE (NAME) 30 | POSITION NUMBER 31 | EXMT CODE 32 | WORK COUNTY 33 | AH AUTH. 34 | AUDIT 35 | POS DES COMP. 36 |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

**TRANSACTION INFORMATION**

| | TRANSACTION NAME 37 | TRANS CODE 38 | EFFECTIVE DATE 39 | PRIORITY 40 |
|---|---|---|---|---|
| LAST TRANS. 1 | GENERAL INCREASE | BA030 | 01-01-93 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | DISABILITY NON SERV CONN | BA066 | 02-10-93 | |
| 2 | EXPIRATION DISABILITY LEAVE | BA077 | 02-15-93 | 0 |
| 3 | ADDRESS CHANGE | AC003 | 02-15-93 | 1 |
| 4 | | | | |

CODES

| STATUS | EXEMPT |
|---|---|
| A-CERTIFIED | 0-NOT EXEMPT |
| B-PROB. 3 MOS | 1-PRIVATE SECRETARY |
| C-PROB. 6 MOS | 2-ADMINISTRATIVE HEAD |
| D-PROVISIONAL | 3-POLICY MAKER |
| F-EXEMPT | 4-UNSKILLED |
| G-TEMPORARY | 5-LIC. ATTORNEY |
| H-EMERGENCY | 6-OUT OF STATE |
| J-TRAINEE | B-PARTIAL EXTENSION |
| K-TRAINEE | |
| L-TRAINEE | EDUCATION |
| | 1-GRADE SCHOOL |
| RACE | 2-SOME HIGH SCHOOL |
| A-AMERICAN INDIAN | 3-H S GRAD OR GED |
| B-BLACK | 4-SOME COLLEGE |
| O-ORIENTAL | 5-BA/BS |
| S-SPANISH AMERICAN | 6-MA/MS |
| W-CAUCASIAN | 7-PHD/MD |
| X-OTHER | 8-OTHER DEGREE |

**REMARKS**

| EMPLOYEES SIGNATURE (REQ ON VDC ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| | 2-15-93 | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐  IN PERSON ☐ | | Gerardo Acevedo, Warden 2-18-93 | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | |

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES    **PHYSICIAN'S STATEMENT**

AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): RICK LIND    Date of Birth: 9-19-53    Soc. Sec. Number: 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

Present Address—Street or Rural Route: ROUTE 1 BOX 274

City: COLONA    State: IL    Zip Code: 61241

Employed by State of Illinois: _____ (Agency, Board, Commission, Department)

Facility: _____    Address: _____

> COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination: Month: 2 Day: 10 19 93

(b) Diagnosis including any complications: otitis media

(c) Subjective symptoms: severe ear pain

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

**2. DATES OF TREATMENT:**

(a) Date of first visit: Month: 2 Day: 10 19 93

(b) Date of last visit: Month: 2 Day: 10 19 93

(c) Frequency: Weekly ☐ Monthly ☐ Other ☒ — (Please specify): recheck if further proble occur

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: office exam/ medication ordere

(b) Will treatment substantially improve function and employability? Yes ☒ No ☐ If yes, specify:

rest and medication should improve condition

-82-