**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:  Month _____ Day _____ 19 ____ through Month _____ Day _____ 19 ____

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | | | 19 | 2 | 15 | 19 93 |
| (b) If no, when was patient able to go to work? | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain. _____

_____

_____

_____

---

**8. REMARKS:**

_____

_____

_____

_____

---

Attending Physician's Signature: X _Donald R Ford im for Jcp_  Degree: __M.D.__   Date: __2-15-93__

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

DONALD R. FORD M.D. FOR JAMES C. PARSONS M.D. WHO IS ON AN EXTENDED VACA'

Attending Physician's Name: ___648 N. CHICAGO ST.___

Physician's Office Street Address: _____

City: __GENESEO__   State: __IL__   Zip Code: __61254__   Phone Number: __309-944-5342__

---

**TO EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

| | |
|---|---|
| PRINTED 01 | SOCIAL SECURITY NO. 02  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 |

## 1  EMPLOYEE INFORMATION

| LAST NAME 03 | FIRST | INIT | SEX 04 | RACE 05 | VET 06 | EDUC 07 | DATE OF BIRTH 08 |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| STREET ADDRESS 09 | CITY 10 | COUNTY 11 | STATE 12 | ZIP CODE 13 | NAT. ORIG 13A |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN 14 | PAY GRADE 15 | PAY STEP 16 | SALARY 17 | PAY RATE 18 | FULL/PT TIME 19 | FUNDING BRD. COM 20 | PAYROLL DEPT 21 | CODE APPROP | CORRECTED SOCIAL SECURITY NO. 22 | BARGAINING UNIT CODE 22A | PERF. CODE 22B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 29 | 163 | | RC006 | |

| CONTINUOUS SERVICE DATE 23 | SENIORITY / DATE 24 | CREDITABLE SERVICE DATE 25 | APPT. EXPIRATION DATE 26 | STA- TUS 27 | SUSPENSION/LOA RETURN DATE 28 | APPT. REQ. NO. 29 | HAND CAP 29A |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| POSITION TITLE (NAME) 30 | POSITION NUMBER 31 | EXMT CODE 32 | WORK COUNTY 33 | A/I AUTH. 34 | AUDIT 35 | POS DES COMP. 36 |
|---|---|---|---|---|---|---|
| | 09775-29-91-310-12-01 | | | | | |

## TRANSACTION INFORMATION

| TRANSACTION NAME 37 | TRANS CODE 38 | EFFECTIVE DATE 39 | PRIOR- ITY 40 |
|---|---|---|---|
| LAST TRANS 1 | | | |
| 2 | | | |
| 3 | | | |
| THIS TRANS 1  DISABILITY NON SERV CONN | BA066 | 12-10-92 | |
| 2  EXPIRATION DISABILITY LEAVE | BA077 | 12-11-92 | |
| 3 | | | |
| 4 | | | |

## CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROG. 9 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S. GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

| | |
|---|---|
| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE 12-14-92 |
| SIGNATURE OF PERSON SERVING SUSP/DISC | DATE |
| BY MAIL ☐  IN PERSON ☐ | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | |
| AGENCY APPROVAL (OPTIONAL) | DATE |
| AGENCY BUDGETARY (OPTIONAL) | Gerardo Acevedo, Warden  DATE 12-26-93 |
| AGENCY HEAD APPROVAL | DATE -84- |



**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**    **PHYSICIAN'S STATEMENT**

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _RICK S LINK_    Date of Birth: _9/9/53_    Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _R.R. 1, Box 274,_

City: _Colona_    State: _Illinois_    Zip Code: _61241_

Employed by State of Illinois: _____    (Agency, Board, Commission, Department)

Facility: _____    Address: _____

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: _12_    Day: _10_    19 _92_

(b) Diagnosis including any complications: _thoracic subluxation complex with myospasm and thoracic neuritis. Lumbar subluxation complex_

(c) Subjective symptoms: _thoracic and lumbar pain_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): _thoracic muscle spasms, tenderness to palpation in both thoracic and lumbar spine, decreased thoracic and lumbar range of motion_

---

### 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: _12_    Day: _10_    19 _92_

(b) Date of last visit:    Month: ___    Day: ___    19 __

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): _as needed_

---

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: _spinal manipulation_

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

_Patient responds well to chiropractic care._

---

This   agency is requesting disclosure of information that is necessary to accomplish the

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☒   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____ n/a _____

Confined from:   Month ___ n/a ___ Day ___ 19 ___ through   Month ___ n/a ___ Day ___ 19 ___

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____ n/a _____

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?

From Any Occupation: Yes ☐  No ☒   From Patient's Regular Occupation: Yes ☐  No ☒

| | MONTH | DAY | YEAR | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|
| | 12 | 11 | 19 92 | | 12 | 11 | 19 92 |

(b) If no, when was patient able to go to work?

| | MONTH | DAY | YEAR | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|
| | n/a | | 19 | | n/a | | 19 |

(c) If yes, when do you think patient will be able to resume any work?

(Approximate Date)   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?

