E-FILED
Monday, 24 September, 2007   10:28:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE FINAL PRE-TRIAL ORDER**

NOW COMES Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Illinois Attorney General, and for its Motion for Enlargement of Time to File Final Pre-Trial Order, states as follows:

1. On September 6, 2007, the Court denied Plaintiff's Motion for Partial Summary Judgment and directed the parties to file an agreed final pre-trial order and agreed jury instruction on or before September 24, 2007. (Doc. 32).

2. The under-signed counsel was out of the office on Friday, September 21, 2007.

3. Plaintiff's counsel provided a first draft of a pre-trial order on Friday, September 21, 2007.

4. The under-signed counsel's trial partner, Matthew D. Bilinsky, is unexpectedly out of the office today due to illness.

5. Accordingly, the final pre-trial order and jury instructions cannot be completed within the deadline set by the Court.

6. The Defendant respectfully requests an enlargement of the deadline to submit an agreed final pre-trial order, seeking up to and including September 27, 2007 in which to provide the Court with a final pre-trial order and jury instructions.

7. The under-signed counsel has contacted Plaintiff's counsel, who indicates no objection to the present motion.

8. This motion is not made for the purpose of undue delay.

WHEREFORE, the Defendant respectfully requests this honorable Court grant its Motion for Enlargement of Time and allow the parties up to and including September 27, 2007 to provide the Court with a final pre-trial order.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS,
>
>Defendant,
>
>LISA MADIGAN, Attorney General, State of Illinois
>
>By: s/ Sarah R. Kerley
>Sarah R. Kerley, #6283449
>Assistant Attorney General
>Attorney for Defendant
>500 South Second Street
>Springfield, Illinois  62706
>Telephone:  (217) 785-4555
>Facsimile:   (217) 524-5091
>E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed a Motion for Enlargement of Time to File Final Pre-Trial Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on September 24, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                                                  Respectfully Submitted,
                                                 s/ Sarah R. Kerley
                                                 Sarah R. Kerley, #6283449
                                                 Assistant Attorney General
                                                 Attorney for Defendant
                                                 500 South Second Street
                                                 Springfield, Illinois  62706
                                                 Telephone:  (217) 785-4555
                                                 Facsimile:   (217) 524-5091
                                                 E-Mail:  skerley@atg.state.il.us