E-FILED
Thursday, 27 September, 2007  12:14:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

NOW COMES Amy D. Gerloff, Assistant Attorney General, by and through Lisa Madigan, Attorney General of the State of Illinois, and hereby enters her appearance as additional counsel on behalf of the Defendant, STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, in the above cause.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Amy D. Gerloff, #6283925
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 785-4555

Of Counsel.

Attorney for Defendant,

By:   s/ Amy D. Gerloff
AMY D. GERLOFF
Assistant Attorney General

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | )    No. 05-4059 |
| | ) |
| STATE OF ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on September 27, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Respectfully Submitted,
 s/ Amy D. Gerloff
Amy D. Gerloff, #6283925
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 785-4555
Facsimile:   (217) 524-5091
E-Mail:  agerloff@atg.state.il.us