UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Matthew D. Bilinsky, Assistant Attorney General, by and through Lisa Madigan, Attorney General of the State of Illinois, and hereby enters his appearance as additional counsel on behalf of the Defendant, STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, in the above cause.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF
        CORRECTIONS,

            Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

Matthew D. Bilinsky, #6217270　　　　Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706　　　　By:  s/ Matthew D. Bilinsky
(217) 782-5819　　　　　　　　　　　MATTHEW D. BILINSKY
　　　　　　　　　　　　　　　　　　Assistant Attorney General
Of Counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on September 27, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Respectfully Submitted,

 s/ Matthew D. Bilinsky
Matthew D. Bilinsky, #6217270
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-5819
Facsimile:   (217) 524-5091
E-Mail: mbilinsky@atg.state.il.us