E-FILED
Friday, 28 September, 2007  02:49:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### EXHIBIT LIST FOR PLAINTIFF

| Case Name: Lind v. State of Illinois | Case No.: 05-4059 | Page 1 of 3 |
|---|---|---|

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Personnel Action Form for Request for Leave of Absence Provided to Lind on 7/24/03 | | | X |
| 2. | Dr. Kevin Freebern's Physician's Statement dated 7/30/03 | X | | |
| 3. | Findings and Decision in Illinois of Civil Service Commission entered 1/20/05 incorporating the decision of the Administrative Law Judge dated 1/7/05. | X | | |
| 4. | Section 9: Family Responsibility Leave Under Agreement Between AFSCME and AFL/CIO for Period 7/1/00 - 6/30/04 | X | | |
| 5. | Transcript of the Proceedings for the Illinois Civil Service Commission dated `2/27/04 | X | | |
| 6. | 1/7/05 Decision of the Illinois Civil Service Commission | X | | |
| 7. | Affirmative Attendance Policy (AD 03.01.301) | X | | |
| 8. | Physician's Statement signed by Dr. Freebern on 8/14/03 | | | X |
| 9. | Release from Work Slip signed by Dr. Freebern | X | | |
| 10. | Notification of Absence Forms for the period 7/24 - 8/6 | X | | |

1

| Case Name: Lind v. State of Illinois | | Case No.: 05-4059 | Page 2 of 3 |
|---|---|---|---|

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 11. | Defendant's Response to Plaintiff's First Request for Admission of Facts | X | | |
| 12. | Defendant's Response to Second Request to Admit Facts | X | | |
| 13. | Summary of Wage and Benefit Loss 7/24/03 to 1/31/05 (Doc. #00696) | X | | |
| 14. | Excerpt from Employee Handbook; Disability Leave Policy | X | | |
| 15. | FMLA Notice of Rights and Medical Certification Form for Request of Leave used by defendant. | | | X |
| 16. | Freebern Chiropractic Clinic bill $364.63 (8/4/03 to 11/7/03) | X | | |
| 17. | Freebern Chiropractic Clinic bill $418.00 (1/2/04 to 3/24/04) | X | | |
| 18. | Freebern Chiropractic Clinic bill $290.00 | X | | |
| 19. | Hammond-Henry Hospital Physical Therapy bill $658.31 | X | | |
| 20. | Hammond-Henry Hospital $201.07 | X | | |
| 21. | Prescription Drugs Expense $1,039.56 & $44.68 | X | | |
| 22. | Metro MRI $167.04 | X | | |
| 23. | Health Alliance HMO Demand for reimbursement $2,706.13 | | | X |
| 24. | State Retirement System Savings Plan Withdrawal 9/24/04 | | | X |
| 25. | 8/28/06 letter from Dena Figueira to Rick Lind with enclosed Medical Certification form and U.S. Department of Labor Fact Sheet. | | | X |
| 26. | Defendant's Answers to Interrogatories | X | | |
| 27. | Defendant's Response to Request to Produce No. 4 with documents to Bates Nos. 1-26 and 162-170. | X | | |


| Case Name: Lind v. State of Illinois | Case No.: 05-4059 | Page 2 of 3 |
|---|---|---|

                RICK LIND, Plaintiff

                By:_____
For:                   Stephen T. Fieweger
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167
s:\wp\worddoc\11260001.34E

3