UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### EXHIBIT LIST FOR DEFENDANT

| Case Name: Lind v. State of Illinois | Case No.: 05-4059 | Page 1 of 3 |
|---|---|---|

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | CMS 95 handwritten date 8/14/2003 | X | | |
| 2. | Memorandum dated 9/5/2003 | X | | |
| 3. | CMS 95 typed date 8/14/2003 | X | | |
| 4. | CMS 95 typed date 7/30/2003 bearing fax signature from Freebern Chiropractic October 1, 2003 | X | | |
| 5. | Fax machine log from EMCC | X | | |
| 6. | Freebern's slip dated 8/4/2003 bearing fax signature and received stamp of 9/24/2003 | X | | |
| 7. | Plaintiff's time records 2002 | | | X |
| 8. | Plaintiff's time records 2003 | | | X |
| 9. | Call in sheets for July, 2003 | | | X |
| 10. | Treatment records from Freebern Chiropractic | X | | |
| 11. | Billing statements from Freebern Chiropractic | X | | |
| 12. | Email from Pam Verstraete dated October 10, 2003 | | | X |
| 13. | Summary of Leaves of Absence | | | X |
| 14. | Leaves of absence submissions prior to July 24, 2003 | | | X |
| 15. | Fax cover sheet from Freebern Chiropractic dated October 1, 2003 | X | | |
| 16. | Pam Verstraete's Time records from July, 2003 | | | X |
| 17. | Employee Handbook | X | | |

| Case Name: Lind v. State of Illinois | | Case No.: 05-4059 | Page 2 of 3 |
|---|---|---|---|

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 18. | Investigative report dated 10/29/2003 regarding Plaintiff having alcohol on property - with attachments | | | X |
| 19. | Investigative report dated 10/29/2003 regarding Plaintiff threatening Sue House - with attachments | | | X |
| 20. | Investigative report dated 11/1/2003 regarding falsification of documents | | | X |
| 21. | Personnel Action form regarding Non-Service Connected Disability leave for period 8/20/2003 through 10/15/2003 | | | X |
| 22. | Letter dated 8/29/2003 from Dr. Freebern | | | X |
| 23. | Freebern's slip dated 8/20/2003 | | | X |
| 24. | CMS 95 dated 8/27/2003 bearing fax signature 10/1/2003 | | | X |
| 25. | Freebern's slip dated 9/26/2003 | | | X |
| 26. | CMS 95 dated 9/29/2003 bearing fax signature 10/1/2003 | | | X |
| 27. | Freebern's slip dated 10/15/2003 | | | X |
| 28. | Employee Review Board Hearing and recommendation dated 9/22/2003 (July 24-8/6) | | | X |
| 29. | Employee Review Board Hearing and recommendation dated 9/22/2003 (8/20-22, 25-28) | | | X |
| 30. | Employee Review Board Hearing and recommendation dated 10/24/2003 (8/29 9/2-4) | | | X |
| 31. | Employee Review Board Hearing and recommendation dated 10/24/2003 (9/1, 9/5, 9/8-10) | | | X |
| 32. | Disciplinary Action-Suspension notice dated 10/1/2003 | | | X |
| 33. | Disciplinary Action-Suspension notice dated 10/14/2003 | | | X |
| 34. | Employee Review Board Hearing and recommendation dated 11/4/2003 (9/11-12, 9/15-19, 9/22-26, 9/29-30, 10/1-2/2003) | | | X |
| 35. | Employee Review Board Hearing and recommendation dated 11/17/2003 (threatening C/O Houser) | | | X |
| 36 | Employee Review Board Hearing and recommendation dated 11/17/2003 (falsifying time off records) | | | X |

| Case Name: Lind v. State of Illinois | Case No.: 05-4059 | Page 3 of 3 |
|---|---|---|

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 37. | CMS Correspondence to Plaintiff regarding approval of charges of discharge for cause | X | | |
| 38. | Summary regarding Plaintiff's hours of work | | | X |
| 39. | Collective Bargaining Agreement | X | | |

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Sarah R. Kerley
Sarah R. Kerley, #6283449

Matthew D. Bilinsky, #6217270
Amy D. Gerloff, #6283925

Assistant Attorneys General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  skerley@atg.state.il.us
           mbilinsky@atg.state.il.us
           agerloff@atg.state.il.us