UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

| No. | 7th Cir. CPJI # | Objection | Withdrawn | Refused | Given |
|---|---|---|---|---|---|
| 1. | 1.01 | X | | | |
| 2. | 1.02 | | | | |
| 3. | 1.03 | X | | | |
| 4. | 1.04 | X | | | |
| 5. | 1.05 | | | | |
| 6. | 1.06 | | | | |
| 7. | 1.07 | | | | |
| 8. | 1.08 | | | | |
| 9. | 1.09 | | | | |
| 10. | 1.11 | | | | |
| 11. | 1.12 | | | | |
| 12. | 1.13 | | | | |
| 13. | 1.14 | X | | | |
| 14. | 1.16 | | | | |
| 15. | 1.17 | | | | |
| 16. | 1.18 | | | | |
| 17. | 1.19 | X | | | |
| 18. | 1.27 | | | | |
| 19. | 1.28 | X | | | |
| 20. | 1.34 | X | | | |
| 21. | 2.01 | | | | |
| 22. | 2.05 | | | | |
| 23. | 2.14 | | | | |
| No. | 5th Cir. CPJI # | Objection | Withdrawn | Refused | Given |
| 24. | 11.10.1 | X | | | |
| No. | 8th Cir. CPJI # | Objection | Withdrawn | Refused | Given |
| 25. | 5.83F | X | | | |
| 26. | 5.85 | X | | | |
| No. | 5th Cir. CPJI # | Objection | Withdrawn | Refused | Given |

| 27. | 11.10.1 | X | 2 | | |
|---|---|---|---|---|---|

                                              RICK LIND, Plaintiff

                                      By:_____

For:                                        Stephen T. Fieweger  
KATZ, HUNTOON & FIEWEGER, P.C.  
Attorneys for Plaintiff  
1000 - 36th Avenue  
P.O. Box 950  
Moline, IL 61266-0950  
Telephone:  309-797-3000  
Fax:  309-797-2167  

s:\wp\worddoc\11260001.35J