**E-FILED**
Friday, 28 September, 2007  02:52:43 PM
Clerk, U.S. District Court, ILCD

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys.  Now I will instruct you on the law.

You have two duties as a jury.  Your first duty is to decide the facts from the evidence in the case.  This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts.  You must follow these instructions, even if you disagree with them.  Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

7th C.P.J.I. 1.01
Plaintiff's Tendered Inst. No. _____

During this trial, I have asked a witness a question myself.  Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

7th C.P.J.I. 1.02
Plaintiff's Tendered Inst. No. _____

In this case, defendant is the State of Illinois, by its Agency, the Illinois Department of Corrections.  All parties are equal before the law.

7th C.P.J.I. 1.03
Plaintiff's Tendered Inst. No. _____

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence and stipulations of the parties.

A stipulation is an agreement between both sides that certain facts are true that a person would have given certain testimony.

I have taken judicial notice of certain facts.  You must accept those facts as proved.

7th C.P.J.I. 1.04
Plaintiff's Tendered Inst. No. _____

During the trial, certain testimony was presented to you by the reading of a deposition..
You should give this testimony the same consideration you would give it had the witness
appeared and testified here in court.

7th C.P.J.I. 1.05
Plaintiff's Tendered Inst. No. _____

Certain things are not to be considered as evidence.  I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded.

Third, questions and objections or comments by the lawyers are not evidence.  Lawyers have a duty to object when they believe a question is improper.  You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence.  Their purpose is to discuss the issues and the evidence.  If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

7th C.P.J.I. 1.06
Plaintiff's Tendered Inst. No. _____

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

7th C.P.J.I. 1.07
Plaintiff's Tendered Inst. No. _____

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

7th C.P.J.I. 1.08
Plaintiff's Tendered Inst. No. _____

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose.  You must consider this evidence only for the limited purpose for which it was admitted.

7th C.P.J.I. 1.09
Plaintiff's Tendered Inst. No. _____

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists.  In law we call this "inference."  A jury is allowed to make reasonable inferences.  Any inference you make must be reasonable and must be based on the evidence in the case.

7th C.P.J.I. 1.11
Plaintiff's Tendered Inst. No. _____

You may have heard the phrases "direct evidence" and "circumstantial evidence."  Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact.  Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from the witness who says, "I was outside a minute ago and I saw it raining."  <u>Circumstantial evidence</u> that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  You should decide how much weight to give to any evidence.  In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

7th C.P.J.I. 1.12
Plaintiff's Tendered Inst. No. _____

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all.  You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness' memory;

- any interest, bias, or prejudice the witness may have;

- the witness' intelligence;

- the manner of the witness while testifying;

- and the reasonableness of the witness' testimony in light of all the evidence in the case.

7th C.P.J.I. 1.13
Plaintiff's Tendered Inst. No. _____

You may consider statements given by party witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath or acted in a manner that is consistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering a prior inconsistent statement or conduct, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

7th C.P.J.I. 1.14
Plaintiff's Tendered Inst. No. _____

It is proper for a lawyer to meet with any witness in preparation for trial.

7th C.P.J.I. 1.16
Plaintiff's Tendered Inst. No. _____

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number.  You need not accept the testimony of the larger number of witnesses.

7th C.P.J.I. 1.17
Plaintiff's Tendered Inst. No. _____

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial.  Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

7th C.P.J.I. 1.18
Plaintiff's Tendered Inst. No. _____

_____ was mentioned at trial but did not testify.  You may, but are not

required to, assume that _____'s testimony would have been unfavorable to

_____.

7th C.P.J.I. 1.19
Plaintiff's Tendered Inst. No. \_\_\_\_\_

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true than not true.

7th C.P.J.I. 1.27
Plaintiff's Tendered Inst. No. _____

When I say that a particular party must prove something by "clear and convincing evidence," this is what I mean:  When you have considered all of the evidence, you are convinced that it is highly probable that it is true.

7th C.P.J.I. 1.28
Plaintiff's Tendered Inst. No. _____

The verdict must represent the considered judgment of each juror.  Your verdict, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict.  In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors.  Discuss your differences with an open mind.  Do not hesitate to ex-examine your own views and change your opinion if you come to believe it is wrong.  But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror.  You are impartial judges of the facts.

7th C.P.J.I. 1.34
Plaintiff's Tendered Inst. No. _____

We are about to take our first break during the trial, and I want to remind you of the instruction I gave you earlier.  Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else.  If anyone approaches you and tries to talk to you about the case, do not tell your fellow jurors but advise me about it immediately.  Do no read or listen to any news reports of the trial.  Finally, remember to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every break that we take, but keep them in mind throughout the trial.

