UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S PROFFERED JURY INSTRUCTIONS**

| Case Name: Lind v. State of Illinois | Case No.:  05-4059 | Page 1 of 1 |
|---|---|---|

| Number | | Objection | Withdrawn | Refused | Given |
|---|---|---|---|---|---|
| 1 | 7th Cir. P.I. 3.07 | x | | | |
| 2 | 7th Cir. P.I. 1.01 | | | | |
| 3 | 7th Cir. P.I. 1.03 | | | | |
| 4 | 7th Cir. P.I. 1.04 | | | | |
| 5 | 8th Cir P.I. 5.81A (modified) | x | | | |
| 6 | 8th Cir. P.I. 5.80 (modified | x | | | |
| 7 | 8th Cir. P.I. 5.83C | x | | | |
| 8 | 8th Cir. P.I. 5.83D | x | | | |
| 9 | 8th Cir. P.I. 5.83F | x | | | |
| 10 | 8th Cir. P.I. 5.82 | x | | | |
| 11 | 7th Cir. P.I. 1.33 | | | | |
| 12 | 7th Cir. P.I. 1.31 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13 | 8th Cir. P.I. 5.87<br>I.P.I. No. 45.01<br>7th Cir P.I. 1.32 | x | | | |

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS,

     Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Sarah R. Kerley
     Sarah R. Kerley, #6283449
     Matthew D. Bilinsky, #6217270
     Amy D. Gerloff, #6283925
     Assistant Attorneys General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  skerley@atg.state.il.us
           mbilinsky@atg.state.il.us
           agerloff@atg.state.il.us