E-FILED
Friday, 28 September, 2007   02:54:10 PM
Clerk, U.S. District Court, ILCD

The positions of the parties can be summarized as follows:

Plaintiff claims that the defendant interfered with his rights under the Family Medical Leave Act. FMLA.

Defendant denies plaintiff was eligible for leave under the Act or that it interfered with his rights and contends that defendant would have discharged plaintiff for falsifying documents and/or threatening a co-worker and/or bringing contraband to the facility even if the defendant had not considered the plaintiff's FMLA-covered absence from work.

What I have just given you is only a preliminary outline. At the end of the trial I will give you a final instruction on these matters. If there is any difference between what I just told you, and what I tell you in the instructions I give you at the end of the trial, the instructions given at the end of the trial govern.

Defendant's No. _1_  
7th Circuit Preliminary instructions 3.07  
    Refused _____

Given _____  
Given as Modified _____  

Withdrawn _____

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy or public opinion to influence you.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

Defendant's No. _2_  
7th Cir.P.I. 1.01

Given _____  
Given as Modified _____  
Refused _____  
Withdrawn _____

In this case the defendant is the Illinois Department of Corrections. All parties are equal before the law. The Illinois Department of Corrections is entitled to the same fair consideration that you would give any individual person.

Defendant's No. 3  
7th Cir.P.I. 1.03

Given _____  
Given as Modified _____  
Refused _____  
Withdrawn _____

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that certain facts are true.

Defendant's No. __4__  Given _____
7th Cir.P.I. 1.04  Given as Modified _____
Refused _____
Withdrawn _____

Plaintiff claims that defendant interfered with his right to take unpaid leave from work under the Family and Medical Leave Act.

To prevail on this claim, plaintiff must prove all of the following by a preponderance of the evidence:

First, that the plaintiff was "eligible for leave" as defined in these Instructions;

Second, the plaintiff had a serious health condition as defined in these Instructions; and

Third, the plaintiff was absent from work because of that serious health condition as defined in these Instructions; and

Fourth, the plaintiff gave the defendant appropriate notice as defined in these Instruction of his need to be absent from work for a reason covered by the FMLA; and

Fifth, the plaintiff received treatment and was able to return to work and perform the functions of his job without taking more than twelve work weeks of leave in any twelve-month period; and

Sixth, the defendant interfered with, restrained, or denied plaintiff's request for leave.

Your verdict must be for the defendant if any of the above elements has not been proved by the preponderance of the evidence, or if the defendant has proven by a preponderance of the evidence that it would have discharged the plaintiff even if the defendant had not considered the plaintiff's alleged FMLA-covered absence from work.

Defendant's No.  5                                              Given  _____
8th Cir.P.I. 5.81A (modified)                            Given as Modified _____
*Franzen v. Ellis Corp.,* 2007 WL 2566237, FN3                  Refused _____
*Rice v. Sunrise Express, Inc.* 209 F.3d 1008 (7th Cir. 2000)   Withdrawn _____
*Throneberry v. McGehee Desha County Hosp.* 403 F.3d 972, 977-78 (8th Cir. 2005)
*Hendricks v. Compass Group, USA, Inc.*, 2007 WL 2230161, *3 (7th Cir. Aug 6 2007)
*Ragsdale v. Wolverine Worldwide, Inc.,* 218 F.3d 933, (8th Cir. 2000), certiorari granted in part 121 S.Ct. 2548, affirmed 122 S.Ct. 1155.

Not all employees are entitled to leave under FMLA. To be "eligible for leave" means the plaintiff must prove by a preponderance of the evidence that they have been employed by the employer for at least 12 months and must have worked at least 1,250 hours during the 12-month period previous to the requested leave day.

