UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE AMENDED PROPOSED FINAL PRETRIAL ORDER**

NOW COMES the Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for its Motion for Leave to File Amended Final Pre-Trial Order, states as follows:

1. The Parties filed a Proposed Final Pre-trial Order with the Court on September 28, 2007.

2. Defendant wishes to amend the Proposed Final Pre-Trial Order to include an additional issue of law, specifically, "Whether the Eleventh Amendment bars Plaintiff's claim?"

3. Defendant raised this affirmative defense in its initial Answer and Affirmative Defenses. (Doc. 13).

4. The proffered Amended Proposed Final Pre-Trial Order is attached hereto.

5. The final pre-trial conference in this matter has not yet taken place, and no final pre-trial order has been entered by the Court.

WHEREFORE, Defendant respectfully requests this honorable Court grant its Motion for Leave to Amend the Proposed Final Pre-Trial Order.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS,

            Defendant,

        LISA MADIGAN, Attorney General
        State of Illinois,

            Attorney for Defendant,

By:   s/ Sarah R. Kerley
      Sarah R. Kerley, #6283449
      Matthew D. Bilinsky, #6217270
      Amy D. Gerloff, #6283925
      Assistant Attorneys General
      Attorney for Defendant
      500 South Second Street
      Springfield, Illinois 62706
      Telephone: (217) 782-9026
      Facsimile: (217) 524-5091
      E-Mail: skerley@atg.state.il.us
            mbilinsky@atg.state.il.us
            agerloff@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | )   No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007, I electronically filed **Motion to File Defendant's Response to the Motion for Summary Judgment Instanter** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on October 4, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us