**E-FILED**
Friday, 05 October, 2007  01:59:32 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Rick Lind | ) | |
|     plaintiff | ) | |
|   V | ) | 05-4059 |
| | ) | |
| IDOC | ) | |
|     defendant | ) | |

### ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The terms of the settlement have been placed in the record.  The parties are hereby directed to file with the court, within thirty-five(35) days of the date of this order, a stipulation of dismissal or other appropriate pleading. Fed. R. Civ. P. 41(a).

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 5th day of October, 2007.

S/Joe B. McDade

_____
Joe B. McDade, U.S. District Judge