E-FILED
Tuesday, 13 November, 2007  02:59:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| Plaintiff, | ) |
| - vs- | ) No. 05-4059 |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

### NOTICE OF COMPLIANCE WITH COURT'S ORDER

NOW COME the parties, Plaintiff, Rick Lind, by and through his attorney, Steve Fieweger, Katz, Huntoon & Fieweger, P.C., and Defendant, Illinois Department of Corrections, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Notice of Compliance with Court's Order, states as follows:

1.  On October 5, 2007, the parties reached a settlement in the above-captioned matter.

2.  On October 5, 2007, the Court entered an Order allowing the parties up to and including November 13, 2007 in which to complete documents effectuating the settlement.

3.  As of today, November 13, 2007, the parties have fully executed the settlement agreement, wherein the parties stipulate to the dismissal of the above-captioned matter.

4. Plaintiff, through his counsel, has indicated his desire for the Court to retain jurisdiction over the above-captioned matter until such time as payment, made pursuant to the settlement agreement, is received.

5. The Plaintiff further requests that at such time as payments have been received, the parties agree to file with the Court a stipulation of dismissal.

6. The Defendant has no objection to Plaintiff's request.

WHEREFORE, the parties respectfully request that this honorable Court make note that the parties have successfully executed the settlement agreement, and Plaintiff requests that the Court retain jurisdiction over the present matter until such time as payments made pursuant to the settlement agreement are received.

Respectfully submitted,

| RICK LIND, | ILLINOIS DEPARTMENT OF CORRECTIONS, |
|---|---|
| Plaintiff, | Defendant, |
| | LISA MADIGAN, Attorney General State of Illinois, |
| | Attorney for Defendant, |
| By: /s/ Stephen T. Fieweger (with consent)<br>Stephen T. Fieweger<br>Katz, Huntoon & Fieweger<br>1000 36th Avenue<br>P.O. Box 950<br>Moline, Illinois 61266<br>Phone: (309) 797-3000<br>Fax: (309) 797-3330<br>Email: sfieweger@katzlawfirm.com | By: s/ Sarah R. Kerley<br>Sarah R. Kerley, #6283449<br>Assistant Attorney General<br>Attorney for the Defendant<br>500 South Second Street<br>Springfield, Illinois 62706<br>Phone: (217) 785-4555<br>Fax: (217) 524-5091<br>E-Mail: skerley@atg.state.il.us |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  - vs- | )    No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007, I electronically filed a **Notice of Compliance with the Court's Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on November 13, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 785-4555
Fax:    (217) 524-5091
E-Mail: skerley@atg.state.il.us

-3-