UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Now comes the plaintiff, Rick Lind, by and through his attorneys, Katz, Huntoon & Fieweger, P.C., and hereby moves for entry of an order compelling the defendant, State of Illinois, to comply with the terms of the Settlement Agreement entered into between it and the plaintiff in the above-captioned cause of action and in support thereof states as follows:

1. That on October 5, 2007, the parties reached settlement in the above-captioned cause of action in that in exchange for dismissal of this cause of action, the plaintiff and his attorneys would receive payment of $85,000. On November 7, 2007, plaintiff's counsel tendered an executed Settlement Agreement and General Release to the principal attorney of record for the defendant, Sarah R. Kerley. Exhibit 1, a true and correct copy of the November 7, 2007 letter to Attorney Stephen T. Fieweger and attached documents enclosed with the letter, including the signed Settlement Agreement and General Release, are attached hereto and made a part of this motion.

2. That more than 60 days have passed since the execution of the Settlement Agreement by the plaintiff and more than 90 days have passed since the parties reached settlement of this

2

claim and the defendant, State of Illinois has wholly failed to comply with the terms of the settlement in that it has made none of the payments called for under paragraphs 1A, B and C of the Settlement Agreement.

    3. That the plaintiff, through his undersigned counsel, has attempted on numerous occasions to seek settlement of the terms of the Settlement Agreement including timely payment, but to no avail. Exhibit 2, a true and correct copy of the Attorney Stephen T. Fieweger's December 12, 2007 letter to Sarah R. Kerley and Kevin Lovellette, Assistant Attorney General, is attached hereto and made a part of this Motion.

    4. That on December 26, 2007, Ms. Kerley informed Patricia Veto, the undersigned counsel's legal assistant, that she had no information as to when to expect payment of the settlement despite the fact that at that time more than 45 days had elapsed since the tender of the signed Settlement Agreement by Mr. Lind and his counsel had been provided to the defendant State of Illinois.

    5. That more troubling than the fact that settlement has not occurred is the fact that defendant fails to even address when payment can be expected.

    6. That the plaintiff hereby requests this court enter an order for the defendant State of Illinois to show cause why it has failed to comply with the terms of the Settlement Agreement reached in the above-captioned cause of action and order such other and further relief the court deems necessary taking into consideration the State's response, including an order that the State pay interest on the settlement amount and order the defendant to pay plaintiff's additional attorneys' fees incurred in obtaining compliance with the Settlement Agreement.

3

WHEREFORE, plaintiff Rick Lind hereby requests that this court enter an order to enforce the terms of the Settlement Agreement and granting such other and further relief the court deems necessary and appropriate.

                                                     RICK LIND, Plaintiff

                                                     By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone:  309-797-3000
Fax:  309-797-2167

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed **Plaintiff's Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

        Sarah R. Kerley
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Fax:  217-524-5091

and I hereby certify that on January 8, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s).:  None.

                                                     RICK LIND, Plaintiff

                                                     By: /s/ Stephen T. Fieweger

s:\wp\worddoc\11260001.47M