THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

| | | |
|---|---|---|
| H. KARL HUNTOON*<br>DALE G. HAAKE*<br>FRANK L. NOWINSKI*<br>STEPHEN T. FIEWEGER*<br>JOHN F. DOAK*<br>THOMAS E. CADY*<br>CHRISTINE A. GEUTHER*<br>MATTHEW P. SCHUTTE*<br>ERIE D. JOHNSON | 1000 - 36TH AVENUE<br>P.O. Box 950<br>MOLINE, IL 61266-0950<br><br>309-797-3000: VOICE<br>309-797-2167: FAX | OF COUNSEL<br>MARTIN H. KATZ<br>PETER C. FIEWEGER*<br>FRANK R. EDWARDS |

November 7, 2007

*ALSO LICENSED IN IOWA

OUR FILE: 11260-1

**Via DHL Overnight Express Mail**

Ms. Sarah R. Kerley
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL 62706

   Re:   Rick Lind v. IDOC

Dear Sarah:

Enclosed are signed originals of the following documents:

   1. Settlement Agreement and General Release;
   2. CMS Claim for Back Wages;
   3. W-9 IRS form for Rick Lind; and
   4. W-9 IRS form for my firm.

These are tendered to you in trust and the case should remain open until the State of Illinois satisfies the terms set forth in the Settlement Agreement. If we are unable to meet the court's deadline by November 13, 2007, I would suggest that we notify the court of the fact that all we are doing is awaiting payment and that the Settlement Agreement has been duly executed and a Stipulation of Dismissal will be filed upon payment.

If you wish to draft the Stipulation and file the same with the court, feel free to do so. If you think it's possible to get the payment completed by November 13, 2007, then the Stipulation would not need to be filed. Please advise.

                              Very truly yours,

                              KATZ, HUNTOON & FIEWEGER, P.C.


                              Stephen T. Fieweger

EXHIBIT

STF/pv
encl.
cc: Rick Lind

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release ("Agreement"), is made and entered into by and between Plaintiff, Rick Lind, (hereinafter referred to as "Plaintiff"), and the Defendant, Illinois Department of Corrections (hereinafter referred to as "Defendant").

## RECITALS

WHEREAS, Plaintiff filed this lawsuit in the United States District Court for the Southern District of Illinois, entitled *Rick Lind v. Illinois Department of Corrections*, United States District Court for the Central District of Illinois Case Number 05-4059, (hereinafter referred to as "Action") alleging violations of rights protected by statute(s) of the United States;

WHEREAS, Plaintiff and Defendant (hereinafter referred to as "the Parties") agree that neither this Agreement nor any term or provision hereof shall be construed as an admission by any party to this lawsuit or the State of Illinois, of the merits or viability of any claims or defenses asserted by any party to the Action;

WHEREAS, so as to avoid further expense and in recognition of the positions of the parties to the above case, the parties wish to settle and compromise the pending Action, thereby terminating this litigation;

IT IS HEREBY AGREED, by and between the Parties, as follows:

1. In consideration for the full and complete settlement of this Action, the following payments, with benefit to the Plaintiff and his attorneys totaling $85,000.00 (eighty-five thousand and 00/100 dollars), will be made:

   a. A payment of $31,502.10 (thirty-one thousand, five hundred two and 10/100 dollars) will be made to Katz, Huntoon, & Fieweger, P.C. for attorney's fees relating to the Action. This amount shall be paid from funds appropriated to the Illinois Department of Corrections when appropriated by the General Assembly. The Parties understand that Katz, Huntoon, & Fieweger, P.C. will be required to pay and will be responsible for the payment of all applicable taxes;

   b. The Parties agree that a negotiated salary of $38,000.00 (thirty-eight thousand and 00/100 dollars) for the period of August, 2003 through May, 2004, shall be paid when appropriated by the General Assembly through the State of Illinois Back Wage Fund administrated by the Illinois Department of Central Management Services. The total benefit to the Plaintiff as a result of the payment of back wages through the Back Wage Fund is $49,290.18 (forty-nine thousand, two hundred ninety and 18/100 dollars); and

   c. A payment of $4,207.72 (four thousand, two hundred seven and 72/100 dollars) will be made to Plaintiff. This amount shall be paid from funds appropriated to the Illinois Department of Corrections when appropriated by the General Assembly.

