E-FILED
Friday, 18 January, 2008  03:02:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO ENFORCE SETTLEMENT AGREEMENT**

NOW COMES, Defendant, Illinois Department of Corrections, by and through its counsel, Lisa Madigan, Attorney General of the State of Illinois, and for its Response to Plaintiff's Motion to Enforce Settlement Agreement, states as follows:

1.  On January 8, 2008, Plaintiff filed a Motion to Enforce Settlement Agreement, seeking to have the Court Order the State of Illinois to show cause why it has failed to comply with the terms of the Settlement Agreement.

2.  Plaintiff further seeks an Order from the Court imposing interest and additional attorney's fees.

3.  Because the Defendant has not breached any term of the settlement agreement and the relief Plaintiff seeks is not within the jurisdiction of the Court, the Motion to Enforce should be denied.

4.  A memorandum of law in support of the present motion is attached hereto and incorporated as if fully restated herein.

WHEREFORE for the foregoing reasons, the Defendant respectfully requests this honorable Court deny Plaintiff's Motion to Enforce.

>Respectfully submitted,
>
>ILLINOIS DEPARTMENT OF CORRECTIONS,
>
>>Defendant,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendant,
>
>By:  s/ Sarah R. Kerley
>>Sarah R. Kerley, #6283449
>>Assistant Attorney General
>>Attorney for the Defendant
>>500 South Second Street
>>Springfield, Illinois  62706
>>Phone:  (217) 785-4555
>>Fax:     (217) 524-5091
>>E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  - vs- | )    No. 05-4059 |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
|     Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed **Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on January 18, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 785-4555
Fax:     (217) 524-5091
E-Mail: skerley@atg.state.il.us