E-FILED
Tuesday, 12 February, 2008  03:07:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Now comes the plaintiff, Rick Lind, by and through his attorneys, Katz, Huntoon & Fieweger, P.C., and hereby moves to withdraw his Motion to Enforce Settlement Agreement filed January 8, 2008. In support plaintiff states:

1. In light of this court's Order setting hearing on plaintiff's Motion to Enforce Settlement Agreement entered by this court on February 7, 2008, plaintiff hereby withdraws his previously filed Motion to Enforce.

2. With the withdrawal of plaintiff's motion, plaintiff would respectfully request that the court cancel the hearing scheduled for Tuesday, February 26, 2008 at 10:00 a.m. at the Federal Courthouse in Peoria, Illinois.

WHEREFORE, plaintiff Rick Lind respectfully withdraws his previously filed Motion to Enforce Settlement Agreement.

RICK LIND, Plaintiff

By: /s/ Stephen T. Fieweger

2

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I electronically filed **Plaintiff's Motion to Withdraw Motion to Enforce Settlement Agreement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

> Sarah R. Kerley
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62706
> Fax: 217-524-5091

and I hereby certify that on February 12, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s).: None.

> RICK LIND, Plaintiff
>
> By: /s/ Stephen T. Fieweger

s:\wp\worddoc\11260001.48M