E-FILED
Wednesday, 13 February, 2008  09:14:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| Plaintiff, | ) ) ) |
| - vs- | ) No. 05-4059 |
| STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT**

NOW COMES, Defendant, Illinois Department of Corrections, by and through its counsel, Lisa Madigan, Attorney General of the State of Illinois, and for its Response to Plaintiff's Motion to Withdraw Motion to Enforce Settlement Agreement, states as follows:

1.  On January 8, 2008, Plaintiff filed a Motion to Enforce Settlement Agreement, seeking to have the Court Order the State of Illinois to show cause why it has failed to comply with the terms of the Settlement Agreement.

2.  Defendant responded on January 18, 2008.

3.  On February 12, 2008, Plaintiff filed a motion with the Court seeking to withdraw the Motion to Enforce filed on January 8, 2008.

4.  Defendant has no objection to Plaintiff withdrawing his Motion to Enforce or to the cancellation of the hearing presently scheduled for February 26, 2008.

WHEREFORE for the foregoing reasons, the Defendant respectfully requests this honorable Court grant Plaintiff's Motion to Withdraw his Motion to Enforce and cancel the hearing scheduled for February 26, 2008.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendant,

By:  s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail: skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| RICK LIND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 05-4059 |
| | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2008, I electronically filed **Defendant's Response to Plaintiff's Motion to Withdraw its Motion to Enforce Settlement Agreement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
Katz, Huntoon & Fieweger
200 Plaza Office Building
1705 Second Avenue
Rock Island, Illinois 61204-3250
sfieweger@katzlawfirm.com

and I hereby certify that on February 13, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for the Defendant
500 South Second Street
Springfield, Illinois  62706
Phone:  (217) 785-4555
Fax:     (217) 524-5091
E-Mail:  skerley@atg.state.il.us