UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| STATE OF ILLINOIS, through its ) | |
| Agency THE ILLINOIS ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S RESPONSE TO THE COURT'S APRIL 2, 2008 ORDER

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Response to the Court's April 2, 2008 Order, states as follows:

1. On October 5, 2007, the parties reached a settlement of the above-captioned matter.

2. The Court directed the parties to final all necessary documents to complete the settlement on or before November 13, 2007.

3. On November 13, 2007, the parties filed a Notice of Compliance with the Court's directive.

4. In that Notice of Compliance, Plaintiff indicated his desire for the Court to retain jurisdiction over the matter until such time as payment under the settlement agreement has been made.

5. A substantial portion of the settlement payment has already been paid.

6. The remainder of the settlement has not yet been paid.

7. Defendant continues to work to get the final portion of the settlement payment made.

8. Plaintiff's counsel has indicated his unwillingness to stipulate to the dismissal of the action prior to receipt of the final payment.

9. At such time as the final payment has been received, the Defendant understands that the parties will file a stipulation of dismissal with the Court, unless directed to do otherwise.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General  
    State of Illinois,

        Attorney for Defendant,

By:   /s Sarah R. Kerley  
       Sarah R. Kerley, #6283449  
       Assistant Attorney General  
       500 South Second Street  
       Springfield, IL 62706  
       Telephone: (217) 785-4555  
       Facsimile:  (217) 524-5091  
       E-Mail: skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 05-4059 |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, I electronically filed **Defendant's Response to the Court's April 2, 2008 Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen T. Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on April 16, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

 /s Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 785-4555
Facsimile:  (217) 524-5091
E-Mail: skerley@atg.state.il.us