UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICK LIND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-4059 |
| | ) |
| STATE OF ILLINOIS, through its | ) |
| Agency THE ILLINOIS | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## AGREED MOTION TO DISMISS

Plaintiff, Rick Lind, by his attorneys, Katz, Huntoon & Fieweger, P.C., and defendant State of Illinois, by its attorney, Sarah R. Kerley, Assistant Attorney General, hereby move to dismiss with prejudice the above-captioned cause of action, the parties having settled this cause of action.


RICK LIND, Plaintiff                              STATE OF ILLINOIS, Defendant

By: /s/ Stephen T. Fieweger                       By:  /s/ Sarah R. Kerley
For:
KATZ, HUNTOON & FIEWEGER, P.C.                    Assistant Attorney General
Attorneys for Plaintiff                           500 South Second Avenue
1000 - 36th Avenue                                Springfield, IL 62706
P.O. Box 950                                      Telephone: 217-785-4555
Moline, IL 61266-0950                             Fax: 217-524-5091
Telephone:  309-797-3000
Fax:  309-797-2167

## CERTIFICATE OF SERVICE

The parties hereby certify that on May 13, 2008, they electronically filed this **Agreed Motion to Dismiss** with the Clerk of the Court using the CM/ECF system.

s:\wp\worddoc\11260001.49M