From Any Occupation: Yes ☐  No ☒   From Patient's Regular Occupation: Yes ☐  No ☒

(e) If answer to (d) is "yes", please explain.

n/a

_____
_____
_____
_____

---

**8. REMARKS:**

_____
_____
_____
_____

---

Attending Physician's Signature: _Dr. K. L. Freebern_   Degree: __D.C.__   Date: _12/14/92_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: ___Kevin L. Freebern, D.C.___

Physician's Office Street Address: ___813 1st Avenue___

City: __Silvis__   State: __Illinois__   Zip Code _61282_   Phone Number: _309 755-5203_

-06-

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| | | SOCIAL SECURITY NO. |
|---|---|---|
| | 02 | 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 |
| | | 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 |

PRINTED 01
11/21/91

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R.#1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FUL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS 1 LOA NON-SERVICE DISABIL | BA066 | 10-19-91 | O |
| 2 EXPIRE/DISABIL LEAVE | BA077 | 10-20-91 | O |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 LOA NON SERV CONNECTED | BA066 | 01-22-92 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 01-24-92 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

---

| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | 1/24/92 | AGENCY BUDGETARY (OPTIONAL) | |
| BY MAIL ☐  IN PERSON ☐ | DATE | AGENCY HEAD APPROVAL | Gerado Arcvedo, Warden 4-6-92 |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | | DATE 87 |

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick S. Lind_  Date of Birth: _9-19-53_  Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _RR#1 Box 274_

City: _Colona_  State: _IL_  Zip Code: _61241_

Employed by State of Illinois: _EAST Moline Correctional Center_
(Agency, Board, Commission, Department)

Facility: _E.M. Correctional Center_  Address: _EAST Moline, IL_

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

**1. DIAGNOSIS (including any complications):**

(a) Date of last examination:  Month: _January_  Day: _21_  19 _92_

(b) Diagnosis including any complications: _Otitis Media, Fatigue_

(c) Subjective symptoms: _Otalgia, sore throat, fatigue, chills, rhinitis_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

_Clinical exam only: Revealed Otitis media._

---

**2. DATES OF TREATMENT:**

(a) Date of first visit:  Month: _Jan_  Day: _21_  19 _92_

(b) Date of last visit:  Month: _Jan_  Day: _21_  19 _92_

(c) Frequency:  Weekly ☐  Monthly ☐  Other ☒ — (Please specify): _one time_

---

**3. TREATMENT:**

(a) Please describe treatment including any surgery and/or medication prescribed: _Amoxicillin, Decongestant, symptomatic care._

(b) Will treatment substantially improve function and employability? Yes ☒  No ☐  If yes, specify: _Anticipate full recovery without complications, residual problems_

---

CMS-95 (9-82)  **IMPORTANT NOTICE**  —88—

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:  Recovered ☐  Improved ☒  Remained unchanged ☐  Retrogressed ☐

(b) The patient is:  Ambulatory ☒  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒

If yes, give name and address of hospital: _____

Confined from:  Month _N/A_____ Day _____ 19____ through Month _____ Day____ 19___

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐  Climbing ☐  Bending ☐  Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐
Lifting ☐  Psychological ☐  Other ☒  (Please specify): _Pt. stated he felt unable to work due to extreme fatigue; 1/24/92 - 1/23/92_

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles*):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☒ REMARKS — _Anticipate full recovery to prior function._

---

**EXTENT OF DISABILITY:**

| | From Any Occupation | From Patient's Regular Occupation |
|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☐ No ☒   From Patient's Regular Occupation: Yes ☐ No ☒

| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| (b) If no, when was patient able to go to work? | 01 | 24 | 1992 | 01 | 24 | 1992 |
| (c) If yes, when do you think patient will be able to resume any work? | | | 19 | | | 19 |

(Approximate Date)   Indefinite ☐  Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐ No ☒   Yes ☐ No ☒

(e) If answer to (d) is "yes", please explain.

---

**REMARKS:**

_Normally, patients with this type of disease, are able to work right away. Unfortunately - this patient's fatigue (still unexplained) lead him to feel that he was unable to work. Since this is severe, I concur._

Attending Physician's Signature: _M Wiechert MD_   Degree: _M.D._  Date: _1/24/92_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Mark Wiechert, M.D._

Physician's Office Street Address: _2350 K1st St_   Zip Code: _61265_  Phone Number: _(309) 764-1880_

City: _Moline_   State: _IL_

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| PRINTED | 01 | | 02 SOCIAL SECURITY NO. |
|---|---|---|---|
| | | | 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 |

## 1 EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF- CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AII AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| | | | | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| **LAST TRANS** 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| **THIS TRANS** 1 DISABILITY NON SERV CONN | BA066 | 10-19-91 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 10-20-91 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

## REMARKS

| EMPLOYEE SIGNATURE (REQ ON VOL ACTION) | DATE 10-22-91 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐   IN PERSON ☐ | | AGENCY HEAD APPROVAL   Gerardo Acevedo, Warden   10-23-91 | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | | DATE |

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: 09/19/53    Soc. Sec. Number: 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

Name of Patient (full): Rick Lind

Present Address—Street or Rural Route: RR 1 Box 274

City: Colona,    State: Il.    Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center
(Agency, Board, Commission, Department)

Facility: East Moline Correctional Center    Address: 100 Hillcrest Rd. East Moline, Il.   61244

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: 10    Day: 21    19 91

(b) Diagnosis including any complications: cervicobrachial syndrome, cervical subluxation of C-5
Thoracic subluxation of T-4-T-6

(c) Subjective symptoms: Neck and shoulder pain

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): myospasms in thoracic spine with limited range of cervical motion

---

### 2. DATES OF TREATMENT:

(a) Date of first visit:    Month: 10    Day: 21    19 91
(b) Date of last visit:    Month: 10    Day: 21    19 91
(c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _____

---

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Spinal Manipulation

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify: _____

---

CMS-95 (9-82)

**IMPORTANT NOTICE**
This ... agency is requesting disclosure of information that is necessary to accomplish the ...

-91-

**4. PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day____ 19____ through Month_____ Day____ 19____

---

**5. LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

---

**6. PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☐ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**7. EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☒ No ☐   From Patient's Regular Occupation: Yes ☒ No ☐

| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| | | | 19 | | | 19 |
| | 10 | 22 | 19 91 | 10 | 22 | 19 91 |

(b) If no, when was patient able to go to work?