7th C.P.J.I. 2.01
Plaintiff's Tendered Inst. No. _____

The parties have stipulated, or agreed, that _____.  You must now treat this fact as having been proved for the purpose of this case.

7th C.P.J.I. 2.05
Plaintiff's Tendered Inst. No. _____

I have a duty to caution or warn an attorney who does something that I believe is not in keeping with the rules of evidence or procedure.  You are not to draw any inference against the side whom I may caution or warn during the trial.

7th C.P.J.I. 2.14
Plaintiff's Tendered Inst. No. _____

The phrase "appropriate notice" as used in these instructions means that he must have notified the defendant of his need for leave as soon as practicable after he learned of the need to take leave.

8th C.P.J.I. 5.83F
Plaintiff's Tendered Inst. No. _____

If you find in favor of the plaintiff under Instruction _____, then you must award the plaintiff the amount of any wages, salary, and employment benefits and other compensation the plaintiff would have earned in his employment with the defendant if he had not been discharged on November 10, 2005 through the date of your verdict, and *minus* the amount of earnings and benefits from other employment received by the plaintiff during that time.

8th C.P.J.I. 5.85
Plaintiff's Tendered Inst. No. _____

1.   Plaintiff claims he was entitled to time off from work (i.e., leave) under the FMLA, and that defendant interfered with, restrained, or denied his entitlement to time off.

2.   Defendant denies plaintiff's claims and contends that it discharged plaintiff for violation of its affirmative attendance policy.

3.   It is unlawful for an employer to interfere with, restrain, or deny the exercise of, or the attempt to exercise, any right provided by the FMLA.  FMLA rights include requesting or taking leave under the FMLA, having the employer maintain certain employment benefits during leave and, once leave is completed, being restored by the employer to the position of employment the employee held when leave commenced, or to an equivalent position with equivalent employment benefits, pay, and other terms and conditions of employment.

4.   Plaintiff was eligible to take leave if, at the time of the commencement of leave, he: (1) had been employed by the employer for at least 12 months; and (2) worked at least 1,250 hours during the previous 12-month period.

5.   If eligible, plaintiff was entitled to take up to 12 weeks of leave in any 12-month period because of a serious health condition that made plaintiff unable to perform the functions of his position.

6.   A "serious health condition" means an illness, injury, impairment or physical or mental condition that involves either (1) inpatient care in a hospital, hospice, or residential medical care facility, or (b) continuing treatment by a health care provider.

7.   A "health care provider" includes a doctor of medicine, doctor of osteopathy, podiatrist, dentist, clinical psychologist, optometrist, nurse practitioner, nurse-midwife, or

clinical social worker, so long as the provider is licensed to practice in the State and is

performing within the scope of his or her practice.

    8.  Plaintiff was required to provide notice to defendant indicating when he required

FMLA leave.

       A.  If the need for leave was unforeseeable (i.e., unplanned or unexpected), plaintiff

was required to give defendant notice as soon as was practicable under the facts and

circumstances.  Ordinarily, "as soon as practicable" requires an employee to give at least

verbal notification within one or two business days after learning of the need for leave

except in extraordinary circumstances where such notice is not feasible.

       B.  To give defendant proper notice of his need for FMLA leave, plaintiff was not

required to expressly mention the FMLA in particular.  Plaintiff need only have provided

defendant enough information to place it on notice that leave was needed because of his

serious health condition.

    9.  To prevail in this case, plaintiff must prove by a preponderance of the evidence that

he was entitled to time off from work:

       A.  Because plaintiff had a "serious health condition" that made him unable to

perform the functions of his employment position;

       B.  Plaintiff gave defendant the proper notice of the need for time off from work for

one or more of these reasons; and

       C.  Defendant in any way interfered with, restrained, or denied plaintiff's entitlement

to take time off from work.

10.   In this case, it does not matter whether defendant intended to violate the FMLA.  If defendant denied plaintiff a right to which he was entitled under the FMLA, then defendant is liable, and plaintiff should prevail.

5th C.P.J.I. 11.10.1
Plaintiff's Tendered Inst. No. _____

**<u>JURY QUESTION</u>**

Did defendant deny, restrain, or interfere with plaintiff's right to leave under the FMLA, or his attempt to exercise his right to leave under the FMLA?

Answer "Yes" or "No."

_____

5th C.P.J.I. 11.10.1
Plaintiff's Tendered Inst. No. \_\_\_\_\_
11101.juryq