Defendant's No. __6__             Given _____
8th Cir.P.I. 5.80 (modified)      Given as Modified _____
29 U.S.C.A. § 2611(2)(A)         Refused _____
                                                               Withdrawn _____

The phrase "a serious health condition" as used in these instructions means an illness, injury, impairment, or physical or mental condition that involves:

Incapacity plus treatment, which means a period of incapacity, inability to work, of more than three consecutive days, including any subsequent treatment or period of incapacity relating to the same condition, that also involves treatment two or more times by a "health care provider" as defined in these Instructions.

Defendant's No.  7  
8th Cir.P.I. 5.83C  
29 C.F.R. § 825.114

Given _____  
Given as Modified _____  
Refused _____  
Withdrawn _____

As used in these instructions the phrase "health care provider" includes chiropractors, but only if it is for treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist, so long as the provider is authorized to practice in the State and is performing within the scope of his or her practice.

Defendant's No. __8__  
8th Cir.P.I. 5.83D  
29 C.F.R. § 825.118

Given _____  
Given as Modified _____  
Refused _____  
Withdrawn _____

The phrase "appropriate notice" as used in these instructions means that he must have notified the defendant of his need for leave as soon as practicable after Plaintiff learned of the need to take leave. "As soon as practicable" ordinarily would mean at least verbal notification to the employer within one or two business days of when the need for leave becomes known to the employee. The notice must be sufficient to make the employer aware that the employee needs FMLA-qualifying leave, and the anticipated timing and duration of the leave. The employee need not expressly assert rights under the FMLA or even mention the FMLA. However a request for leave coupled with a mention of sickness does not place the employer on notice.

Defendant's No. 9                                                                      Given _____
8th Cir.P.I. 5.83F                                                         Given as Modified _____
29 C.F.R. § 825.302                                                                  Refused _____
*Phillips v. Quebecor World RAI, Inc.* 450 F.3d 308 (7th Cir. 2006)   Withdrawn _____
*Aubuchon v. Knauf Fiberglass GmbH* 359 F.3d 950 (7th Cir. 2004)

If you find in favor of the plaintiff, then you must answer the following question in the verdict form:  Has it been proved by the preponderance of the evidence that the defendant would have discharged the plaintiff even if the defendant had not considered the plaintiff's absence from work.

Defendant's No. 10
8th Cir.P.I. 5.82

Given _____
Given as Modified _____
Refused _____
Withdrawn _____

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

Defendants' No. 11          Given _____
7th Cir.P.I. 1.33           Given as Modified _____
                            Refused _____
                            Withdrawn _____

If you decide for the defendant on the question of liability, then you should not consider the question of damages.

Defendant's No. <u>12</u>  
7th Cir.P.I. 1.31

Given _____  
Given as Modified _____  
Refused _____

Withdrawn _____

UNIT)ED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

Upon retiring to the jury room, you must select a presiding juror. The presiding juror will preside over your deliberations and will be your representative here in court.

Your verdict must be unanimous.

Forms of verdicts are supplied with these instructions.  After you have reached your verdict, fill in and sign the form of verdict and return it into court.  Your verdict must be signed by each of you.  You should not write or mark upon this or any of the other instructions given to you by the court.

Note:  Complete the following paragraph by writing in the name required by your verdict.

On the violation of the FMLA claim of plaintiff, we find in favor of:

_____

(Plaintiff Rick Lind)            or            (Defendant Illinois Department of
                                                              Corrections.)

Note:    Answer the next question only if the above finding is in favor of the plaintiff.  If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has it been proved by a preponderance of the evidence that the defendant would have discharged the plaintiff regardless of his exercise of his rights under the FMLA?

_____ Yes          _____ No
(Mark an "X" in the appropriate space.)

_____
Foreperson

_____

_____

_____

_____

_____

Dated: _____

| | |
|---|---|
| Defendant's No. 13 | Given _____ |
| 8th Cir.P.I. 5.87 (modified) | Given as Modified _____ |
| I.P.I. No. 45.01 (modified) | Refused _____ |
| 7th Cir.P.I. 1.32 (modified) | Withdrawn _____ |