2. If it further understood that Plaintiff and his attorneys shall complete and tender to the State of Illinois all forms and documents necessary to effectuate this settlement and for payment. Should Plaintiff and his attorneys fail to complete and submit the necessary documents, any payments by the State of Illinois can be waived until such time as the documentation is completed.

3. The Parties understand that Plaintiff has executed a Time Pay Agreement Back Wage Payment Deduction for the reimbursement of tax deferred retirement contributions in the amount of $31,949.73 (thirty-one thousand, nine hundred forty-nine and 73/100 dollars). This reimbursement of retirement contributions to State Retirement Systems shall be completed in accordance with the Back Wage Fund and State Retirement Systems procedures.

4. The Parties acknowledge that the entire sums payable to Plaintiff and his counsel shall be subject to applicable laws governing the State Comptroller's obligation to withhold funds that Plaintiff or his counsel may owe to other persons or to state agencies. Plaintiff and his counsel may contest the validity of those claims through appropriate state procedures.

5. In consideration for the above-tendered amount, Plaintiff and his attorney agree to dismiss the cause of action entitled *Rick Lind v. Illinois Department of Corrections* (USDC C.D. Ill. 05-4059), as well as any claim for back wages or other damages available through the State of Illinois not contained in this agreement, including, but not limited to, the Illinois

Department of Central Management Services' Back Wage Fund and the Illinois Court of Claims.

6. It is further understood and agreed that the above-tendered consideration is not to be construed as an admission of any liability, such liability having been expressly denied. No inducements or representations have been made by any agent or attorney of any party hereby released as to the legal liability or other responsibility of any party claimed responsible. It is agreed that this release applies to known or unknown injuries, costs, attorney's fees, expenses, and/or damages alleged to have been suffered or incurred by the Plaintiff due to the actions or inactions of the Defendant as stated in Plaintiff's complaint. This Settlement Agreement is intended to be a full and complete disposition of the Plaintiff's entire claim(s) and/or cause(s).

7. Plaintiff, his attorney, and Plaintiff's heirs, successors, and assigns, agree to release, and hereby release and forever discharge Defendant and the State of Illinois, their agents, former and present employees, successors, heirs, and assigns and all other persons (hereinafter collectively referred to as "Releasees") from all actions, causes of action, claims, compensatory and punitive damages, controversies, costs, demands, disputes, equitable relief, expenses, fees, setoffs, and suits, which arose or could have arisen from the facts alleged in or claims made in the Action, which Plaintiff and his attorney own, have or may have against the Releasees, whether known or unknown, from the beginning of time until the effective date of this Agreement, including but not limited to those at law, in contract, tort, actions under 42 U.S.C. §1983, the Family Medical Leave Act, 29 U.S.C. § 2600 *et seq.*, or in equity.

8. Plaintiff and his attorney release, waive, and relinquish any claims or rights to attorney's fees, expenses, and costs from Defendant allegedly incurred or due in the Action pursuant to 42 U.S.C. §1988, the Family Medical Leave Act, or under any other statute, rule, or common law provision.

9. The Parties further agree that the Action shall be dismissed with prejudice and without attorney's fees, costs, or expenses by submitting a fully executed Stipulation to Dismiss to the Court for entry of an order reflecting said dismissal within fifteen (15) days of full execution of this Agreement and that no further charges, actions, or lawsuits before any investigating agency, tribunal, or court will be brought as they relate to the facts giving rise to the complaint as alleged herein.

10. No promise has been made to pay or give Plaintiff any greater or further consideration other than as stated in this Agreement. All agreements, covenants, representations and warranties, express or implied, oral or written, of the parties hereto concerning the subject matter of this Agreement are contained in this Agreement. No other agreements, covenants, representations or warranties, express or implied, oral or written, have been made by any party hereto to any other party concerning the subject matter of this Agreement. All prior and contemporaneous negotiations, possible and alleged agreements, representations, covenants and warranties, between the parties concerning the subject matter

of this Settlement Agreement are merged into this Settlement Agreement. This Agreement contains the entire agreement between the Parties.