(From Any Occupation) (Approximate Date)

(c) If yes, when do you think patient will be able to resume any work?   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   From Any Occupation: Yes ☐   No ☒   From Patient's Regular Occupation: Yes ☐   No ☒

(e) If answer to (d) is "yes", please explain.

_____

_____

_____

_____

---

**8. REMARKS:**

_____

_____

_____

_____

---

Attending Physician's Signature: _A.K.L. Freebern_   Degree: D.C.   Date: 10/21/91

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: Dr. K. L. Freebern

Physician's Office Street Address: 813 1st Ave.

City: Silvis,   State: Il.   Zip Code: 61282   Phone Number: 755-5203

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**SOCIAL SECURITY NO.** 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

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

**PRINTED** 01: 04/11/91

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-16-84 | 12-16-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-16-84 | 12-16-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AII AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS 1 EXPIRE/DISABIL LEAVE | BA077 | 01-04-91 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1 DISABILITY NON SERV CONN | BA066 | 09-27-91 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 09-28-91 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

## REMARKS

EMPLOYEE'S SIGNATURE (REQ'D ON VOL ACTION)    DATE    AGENCY APPROVAL (OPTIONAL)    DATE

10-1-91

SIGNATURE OF PERSON SERVING SUS/DISC    DATE    AGENCY BUDGETARY (OPTIONAL)    DATE

BY MAIL ☐   IN PERSON ☐    Gerardo Acevedo, Warden

DIRECTOR OF CENTRAL MANAGEMENT SERVICES    DATE    AGENCY HEAD APPROVAL    DATE    10-22-91

-93-

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
#### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): **Rick Lind**  Date of Birth: **9/17/53**  Soc. Sec. Number: **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**

Present Address—Street or Rural Route: **R.R. 1 Box 274**

City: **Colona**  State: **Illinois**  Zip Code: **61241**

Employed by State of Illinois: **East Moline Correctional Center**
(Agency, Board, Commission, Department)

Facility: **Address: 100 Hillcrest Road, East Moline, Il.**

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination: Month: **09**  Day: **28**  19 **91**

(b) Diagnosis including any complications: **thoracic subluxation complex, thoracic myospasms**

(c) Subjective symptoms: **mid-thoracic pain**

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
**myospasm and edema**

### 2. DATES OF TREATMENT:

(a) Date of first visit:  Month: **09**  Day: **28**  19 **91**

(b) Date of last visit:  Month: **09**  Day: **28**  19 **91**

(c) Frequency:  Weekly ☐  Monthly ☐  Other ☐  — (Please specify): _____

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: **spinal manipulation**

(b) Will treatment substantially improve function and employability?  Yes ☒  No ☐  If yes, specify:

-94-

PROGRESS: (Please check appropriate box provided below):
(a) The patient has:   Recovered ☐   Improved ☐   Remained unchanged ☐   Retrogressed ☐
(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐
(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
    If yes, give name and address of hospital: _____ n/a _____

Confined from:   Month_____ Day _____ 19 _____ through   Month _____ Day _____ 19 _____

LIMITATION:  (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
                                                        none
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

6. PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):
☐ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 —  Medium manual activity* (15-30%)
☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

7. EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 09 | 28 | 19 91 | 09 | 28 | 19 91 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐  Never ☐ | | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐  No ☒ | | | Yes ☐  No ☒ | | |

(e) If answer to (d) is "yes", please explain.
_____
_____
_____

8. REMARKS:
Patient responded well to treatment with no permanent impairment
_____
_____
_____

Attending Physician's Signature: _Kevin L. Freebern D.C._     Degree: _D.C._   Date: _10/2/91_
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: _____ Kevin L. Freebern, D.C. _____
Physician's Office Street Address: _____ 813 1st Avenue _____
City: _Silvis_     State: _Illinois_     Zip Code _61282_   Phone Number: _755-5203_

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

| 01 PRINTED | 02 SOCIAL SECURITY NO. |
|---|---|
| 07-21-790 | 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 |
| | 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 |

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | 04 INIT | 05 SEX | 06 RACE | 07 VET | EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | 2 | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD COM | 21 PAYROLL DEPT | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2270.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-90 | NO DATE | A | A | NO DATE | 000 |
| 12-21-84 | 12-21-84 | 05-01-90 | | | | | |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09875-29-91-310-12-01 | 0 | 081 | | | |

### TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| LAST TRANS 1  GENERAL INCREASE | BA050 | 07-01-90 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1  DISABILITY NON SERV CONN | BA066 | 01-03-91 | |
| 2  EXPIRATION DISABILITY LEAVE | BA011 | 01-04-91 | |
| 3 | | | |
| 4 | | | |

RECEIVED

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
45-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

### REMARKS

| EMPLOYER'S SIGNATURE (REQ ON VOL ACTION) | DATE 1-10-91 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 1-11-91 |
| BY MAIL ☐   IN PERSON ☐ | | | DATE |

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): *Rick Lish*    Date of Birth: *9-19-53*    Soc. Sec. Number: *360-48-844*

Present Address—Street or Rural Route: *RR 1 Box 274*

*Colona*    State: *Ill.*    Zip Code: *61241*

Employed by State of Illinois: *East Moline Correctional Center*
(Agency, Board, Commission, Department)