11. Plaintiff and his attorney enter into this Agreement as a free and voluntary act with full knowledge of its legal consequences. Plaintiff has not relied on any information or representations which are not contained in this agreement.

12. This Agreement shall be construed and interpreted in accordance with the laws of the State of Illinois, without regard to the principles of conflict of laws.

13. This Agreement may not be changed, modified, or assigned except by the written agreement of Plaintiff, his counsel, the Illinois Department of Corrections, and the Illinois Attorney General.

14. Plaintiff and his attorney shall not file this Agreement in any court or disclose to anyone the terms and conditions of this Agreement or any terms otherwise discussed in settlement negotiations or any particulars thereof, except as necessary to enforce the terms of this Agreement or except as expressly required by law. Upon inquiry, Plaintiff and his attorney shall simply state that these matters were settled to the satisfaction of the parties.

15. This Agreement shall not be construed to constitute a waiver of the sovereign immunity of the State of Illinois or the Illinois Department of Corrections.

16. If any provision of this Agreement is declared invalid or unenforceable, the balance of this agreement shall remain in full force and effect.

17. All parties to this Agreement acknowledge that they participated in the drafting of this Settlement Agreement.

AGREED:

_____   11-7-07
                                   Date

_____   11-7-07
Steven T. Fieweger, Counsel for Plaintiff   Date

_____   _____
On behalf of Defendant                       Date

Title:_____

**CMS** ILLINOIS
DEPARTMENT OF CENTRAL
MANAGEMENT SERVICES

Claim # _____

# CLAIM FOR BACK WAGES

To be completed by or for any employee who has a claim for back pay from a prior fiscal year which ends June 30.

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION. INCOMPLETE FORMS WILL BE RETURNED.

1. Name: Lind (Last)  Rick (First)  S (MI)
   Soc. Sec.: Nov. 7, 2007
   Home Address: 401 South Main Street
   City: Erie  State: IL  Zip: 61250
   Name of Agency: Illinois Department of Corrections
   Work Location (Facility): East Moline C.C.
   Work Address: East Moline, IL 61244
   Position Classif'n: Correctional Officer
   Bargaining Unit (if appropriate): _____

2. Reason for Claim: (Explain fully)
   Settlement of F.M.L.A. Claim
   Amount Claimed $ 38,000.00 Back wages

3. a. Did you file a grievance? No / Yes  Date ____  No. ____
   b. Was there an arbitration award? No / Yes  Date ____  No. ____
   c. Was there a settlement of a complaint? No / (Yes)  Date October 5, 2007  No. ____
   d. Was there a court decision issued? No / Yes  Date ____  Court ____
   e. Have you filed with the Court of Claims? (No) / (Yes)  Date ____  No. ____
   f. Did you draw any unemployment benefits or pay from any employer? (No) / Yes  Date ____  Amts. ____

4. Release of Information
   In making this claim for back wages from a prior fiscal year, I herewith permit the release of information from any source of records pertaining to this claim to the [Department of] Central Management Services and its agents.
   _____
   Claimant's Signature

5. Payment
   If claim is approved, please forward payment to:
   ○ Myself
   Stephen T. Fieweger, Attorney
   Organization, Union or Other
   Katz Huntoon & Fieweger, P.C.
   Address
   1000 36th Avenue
   Moline, IL 61265
   (309) 797-3000
   Telephone Number

Return completed form to: Department of Central Management Services
503 Stratton Building, Springfield, Illinois 62706

CMS-390 (Rev. 3/94)   IL 401-1317

| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)
Rick S. Lind

**Business name**, if different from above

Check appropriate box: ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶

☐ Exempt payee

**Address** (number, street, and apt. or suite no.)
401 South Main Street

**Requester's name and address** (optional)

**City, state, and ZIP code**
Erie Illinois 61250

**List account number(s) here** (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** Signature of U.S. person ▶    Date ▶ 11-7-07

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

 Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

 1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

 2. Certify that you are not subject to backup withholding, or

 3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

 The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 10-2007)

| Form **W-9** (Rev. January 2005) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)

KATZ HuntooN & Fieweger P.C.