City: _____    Address: *100 Hillcrest Road*

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

## DIAGNOSIS (including any complications):

(a) Date of last examination:    Month: *1*    Day: *3*    19 *91*

(b) Diagnosis including any complications: thoracic neuritis; thoracic subluxation

(c) Subjective symptoms: rib cage pain with respiration

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
pain in response to palpation  T-4, 5, 6
restriction of rib cage movement with respiration

---

## DATES OF TREATMENT:

(a) Date of first visit:    Month: January    Day: 3    19 91

(b) Date of last visit:    Month: January    Day: 3    19 91

(c) Frequency:    Weekly ☐    Monthly ☐    Other ☒ — (Please specify): Patient responded well to one treatment and I did not need to see him again for this

---

## TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: manipulation of the spine

(b) Will treatment substantially improve function and employability?    Yes ☒    No ☐    If yes, specify:

---

95 (9-82)    IMPORTANT NOTICE    −97−
This state agency is requesting disclosure of information that is necessary to accomplish the

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐

(b) The patient is:   Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day_____ 19____ through  Month_____ Day_____ 19____

---

**LIMITATION:**  (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐

Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____ none _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**EXTENT OF DISABILITY:**

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|

(a) In your opinion is patient now temporarily totally disabled?   From Any Occupation: Yes ☐ No ☒   From Patient's Regular Occupation: Yes ☐ No ☒

| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| (b) If no, when was patient able to go to work? | 01 | 04 | 19 91 | 01 | 04 | 1991 |
| (c) If yes, when do you think patient will be able to resume any work? | MONTH | DAY | 19 | MONTH | DAY | 19 |

(Approximate Date)   Indefinite ☐   Never ☐

(d) In your opinion is patient permanently and totally disabled for employment?   Yes ☐ No ☒   Yes ☐ No ☐

(e) If answer to (d) is "yes", please explain.   no permanent disability

_____
_____
_____
_____

---

**REMARKS:**

_____
_____
_____
_____
_____
_____

tending Physician's Signature: _Kevin L. Freebern D.C._   Degree: _D.C._   Date: _1/10/91_

EASE TYPE OR PRINT THE FOLLOWING INFORMATION:

tending Physician's Name: _Kevin L. Freebern, D.C._

ysician's Office Street Address: _813 1st Avenue,_

y: _Silvis_   State: _Illinois_   Zip Code: _61282_   Phone Number: _(309) 755-5203_

-98-

EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within

**ILLINOIS DEPAR...ENT OF CENTRAL MANAGEMENT SERVI...**
**PERSONNEL/POSITION ACTION FORM**

| 02 SOCIAL SECURITY NO. |
|---|
| 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 |
| 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 |

PRINTED
05/01/90  01

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R.#1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL-PT TIME | 20 FUNDING BRO COM | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 07 | 2172.000 | M | F | 00 | 29 | 163 | | RC006 | |
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-90 | NO DATE | A | NO DATE | | 000 |
| 12-21-84 | 12-21-84 | 05-01-90 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | O | 081 | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 SERVICE INCREASE | 515 | 05-01-90 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 05-23-90 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 05-25-90 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

## REMARKS

8

BEC...

CMS 6/25/90

EMPLOYEES SIGNATURE (REQ ON VOL ACTION)    DATE    5-30-90

AGENCY APPROVAL (OPTIONAL)    DATE

SIGNATURE OF PERSON SERVING SUS/DISC    DATE    AGENCY BUDGETARY (OPTIONAL)    Odie Washington, Warden
5-31-90

-99-

# PHYSICIAN'S STATEMENT

### STATE OF ILLINOIS
## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Date of Birth: 09/19/53   Soc. Sec. Number: 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

Name of Patient (full): Rick Lind

Present Address—Street or Rural Route: RR# 1 Box 274

City: Colona,   State: Il.   Zip Code: 61241

Employed by State of Illinois: East Moline Correctional Center
(Agency, Board, Commission, Department)

Address: 100 Hillcrest Rd. East Moline, Il.   61244

Facility:

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

### 1. DIAGNOSIS (including any complications):

(a) Date of last examination:   Month: 05   Day: 25   19 90

(b) Diagnosis including any complications: Cervicocranial syndrome
cervical subluxation of occiput and C-1

(c) Subjective symptoms: Flu symptoms with temp.

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

### 2. DATES OF TREATMENT:

(a) Date of first visit:   Month: 05   Day: 25   19 90
(b) Date of last visit:   Month: 05   Day: 25   19 90
(c) Frequency:   Weekly [ ]   Monthly ☐   Other ☐ — (Please specify):

### 3. TREATMENT:

(a) Please describe treatment including any surgery and/or medication prescribed: Manipulation of Spine

(b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify:

CMS-95 (9-82)

**IMPORTANT NOTICE**

This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information

−100−

PROGRESS: (Please check appropriate box provided below):
a) The patient has:   Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐
b) The patient is:   Ambulatory ☐   House confined ☒   Bed confined ☐   Hospital confined ☐
c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒
If yes, give name and address of hospital: _____

Confined from:   Month 05   Day 23  19 90   through   Month 05   Day 24  19 90

LIMITATION: (If there is a limitation, check appropriate box and describe below):
Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

PHYSICAL IMPAIRMENT: (*As defined in Federal Dictionary of Occupational Titles):
☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 — Medium manual activity* (15-30%)
☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS —

EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☒ | No ☐ | | Yes ☒ | No ☐ | |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | | | 19 | | | 19 |
| (b) If no, when was patient able to go to work? | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? | 05 | 25 | 19 90 | 05 | 25 | 19 90 |
| | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain.