**Business name,** if different from above

Check appropriate box:  ☐ Individual/Sole proprietor   ☒ Corporation   ☐ Partnership   ☐ Other ▶ ............   ☐ Exempt from backup withholding

**Address** (number, street, and apt. or suite no.)

1000 36th Avenue

**City, state, and ZIP code**

Moline, IL 61265

**Requester's name and address** (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number:  | | | - | | - | | | |

or

Employer identification number

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ▶    Date ▶ 10-26-07

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

 1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

 2. Certify that you are not subject to backup withholding, or

 3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

• An individual who is a citizen or resident of the United States,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

• Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

 1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

 2. The treaty article addressing the income.

 3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X    Form **W-9** (Rev. 1-2005)

THE LAW FIRM OF
# KATZ, HUNTOON & FIEWEGER, P.C.

| | | |
|---|---|---|
| H. KARL HUNTOON*<br>DALE G. HAAKE*<br>FRANK L. NOWINSKI*<br>STEPHEN T. FIEWEGER*<br>JOHN F. DOAK*<br>THOMAS E. CADY*<br>CHRISTINE A. GEUTHER*<br>MATTHEW P. SCHUTTE*<br>ERIE D. JOHNSON | 1000 - 36TH AVENUE<br>P.O. Box 950<br>MOLINE, IL 61266-0950<br><br>309-797-3000: VOICE<br>309-797-2167: FAX | OF COUNSEL<br>MARTIN H. KATZ<br>PETER C. FIEWEGER*<br>FRANK R. EDWARDS |

December 12, 2007



*ALSO LICENSED IN IOWA

OUR FILE: 11260-1

**VIA FAX & REGULAR MAIL**

Ms. Sarah R. Kerley
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
**217-782-7046**

Mr. Kevin Lovellette
Assistant Attorney General
Law Bureau
100 West Randolph Street, 13th Floor
Chicago, IL  60601
**312-814-3806**

Re:   Rick Lind v. IDOC
       D/A:  7/1/04
       Illinois Civil Service Commission

Dear Sarah and Kevin:

My client, in reviewing his personnel records at the Thompson Correctional Center, was informed by Angela Bradley that he was not credited with credible continuous service time prior to June 21, 2003, which is not consistent with the Civil Service Commission order. This is inconsistent with the findings of the Illinois Civil Service Commission and my client should have no interruption in his credible service time with the Department. See enclosed CMS Personnel Action form. Please provide me with proof in writing that the Department of Corrections has complied with the Civil Service Commission's ruling and order and has credited Mr. Lind with credible service with the Department of Corrections back to his original hire date.

Also, Sarah, on November 7, 2007, I tendered to you a settlement of the federal lawsuit in case No. 054059 in the Central District of Illinois, Rock Island Division.

**KATZ, HUNTOON, & FIEWEGER, P.C.**

Ms. Sarah R. Kerley
Mr. Kevin Lovellette
Page 2
December 12, 2007

Thirty days have now come and gone and there has been no payment of the settlement proceeds to my client, nor has the attorneys' fees and costs been paid. I know that you will respond that you have no control over what the comptroller's office does for payment, but I also know that turn around time for invoices with the comptroller's office in general is 30 days or less. In fact, my partner, Martin H. Katz, recently received a commission payment from the comptroller's office for serving as an arbitrator with that payment turn around being less than 30 days. Therefore, I want you to so advise me as to when both Mr. Lind and my firm can expect payment. Thank you for your prompt attention to these issues.

                                    Very truly yours,

                                    KATZ, HUNTOON & FIEWEGER, P.C.


                                    Stephen T. Fieweger

STF/tkk
encl.
cc:  Rick Lind

s:\wp\wordltr\11260001.04L