REMARKS:

Attending Physician's Signature: _O.K.L. Freebern c.c._   Degree: D.C.   Date: 5/25/90
PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:
Attending Physician's Name: Dr. K. L. Freebern
Physician's Office Street Address: 813 1stAve. Silvis, Il. 61282   Zip Code: ___   Phone Number: 309-755-5203
City: ___   State: ___

-101-

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

| 02 SOCIAL SECURITY NO. |
|---|
| 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 |

PRINTED

## EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | X | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRO COM | 21 PAYROLL DEPT | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 11-12-84 | 11-12-84 | 05-01-89 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH | 35 AUDIT | 36 POS DES COMP |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1 DISABILITY NON SERV CONN | BA066 | 12-28-89 | |
| 2 EXPIRATION DIS LEAVE | BA077 | 12-29-89 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

items 1-25-90

| EMPLOYEES SIGNATURE (REQ.ON VOL ACTION) | DATE 1-3-90 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 7-8-90 |

-102-

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS
### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): _Rick Lind_     Date of Birth: _9/19/53_     Soc. Sec. Number: _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_

Present Address—Street or Rural Route: _29611 RR# 2 N._

_Hillsdale,_     State: _Il._     Zip Code: _61257_

Employed by State of Illinois: _____
(Agency, Board, Commission, Department)

Facility: _East Moline Correctional Center_     Address: _100 Hillcrest Rd. East Moline, Il.    61244_

> COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

1. DIAGNOSIS (including any complications):

(a) Date of last examination:     Month: _12_     Day: _29_   19 _89_

(b) Diagnosis including any complications: _Cervicobrachial syndrome, Cervical Subluxation of C-3_

_Thoracic Subluxation of T-1, T-2_

(c) Subjective symptoms: _Top of shoulders and neck pain_

(d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

_Pain on palpation in thoracic spine, limited range of cervical motion_

2. DATES OF TREATMENT:
(a) Date of first visit:     Month: _12_     Day: _29_   19 _89_
(b) Date of last visit:     Month: _12_     Day: _29_   19 _89_
(c) Frequency:     Weekly ☐     Monthly ☐     Other ☐ — (Please specify): _____

3. TREATMENT:
(a) Please describe treatment including any surgery and/or medication prescribed: _____
   _spinal manipulation_

(b) Will treatment substantially improve function and employability?     Yes ☐     No ☐     If yes, specify:

MS-95 (9-82)

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the

–103–

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: Recovered ☒  Improved ☐  Remained unchanged ☐  Retrogressed ☐

(b) The patient is: Ambulatory ☐  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒

If yes, give name and address of hospital: _____

Confined from: Month_____ Day_____ 19____ through Month_____ Day_____ 19____

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐  Climbing ☐  Bending ☐  Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐

Lifting ☐  Psychological ☒  Other ☐  (Please specify): _____

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

**7. EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 12 | 29 | 19 90 | 12 | 29 | 19 89 |
|  | MONTH | DAY | YEAR | | | |
| (c) If yes, when do you think patient will be able to resume any work? | | 19 | | | 19 | |
|  | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

**8. REMARKS:**

_____
_____
_____
_____

Attending Physician's Signature: _Dr. H D Bobb_    Degree: _D.C._  Date: _1/4/90_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. H. D. Bobb_

Physician's Office Street Address: _813 1st Ave._     Zip Code: _61282_  Phone Number: _309-755-5203_

City: _Silvis,_     State: _Il._

ILLINOIS DEPA...MENT OF CENTRAL MANAGEMENT SER...ES
PERSONNEL/POSITION ACTION FO

SOCIAL SECURITY NO. 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
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

**1** DATED 10/31/89 01

EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

**2**

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 10B |

**3**

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD CON DEPT | 21 PAYROLL CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 00 | 06 | 2059.000 | M | F | 00 | 29 163 | | RC006 | |
| | | | | | | | | | RC006 | |

**4**

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-89 | NO DATE | A | NO DATE | | 000 |
| 12-21-84 | 12-21-84 | 05-01-89 | | | | | |

**5**

POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**6**

TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 LOA NON-SERVICE DISABIL | BA066 | 09-29-89 | 0 |
| LAST TRANS. 2 EXPIRE/DISABIL LEAVE | BA077 | 10-01-89 | 0 |
| LAST TRANS. 3 | | | |
| LAST TRANS. 4 | | | |
| THIS TRANS. 1 LOA NON SERVICE DISABILITY | BA066 | 12-06-89 | |
| THIS TRANS. 2 EXPIRATION DISABILITY LEAVE | BA077 | 12-07-89 | |
| THIS TRANS. 3 | | | |
| THIS TRANS. 4 | | | |

CODES

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**7**

REMARKS

By CMS 1-25-90

**8**

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | DATE 12-14-89 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 1-2-90 |
| BY MAIL ☐ IN PERSON ☐ DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL Kenneth S. McInnes | DATE |

CMS-7(11-83)

-105-

# STATE OF ILLINOIS
## AUTHORIZATION FO. DISABILITY LEAVE AND RETURN , WORK AUTHORIZATION

me of Patient (full): **Rick Lind**     Date of Birth: **9/19/53**    Soc. Sec. Number: **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**

sent Address—Street or Rural Route: **29611 RR# 2 N.**

y: **Hillsdale,**     State: **Il.**     Zip Code: **61257**

ployed by State of Illinois: _____
(Agency, Board, Commission, Department)

cility: **East Moline Correctional Center**    Address: **100 Hillcrest Rd. East Moline, Il. 61244**

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

. DIAGNOSIS (including any complications):

(a)  Date of last examination:    Month: **12**    Day: **06**    19 **89**

(b)  Diagnosis including any complications: **Thoracic Neuritis, Thoracic Subluxation of T-5-T-8**

(c)  Subjective symptoms: **Sharp mid back pain on lefr.**

(d)  Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

**Pain on Palpation in thoracic spine.**

---

. DATES OF TREATMENT:

(a)  Date of first visit:    Month: **12**    Day: **06**    19 **89**

(b)  Date of last visit:    Month: **12**    Day: **06**    19 **89**

(c)  Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify): _____

---

. TREATMENT:

(a)  Please describe treatment including any surgery and/or medication prescribed: _____
**Manipulation of Spine**

(b)  Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify:

---

S-95 (9-82)

401-0784

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has:   Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

(b) The patient is:   Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?   Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day_____ 19____ through   Month_____ Day_____ 19____

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

Lifting ☐    Psychological ☐    Other ☐    (Please specify): _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; Incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS —

---

**EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| (a) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | 12 | 07 | 19 89 | 12 | 07 | 19 89 |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (c) If yes, when do you think patient will be able to resume any work? |  |  | 19 |  |  | 19 |
|  | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain. _____

_____

_____

_____

---

**REMARKS:**

---

Attending Physician's Signature: _G. K. L. Freebern_   Degree: _D.C._   Date: _12/14/89_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. K. L. Freebern_

Physician's Office Street Address: _813 1st Ave._

City: _Silvis_   State: _Il_   Zip Code: _61282_   Phone Number: _309-755-5203_

EMPLOYEES: You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FC

| 02 | SOCIAL SECURITY NO. |
|---|---|
| | 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 |
| | 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 |

PRINTED
7/20/89  01

**EMPLOYEE INFORMATION**

| LAST NAME | 03 FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | M | W | N | 4 | 09-19-53 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| R.R. #1 BOX 274 | COLONA | 037 | IL | 61241 | 108 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 00 | 06 | 2059.000 | M | F | 00 | 29 | 163 | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STA-TUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-89 | NO DATE | A | NO DATE | | 000 |

**POSITION INFORMATION**

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| CORRECTIONAL OFFICER | 09675-29-91-310-12-01 | 0 | 081 | | | |

**TRANSACTION INFORMATION**

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 GENERAL INCREASE | BA030 | 07-01-89 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONN | BA066 | 09-29-89 | |
| 2 EXPIRATION DIS LEAVE | BA077 | 10-01-89 | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**REMARKS**

fr CMS 10-20-87

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | | DATE 10-3-89 | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden | DATE 10-4-89 |
| BY MAIL ☐  IN PERSON ☐ DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | DATE | AGENCY HEAD APPROVAL | DATE |

108-

STATE OF ILLINOIS

## AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

Name of Patient (full): __Rick Lind__      Date of Birth: __9/19/53__   Soc. Sec. Number: __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__

Present Address—Street or Rural Route: __29611  RR# 2 N.__

City: __Hillsdale,__      State: __Il.__      Zip Code: __61257__

Employed by State of Illinois: _____  (Agency, Board, Commission, Department).

Facility: __East Moline Correctional Center__   Address: __100 Hillcres Rd. East Moline, Il.  61244__

---

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

---

1. DIAGNOSIS (including any complications):

   (a) Date of last examination:    Month: __29__   Day: __09__   19 __89__

   (b) Diagnosis including any complications: __Cervicobrachial syndrome, Cervical Sub. C-3 and C-5__

   (c) Subjective symptoms: __neck pain__

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings): __Limited range of cervical motion__

---

2. DATES OF TREATMENT:

   (a) Date of first visit:   Month: __09__   Day: __29__  19 __89__

   (b) Date of last visit:   Month: __09__   Day: __29__  19 __89__

   (c) Frequency:    Weekly ☐   Monthly ☐   Other ☐   — (Please specify): _____

---

3. TREATMENT:

   (a) Please describe treatment including any surgery and/or medication prescribed: _____
       __Manipulation of Spine__

   (b) Will treatment substantially improve function and employability?   Yes ☐   No ☐   If yes, specify: _____

---

S-95 (9-82)

401-0784

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

**PROGRESS:** (Please check appropriate box provided below):

(a) The patient has: Recovered ☒  Improved ☐  Remained unchanged ☐  Retrogressed ☐

(b) The patient is: Ambulatory ☐  House confined ☐  Bed confined ☐  Hospital confined ☐

(c) Has the patient been hospital confined because of current condition?  Yes ☐  No ☒

If yes, give name and address of hospital: _____

Confined from:  Month_____ Day _____ 19____ through  Month_____ Day_____ 19____.

---

**LIMITATION:** (If there is a limitation, check appropriate box and describe below):

Standing ☐  Climbing ☐  Bending ☐  Use of hands ☐  Sitting ☐  Walking ☐  Stooping ☐

Lifting ☐  Psychological ☐  Other ☐  (Please specify): _____

---

**PHYSICAL IMPAIRMENT:** (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 — No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

☐ CLASS 2 — Medium manual activity* (15-30%)

☐ CLASS 3 — Slight limitation of functional capacity; capable of light work* (35-55%)

☐ CLASS 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ CLASS 5 — Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

☐ REMARKS — _____

---

**EXTENT OF DISABILITY:**

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
|  | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
|  | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| (a) In your opinion is patient now temporarily totally disabled? | 10 | 02 | 19 89 | | | 19 |
| (b) If no, when was patient able to go to work? | **MONTH** | **DAY** | **YEAR** | **MONTH** | **DAY** | **YEAR** |
| | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |

(e) If answer to (d) is "yes", please explain.

_____

_____

_____

_____

---

**REMARKS:**

_____

_____

_____

_____

_____

---

Attending Physician's Signature: _Dr. K. I. Freehern_  Degree: __D.C.__  Date: __10/2/89__

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: __Dr. Kevin Freehern__

Physician's Office Street Address: __813 1st Ave.    Silvis, Il.   61282__

City: _____  State: _____  Zip Code: _____  Phone Number: __309-755-5203__

---

**EMPLOYEES:** You are responsible for having this form completed and returned to the appropriate person within your agency within time limits established by your agency.  Your failure to comply may result in termination of your disability leave.

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

PRINTED ☐

| SOCIAL SECURITY NO. |
|---|
| 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 |

## EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | S | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD COM | 21 PAYROLL DEPT. | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO | 29A HANDICAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-89 | | | | | |

## POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| | 91 | | | | | |

## TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| **LAST TRANS.** 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| **THIS TRANS.** 1 DISABILITY NON SERV CONN | BA066 | 06-16-89 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 06-17-89 | |
| 3 | | | |
| 4 | | | |

### CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
X-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

## REMARKS

| | | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|---|
| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | | 6-22-89 | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | | DATE | AGENCY BUDGETARY (OPTIONAL) Odie Washington, Warden 6-23-89 | DATE |
| BY MAIL ☐ IN PERSON ☐ DIRECTOR OF CENTRAL MANAGEMENT SERVICES | | DATE | AGENCY HEAD APPROVAL Michael P Lane 7-7-89 | DATE |

STATE OF ILLINOIS

AUTHORIZATION F DISABILITY LEAVE AND RETURN WORK AUTHORIZATION

Date of Birth: 09/19/53    Soc. Sec. Number: 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

ne of Patient (full): Rick Lind

sent Address—Street or Rural Route: 29611 RR# 2 N.    61257

y: Hillsdale    State: Il.    Zip Code:

ployed by State of Illinois: _____ (Agency, Board, Commission, Department) 100 Hillcrest Rd. East Moline, Il. 61244

cility: East Moline Correctional Center    Address:

**COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.**

1. DIAGNOSIS (including any complications):
   (a) Date of last examination:    Month: 06    Day: 17    19 89
   (b) Diagnosis including any complications: Lumbalgia, Subluxation of L-3

   (c) Subjective symptoms: Lower back pain

   (d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):
   Positive Orthopedic test, Lasaques, with limited range of motion.

2. DATES OF TREATMENT:
   (a) Date of first visit:    Month: 06    Day: 17    19 89
   (b) Date of last visit:    Month: 06    Day: 17    19 89
   (c) Frequency:    Weekly ☐    Monthly ☐    Other ☐ — (Please specify):

3. TREATMENT:
   (a) Please describe treatment including any surgery and/or medication prescribed:
   Manipulation of spine
   (b) Will treatment substantially improve function and employability?    Yes ☐    No ☐    If yes, specify:

**IMPORTANT NOTICE**
This state agency is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under Chp. 127, 63b, 108c(2). Disclosure of this information is VOLUNTARY. This form has been approved by the State Forms Management Center.

CMS-95 (9-82)

IL 401-0784

PROGRESS: (Please check appropriate box provided below):

a) The patient has:  Recovered ☒   Improved ☐   Remained unchanged ☐   Retrogressed ☐
b) The patient is:  Ambulatory ☐   House confined ☐   Bed confined ☐   Hospital confined ☐
c) Has the patient been hospital confined because of current condition?   Yes ☐   No ☒

If yes, give name and address of hospital: _____

Confined from:   Month_____ Day_____ 19_____ through  Month_____ Day_____ 19_____

LIMITATION:  (If there is a limitation, check appropriate box and describe below):

Standing ☐   Climbing ☐   Bending ☐   Use of hands ☐   Sitting ☐   Walking ☐   Stooping ☐
Lifting ☐   Psychological ☐   Other ☐   (Please specify): _____

PHYSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):

☒ CLASS 1 —  No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ CLASS 2 —  Medium manual activity* (15-30%)
☐ CLASS 3 —  Slight limitation of functional capacity; capable of light work* (35-55%)
☐ CLASS 4 —  Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ CLASS 5 —  Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ REMARKS — _____

EXTENT OF DISABILITY:

| | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| | Yes ☐ | | No ☒ | Yes ☐ | | No ☒ |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (a) In your opinion is patient now temporarily totally disabled? | 06 | 17 | 19 89 | 06 | 17 | 19 89 |
| | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| (b) If no, when was patient able to go to work? | | | 19 | | | 19 |
| (c) If yes, when do you think patient will be able to resume any work? | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| (d) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☐ | | Yes ☐ | No ☐ | |

(e) If answer to (d) is "yes", please explain.

_____
_____
_____

REMARKS:

_____
_____
_____
_____
_____

Attending Physician's Signature: _E. H. D. Bobb_    Degree: _D.C._  Date: _6/22/89_

PLEASE TYPE OR PRINT THE FOLLOWING INFORMATION:

Attending Physician's Name: _Dr. H. D. Bobb_

Physician's Office Street Address: _813 1st Ave._   Zip Code: _61282_   Phone Number: _309-755-5203_

City: _Silvis_    State: _Il._

TO EMPLOYEES:  You are responsible for having this form completed and returned to the appropriate person within your agency within the time limits established by your agency. Your failure to comply may result in termination of your disability leave.

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
PERSONNEL/POSITION ACTION FORM

**02 SOCIAL SECURITY NO.** 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

**01 1 PRINTED**

**EMPLOYEE INFORMATION**

| 03 LAST NAME | FIRST | INIT | 04 SEX | 05 RACE | 06 VET | 07 EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| LIND | RICK | A | | | | | |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT. | CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF-CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RC006 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY/DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDI CAP |
|---|---|---|---|---|---|---|---|
| 12-21-84 | 12-21-84 | 05-01-88 | | | | | |

**POSITION INFORMATION**

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 A/I AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| | 29-91 | | | | | |

**TRANSACTION INFORMATION**

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIOR-ITY |
|---|---|---|---|
| LAST TRANS. 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 DISABILITY NON SERV CONNECTED | BA066 | 02-23-89 | |
| 2 EXPIRATION DISABILITY LEAVE | BA077 | 02-24-89 | |
| 3 | | | |
| 4 | | | |

CODES

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROS. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
B-PARTIAL EXTENSION

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PH/MD
8-OTHER DEGREE

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

CMS 4/18/89

**REMARKS**

EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) — DATE 3-23-89

AGENCY APPROVAL (OPTIONAL) — DATE

SIGNATURE OF PERSON SERVING SUS/DISC — DATE

AGENCY BUDGETARY (OPTIONAL) — DATE

Odie Washington, Warden 3-23-89

AGENCY HEAD APPROVAL — DATE

IN PERSON

-114-

# PHYSICIAN'S STATEMENT

## STATE OF ILLINOIS

### AUTHORIZATION FOR DISABILITY LEAVE AND RETURN TO WORK AUTHORIZATION

of Patient (full): _Rick S. Deck_     Date of Birth: _9-19-53_     Soc. Sec. Number: _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_

Address—Street or Rural Route: _RR I Box 274_     Zip Code: _61241_

_Colona_     State: _Ill_

ved by State of Illinois: _East Moline Correctional Center_
(Agency, Board, Commission, Department)

Address: _100 Hillcrest Road East Moline_

/ : _____

> COMPREHENSIVE MEDICAL INFORMATION IS REQUIRED IN ORDER TO EVALUATE THE EMPLOYEE'S CLAIM FOR A DISABILITY LEAVE OF ABSENCE OR SUBSEQUENT RETURN TO WORK.

IAGNOSIS (including any complications):

) Date of last examination:     Month: _Feb_     Day: _22_     19 _89_

) Diagnosis including any complications: _Flu (Influenza)_

c) Subjective symptoms: _with cough_

d) Objective findings (including information derived from x-rays, EKG's, laboratory data and any clinical findings):

DATES OF TREATMENT:
(a) Date of first visit:     Month: _Feb_     Day: _22_     19 _89_
(b) Date of last visit:     Month: _Feb_     Day: _22_     19 _89_
(c) Frequency:     Weekly ☐     Monthly ☐     Other ☐ — (Please specify): _____

TREATMENT:
(a) Please describe treatment including any surgery and/or medication prescribed: _____

  _Phen w/cod; ASA; Amantidine_

(b) Will treatment substantially improve function and employability?     Yes ☐     No ☐     If yes, specify: _____

-95 (9-82)

IMPORTANT NOTICE

OGRESS:  (Please check appropriate box provided below):

The patient has:    Recovered ☒    Improved ☐    Remained unchanged ☐    Retrogressed ☐

The patient is:    Ambulatory ☐    House confined ☐    Bed confined ☐    Hospital confined ☐

Has the patient been hospital confined because of current condition?    Yes ☐    No ☒

If yes, give name and address of hospital: _____

Confined from:    Month_____ Day _____ 19 _____ through  Month _____ Day_____ 19 ____

MITATION:  (If there is a limitation, check appropriate box and describe below):

nding ☐    Climbing ☐    Bending ☐    Use of hands ☐    Sitting ☐    Walking ☐    Stooping ☐

ting ☐    Psychological ☐    Other ☐    (Please specify): _____

YSICAL IMPAIRMENT:  (*As defined in Federal Dictionary of Occupational Titles):

CLASS 1 —    No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)

CLASS 2 —    Medium manual activity* (15-30%)

CLASS 3 —    Slight limitation of functional capacity; capable of light work* (35-55%)

CLASS 4 —    Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

CLASS 5 —    Severe limitation of functional capacity; incapable of minimal (sedentary*) activity (75-100%)

REMARKS — _____

XTENT OF DISABILITY:

|  | From Any Occupation | | | From Patient's Regular Occupation | | |
|---|---|---|---|---|---|---|
| ) In your opinion is patient now temporarily totally disabled? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| ) If no, when was patient able to go to work? | Feb | 24 | 19 89 | 2 | 24 | 1989 |
|  | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| ) If yes, when do you think patient will be able to resume any work? |  |  | 19 |  |  | 19 |
|  | (Approximate Date) | | | Indefinite ☐ | Never ☐ | |
| ) In your opinion is patient permanently and totally disabled for employment? | Yes ☐ | No ☒ | | Yes ☐ | No ☒ | |
| ) If answer to (d) is "yes", please explain. |  |  |  |  |  |  |

_____
_____

EMARKS:

In the absence of Dr James C Parsons, his associate Dr Randall L Mullin

reviewed and signed this form.

_____
_____

nding Physician's Signature: _Randall Mullin_____  Degree: __M.D.__  Date: 3/30/89

In the absence of James C Parsons, M.D.

ASE TYPE OR PRINT THE FOLLOWING INFORMATION:

nding Physician's Name: _Randall L Mullin, M.D._____

ician's Office Street Address: _648 N Chicago St_____

: _Geneseo,_____  State: _Illinois___  Zip Code: _61254_  Phone Number: _309/944-5342_